| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WYNIT Distribution, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  WYNIT** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-5005230** |
| 4. | **Debtor's address** | **Principal place of business** **700 W 76th Street Suite 116** **Eden Prairie, MN 55344** Number, Street, City, State & ZIP Code  **Hennepin** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** See attached chart Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://www.wynit.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor **WYNIT Distribution, LLC** _____    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4251__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    **WYNIT Distribution, LLC**                                                                                          Case number (*if known*)_____
　　　　　Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>■ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **WYNIT Distribution, LLC**_____  Case number (*if known*)_____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 6, 2017**
MM / DD / YYYY

**X** **/s/ Pete Richichi**_____  **Pete Richichi**_____
Signature of authorized representative of debtor                Printed name

Title  **Chief Operating Officer**_____

**18. Signature of attorney**

**X** **/s/ Robert T. Kugler**_____  Date  **September 6, 2017**
Signature of attorney for debtor                                                       MM / DD / YYYY

**Robert T. Kugler**_____
Printed name

**Stinson Leonard Street LLP**_____
Firm name

**150 South Fifth Street, Suite 2300**
**Minneapolis, MN 55402**_____
Number, Street, City, State & ZIP Code

Contact phone  **612-335-1500**_____  Email address  _____

**0194116**_____
Bar number and State

## Additional Location of Principal Assets

| Address | City | State | Zip |
|---|---|---|---|
| 450 Export Blvd., Unit A | Mississuaga | Ontario | L5S 2A4 |
| 4670 Aircenter Circle | Reno | Nevada | 89502-5949 |
| 4655 Shelby Drive | Memphis | Tennessee | 38118-7429 |
| 4550 Quality Drive | Memphis | Tennessee | 38118-7529 |
| 1011 N 28th Ave, Suite 100 | DFW Airport | Texas | 75261 |
| 8825 Boston Place | Rancho Cucamonga | California | 91730 |

/./.

## United States Bankruptcy Court
### District of Minnesota

In re **WYNIT Distribution, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Marathon Holding Company Inc.**<br>2 W. Washington St., Suite 500<br>Greenville, SC 29601 | | 50 | **Percentage of Shares** |
| **Wynit, Inc.**<br>2 West Washington Street<br>Ste 500<br>Greenville, SC 29601 | | 50 | **Percentage of Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 6, 2017**

Signature **/s/ Pete Richichi**
**Pete Richichi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re  **WYNIT Distribution, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **WYNIT Distribution, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Marathon Holding Company Inc.**  
**2 W. Washington St., Suite 500**  
**Greenville, SC 29601**

**Wynit, Inc.**  
**2 West Washington Street**  
**Ste 500**  
**Greenville, SC 29601**

☐ None [*Check if applicable*]

**September 6, 2017**  
Date

/s/ **Robert T. Kugler**  
**Robert T. Kugler 0194116**  
Signature of Attorney or Litigant  
Counsel for  **WYNIT Distribution, LLC**  
**Stinson Leonard Street LLP**  
**150 South Fifth Street, Suite 2300**  
**Minneapolis, MN 55402**  
**612-335-1500 Fax:612-335-1657**

Fill in this information to identify the case:

Debtors: **WYNIT Distribution, LLC**
**Wynit Holdings, Inc.**
**WD Navarre Canada, ULC**
**WD Navarre Distribution, LLC**
**WD Navarre Digitial Service, LLC**
**WD Navarre Holdings, LLC**
**WD Navarre Encore Software, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMAZON FUFILLMENT SERVICES**<br>**410 TERRY AVENUE NORTH**<br>**Seattle, WA 98108-1226** | **GENERAL COUNSEL** | **Trade Creditor** | | | | $1,704,571.67 |
| **ASIAN EXPRESS HOLDINGS LTD**<br>**8619 Wall Street, Suite 400**<br>**Austin, TX 78754** | | **Trade Creditor** | | | | $2,927,535.64 |
| **CANON USA, Inc.**<br>**ONE CANON PLAZA**<br>**New Hyde Park, NY 11042-1198** | | **Trade Creditor** | | | | $6,424,325.64 |
| **Daymen Asia Limited**<br>**1435 North McDowell**<br>**Petaluma, CA 94954** | | **Trade Creditor** | | | | $12,862,091.25 |
| **EVOLLVE, INC**<br>**129 W TORRANCE BLVD**<br>**Redondo Beach, CA 90277** | **Shaun Pittman** | **Trade Creditor** | | | | $1,383,184.32 |
| **Fitbit Inc**<br>**405 HOWARD STREET SUITE 550**<br>**San Francisco, CA 94105** | **LEGAL DEPT** | **Trade Creditor** | | | | $31,524,143.19 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **WYNIT Distribution, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harman Technology Limited** **Town Lane, Mobberly Knutsford, Cheshire** **WA16 7JL, England** | | Trade Creditor | | | | $1,822,713.90 |
| **HID FARGO** **6533 FLYING CLOUD DRIVE** **Eden Prairie, MN 55344** | | Trade Creditor | | | | $1,344,556.24 |
| **HID Global Corporation** **15370 Barranca Parkway** **92618** | **VP Legal Affairs** | Trade Creditor | | | | $1,741,958.08 |
| **LIFEPRINT PRODUCTS INC** **5216 BREESE CIR** **95762** | **Timothy Martin, CEO** | Trade Creditor | | | | $2,061,516.52 |
| **McAfee, LLC** **2821 Mission College Blvd.** **Santa Clara, CA 95054** | | Trade Creditor | | | | $3,480,045.10 |
| **NUANCE COMMUNICATIONS, INC.** **One Wayside Road** **Burlington, MA 01803** | | Trade Creditor | | | | $3,097,706.47 |
| **ORBOTIX INC** **4772 Walnut Street, Suite 206** **Boulder, CO 80301** | | Trade Creditor | | | | $2,423,359.12 |
| **QUICKEN INC** **180 Jefferson Drive** **94025** | **John Eichhorn, CFO** | Trade Creditor | | | | $1,488,863.03 |
| **SQUARE INC** **901 Mission Street** **San Francisco, CA 94103** | **General Counsel** | Trade Creditor | | | | $1,578,736.72 |
| **Symantec Corporation** **20330 Stevens Creek Boulevards** **Cupertino, CA 95014** | **General Counsel** | Trade Creditor | | | | $9,301,216.81 |

Debtor **WYNIT Distribution, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SZ DJI TECHNOLOGY CO LTD**  Bijdorp-Oost 6  2992LA Barendrecht  The Netherlands | | **Trade Creditor** | | | | $9,927,353.88 |
| **Wacom Technology Corporation,**  1311 SE Cardinal Court  Vancouver, WA 98683 | | **Trade Creditor** | | | | $2,044,711.82 |
| **Western Digital Technologies**  20511 Lake Forest Drive,  Lake Forest, CA 92630 | | **Trade Creditor** | | | | $2,363,462.37 |
| **YUNEEC USA INC**  5555 ONTARIO MILLS PARKWAY  Ontario, CA 91764 | | **Trade Creditor** | | | | $7,163,459.00 |

**Fill in this information to identify the case:**

Debtor name: **WYNIT Distribution, LLC**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 6, 2017**    X /s/ Pete Richichi
Signature of individual signing on behalf of debtor

**Pete Richichi**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Joint Administration Pending |
| WYNIT DISTRIBUTION, LLC, et. al.[1]<br>Debtors. | Case No. 17-_____<br><br>Chapter 11 Cases |

## PROOF OF AUTHORITY TO SIGN AND FILE PETITION

I, Pete Richichi, declare under penalty of perjury that I am the Chief Operations Officer of Wynit Distribution, LLC a New York limited liability company and that on September 5, 2017 the following resolution was duly adopted by the members of this company:

"BE IT THEREFORE RESOLVED, that Pete Richichi, Chief Operating Officer of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

BE IT FURTHER RESOLVED, that Pete Richichi, Chief Operating Officer of this limited liability company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Pete Richichi, Chief Operating Officer of this limited liability company, is authorized and directed to employ Robert T. Kugler, attorney and the law firm of Stinson Leonard Street LLP to represent the limited liability company in such bankruptcy case."

Executed on: September 6, 2017            Signed: _____

                                                  Pete Richichi

                                                  700 W 76th Street
                                                  Suite 116
                                                  Eden Prairie 55344-0000

---

[1] The Debtors in these chapter 11 cases are the following: Wynit Distribution, LLC (Case No. 17-_____), WD Navarre Distribution, LLC (Case No. 17-_____), WD Encore Software, LLC (Case No. 17-_____), WD Navarre Digital Services, LLC (Case No. 17-_____), WD Navarre Holdings, LLC (Case No. 17-_____), Wynit Holdings, Inc. (Case No. 17-_____), WD Navarre Canada, ULC (Case No. 17-_____).

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re      Case No.
**WYNIT Distribution, LLC**

Debtor(s).

## SIGNATURE DECLARATION

☑ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: September 6, 2017

X _____      X _____
Signature of Debtor1 or Authorized          Signature of Debtor 2
Representative

**Pete Richichi**
Printed Name of Debtor 1 or                Printed Name of Debtor 2
Authorized Representative