## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER<br>BKY 17-42726 (KHS) |
| WYNIT DISTRIBUTION, LLC, | BKY 17-42726 (KHS) |
| WD Navarre Distribution, LLC, | BKY 17-42728 (KHS) |
| WD Encore Software, LLC, | BKY 17-42729 (KHS) |
| WD Navarre Holdings, LLC, | BKY 17-32864 (KHS) |
| WD Navarre Digital Services, LLC, | BKY 17-32865 (KHS) |
| WYNIT Holdings, Inc., | BKY 17-32866 (KHS) |
| WD Navarre Canada, ULC, | BKY 17-32867 (KHS) |
| Debtors. | |

## RECLAMATION CLAIM OF HARMAN TECHNOLOGY LIMITED
## PURSUANT TO 11 U.S.C. § 546(c)

**Name and Contact Information of Claimant and Counsel**:

| Claimant: | Counsel: |
|---|---|
| Harman Technology Limited<br>Ilford Way<br>Mobberly, Cheshire<br>WA167JL<br>United Kingdom<br>Andrew Taylor, Finance Director<br>Andy.taylor@harmantechnology.com | Cullen and Dykman LLP<br>100 Quentin Roosevelt Blvd.<br>Garden City, New York 11530<br>(516) 357-3700<br>Matthew G. Roseman, Esq.<br>mroseman@cullenanddykman.com<br>Elizabeth M. Aboulafia, Esq.<br>eaboulafia@cullenanddykman.com<br><br>Local Counsel:<br><br>Gray, Plant, Mooty, Mooty, & Bennett, P.A.<br>80 South Eighth Street<br>500 IDS Center<br>Minneapolis, MN 55402<br>(612) 632-3000<br>Phillip W. Bohl, Esq.<br>Phillip.bohl@gpmlaw.com<br>Abigail M. McGibbon, Esq.<br>Abigail.mcgibbon@gpmlaw.com |

**Summary of Asserted Reclamation Claim**:  The goods set forth on the annexed summary chart, comprised of photographic plates and films, photographic paper and related photographic chemicals, were sold by Harman Technology Limited ("Harman") to debtor WYNIT Distribution, LLC ("Wynit") in the ordinary course of the parties' business and received by Wynit at its Memphis, Tennessee warehouse within 45 days of the commencement of these chapter 11 cases on September 8, 2017.

Harman submits that the goods referenced in the supporting documentation annexed hereto have a total value of not less than $1,474,077.27.  Harman asserts this demand for reclamation of the goods identified in the documents annexed hereto in accordance with 11 U.S.C. §546(c). Harman further asserts that not less than $536,747.07 of this amount is entitled to administrative priority under 11 U.S.C. § 503(b)(9) on account of "the value of any goods received by the debtor within 20 days before the date of commencement" of these chapter 11 cases and hereby requests payment on account of such claim.

Annexed hereto are copies of the invoices, bills of lading and other shipping documents, and signed proofs of delivery for each of the shipments of goods listed below.

**Reservation of Rights**:

The demands set forth herein and in the documentation annexed hereto are given for notice purposes only, in order to set forth Harman's claim for goods subject to reclamation under 11 U.S.C. § 546(c) and for goods entitled to administrative priority under 11 U.S.C. §503(b)(9). Harman is not aware of any claims, offsets or defenses raises by the Debtors in connection with the goods or payment of invoices related to the goods.  Harman reserves the right to amend and/or supplement its claim, and to file any other claims to which it is entitled at law or in equity.

Dated:  September 26, 2017                    **CULLEN AND DYKMAN LLP**


By:___*/s/ Elizabeth M. Aboulafia*_____
Matthew G. Roseman (*pro hac vice* pending)
Elizabeth M. Aboulafia (*pro hac vice* pending)
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 357-3700

*Attorneys for Harman Technology, Limited*

Date: September 26, 2017

**GRAY, PLANT, MOOTY,
 MOOTY & BENNETT, P.A.**


/s/      Abigail M. McGibbon
Phillip W. Bohl (#0139191)
Abigail M. McGibbon (#0393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612-632-3009
Fax: 612-632-4009
Email: Phillip.bohl@gpmlaw.com
Email: Abigail.mcgibbon@gpmlaw.com

*Local Counsel for Harman Technology, Limited*

## Summary of Harman Reclamation Demand

| Debtor | Description of Goods | Quantity of Goods | Value of Goods (USD) | Invoice Number | Date of Shipment | Date of Delivery |
|---|---|---|---|---|---|---|
| WYNIT Distribution, LLC | See attached Exhibit 1 | See attached Exhibit 1 | $411,516.48 | EI10008703 | 6/28/2017 | 8/3/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 1 | See attached Exhibit 1 | $10,061.92 | EI10008704 | 6/28/2017 | 8/3/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 1 | See attached Exhibit 1 | $4,597.60 | EI10008705 | 6/28/2017 | 8/3/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 1 | See attached Exhibit 1 | $27,364.20 | EI10008706 | 6/28/2017 | 8/3/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 2 | See attached Exhibit 2 | $413,604.93 | EI10008746 | 7/12/2017 | 8/10/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 2 | See attached Exhibit 2 | $26,796.92 | EI10008747 | 7/12/2017 | 8/10/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 2 | See attached Exhibit 2 | $4,214.40 | EI10008748 | 7/12/2017 | 8/10/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 2 | See attached Exhibit 2 | $39,173.75 | EI10008749 | 7/12/2017 | 8/10/2017 |
| WYNIT Distribution, LLC | See attached Exhibit 3 | See attached Exhibit 3 | $536,747.07 | EI10008784 | 7/26/2017 | 8/22/2017 |
| **TOTAL** | | | **$1,474,077.27** | | | |

## **EXHIBIT 1**

(Goods Delivered August 3, 2017)

| Shipper | |
| --- | --- |
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>OFF TOWN LANE, MOBBERLEY<br>KNUTSFORD, CHESHIRE<br>WA16 7JL | **Blue Anchor**<br>*America Line*<br><br>**Sea Waybill (Non-Negotiable)**<br>for Multimodal Transport<br>And Port to Port Transport |

| Consignee | Notify Party 2 No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14). |
| --- | --- |
| WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118 UNITED STATES | |

| Notify Party No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14). | Delivery Agent |
| --- | --- |
| JOHN F KILROY CO.,<br>ONE CROSS ISLAND PLAZA,<br>SUITE 203E,<br>ROSEDALE, NEW YORK 11422 | KUEHNE & NAGEL, INC.<br>4985 OUTLAND CENTRE DRIVE<br>SUITE 102<br>USA- MEMPHIS, TN 38118, USA |

| Place of Receipt (Multimodal Transport only)<br>MOBBERLEY DOOR | Pre-carriage by<br>ROAD | Port of Loading<br>FELIXSTOWE | **Sea Waybill-No.**<br>BANQBHX0577469<br>1420-9116-706.067 |
| --- | --- | --- | --- |
| Vessel<br>MSC KARLSKRONA | Voyage No.<br>727W | Port of Transhipment | |
| Port of Discharge<br>CHARLESTON, SC | Place of Delivery (Multimodal Transport only)<br>MEMPHIS, TN DOOR | Movement<br>CY/CY | Freight Payable at<br>ORIGIN |

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE (See Clause 7.3)**

| Marks and Numbers | Number of Packages | Description of Goods | Gross Weight kgs | Measurement |
| --- | --- | --- | --- | --- |
| TOTAL | 1 | AS PER ATTACHED<br>FREIGHT PREPAID | 14539.00 | 40.706 |

| OCEANFREIGHT AND CHARGES<br>Rates, Weight and/or Measurement subject to correction | Prepaid | Collect | |
| --- | --- | --- | --- |

Declared Cargo Value **\*\*\* NO VALUE DECLARED \*\*\***
If Merchant enters a value, Carrier's per package limitation of liability shall not apply and the valorem rate will be charged.

Received by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise herein stated, the total number and quantity of Containers or other packages or units indicated in the box entitled "Number of Packages" for carriage from the port of loading (or the place of receipt, if mentioned above) to the port of discharge (or the place of delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-21 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Shipper's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 13) and the carrying vessel (see clause 12). In accepting this sea waybill, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the consignee or his authorised representatives. This sea waybill is not a document of title to the Goods and delivery will be made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the port of discharge or place of delivery, as appropriate, without the need to produce or surrender a copy of this sea waybill.
IN WITNESS WHEREOF the Carrier by its agents has signed this sea waybill.

**Total amount due**

| Place and date of issue:<br>BIRMINGHAM   06/07/2017 | For and on behalf of the Carrier<br>**Blue Anchor**<br>*America Line*<br><br>by   KUEHNE + NAGEL LTD.<br>As Agents for the Carrier |
| --- | --- |

Version II, April 2011

520017-07-10-15,20,36,911000CFSTSWBO

CELBKVES 006

**ATTACHMENT FOR**

| | |
|---|---|
| **BILL OF LADING** | |
| **ATTACHMENT FOR** | |
| B/L NO | BANQBHX0577469 |
| | 1420-9116-706.067 |
| BIRMINGHAM | 06/07/2017 |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SUDU6219504 | 1 | 40' HC RE | CONTAINER SAID TO CONTAIN | 14539.00 | 40.706 |
| SEAL 9052014 | | | 39 CASES OF PHOTOGRAPHIC | | |
| | | | MATERIAL | | |
| SHIPMENT NUMBERS | | | | | |
| 353622,353623 | | | CASE NUMBERS: | | |
| 353624,353626 | | | 07871/07878,07880/07909 | | |
| | | | 01346 | | |
| ISF - | | | | | |
| ISF0009076 | | | TEMPERATURE CONTROLLED | | |
| | | | CARGO AT PLUS 20 DEG C | | |
| | | | ALL MENTIONED CONTAINERS | | |
| | | | SHIPPER'S LOAD, COUNT AND | | |
| | | | SEAL | | |
| TOTAL | 1 | | | 14539.00 | 40.706 |

**Blue Anchor Line**

Kuehne + Nagel Inc.
d/b/a Blue Anchor America Line
10 Exchange Place
Jersey City, NJ 07302

## TERMS AND CONDITIONS

1. DEFINITIONS

2. CONTRACTING PARTIES

3. CARRIER'S TARIFF

4. NON-NEGOTIABILITY

5. SUB-CONTRACTING AND INDEMNITIES

6. CARRIER'S LIABILITY

7. DELAY, CONSEQUENTIAL DAMAGE, etc.

8. CONTAINERS

9. TEMPERATURE CONTROLLED CARGO

10. INSPECTION OF GOODS

11. METHODS AND ROUTE OF TRANSPORTATION

12. MATTERS AFFECTING PERFORMANCE

13. NOTIFICATION AND DELIVERY

14. DESCRIPTION OF GOODS

15. VARIATION OF THE CONTRACT

16. LIEN

17. GENERAL AVERAGE

18. BOTH-TO-BLAME COLLISION

19. GENERAL AVERAGE

20. U.S. TRADE

Pickup/Delivery Receipt

## Pickup/Delivery Receipt

### Order#: IBI0373742/001



**H & M TERMINALS TRANSPORT**

Date: 08/02/2017  Time: 10:33

Client Ref: 7PHL04GQEN
Client Code#: 52391                              Client Name:   HAMBURG SUD/ACCOUN

ORDER NO                          SIZE    TYPE           WEIGHT
IBI0373742/001                            40H REEFER     00.00 LBS
   Pieces: 0      Commodity:

                                                  Driver: 81394  Francisco Sel
Master B/L: 7PHL04GQEN                             SSL: HAMBURG SUD

| LEG | CONTAINER # | TYPE | PU DATE | PICKUP | DL DA |
|-----|-------------|------|---------|--------|-------|
| 01 | SUDU 621950-4 | FULL | 08/03/2017 | CSX MEMPHIS<br>3588 PAUL LOWRY<br>MEMPHIS, TN 38109 | 08/0<br>06:00 |

DRIVER INSTRUCTIONS: MUST MAINTAIN -20C

02  SUDU 621950-4 EMPTY                    WYNIT INC
                                          4655 E. SHELBY DRIVE
                                          MEMPHIS, TN 38118
                                          901-259-0950

                          **PROOF OF PICKUP / DELIVERY**

EQUIPMENT #: _____            DRIVER #:  __8139__

SEAL #: _____                 TIME ARRIVED: _____

PRINT NAME: _____     *Live*   TIME DEPARTED: _____

SIGNATURE: _____              DRIVER SIGNATURE: ___

         DELIVERED WITH SEALS INTACT                        H8
                                                            "L
DELIVERY DATE: _____  PIECES: _____

COMMENTS:

*JAMES*



# JOHN F. KILROY CO., INC.

### Customs Brokers & Freight Forwarders

One Cross Island Plaza, Suite 203E
Rosedale, NY  11422-1400 ~ USA
Tel: (718) 656-7818  ~  Email: jfkilroy@jfkilroy.com  ~  Fax: (718) 656-8888
Website: www.jfkilroy.com
OTI: 000114NF

## ISF Header Details

Page 1 of 1

**JOB NUMBER** ISF0009076
**CUSTOMS REF.** 819-35178813866
**CUSTOMS STATUS** CLEAR ISF ADD
**DATE** 28-Jun-2017

| IMPORTER | MAIN SHIP-TO PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM<br><br>REG: 064701-01064 | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES |

| SELLING PARTY | BUYING PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>MOBBERLY, CHESIRE<br>WA167JL<br>UNITED KINGDOM | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES<br><br>EIN: 27-500523000 |

| SCHEDULED CONTAINER STUFFING LOCATION | CONSOLIDATOR |
|---|---|
| HARMAN TECHNOLOGY LIMITED<br>ILFORD WAY<br>MOBBERLEY<br>WA167JL<br>UNITED KINGDOM | KUEHNE & NAGEL LTD<br>MIDPOINT PARK MINWORTH<br>WEST MIDLANDS<br>UNITED KINGDOM |

| FIRST ACCEPTED DATE | LAST ACCEPTED DATE | SCAC | OWNER REFERENCE |
|---|---|---|---|
| 28-Jun-2017 | 28-Jun-2017 | | EI10008703-8706 |

| US CBP ENTRY NUMBER | CONSIGNEE ID | ISF BOND HOLDER |
|---|---|---|
| | CBN:064701-01064 | 064701-01064 |

| BOND ACTIVITY CODE | BOND TYPE | SURETY CODE | BOND REFERENCE NUMBER |
|---|---|---|---|
| IMPORTER OR BROKER | CONTINUOUS BOND | | |

**EXTRA ORGANIZATIONS**

| MANUFACTURER |
|---|
| HARMAN TECHNOLOGY LIMITED<br>ILFORD WAY<br>MOBBERLEY<br>WA167JL<br>UNITED KINGDOM |

| BILL OF LADING |
|---|
| BM: BANQBHX0577469 (STATUS: S2 - ISF bill is NOT on file in AMS immediately after filing the ISF.) |

**CONTAINER DETAILS**

| NUMBER | DESCRIPTION CODE | TYPE |
|---|---|---|
| SUDU6219504 | 4B | |

## STANDARD SHIPPING NOTE    FOR NON-DANGEROUS GOODS ONLY

| | |
|---|---|
| 1. Exporter<br>Harman technology Limited<br>Ilford Way, Mobberley<br>Cheshire WA16 7JL | 2. Customs reference/status<br>7GB864440910000-BHX0577469 |

| 3. Booking Number<br>7MANEN4281 | 4. Exporters reference<br>353622,3,4,6 |
|---|---|

| 6. Consignee<br>Wynit Distribution LLC<br>4655 Shelby Drive<br>Memphis 38118<br>USA | 5. Forwarders Reference |
|---|---|

| 7. Freight Forwarder: Kuehne Nagel | 8. International Carrier |
|---|---|

| 9. Other UK transport details (e.g. ICD, terminal, vechile bkg, reg, receiving dates)<br>Collect from Harman on 28/06/17 @ 9am | For use of receiving authority only |
|---|---|

10A. Company preparing this note declares that, to the best of their belief, the goods have been accurately described, their quantities, weights and meaurements are correct and at the time of despatch they were in good order and condition; that the goods are not classified as being hazardous by reference to relevant national and international regulations applicable to the intended modes of transport.

| 10. Vessel and date      Port of loading<br>Maersk Karlskrona 05/07/17 Felixstowe | |
|---|---|

| 11. Port of discharge    Destination<br>Charleston 19/07/17        Memphis | TO RECEIVE THE AUTHORITY - Please receive for shipment the goods described below subject to your published regulations and conditions (including to those as to liability). |
|---|---|

| 12. Shipping Marks | No. and kind of packages: description of goods.<br>Non-hazardous special stowage requirements | 13A. Gross Weight (kg) of goods | 14. Cube (m3) of goods |
|---|---|---|---|
| Wynit Distribution LLC, USA | Containing Photographic Material of no known hazard<br>39 Cases, Case nos:07871/07878, 07880/07909, 01346 | 14539.00 | 40.706 |

| For use of Shipping company only | | Total gross weight of goods<br>14539.00 | Total cube of goods<br>40.706 |
|---|---|---|---|

| 16. Container identification number/vehicle registration number<br>SUDU6219504 | 16A. Seal Number(s)<br>9052014 | 16B. Container/vehicle size/type<br>40' Reefer | 16C. Tare (kg)<br>4620kg | 16D. Verified gross mass<br>19191kg |
|---|---|---|---|---|

### DOCK TERMINAL RECEIPT

| HAULIER DETAILS | RECEIVING AUTHORTY REMARKS | 17. Name and telephone number of company preparing this note: Harman technology Limited |
|---|---|---|
| Haulier Name<br>MTL<br>Vehicle reg.no<br>EU 15TUP<br>Drivers Signature | Received the above number of packages/containers/trailers in apparent good order and condition unless stated herein<br><br>Received Authority signature and date | Place and date: Mobberley Cheshire 28/06/2017<br><br>Name of Contact:<br>Mrs J Rank |

| SHIPPER | KUEHNE+NAGEL | |
|---|---|---|
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>OFF TOWN LANE, MOBBERLEY<br>KNUTSFORD, CHESHIRE<br>WA16 7JL<br>N/A | **BOOKING CONFIRMATION** | |
| | **PLEASE QUOTE IN YOUR REPLY** | |
| | REFERENCE | 1420-9116-706.067 |
| | BIRMINGHAM | 16/06/2017 |

| CONSIGNEE | |
|---|---|
| WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118 UNITED STATES<br><br>N/A | ACCORDING TO IMO RULES (SOLAS CHAPTER VI, REGULATION 2, PARAGRAPHS 1-6). THE SHIPPER IS RESPONSIBLE FOR THE VERIFICATION OF THE PACKED CONTAINER WEIGHT (VERIFIED GROSS MASS). IF CERTIFIED BY THE MCA OR USING AN APPROVED WEIGHBRIDGE THE SHIPPER OR AUTHORIZED PARTY IS WELCOME TO SUBMIT THE VGM DETAILS TO KUEHNE + NAGEL HERE: |

| NOTIFY PARTY | |
|---|---|
| JOHN F KILROY CO.,<br>ONE CROSS ISLAND PLAZA,<br>SUITE 203E,<br>ROSEDALE, NEW YORK 11422 | |
| | HTTP://VGM.KUEHNE-NAGEL.COM/E82FE0100F7B19F58AB7000-IAC1BDC46 |

| | | | |
|---|---|---|---|
| **PLACE OF RECEIPT** | : MOBBERLEY  DOOR | **PRE-CARRIAGE BY** | : ROAD |
| **OCEAN VESSEL** | : MSC KARLSKRONA | **VOYAGE** | : 727W |
| **PORT OF LOADING** | : FELIXSTOWE | **ETS** | : 05/07/2017 |
| **PORT OF DISCHARGE** | : CHARLESTON, SC | **ETA** | : 19/07/2017 |
| **PLACE OF DELIVERY** | : MEMPHIS, TN DOOR | **ETA P/D** | : 23/07/2017 |
| **TERMS OF DELIVERY** | : DDP MEMPHIS | **MOVEMENT** | : CY/CY |
| **INSURANCE** | : NOT ARR'GED BY KN | | |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| TOTAL | 1 | | AS PER ATTACHED<br>FREIGHT PREPAID | 15500.00 | 40.000 |

--------------------------------------------------------------------------
WE ARE PLEASED TO CONFIRM YOUR BOOKING OF 16/06/2017 AS DETAILED ABOVE.
IF THE VGM IS NOT AVAILABLE BY  30/06/2017 , THE CONTAINER MIGHT BE SUBJECT
ADDITIONAL PORT WEIGHING FEES, WHICH WILL BE FOR THE ACCOUNT OF THE
SHIPPER/CUSTOMER.
PLEASE ENSURE ALL RELEVANT DOCUMENTATION IS PROVIDED TO THE KUEHNE + NAGEL
OFFICE,STATED ON THIS BOOKING CONFIRMATION, IN A TIMELY MANNER
CONTAINER(S) TO BE POSITIONED ON 28/06/2017 AT  0900 HOURS
AT HARMAN TECHNOLOGY LTD ,  COLLECTION REF: USA
BOOKING REF: 7MANEN4281
CUSTOMS UCR NUMBER: 7GB864440910000-BHX0577469
AMS/ISF HOUSEBILL: BANQBHX0577469

FOR SHIPMENTS TO USA ONLY
PLEASE NOTE THAT WE NEED A COPY OF ALL COMMERCIAL DOCUMENTS NOT LATER THAN
72 HOURS PRIOR TO SCHEDULED VESSEL DEPARTURE. THIS IS A MANDATORY
REQUIREMENT IN ORDER TO COMPLY WITH REGULATIONS FOR USA IMPORT SECURITY
FILING (10+2).

Registered in England & Wales. Company Reg.No. 01722216.VAT Reg. No. GB864 4409 10
Registered Office : Roundwood Avenue, Stockley Park, Uxbridge, UB11 1FG Great Britain
All transactions are subject to the latest version of the Standard Trading Conditions of the British International
Freight Association (BIFA) a copy of which can be obtained from http://uk.kuehne-nagel.com/stc/speci.)

| Kuehne + Nagel Ltd.<br>Midpoint Park<br>Minworth<br>West Midlands B76 1BL<br>Great Britain | Tel: +44 (0)121 625 2468<br><br>GBP Barclays Sort Code: 20-35-35<br>GBP Barclays Swift: BARCGB22<br>EUR Barclays Swift: BARCGB22<br>USD Citibank Swift: CITIGB2L | uk.collections@kuehne-nagel.com<br><br>GBP Account Number: 60365149<br>GBP IBAN: GB74BARC20353560365149<br>EUR IBAN: GB51BARC20353544877088<br>USD IBAN: GB54CITI18500817087926 | **KUEHNE + NAGEL Ltd.**<br>ALEXANDER. ALLAN-SMITH |

MAPEMLGB  00027768782017-06-16-14.24.45.433000CFFRBOOK

**ATTACHMENT FOR**

# KUEHNE+NAGEL 

**BOOKING CONFIRMATION**

**PLEASE QUOTE IN YOUR REPLY**

| REFERENCE | 1420-9116-706.067 |
| BIRMINGHAM | 16/06/2017 |

```
MARKS & NOS          QTY  PACKAGES   DESCRIPTION OF GOODS        GROSS WT KGS        CBM
001                  1 40' HC RE CONTAINER SAID TO CONTAIN      15500.00     40.000
                                 XX CASES OF PHOTOGRAPHIC
                                 MATERIAL
SHIPMENT NUMBERS
                                 CASE NUMBERS:
                                 XXXXX/XXXXX,XXXXX
ISF -

                                 TEMPERATURE CONTROLLED
                                 CARGO AT PLUS 20 DEG C
                                 ALL MENTIONED CONTAINERS
                                 SHIPPER'S LOAD, COUNT AND
                                 SEAL
         TOTAL       1                                          15500.00     40.000
```

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM

Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or              00 44 1565 650082

VAT NO:  GB  855 6191 02

**INVOICE No: EI  10008703**

**INVOICE DATE:** 28/06/2017

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:   353622          Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | 3701.99 Photographic Plates & Film, Flat, Sensitised, Unexposed. | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 307565 | | 1813157 | ORTHO+ 4x5in 25 | 10 | 29.64 | 296.40 |
| 3228805 | | 1743445 | DP100 4x5in 25 | 80 | 29.09 | 2,327.20 |
| 3228805 | | 1743490 | DP100 8x10in 25 | 20 | 91.03 | 1,820.60 |
| 3228805 | | 1678288 | FP4+ 4x5in 100 | 20 | 102.77 | 2,055.40 |
| 3228805 | | 1678279 | FP4+ 4x5in 25 | 80 | 26.74 | 2,139.20 |
| 3228805 | | 1629181 | HP5+ 4x5in 100 | 40 | 102.77 | 4,110.80 |
| 0003229086 | | 1678325 | FP4+ 8x10in 25 | 21 | 86.88 | 1,824.48 |
| 0003229086 | | 1629172 | HP5+ 4x5in 25 | 240 | 26.74 | 6,417.60 |
| 0003229086 | | 1629200 | HP5+ 5x7in 25 | 46 | 40.46 | 1,861.16 |
| 0003229086 | | 1629228 | HP5+ 8x10in 25 | 40 | 86.88 | 3,475.20 |
| | | | | | | |
| | | | TOTAL FOR | 3701.99 | | 26,328.04 |
| | | | 3702.32 Photographic Film:Rolls.Sensitised.Unexposed.Unperforated. | | | |
| | | | Country of origin   UNITED KINGDOM | | | |

Continued on page    2

# HARMAN technology Limited

**INVOICE No: EI  10008703**

**INVOICE DATE:** 28/06/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  353622        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | XP2S 120 | | 1839649 | 700 | 4.18 | 2,926.00 |
| 0003229086 | DP3200 120 | | 1921535 | 2,500 | 5.17 | 12,925.00 |
| 0003229086 | DP400 120 | | 1780668 | 800 | 4.36 | 3,488.00 |
| 0003229086 | FP4+ 120 | | 1678169 | 1,600 | 3.96 | 6,336.00 |
| | | | TOTAL FOR | | 3702.32 | 25,675.00 |
| | | | | | | |
| | 3702.96 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | | |
| 0003229086 | DP100 135 36 | | 1780624 | 900 | 5.53 | 4,977.00 |
| 0003229086 | DP3200 135 36 | | 1887710 | 1,200 | 7.36 | 8,832.00 |
| 0003229086 | DP400 135 24 | | 1748165 | 1,000 | 4.08 | 4,080.00 |
| 0003229086 | FP4+ 135 36 | | 1649651 | 1,200 | 4.16 | 4,992.00 |
| 0003229086 | HP5+ 135 24 | | 1700646 | 4,200 | 3.52 | 14,784.00 |
| 0003229086 | HP5+ 135 24 PP50 | | 1700664 | 12 | 176.13 | 2,113.56 |
| 0003229086 | HP5+ 135 36 | | 1574577 | 7,200 | 4.16 | 29,952.00 |
| 0003229086 | HP5+ 135 36 PP50 | | 1574616 | 6 | 208.18 | 1,249.08 |

Continued on page   3

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR9 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile     00 44 1565 873067
Or             00 44 1565 650082
VAT NO: GB 855 6191 02

## INVOICE No: EI  10008703

**INVOICE DATE:** 28/06/2017

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

Load No:  353622        Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229086 | PANF+ 135 36 | | 1707768 | 300 | 5.69 | 1,707.00 |
| 0003229086 | SFX200 135 36 | | 1829189 | 300 | 6.70 | 2,010.00 |
| 0003229086 | XP2S 135 36 | | 1839575 | 1,200 | 5.65 | 6,780.00 |
| | | | | | TOTAL FOR  3702.96 | 81,476.64 |
| 3702.97 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin  UNITED KINGDOM | | | | | | |
| 3228805 | DP400 35x30.5m | | 1765829 | 30 | 55.72 | 1,671.60 |
| 0003229086 | DP400 35x30.5m | | 1765829 | 30 | 55.72 | 1,671.60 |
| 0003229086 | HP5+ 35x30.5m | | 1656031 | 180 | 46.46 | 8,362.80 |
| | | | | | TOTAL FOR  3702.97 | 11,706.00 |
| 3703.10 Photographic Paper, Sensitised, Unexposed. | | | | | | |
| Country of origin  UNITED KINGDOM | | | | | | |
| 3228358 | MG4RC44M 76.2x30m EICC3 | | 1769441 | 3 | 225.55 | 676.65 |
| 3228566 | MGFB1K CLASSIC 106.7x30m EICC3 | | 1172160 | 4 | 394.05 | 1,576.20 |

Continued on page    4

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008703

**INVOICE DATE:** 28/06/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB  855 6191 02

**Load No:**  353622        **Terms of payment:**   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | | 1172160 | MGFB1K CLASSIC 106.7x30m EICC3 | 7 | 394.05 | 2,758.35 |
| 3228805 | | 1172423 | MGFB5K CLASSIC 106.7x30m EICC3 | 2 | 394.05 | 788.10 |
| 3228805 | | 1769579 | MG4RC25M 106.7x10m EICC3 | 3 | 106.41 | 319.23 |
| 3228805 | | 1769478 | MG4RC44M 106.7x30m EICC3 | 3 | 314.82 | 944.46 |
| 3228805 | | 1904237 | MGFBWT1K 127x30m EICC3 | 3 | 737.85 | 2,213.55 |
| 0003229086 | | 1172160 | MGFB1K CLASSIC 106.7x30m EICC3 | 3 | 394.05 | 1,182.15 |
| | | | | | TOTAL FOR    3703.10 | 10,458.69 |
| | | | 3703.90 Photographic Paper, Sensitised, Unexposed. Country of origin  UNITED KINGDOM | | | |
| 310563 | | 1858468 | MG4RC1M 20.3x25.4 25 VAL PK US | 310 | 20.11 | 6,234.10 |
| 3228358 | | 1170993 | GDS RC44M 12.7x150m EO CC3 | 30 | 155.67 | 4,670.10 |
| 3228358 | | 1168099 | ISRC344M 20.3x25.4cm 25 (Bx) | 38 | 22.84 | 867.92 |
| 3228358 | | 1858477 | MG4RC44M 20.3x25.4 25 VALPK US | 430 | 20.11 | 8,647.30 |
| 3228566 | | 1884483 | MGFBWT24K 27.9x35.6cm 50 | 28 | 97.97 | 2,743.16 |
| 3228566 | | 1952069 | MGRCCT44M 27.9x35.6cm 50 | 9 | 58.73 | 528.57 |

Continued on page   5

# HARMAN technology Limited

**INVOICE No: FI   10008703**

**INVOICE DATE:** 28/06/2017

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:    353622          Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228566 | MGRCWT44M 27.9x35.6cm 10 (Bx) | | 1168493 | 11 | 17.36 | 190.96 |
| 3228566 | SP746 21M 20.3x305m EICC3 | | 1746350 | 7 | 282.89 | 1,980.23 |
| 3228805 | MGFB1K CLAS 27.9x35.6cm 10(Bx) | | 1172038 | 140 | 17.05 | 2,387.00 |
| 3228805 | MGFB1K CLASSIC 27.9x35.6cm 50 | | 1172049 | 160 | 75.57 | 12,091.20 |
| 3228805 | MGFB1K CLASSIC 50.8x61cm 50 | | 1172137 | 12 | 230.27 | 2,763.24 |
| 3228805 | MGFB1K CLASSIC 20.3x25.4cm 100 | | 1171983 | 210 | 78.69 | 16,524.90 |
| 3228805 | MGFB5K CLAS 27.9x35.6cm 10(Bx) | | 1172298 | 74 | 17.05 | 1,261.70 |
| 3228805 | MGFB5K CLASSIC 40.6x50.8cm 50 | | 1172357 | 6 | 154.16 | 924.96 |
| 3228805 | MGFB5K CLASSIC 12.7x17.8cm 100 | | 1172203 | 10 | 35.98 | 359.80 |
| 3228805 | MGFB5K CLASSIC 20.3x25.4cm 100 | | 1172258 | 40 | 78.69 | 3,147.60 |
| 3228805 | MGFB5K CLASSIC 50.8x61cm 50 | | 1172399 | 6 | 225.71 | 1,354.26 |
| 3228805 | MG4RC1M 40.6x50.8cm 50 | | 1770746 | 3 | 117.56 | 352.68 |
| 3228805 | MG4RC1M 12.7x17.8cm 100 | | 1769900 | 130 | 26.53 | 3,448.90 |
| 3228805 | MG4RC1M 12.7x17.8cm 25 (Bx) | | 1168181 | 198 | 7.83 | 1,550.34 |
| 3228805 | MG4RC1M 12.7x17.8cm 500 | | 1769964 | 12 | 111.86 | 1,342.32 |
| 3228805 | MG4RC1M 20.3x25.4cm 250 | | 1770395 | 120 | 126.70 | 15,204.00 |

Continued on page   6

# HARMAN technology Limited

## INVOICE No: EI  10008703

INVOICE DATE: 28/06/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:   353622          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | | 1770526 | MG4RC1M 24x30.5cm 50 | 10 | 34.47 | 344.70 |
| 3228805 | | 1168273 | MG4RC25M 27.9x35.6cm 10 (Bx) | 1 | 13.05 | 13.05 |
| 3228805 | | 1771679 | MG4RC44M 40.6x50.8cm 50 | 21 | 117.56 | 2,468.76 |
| 3228805 | | 1769423 | MG4RC44M 61x30m EICC3 | 2 | 180.87 | 361.74 |
| 3228805 | | 1771019 | MG4RC44M 12.7x17.8cm 100 | 300 | 26.53 | 7,959.00 |
| 3228805 | | 1771318 | MG4RC44M 20.3x25.4cm 100 | 500 | 57.99 | 28,995.00 |
| 3228805 | | 1858477 | MG4RC44M 20.3x25.4. 25 VALPK US | 1,000 | 20.11 | 20,110.00 |
| 3228805 | | 1952252 | MGEXP1M 12.7x152m EO | 1 | 153.42 | 153.42 |
| 3228805 | | 1175130 | MGFBCT1K 40.6x50.8cm 50 | 3 | 157.10 | 471.30 |
| 3228805 | | 1168383 | MGFBWT1K 27.9x35.6cm 10 (Bx) | 42 | 23.05 | 968.10 |
| 3228805 | | 1168392 | MGFBWT1K 40.6x50.8cm 10 (Bx) | 16 | 46.79 | 748.64 |
| 3228805 | | 1884483 | MGFBWT24K 27.9x35.6cm 50 | 30 | 97.97 | 2,939.10 |
| 3228805 | | 1884584 | MGFBWT24K 40.6x50.8cm 50 | 9 | 199.86 | 1,798.74 |
| 3228805 | | 1168448 | MGFBWT24K 50.8x61cm 10 (Bx) | 9 | 67.06 | 603.54 |
| 3228805 | | 1884300 | MGFBWT24K 20.3x25.4cm 100 | 10 | 101.96 | 1,019.60 |
| 3228805 | | 1168419 | MGFBWT24K 20.3x25.4cm 25 (Bx) | 76 | 28.73 | 2,183.48 |

Continued on page   7

# HARMAN technology Limited

**INVOICE No: EI 10008703**

| INVOICE DATE: | 28/06/2017 |
| CUSTOMER No: | 591034 |
| CUSTOMER VAT No: | 27-5005230 |

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or    00 44 1565 650082
VAT NO: GB  855 6191 02

Load No:   353622          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | MGRCCT44M 27.9x35.6cm 50 | | 1952069 | 10 | 58.73 | 587.30 |
| 3228805 | PFOLIO44K 27.9x35.6cm 10 (255) | | 1171356 | 14 | 18.08 | 253.12 |
| 3228805 | GDS RC1M 25.4x76m EO CC3 | | 1170883 | 1 | 157.74 | 157.74 |
| 3228805 | MG ART 300 50.8x61cm 15 | | 1170476 | 3 | 100.60 | 301.80 |
| 3228805 | MG ART 300 12.7x17.8cm 50 | | 1170399 | 20 | 23.34 | 466.80 |
| 3228805 | MG ART 300 20.3x25.4cm 50 | | 1170410 | 30 | 50.98 | 1,529.40 |
| 0003229086 | ISRC244M 12.7x17.8cm 100 | | 1608924 | 1 | 36.39 | 36.39 |
| 0003229086 | ISRC31M 20.3x25.4cm 100 | | 1605734 | 10 | 79.33 | 793.30 |
| 0003229086 | ISRC344M 20.3x25.4cm 25 (Bx) | | 1168099 | 38 | 22.84 | 867.92 |
| 0003229086 | MGFB1K CLASSIC 27.9x35.6cm 50 | | 1172049 | 160 | 75.57 | 12,091.20 |
| 0003229086 | MGFB1K CLASSIC 20.3x25.4cm 100 | | 1171983 | 167 | 78.69 | 13,141.23 |
| 0003229086 | MG4RC1M 12.7x17.8cm 250 | | 1769946 | 64 | 59.90 | 3,833.60 |
| 0003229086 | MG4RC1M 20.3x25.4cm 50 | | 1770339 | 210 | 30.44 | 6,392.40 |
| 0003229086 | MG4RC25M 12.7x17.8cm 100 | | 1771912 | 10 | 26.53 | 265.30 |
| 0003229086 | MG4RC44M 27.9x35.6cm 10 (Bx) | | 1168347 | 140 | 13.05 | 1,827.00 |
| 0003229086 | MG4RC44M 20.3x25.4cm 50 | | 1799178 | 210 | 30.44 | 6,392.40 |

Continued on page   8

# HARMAN technology Limited

**INVOICE No: EI  10008703**

**INVOICE DATE:** 28/06/2017

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB  855 6191 02

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  353622          Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229086 | MGFBCT1K 20.3x25.4cm 25 (Box) | | 1175020 | 19 | 22.60 | 429.40 |
| 0003229086 | MGFBCT1K 40.6x50.8cm 10 (Box) | | 1175129 | 4 | 35.43 | 141.72 |
| 0003229086 | MGFBWT24K 27.9x35.6cm 10 (Bx) | | 1168420 | 42 | 23.05 | 968.10 |
| 0003229086 | MGFBWT24K 12.7x17.8cm 100 | | 1883383 | 1 | 46.66 | 46.66 |
| 0003229086 | MGFBWT24K 20.3x25.4cm 100 | | 1884300 | 10 | 101.96 | 1,019.60 |
| 0003229086 | MGRCCT44M 20.3x25.4cm 25 (Bx) | | 1168466 | 57 | 16.66 | 949.62 |
| | | | | | TOTAL FOR  3703.90 | 212,205.41 |
| | 3707.90 Photographic Chemicals - Developers and Fixers | | | | | |
| | Country of origin  GERMANY | | | | | |
| 3228566 | ILFOTEC DD DEV 5lt | | 1760109 | 18 | 39.14 | 704.52 |
| 3228566 | ILFOSTOP 500ml WLD | | 1893870 | 296 | 5.52 | 1,633.92 |
| 3228805 | 2000RT DEV/REP 5lt | | 1758056 | 22 | 29.89 | 657.58 |
| 3228805 | HARMAN WARMTONE DEV 1LT | | 1140279 | 56 | 14.22 | 796.32 |
| 3228805 | ILFOSOL 3 500ml USA/CAN | | 1176108 | 480 | 6.47 | 3,105.60 |
| 3228805 | ILFOSTOP 500ml WLD | | 1893870 | 312 | 5.52 | 1,722.24 |

Continued on page    9

# HARMAN technology Limited

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or   00 44 1565 650082
VAT NO: GB 855 6191 02

## INVOICE No: EI 10008703

INVOICE DATE: 28/06/2017

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

CUSTOMER No: 591034
CUSTOMER VAT No: 27-5005230

Load No: 353622   Terms of payment: 60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | | 1155055 | ILFOTEC DD-X DEV 1lt | 136 | 12.35 | 1,679.60 |
| 3228805 | | 1905162 | ILFOTOL WTG AGENT 1lt WLD | 24 | 12.70 | 304.80 |
| 3228805 | | 1757855 | MULTIGRADE DEV 5lt WLD | 96 | 28.62 | 2,747.52 |
| 3228805 | | 1757635 | PHENISOL DEV 5lt WLD | 4 | 28.93 | 115.72 |
| 3228805 | | 1757314 | PQU DEV 5lt WLD | 74 | 37.81 | 2,797.94 |
| 3228805 | | 1155091 | PQU DEVELOPER 500ML | 104 | 6.28 | 653.12 |
| 3228805 | | 1984262 | RAPID FIXER 1lt | 296 | 7.52 | 2,225.92 |
| 3228805 | | 1984253 | RAPID FIXER 500ml | 344 | 5.09 | 1,750.96 |
| 3228805 | | 1984565 | RAPID FIXER 5lt | 80 | 24.09 | 1,927.20 |
| 3228805 | | 1143207 | SELENIUM TONER 1lt | 40 | 13.63 | 545.20 |
| 3228805 | | 1970902 | WASHAID 1lt | 32 | 11.96 | 382.72 |
| 0003229086 | | 1960549 | BROMOPHEN DEV 5lt | 24 | 11.22 | 269.28 |
| 0003229086 | | 1893870 | ILFOSTOP 500ml WLD | 296 | 5.52 | 1,633.92 |
| 0003229086 | | 1905162 | ILFOTOL WTG AGENT 1lt WLD | 16 | 12.70 | 203.20 |
| 0003229086 | | 1173875 | MICROPHEN DEV 1Lt | 48 | 4.97 | 238.56 |
| 0003229086 | | 1757855 | MULTIGRADE DEV 5lt WLD | 96 | 28.62 | 2,747.52 |

Continued on page   10

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

## INVOICE No: EI  10008703

**INVOICE DATE:** 28/06/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W,WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

Load No:  353622        Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229086 | | 1984565 | RAPID FIXER 5lt | 80 | 24.09 | 1,927.20 |
| | | | | | TOTAL FOR   3707.90 | 30,770.56 |
| | | | 5911.31 Textile products & articles for technical uses weighing less | | | |
| | | | Country of origin  UNITED KINGDOM | | | |
| 3228805 | | 1203547 | ANTISTATIC CLOTH ORANGE | 240 | 7.28 | 1,747.20 |
| 0003229086 | | 1203547 | ANTISTATIC CLOTH ORANGE | 480 | 7.28 | 3,494.40 |
| | | | | | TOTAL FOR   5911.31 | 5,241.60 |
| | | | 9002.20 Photographic Filters. | | | |
| | | | Country of origin  UNITED KINGDOM | | | |
| 3228566 | | 1833003 | MGFILT A/LENS 30x30cm GR0 | 4 | 12.52 | 50.08 |
| 3228805 | | 1762640 | MGFILT 15.2x15.2cm 00-5 | 120 | 30.42 | 3,650.40 |
| 0003229086 | | 1762617 | MGFILT B/LENS kit 00-5 | 30 | 53.61 | 1,608.30 |
| | | | | | TOTAL FOR   9002.20 | 5,308.78 |

Continued on page   11

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI 10008703

**INVOICE DATE:** 28/06/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082

VAT NO: GB 855 6191 02

**Load No:** 353622     **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | | | | |

Load No.     353622 = 36 Packages

TOTAL     411,516.48

Freight Terms     DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only. Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HARMAN technology Limited**

Invoice No:   EI10008703

Customer   591034   WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3701.99 | GB | 26328.04 | 340.155 |
| 3703.90 | GB | 212205.41 | 16124.643 |
| 3703.10 | GB | 10458.69 | 823.080 |
| 3707.90 | DE | 30770.56 | 4034.000 |
| 9002.20 | GB | 5308.78 | .000 |
| 9006.53 | JP | 1822.80 | 14.384 |
| 5911.31 | GB | 5241.60 | .000 |
| 3702.97 | GB | 11706.00 | 256.200 |
| 3702.32 | GB | 25675.00 | 283.360 |
| 9010.50 | GB | 522.96 | .000 |
| 3702.96 | GB | 81476.64 | 958.420 |

# HARMAN technology Limited

**Shipping Instruction for SEAFREIGHT DESPATCH**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 28/06/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:      +44 1565 684357
VAT No.   GB 855 6191 02

**Shipment: 353622**                    Page:   1

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

Document Date:        27/06/2017
Shipment Date:        27/06/2017

Freight Conditions:                DDP
Freight and Charges Paid By:       HARMAN TECHNOLOGY
Carrier:                           KUEHNE-NAGEL
Customs Duty for the Account of:   CONSIGNEE

| Case Details | | Dimensions | | | | | | Volume | |
|---|---|---|---|---|---|---|---|---|---|
| 1 CASE | @ | 59 | x | 40 | x | 33 | cm | = | .077 cu m |
| 1 HALFPALLET | @ | 80 | x | 60 | x | 112 | cm | = | .537 cu m |
| 1 GMA PALLET | @ | 120 | x | 100 | x | 40 | cm | = | .480 cu m |
| 1 GMA PALLET | @ | 120 | x | 100 | x | 61 | cm | = | .732 cu m |
| 7 GMA PALLET | @ | 120 | x | 100 | x | 69 | cm | = | 5.796 cu m |
| 2 GMA PALLET | @ | 120 | x | 100 | x | 71 | cm | = | 1.704 cu m |
| 1 GMA PALLET | @ | 120 | x | 100 | x | 75 | cm | = | .900 cu m |
| 20 GMA PALLET | @ | 120 | x | 100 | x | 100 | cm | = | 24.000 cu m |
| 1 GMA PALLET | @ | 120 | x | 100 | x | 146 | cm | = | 1.752 cu m |
| 1 GMA PALLET | @ | 120 | x | 100 | x | 151 | cm | = | 1.812 cu m |
| --- | | | | | | | | | --------- |
| 36 | | | | | | | | | 37.790 |

**Case Numbers**

Numbers   07871/07878   07880/07905   07907/07908

Gross weight = 13556.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M. |
|---|---|---|---|---|---|
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets or rolls where roll width does not exceed 610mm. | 5750.34 | 166355.59 | 5235 | EACH |
| 3703.10 | Photographic Paper, Sensitised, Unexposed. In rolls of a width exceeding 610mm. | 292.60 | 8193.41 | 28 | EACH |
| 9006.53 | Photographic Cameras, 35mm, Disposable. (No of Items) | 32.55 | 1429.88 | 310 | Number of Units |
| 9010.50 | Apparatus and equipment for photographic laboratories. (EACH/NO OF ITEMS) | 3.00 | 409.91 | 12 | EACH |
| 3701.99 | Photographic Plates & Film, Flat, Sensitised, Unexposed. | 185.41 | 20661.75 | 597 | EACH |
| 9002.20 | Photographic Filters. (No of Units) | 47.49 | 4166.20 | 154 | Number of Units |
| 3702.32 | Photographic Film-Rolls.Sensitised.Unexposed.Unperforated. With silver halide emulsion. Width GT 35mm but not 105mm. | 169.40 | 20117.07 | 5600 | EACH |
| 3707.90 | Photographic Chemicals - Developers and Fixers | 5184.04 | 24136.13 | 2974 | EACH |
| 5911.31 | Textile products & articles for technical uses weighing less than 650g/m2 (ANTISTATIC CLOTH) | 36.00 | 4109.56 | 720 | EACH |

Continued on Page   2

# HAR AN technology Limited

## Shipping Instruction for SEAFREIGHT DESPATCH

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:      +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment: 353622**                    Page: 2

| | |
|---|---|
| Document Date: | 27/06/2017 |
| Shipment Date: | 27/06/2017 |

| | |
|---|---|
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE-NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON  WED 28/06/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M |
|---|---|---|---|---|---|
| 3702.97 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm. Length exceeding 30m. (MT) | 59.10 | 9172.74 | 7320 | METRE Number of Units |
| 3702.96 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm. Length not exceeding 30m. (NO) | 635.16 | 63818.16 | 18400 | Number of Units |
| | Totals | 12395.09 | 322570.40 | | |
| | USD Currency Totals | | 411516.48 | | |

# HAROAN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 22X

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: 591034

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Consignment: 046760

Page: 1
Document Date: 26/06/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref/Order line | Ins. | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 251707871 | 413.00 | 368.96 | 120/100/100 | 1172049 | 160 | EA | MGFB1K CLASSIC 27.9x35.6cm 50 | 50C772X88 | 210268 /045 | | 3228805 |
| | | 292.80 | | 1770526 | 10 | EA | MG4RC1M 24x30.5cm 50 | 48A505C78 | 210268 /065 | | 3228805 |
| | | 11.90 | | 1172038 | 28 | EA | MGFB1K CLAS 27.9x35.6cm 10(Bx) | 50C772X36 | 210268 /044 | | 3228805 |
| | | 17.64 | | 1172298 | 74 | EA | MGFB5K CLAS 27.9x35.6cm 10(Bx) | 50C773X37 | 210268 /050 | | 3228805 |
| | | 46.62 | | | | | | | | | |
| 251707872 | 561.00 | 514.80 | 120/100/100 | 1771318 | 230 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C64 | 210268 /073 | | 3228805 |
| | | 358.80 | | 1771318 | 100 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C23 | 210268 /073 | | 3228805 |
| | | 156.00 | | | | | | | | | |
| 251707873 | 591.00 | 554.80 | 120/100/100 | 1771983 | 40 | EA | MGFB1K CLASSIC 20.3x25.4cm 100 | 50C772X07 | 210268 /048 | | 3228805 |
| | | 72.40 | | 1771983 | 120 | EA | MGFB1K CLASSIC 20.3x25.4cm 100 | 52D701C36 | 210268 /048 | | 3228805 |
| | | 217.20 | | 1771318 | 170 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C23 | 210268 /073 | | 3228805 |
| | | 265.20 | | | | | | | | | |
| 251707874 | 432.00 | 390.20 | 120/100/151 | 1172160 | 7 | EA | MGFB1K CLASSIC 106.7x30m EICC3 | 52D701C69 | 210268 /047 | | 3228805 |
| | | 77.00 | | 1172423 | 2 | EA | MGFB5K CLASSIC 106.7x30m EICC3 | 46B770X16 | 210268 /052 | | 3228805 |
| | | 25.20 | | 1952252 | 1 | EA | MGEXP1M 12.7x152m EO | 40D420C93 | 210268 /076 | | 3228805 |
| | | 5.53 | | 1172203 | 10 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 50C773X10 | 210268 /053 | | 3228805 |
| | | 8.10 | | 1668273 | 1 | EA | MG4RC25M 27.9x35.6cm 10 (Bx) | 44C501C29 | 210268 /066 | | 3228805 |
| | | 0.60 | | 1771356 | 14 | EA | PFOLIO44K 27.9x35.6cm 10 (255) | 40D503C21 | 210268 /088 | | 3228805 |
| | | 8.82 | | 1174296 | 3 | EA | MOD54 | NB | 210268 /095 | | 3228805 |
| | | 0.75 | | 1833003 | 4 | EA | MGFILT A/LENS 30x30cm GR0 | 54C | 209928 /017 | | 3228566 |
| | | 0.60 | | 1168383 | 42 | EA | MGFBWT1K 27.9x35.6cm 10 (Bx) | 48C602C08 | 210268 /078 | | 3228805 |
| | | 26.88 | | 1170399 | 20 | EA | MG ART 300 12.7x17.8cm 50 | 51A601C88 | 210268 /092 | | 3228805 |
| | | 9.60 | | 1743490 | 20 | EA | DP100 8x10in 25 | 50ATR2C01 | 210268 /023 | | 3228805 |
| | | 14.40 | | 1174186 | 160 | EA | SUC+FL XP2 135 24+3 | 54A | 210268 /002 | | 3228805 |
| | | 16.80 | | 1172038 | 23 | EA | MGFB1K CLAS 27.9x35.6cm 10(Bx) | 50C772X36 | 210268 /044 | | 3228805 |
| | | 14.49 | | 1172038 | 89 | EA | MGFB1K CLAS 27.9x35.6cm 10(Bx) | 52D701C92 | 210268 /044 | | 3228805 |
| | | 56.07 | | | | | | | | | |

Continued on Page   2

# HAR AN technology Limited      PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone : 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment:** **046760**

Page: 2
Document Date: 26/06/2017
Route: 05035

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 13.56 | | 1769423 | 2 | EA | MG4RC44M 61x30m EICC3 | 48A506C73 | 210268 /070 | 3228805 |
| | | 33.00 | | 1769478 | 3 | EA | MG4RC44M 106.7x30m EICC3 | 51E507C30 | 210268 /071 | 3228805 |
| | | 5.40 | | 1769579 | 1 | EA | MG4RC25M 106.7x10m EICC3 | 48A501C12 | 210268 /068 | 3228805 |
| | | 10.80 | | 1769579 | 2 | EA | MG4RC25M 106.7x10m EICC3 | 48A501C63 | 210268 /068 | 3228805 |
| | | 40.20 | | 1904237 | 3 | EA | MGFBWT1K 127x30m EICC3 | 51A602C92 | 210268 /081 | 3228805 |
| | | 22.40 | | 1839649 | 700 | EA | XP2S 120 | 43GXN1C01 | 210268 /039 | 3228805 |
| 251707875 | 525.00 | 484.38 | 120/100/100 | | | | | | | |
| | | 285.00 | | 1770395 | 76 | EA | MG4RC1M 20.3x25.4cm 250 | 48A503C84 | 210268 /064 | 3228805 |
| | | 90.50 | | 1171983 | 50 | EA | MGFB1K CLASSIC 20.3x25.4cm 100 | 52D701C36 | 210268 /048 | 3228805 |
| | | 12.46 | | 1884300 | 7 | EA | MGFBWT24K 20.3x25.4cm 100 | 48C601C53 | 210268 /085 | 3228805 |
| | | 5.34 | | 1884300 | 3 | EA | MGFBWT24K 20.3x25.4cm 100 | 48C601C27 | 210268 /085 | 3228805 |
| | | 19.00 | | 1168099 | 38 | EA | ISRC344M 20.3x25.4cm 25 (Bx) | 48A321C40 | 209739 /013 | 3228358 |
| | | 42.71 | | 1168419 | 76 | EA | MGFBWT24K 20.3x25.4cm 25 (Bx) | 48C601C78 | 210268 /086 | 3228805 |
| | | 29.37 | | 1170410 | 30 | EA | MG ART 300 20.3x25.4cm 50 | 51A601C94 | 210268 /093 | 3228805 |
| 251707876 | 190.00 | 156.60 | 120/100/100 | | | | | | | |
| | | 127.60 | | 1858477 | 220 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 210268 /075 | 3228805 |
| | | 11.60 | | 1858477 | 20 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 209739 /025 | 3228358 |
| | | 17.40 | | 1858477 | 30 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 209739 /025 | 3228358 |
| 251707877 | 434.00 | 385.64 | 120/100/100 | | | | | | | |
| | | 36.99 | | 1884584 | 9 | EA | MGFBWT24K 40.6x50.8cm 50 | 48C601C52 | 210268 /083 | 3228805 |
| | | 8.22 | | 1172357 | 2 | EA | MGFB5K CLASSIC 40.6x50.8cm 50 | 50C773X50 | 210268 /051 | 3228805 |
| | | 16.44 | | 1172357 | 4 | EA | MGFB5K CLASSIC 40.6x50.8cm 50 | 50C773X39 | 210268 /051 | 3228805 |
| | | 35.70 | | 1172399 | 6 | EA | MGFB5K CLASSIC 50.8x61cm 50 | 50C773X24 | 210268 /056 | 3228805 |
| | | 24.41 | | 1168392 | 16 | EA | MGFBWT1K 40.6x50.8cm 10 (Bx) | 51A602C15 | 210268 /080 | 3228805 |
| | | 20.16 | | 1168448 | 9 | EA | MGFBWT24K 50.8x61cm 10 (Bx) | 48C601C41 | 210268 /084 | 3228805 |
| | | 10.80 | | 1770746 | 3 | EA | MG4RC1M 40.6x50.8cm 50 | 52A501C06 | 210268 /057 | 3228805 |
| | | 57.00 | | 1771679 | 15 | EA | MG4RC44M 40.6x50.8cm 50 | 48A506C62 | 210268 /069 | 3228805 |

Continued on Page    3

# HAROAN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment:** **046760**

| Page: | 3 |
| Document Date: | 26/06/2017 |
| Route: | 05035 |

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 22.80 | | 1771679 | 6 | EA | MG4RC44M 40.6x50.8cm 50 | 51E505C16 | 210268 /069 | 3228805 |
| | | 59.40 | | 1168181 | 198 | EA | MG4RC1M 12.7x17.8cm 25 (Bx) | 51E501C42 | 210268 /060 | 3228805 |
| | | 42.70 | | 1172137 | 7 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C03 | 210268 /046 | 3228805 |
| | | 30.50 | | 1172137 | 5 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C03 | 210268 /046 | 3228805 |
| | | 12.30 | | 1175130 | 3 | EA | MGFBCT1K 40.6x50.8cm 50 | 52D902C19 | 210268 /077 | 3228805 |
| | | 8.22 | | 1170476 | 3 | EA | MG ART 300 50.8x61cm 15 | 51A601C29 | 210268 /091 | 3228805 |
| 251707878 | 191.00 | 156.60 | 120/100/100 | 1858477 | 60 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C76 | 209739 /025 | 3228358 |
| | | 34.80 | | 1858477 | 210 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 209739 /025 | 3228358 |
| 251707880 | 440.00 | 121.80 | 120/100/ 69 | 1757314 | 64 | EA | PQU DEV 5lt WLD | 49D021 | 210268 /010 | 3228805 |
| 251707881 | 450.00 | 414.08 | 120/100/ 69 | 1757855 | 48 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210268 /008 | 3228805 |
| | | 414.08 | | 1757855 | 6 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210268 /008 | 3228805 |
| | | 413.00 | | 1757314 | 10 | EA | PQU DEV 5lt WLD | 49D021 | 210268 /010 | 3228805 |
| 251707882 | 460.00 | 309.60 | 120/100/ 69 | 1757855 | 42 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210268 /008 | 3228805 |
| | | 38.70 | | 1984565 | 22 | EA | RAPID FIXER 5lt | 52D009 | 210268 /014 | 3228805 |
| | | 64.70 | | | | | | | | |
| 251707883 | 476.00 | 423.80 | 120/100/ 69 | 1984565 | 58 | EA | RAPID FIXER 5lt | 52D009 | 210268 /014 | 3228805 |
| | | 270.90 | | 1758056 | 6 | EA | 2000RT DEV/REP 5lt | 50B028 | 210268 /001 | 3228805 |
| | | 152.90 | | | | | | | | |
| 251707884 | 180.00 | 441.20 | 120/100/100 | 1858477 | 30 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |
| | | 403.10 | | 1858477 | 240 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |
| | | 38.10 | | | | | | | | |
| 251707885 | 432.00 | 156.60 | 120/100/100 | 1770395 | 44 | EA | MG4RC1M 20.3x25.4cm 250 | 48A503C84 | 210268 /064 | 3228805 |
| | | 17.40 | | 1769964 | 12 | EA | MG4RC1M 12.7x17.8cm 500 | 51E501C69 | 210268 /061 | 3228805 |
| | | 139.20 | | | | | | | | |
| | | 395.39 | | | | | | | | |
| | | 165.00 | | | | | | | | |
| | | 39.60 | | | | | | | | |

Continued on Page   4

# HARMAN technology Limited — PACKING SPECIFICATION

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax:0044 1565 684357

**Consignment: 046760**

Page: 4
Document Date: 26/06/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2.00 | | 1813157 | 10 | EA | ORTHO+ 4x5in 25 | 52G51C01 | 207087 /032 | 307565 |
| | | 16.00 | | 1743345 | 80 | EA | DP100 4x5in 25 | 50ATR2C01 | 210268 /022 | 3228805 |
| | | 7.05 | | 1765829 | 30 | EA | DP400 35x30.5m | 40ATH1C01 | 210268 /026 | 3228805 |
| | | 11.90 | | 1678288 | 20 | EA | FP4+ 4x5in 100 | 43BFM1C02 | 210268 /030 | 3228805 |
| | | 15.20 | | 1678279 | 80 | EA | FP4+ 4x5in 25 | 43BFM1C02 | 210268 /031 | 3228805 |
| | | 24.40 | | 1629181 | 40 | EA | HP5+ 4x5in 100 | 44DHK1C01 | 210268 /036 | 3228805 |
| | | 17.70 | | 1172258 | 10 | EA | MGFB5K CLASSIC 20.3x25.4cm 100 | 53C702C32 | 210268 /054 | 3228805 |
| | | 53.10 | | 1172258 | 30 | EA | MGFB5K CLASSIC 20.3x25.4cm 100 | 50C773X37 | 210268 /054 | 3228805 |
| | | 12.00 | | 1203547 | 240 | EA | ANTISTATIC CLOTH ORANGE | NB | 210268 /017 | 3228805 |
| | | 31.44 | | 1762640 | 120 | EA | MGFILT 15.2x15.2cm 00-5 | NB | 210268 /019 | 3228805 |
| 251707886 | 221.00 | 179.87 | 120/100/100 | | | | | | | |
| | | 44.00 | | 1172160 | 4 | EA | MGFB1K CLASSIC 106.7x30m EICC3 | 52D701C69 | 209928 /047 | 3228566 |
| | | 7.15 | | 1168493 | 11 | EA | MGRCWT44M 27.9x35.6cm 10 (Bx) | 53D802C58 | 209928 /075 | 3228566 |
| | | 22.12 | | 1170993 | 4 | EA | GDS RC44M 12.7x150m EO CC3 | 53A271X18 | 209739 /001 | 3228358 |
| | | 8.00 | | 1769441 | 1 | EA | MG4RC44M 76.2x30m EICC3 | 48A504C07 | 209739 /023 | 3228358 |
| | | 58.00 | | 1858477 | 100 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 209739 /025 | 3228358 |
| | | 40.60 | | 1858468 | 70 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 209252 /019 | 310563 |
| 251707887 | 470.00 | 418.72 | 120/100/100 | | | | | | | |
| | | 92.30 | | 1769900 | 130 | EA | MG4RC1M 12.7x17.8cm 100 | 48A505C61 | 210268 /059 | 3228805 |
| | | 49.00 | | 1771019 | 70 | EA | MG4RC44M 12.7x17.8cm 100 | 51E507C68 | 210268 /072 | 3228805 |
| | | 161.00 | | 1771019 | 230 | EA | MG4RC44M 12.7x17.8cm 100 | 51E507C86 | 210268 /072 | 3228805 |
| | | 50.12 | | 1884483 | 28 | EA | MGFBWT24K 27.9x35.6cm 50 | 48C601C53 | 209928 /069 | 3228566 |
| | | 53.70 | | 1884483 | 30 | EA | MGFBWT24K 27.9x35.6cm 50 | 48C601C53 | 210268 /082 | 3228805 |
| | | 12.60 | | 1629200 | 46 | EA | HP5+ 5x7in 25 | 44DHK1C02 | 210409 /028 | 0003229086 |
| 251707888 | 192.00 | 156.60 | 120/100/100 | | | | | | | |
| | | 139.20 | | 1858468 | 240 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 209252 /019 | 310563 |
| | | 17.40 | | 1858477 | 30 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |

Continued on Page 5

# HAR☉AN technology Limited

**PACKING SPECIFICATION**

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number:  591034**

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**Consignment:   046760**

Page:                        5
Document Date:    26/06/2017
Route:                     05035

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707889 | 190.00 | 157.80 | 120/100/100 | | | | | | | |
| | | 5.80 | | 1858477 | 10 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C76 | 209739 /025 | 3228358 |
| | | 40.60 | | 1858477 | 70 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |
| | | 104.40 | | 1858477 | 180 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |
| | | 7.00 | | 1771912 | 10 | EA | MG4RC25M 12.7x17.8cm 100 | 48A501C14 | 210409 /043 | 0003229086 |
| 251707890 | 181.00 | 179.36 | 120/100/100 | | | | | | | |
| | | 98.60 | | 1858477 | 170 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C04 | 210268 /075 | 3228805 |
| | | 24.00 | | 1203547 | 480 | EA | ANTISTATIC CLOTH ORANGE | NA | 210409 /009 | 0003229086 |
| | | 7.05 | | 1765829 | 30 | EA | DP400 35x30.5m | 40ATH1C010 | 210409 /016 | 0003229086 |
| | | 14.91 | | 1678325 | 21 | EA | FP4+ 8x10in 25 | 43FM1C0205 | 210409 /020 | 0003229086 |
| | | 34.80 | | 1858477 | 60 | EA | MG4RC44M 20.3x25.4 25 VALPK US | 51E505C36 | 210268 /075 | 3228805 |
| 251707891 | 504.00 | 521.20 | 120/100/71 | | | | | | | |
| | | 128.80 | | 1176108 | 184 | EA | ILFOSOL 3 500ml USA/CAN | 50B024 | 210268 /004 | 3228805 |
| | | 134.40 | | 1176108 | 192 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 210268 /004 | 3228805 |
| | | 258.00 | | 1984253 | 344 | EA | RAPID FIXER 500ml | 52A011 | 210268 /013 | 3228805 |
| 251707892 | 353.00 | 311.02 | 120/100/100 | | | | | | | |
| | | 15.36 | | 1960549 | 24 | EA | BROMOPHEN DEV 5lt | 52B088 | 210409 /003 | 0003229086 |
| | | 92.80 | | 1700846 | 2900 | EA | HP5+ 135 24 | 62BHE2C010 | 210409 /023 | 0003229086 |
| | | 17.16 | | 1700664 | 12 | EA | HP5+ 135 24 PP50 | 52BHE1C010 | 210409 /024 | 0003229086 |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 47BHE1C030 | 210409 /026 | 0003229086 |
| | | 176.40 | | 1770339 | 210 | EA | MG4RC1M 20.3x25.4cm 50 | 48A503C82 | 210409 /022 | 0003229086 |
| 251707893 | 414.00 | 383.60 | 120/100/100 | | | | | | | |
| | | 16.80 | | 1168347 | 28 | EA | MG4RC44M 27.9x35.6cm 10 (Bx) | 47D505C90 | 210409 /045 | 0003229086 |
| | | 292.80 | | 1172049 | 160 | EA | MGFB1K CLASSIC 27.9x35.6cm 50 | 52D701C91 | 210409 /037 | 0003229086 |
| | | 45.60 | | 1629172 | 240 | EA | HP5+ 4x5in 25 | 47BHK1C02 | 210409 /027 | 0003229086 |
| | | 28.40 | | 1629228 | 40 | EA | HP5+ 8x10in 25 | 44DHK1C02 | 210409 /029 | 0003229086 |
| 251707894 | 290.00 | 246.20 | 120/100/100 | | | | | | | |

Continued on Page   6

# HARMAN technology Limited

## PACKING SPECIFICATION

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046760**

Page: 6
Document Date: 26/06/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 30.60 | | 1780624 | 900 | EA | DP100 135 36 | 60ATB1C010 | 210409 /012 | 0003229086 |
| | | 42.00 | | 1887710 | 1200 | EA | DP3200 135 36 | Y52CSK1C01 | 210409 /014 | 0003229086 |
| | | 44.40 | | 1649651 | 1200 | EA | FP4+ 135 36 | 46AFX1C020 | 210409 /019 | 0003229086 |
| | | 10.50 | | 1707768 | 300 | EA | PANF+ 135 36 | 41DPS7X010 | 210409 /030 | 0003229086 |
| | | 10.20 | | 1829189 | 300 | EA | SFX200 135 36 | 51BNK7X010 | 210409 /031 | 0003229086 |
| | | 44.40 | | 1839575 | 1200 | EA | XP2S 135 36 | 38GXL1C060 | 210409 /032 | 0003229086 |
| | | 41.60 | | 1700646 | 1300 | EA | HP5+ 135 24 | 62BHE2C010 | 210409 /023 | 0003229086 |
| | | 22.50 | | 1656031 | 90 | EA | HP5+ 35x30.5m | 52BHE2C04 | 210409 /022 | 0003229086 |
| 251707895 | 242.00 | 207.78 | 120/100/100 | | | | | | | |
| | | 54.60 | | 1168347 | 91 | EA | MG4RC44M 27.9x35.6cm 10 (Bx) | 47D505C90 | 210409 /045 | 0003229086 |
| | | 12.60 | | 1168347 | 21 | EA | MG4RC44M 27.9x35.6cm 10 (Bx) | 51E507C38 | 210409 /045 | 0003229086 |
| | | 15.75 | | 1174186 | 150 | EA | SUC+FL XP2 135 24+3 | 54C | 210409 /002 | 0003229086 |
| | | 0.70 | | 1608924 | 1 | EA | ISRC244M 12.7x17.8cm 100 | 38G321C75 | 210409 /034 | 0003229086 |
| | | 0.79 | | 1883383 | 1 | EA | MGFBWT24K 12.7x17.8cm 100 | 45A601C74 | 210409 /052 | 0003229086 |
| | | 8.00 | | 1168466 | 16 | EA | MGRCCT44M 20.3x25.4cm 25 (Bx) | 45D421C38 | 210409 /054 | 0003229086 |
| | | 20.50 | | 1168466 | 41 | EA | MGRCCT44M 20.3x25.4cm 25 (Bx) | 45D421C80 | 210409 /054 | 0003229086 |
| | | 2.25 | | 1174296 | 9 | EA | MOD54 | NB | 210409 /057 | 0003229086 |
| | | 15.45 | | 1762617 | 30 | EA | MGFILT B/LENS kit 00-5 | 54B | 210409 /010 | 0003229086 |
| | | 16.00 | | 1769441 | 2 | EA | MG4RC44M 76.2x30m EICC3 | 51E507C59 | 209739 /023 | 3228358 |
| | | 22.00 | | 1172160 | 2 | EA | MGFB1K CLASSIC 106.7x30m EICC3 | 52D701C69 | 210409 /038 | 0003229086 |
| | | 11.00 | | 1172160 | 1 | EA | MGFB1K CLASSIC 106.7x30m EICC3 | 52D701C63 | 210409 /038 | 0003229086 |
| | | 28.14 | | 1168420 | 42 | EA | MGFBWT24K 27.9x35.6cm 10 (Bx) | 48C601C52 | 210409 /050 | 0003229086 |
| | | 480.77 | | | | | | | | |
| | | 178.50 | | 1799178 | 210 | EA | MG4RC44M 20.3x25.4cm 50 | 51E507C67 | 210409 /047 | 0003229086 |
| | | 302.27 | | 1171983 | 167 | EA | MGFB1K CLASSIC 20.3x25.4cm 100 | 52D701C36 | 210409 /039 | 0003229086 |
| 251707896 | 528.00 | 256.50 | 120/100/100 | | | | | | | |
| | | 10.80 | | 1574577 | 300 | EA | HP5+ 135 24 | 52BHE2C03 | 210409 /025 | 0003229086 |
| 251707897 | 282.00 | | 120/100/100 | | | | | | | |

Continued on Page   7

# HAR()AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number: 591034**

WYNIT DISTRIBUTION LLC

**Consignment: 046760**

Page: 7
Document Date: 26/06/2017
Route: 05035

**Consignee/Delivery Address**

Shipping Marks

4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 43.20 | | 1574577 | 1200 | EA | HP5+ 135 36 | 52BHE1C02 | 210409 /025 | 0003229086 |
| | | 22.50 | | 1656031 | 90 | EA | HP5+ 35x30.5m | 52BHE2C04 | 210409 /022 | 0003229086 |
| | | 75.00 | | 1921535 | 2500 | EA | DP3200 120 | 52CSK1C02 | 210409 /013 | 0003229086 |
| | | 24.00 | | 1780668 | 800 | EA | DP400 120 | 52BTG1C010 | 210409 /015 | 0003229086 |
| | | 33.00 | | 1748165 | 1000 | EA | DP400 135 24 | 52BTH1C010 | 210409 /017 | 0003229086 |
| | | 48.00 | | 1678169 | 1600 | EA | FP4+ 120 | 49DFN1C020 | 210409 /018 | 0003229086 |
| 251707898 | 456.00 | 412.80 | 120/100/ 69 | 1757855 | 64 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210409 /007 | 0003229086 |
| 251707899 | 454.00 | 416.80 | 120/100/ 69 | 1757855 | 26 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210409 /007 | 0003229086 |
| | | 167.70 | | 1760109 | 16 | EA | ILFOTEC DD DEV 5lt | 51C035 | 209928 /001 | 3228566 |
| | | 108.80 | | 1758056 | 16 | EA | 2000RT DEV/REP 5lt | 50B028 | 210268 /001 | 3228805 |
| | | 101.60 | | | | | | | | |
| | | 38.70 | | 1757855 | 6 | EA | MULTIGRADE DEV 5lt WLD | 52A002 | 210409 /007 | 0003229086 |
| 251707900 | 482.00 | 444.50 | 120/100/ 69 | 1760109 | 2 | EA | ILFOTEC DD DEV 5lt | 51C035 | 209928 /001 | 3228566 |
| | | 13.60 | | 1984565 | 62 | EA | RAPID FIXER 5lt | 52D009 | 210409 /008 | 0003229086 |
| | | 430.90 | | | | | | | | |
| 251707901 | 572.00 | 540.77 | 120/100/146 | 1574577 | 5700 | EA | HP5+ 135 36 | 52BHE2C03 | 210409 /025 | 0003229086 |
| | | 205.20 | | 1173875 | 48 | EA | MICROPHEN DEV 1Lt | 51B116 | 210409 /006 | 0003229086 |
| | | 8.64 | | 1168099 | 38 | EA | ISRC344M 20.3x25.4cm 25 (Bx) | 48A321C40 | 210409 /036 | 0003229086 |
| | | 19.00 | | 1175020 | 19 | EA | MGFBCT1K 20.3x25,4cm 25 (Box) | 37C903C89 | 210409 /048 | 0003229086 |
| | | 10.65 | | 1605734 | 10 | EA | ISRC31M 20.3x25.4cm 100 | 43C320C98 | 210409 /035 | 0003229086 |
| | | 15.40 | | 1884300 | 10 | EA | MGFBWT24K 20.3x25,4cm 100 | 48C061C27 | 210409 /053 | 0003229086 |
| | | 17.80 | | 1175129 | 4 | EA | MGFBCT1K 40.6x50,8cm 10 (Box) | 37C903C76 | 210409 /049 | 0003229086 |
| | | 6.00 | | 1170993 | 26 | EA | GDS RC44M 12.7x150m EO CC3 | 53A271X58 | 209739 /001 | 3228358 |
| | | 143.78 | | 1170883 | 1 | EA | GDS RC1M 25.4x76m EO CC3 | 53D271X57 | 210268 /090 | 3228805 |
| | | 5.50 | | 1769946 | 64 | EA | MG4RC1M 12.7x17.8cm 250 | 51 | 210409 /041 | 0003229086 |
| | | 108.80 | | | | | | | | |

Continued on Page   8

# HAR AN technology Limited

## PACKING SPECIFICATION

Customer Number: 591034

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046760**

Page: 8
Document Date: 26/06/2017
Route: 05035

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707902 | 466.00 | 427.38 | 120/100/40 | 1984262 | 64 | EA | RAPID FIXER 1lt | 52D028 | 210268 /012 | 3228805 |
| | | 89.60 | | 1757635 | 4 | EA | PHENISOL DEV 5lt WLD | 46D031 | 210268 /009 | 3228805 |
| | | 26.36 | | 1155055 | 136 | EA | ILFOTEC DD-X DEV 1lt | 52D022 | 210268 /006 | 3228805 |
| | | 186.32 | | 1984565 | 18 | EA | RAPID FIXER 5lt | 52D009 | 210409 /008 | 0003229086 |
| | | 125.10 | | | | | | | | |
| 251707903 | 133.00 | 122.64 | 80/ 60/112 | 1746350 | 7 | EA | SP746 21M 20.3x305m EICC3 | 51G370X68 | 209928 /077 | 3228566 |
| | | 122.64 | | | | | | | | |
| 251707904 | 458.00 | 422.40 | 120/100/ 61 | 1905162 | 24 | EA | ILFOTOL WTG AGENT 1lt WLD | 51C032 | 210268 /007 | 3228805 |
| | | 26.16 | | 1984262 | 216 | EA | RAPID FIXER 1lt | 52D028 | 210268 /012 | 3228805 |
| | | 302.40 | | 1143207 | 40 | EA | SELENIUM TONER 1lt | 49B012 | 210268 /015 | 3228805 |
| | | 54.00 | | 1984262 | 16 | EA | RAPID FIXER 1lt | 52D028 | 210268 /012 | 3228805 |
| | | 22.40 | | 1905162 | 16 | EA | ILFOTOL WTG AGENT 1lt WLD | 51C032 | 210409 /005 | 0003229086 |
| | | 17.44 | | | | | | | | |
| 251707905 | 505.00 | 490.24 | 120/100/ 75 | 1893870 | 80 | EA | ILFOSTOP 500ml WLD | 53A015 | 209928 /007 | 3228566 |
| | | 50.40 | | 1893870 | 160 | EA | ILFOSTOP 500ml WLD | 53A015 | 210409 /004 | 0003229086 |
| | | 100.80 | | 1893870 | 136 | EA | ILFOSTOP 500ml WLD | 53A014 | 210409 /004 | 0003229086 |
| | | 85.68 | | 1176108 | 104 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 210268 /004 | 3228805 |
| | | 72.80 | | 1140279 | 56 | EA | HARMAN WARMTONE DEV 1LT | 49B012 | 210268 /003 | 3228805 |
| | | 76.16 | | 1970902 | 32 | EA | WASHAID 1lt | 46C113 | 210268 /016 | 3228805 |
| | | 36.80 | | 1155091 | 104 | EA | PQU DEVELOPER 500ML | 51A006 | 210268 /011 | 3228805 |
| | | 67.60 | | | | | | | | |
| 251707907 | 355.00 | 332.64 | 120/100/ 71 | 1893870 | 216 | EA | ILFOSTOP 500ml WLD | 53A015 | 209928 /007 | 3228566 |
| | | 136.08 | | 1893870 | 312 | EA | ILFOSTOP 500ml WLD | 53A015 | 210268 /005 | 3228805 |
| | | 196.56 | | | | | | | | |
| 251707908 | 33.00 | 29.45 | 59/ 40/ 33 | 1952069 | 9 | EA | MGRCCT44M 27.9x35.6cm 50 | 45D421C22 | 209928 /074 | 3228566 |
| | | 13.95 | | 1952069 | 10 | EA | MGRCCT44M 27.9x35.6cm 50 | 45D421C22 | 210268 /087 | 3228805 |
| | | 15.50 | | | | | | | | |

End of Report

SHIPPING MARK: WYNIT

NAME: MR
DATE: 16/6/17

RI: WYNIT    RT: 5035    CUST. NO.: 591034

TIME STARTED:

TIME FINISHED:

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517071869 | 120 | 100 | 100 | 08 | 298 | 1077929 | 1887710 | 100 | / | |
| | | | | | | | 1839584 | 900 | / | |
| | | | | | | 1077864 | 1629017 | 2300 | / | |
| | | | | | | 1077944 | 1629017 | 2500 | / | |
| | | | | | | | 1629017 | 1100 | / | |
| | | | | | | 1077937 | 1678169 | 800 | / | |
| | | | | | | | 1780668 | 800 | / | |
| 2517071871 | 120 | 100 | 100 | 08 | 413 | 1077919 | 117 2044 | 160 | / | |
| | | | | | | 1077930 | 1776526 | 10 | / | |
| | | | | | | | 1172288 | 74 | / | |
| | | | | | | 1077926 | 1172038 | 28 | | |

SHIPPING MARK WJWT

NAME MJ   DATE 16-6-17

RT. S035   CUST. NO. S91034

TIME STARTED
TIME FINISHED

| PACKED CASE NUMBER | LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517078873 | 120 | 100 | 100 | 08 | 591 | 1078168 | 1771318 | 100 | ✓ | |
| | | | | | | | 1771318 | 170 | ✓ | |
| | | | | | | 1077917 | 1171983 | 40 | ✓ | |
| | | | | | | | 1171983 | 120 | ✓ | |
| 2517078875 | 120 | 100 | 100 | 08 | 525 | | 1171983 | 50 | ✓ | |
| | | | | | | 1077924 | 1170410 | 30 | ✓ | |
| | | | | | | | 1168419 | 76 | ✓ | |
| | | | | | | 1077914 | 1770395 | 76 | ✓ | |
| | | | | | | 1077922 | 1884300 | 7 | ✓ | |
| | | | | | | | 1884300 | 3 | ✓ | |
| | | | | | | | 1168099 | 38 | ✓ | |

o-data/ware~o/planner/ PLANNER EXPORT

TIME STARTED

TIME FINISHED

**SHIPPING MARK** WINIT   NAME MT

RT. S035   CUST. NO. 591034   DATE 16-6-17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707876 | 120 | 100 | 100 | 08 | 190 | 10784|1 | 1858477 | 220 | ✓ | |
| | | | | | | | 1858477 | 26 | ✓ | |
| | | | | | | 1078415 | 1858477 | 30 | ✓ | |
| 251707878 | 120 | 100 | 100 | 08 | 191 | | 1858477 | 210 | ✓ | |
| | | | | | | | 1858477 | 60 | ✓ | |

TIME STARTED

TIME FINISHED

SHIPPING MARK: WYN-Z

RT. 5035    CUST. NO. 59/034

NAME P CAPA

DATE 22/6/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25173788O | 120 | 100 | 69 | 08 | 440 | 1577946 | 1757314 | 64 | ✓ | |
| 25173788| | 120 | 100 | 69 | 08 | 450 | 1577946 | 1757314 | 10 | ✓ | |
| | | | | | | 1576575 | 1757855 | 6 | ✓ | |
| | | | | | | | 1757755 | 48 | ✓ | |
| 25173788Z | 120 | 100 | 69 | 08 | 460 | 1576575 | 1757855 | 42 | ✓ | |
| | | | | | | 1577944 | 1984565 | 22 | ✓ | |
| 25173788З | 120 | 100 | 69 | 08 | 476 | 1577941 | 1984565 | 58 | ✓ | |
| | | | | | | 1577943 | 1758056 | 6 | ✓ | |

**SHIPPING MARK**

NAME: / W

RT. 5035   CUST. NO. 57034   DATE: 22  06

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25707884 | 20 | 100 | 180 | 08 | 182 | 1078509 | 1858477 | 240 | ✓ | |
| | | | | | | 1078508 | 1858477 | 30 | ✓ | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK** WYNIT

**RT.** 5635    **CUST. NO.** 591034    **NAME** D. Hughs    **DATE** 22 - 6 - 17

**TIME STARTED**

**TIME FINISHED**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2570885 | 120 | 100 | 160 | 08 | 432 | 1079915 | 170305 | 44 | ✓ | |
| | | | | | | 1079925 | 1172258 | 30 | ✓ | |
| | | | | | | | 1172258 | 10 | ✓ | |
| | | | | | | | 1629181 | 40 | ✓ | |
| | | | | | | | 1743445 | 80 | ✓ | |
| | | | | | | | 1678279 | 80 | ✓ | |
| | | | | | | | 1813181 | 10 | ✓ | |
| | | | | | | | 1768288 | 20 | ✓ | |
| | | | | | | 1079947 | 1768589 | 30 | ✓ | |
| | | | | | | 1079747 | 1762940 | 120 | ✓ | |
| | | | | | | 1079701 | 1263547 | 240 | ✓ | |
| | | | | | | | 1744447 | 12 | ✓ | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK** — wynte

NAME: Brown

RT. 5035   CUST. NO. 591034

DATE 22.6.17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2517678(6) | 120 | 100 | 100 | 80 | 221 | 1017969 | 1584(44) | 100 | ✓ | |
| | | | | | | | 1168493 | 11 | ✓ | |
| | | | | | | | 1170993 | 4 | ✓ | |
| | | | | | | | 1768441 | 1 | ✓ | |
| | | | | | | | 1172160 | 4 | ✓ | |
| | | | | | | 10764464 | 1884468 | 70 | ✓ | |

**SHIPPING MARK**

Wynit

RT. 5035   CUST. NO. SS1687

NAME C Brown

DATE 22.6.17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS CM LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707886 | 120 | 100 | 100 | 68 | 192 | 1078404 | 1858468 | 240 | ✓ | |
| | | | | | | 1078608 | 1858647 | 30. | ✓ | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**TIME STARTED**

**TIME FINISHED**

**SHIPPING MARK**

wyn...  RT. 5035  CUST. NO. 591034

NAME C Brown  DATE 22.6.17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PCKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2S1107889 | 120 | 100 | 100 | 08 | 190 | 1078508 | 16584717 | 120 | / | |
| | | | | | | 1078519 | 1858477 | 10 | / | |
| | | | | | | 1078629 | 1717612 | 10 | / | |
| | | | | | | 1078509 | 16584717 | 10 | / | |

TIME STARTED

TIME FINISHED

SHIPPING MARK

Wynit

RT. 5025   CUST. NO. 591034

NAME  G Brown

DATE  22.6.17

| PACKED CASE * NUMBER | CASE DIMENSIONS (CM) | | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | | | |
| 2576780 | 120 | 100 | 100 | | 100 | 481 | 1078596 | 1858+7 | 170 | ✓ | |
| | | | | | | | 167043 | 765825 | 201 | ✓ | |
| | | | | | | | | 1676325 | 21 | ✓ | |
| | | | | | | | | 1203547 | 450 | ✓ | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| SHIPPING MARK | | | | | | |
|---|---|---|---|---|---|---|
| PING MARK | | APT NAME | | NAME | D 1thalo | |
| | | 5035 | | DATE | 22 - 6 - 17 | |
| | | WYNIT | | | | |
| | RT. | CUST. NO. 59103+ | | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | WEIGHT | CASE CODE | PICKED PALLETS NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25163837 | 120 | 100 | 100 | 470 | 08 | 1077923 | 1769900 | 130 | ✓ | |
| | | | | | | | 1771019 | 300 | ✓ | |
| | | | | | | 1077957 | 1884483 | 58 | ✓ | |
| | | | | | | 1079032 | 1657200 | 46 | ✓ | |
| | | | | | | 1077743 | 1068900 | 136 | ✓ | |
| | | | | | | 1070032 | 1771019 | 300 | ✓ | |
| | | | | | | | 47608 | 320 | ✓ | |
| 25707391 | 120 | 100 | 12 | 505 | 08 | 1077932 | 1176105 | 181 | ✓ | |
| | | | | | | | 1176108 | 192 | ✓ | |
| | | | | | | 1077935 | 1954253 | 344 | ✓ | |

**SHIPPING MARK** Wynt

RT. 5035   CUST. NO. 591034

NAME: G Brown

DATE: 23rd June 2017

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25767892 | 120 | 100 | 100 | 08 | 353 | 1079036 | 1770339 | 210 | ✓ | |
| | | | | | | 1079033 | 1574616 | 6 | ✓ | |
| | | | | | | | 1700664 | 12 | ✓ | |
| | | | | | | | 1960549 | 24 | ✓ | |
| | | | | | | | 1700646 | 2900 | ✓ | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK:** Wynit

**NAME** C Brown

**RT.** 5035     **CUST. NO.** 591034

**DATE** 23rd June 2017

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2570787?4 | 120 | 160 | 100 | 08 | 290 | 1079033 | 17006446 | 1300 | / | |
| | | | | | | 1079030 | 780624 | 900 | / | |
| | | | | | | | 1649651 | 1200 | / | |
| | | | | | | | 787765 | 300 | | |
| | | | | | | | 1639757 | 1200 | / | |
| | | | | | | | 1587710 | 1200 | / | |
| | | | | | | | 1829189 | 300 | / | |
| | | | | | | 1679041 | 1656031 | 90 | / | |

o-data/ware~o/planner/ PLANNER FXPORT 12:

**SHIPPING MARK:** ω9N1M

**RT.** 5035   **CUST. NO.** 59/034

**NAME:** P Caffrey

**DATE:** 23/6/17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/257873 | 120 | 120 | 13 | 08 | 4/4 | 157834 | 1172449 | 160 | ✓ | |
| | | | | | | 157931 | 1168247 | 28 | ✓ | |
| | | | | | | 157940 | 1629172 | 240 | ✓ | |
| | | | | | | 157941 | 1629228 | 40 | ✓ | |
| 25/257895 | 120 | 120 | 13 | 08 | 242 | 157931 | 1168347 | 91 | ✓ | |
| | | | | | | | 1168347 | 21 | ✓ | |
| | | | | | | | 1168466 | 16 | ✓ | |
| | | | | | | 157937 | 1769617 | 30 | ✓ | |
| | | | | | | | 1168466 | 41 | ✓ | |
| | | | | | | | 1174298 | 9 | ✓ | |
| | | | | | | | 1668383 | 1 | | |
| | | | | | | | 160 8924 | 1 | ✓ | |
| | | | | | | | 1168420 | 42 | | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK**

Wynit

RT. 5035    CUST. NO. 591034

NAME Robinson

DATE 23.6.17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 251767897 | 120 | 100 | 100 | 05 | 282 | 707904 | 1656003 | 90 | 1 | |
| | | | | | | 1679042 | 1921535 | 2500 | 1 | |
| | | | | | | 1679045 | 1678169 | 1600 | 1 | |
| | | | | | | | 1780068 | 800 | 1 | |
| | | | | | | | 1748165 | 1000 | 1 | |
| | | | | | | 1678477 | 1574577 | 1200 | 1 | |
| | | | | | | | 1574577 | 300 | 1 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| TIME STARTED | | | | | | | | | NAME | R calVM | |
| TIME FINISHED | | | | | | | | | DATE | 23/6/17 | |

SHIPPING MARK  237 ~ 7

RT. S035    CUST. NO. S4 034

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25/737895 | 120 | 100 | 100 | 56 | 242 | 1579037 | 1174186 | 150 | ✓ | |
| | | | | | | 1579039 | 117260 | 2 | ✓✓ | |
| | | | | | | | 117260 | 1 | ✓ | |
| | | | | | | | 1169441 | 2 | | |
| 25/737896 | 122 | 100 | 100 | 04 | 528 | 1579038 | 1171983 | 167 | ✓ | |
| | | | | | | 1579035 | 1179478 | 810 | ✓ | |
| 25/737875 | 120 | 80 | 69 | 08 | 456 | 1576577 | 1757655 | 64 | ✓ | |
| 25/737874 | 120 | 80 | 69 | 08 | 456 | 1576577 | 1157858 | 26 | ✓ | |
| | | | | | | 1579048 | 1757856 | 6 | ✓ | |
| | | | | | | 1577443 | 1258056 | 16 | ✓ | |

o-data/ware-o/planner/ PLANNER EXPORT.123

**TIME STARTED**

**TIME FINISHED**

**SHIPPING MARK**

Wynit

RT. 5035   CUST. NO. 591034

NAME G Brown   DATE 23.6.17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2S170901 | 120 | 100 | 106 | 08 | 572.1 | 1673477 | 1574577 | 5700 | ✓ | ✓ |
| | | | | | | 167904 | 1765846 | 64 | ✓ | |
| | | | | | | 1079644 | 1170993 | 26 | ✓ | |
| | | | | | | | 1170883 | 1 | ✓ | |
| | | | | | | 1079032 | 1168099-32 | 32 | ✓ | |
| | | | | | | | 1175020 | 19 | ✓ | |
| | | | | | | | 1844300 | 10 | ✓ | |
| | | | | | | | 1605234 | 10 | ✓ | |
| | | | | | | | 1173875 | 48 | ✓ | |
| | | | | | | 1079037 | 1175129 | 4 | ✓ | |

o–data/ware~o/planner/ PLANNER FXPORT 12:

NAME  P CAQM
DATE  23/6/17

SHIPPING MARK  WINZI
RT.  S03S    CUST. NO.  59/034

TIME STARTED
TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25/737899 | 123 | 80 | 69 | 08 | 454 | 157787 | 12?6109 | 16 | ✓ | |
| 25/737900 | 123 | 80 | 69 | 08 | 482 | 157787 | 176?07 | 2 | ✓ | |
| | | | | | | 157946 | 17846565 | 62 | ✓ | |
| 25/737902 | 123 | 80 | 40 | 08 | 466 | 157946 | 18486565 | 18 | ✓ | |
| | | | | | | 157938 | 1757635 | 4 | ✓ | |
| | | | | | | 157940 | 1165355 | 136 | ✓ | |
| | | | | | | 157935 | 18842662 | 64 | ✓ | |
| 25/737904 | 123 | 80 | 61 | 08 | 454 | 157735 | 1766062 | 16 | ✓ | |
| | | | | | | 157734 | 14442662 | 216 | ✓ | |
| | | | | | | | 1905062 | 24 | ✓ | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK**

Wynit

RT. 5035   CUST. NO. 591034

NAME C Brown

DATE 23.6.17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25067903 | 80 | 60 | 112 | 06 | 33 | 1078462 | 146350 | 7 | 1 | 1 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK** WNG

NAME  P. Carter

DATE  23/6/17

RT. 5035    CUST. NO. 59034

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25/707904 | 120 | 80 | 61 | 0Y | 454 | 1079348 | 1905162 | 16 | ✓ | |
| | | | | | | 1077934 | 143259 | 40 | ✓ | |
| 25/707905 | 123 | 80 | 75 | 08 | 555 | 1077934 | 1140279 | 56 | ✓ | |
| | | | | | | | 1970942 | 32 | ✓ | |
| | | | | | | 1077738 | 1155091 | 142 | ✓ | |
| | | | | | | 1077732 | 117 6x8 | 156 | ✓ | |
| | | | | | | 1561750 | 1893870 | 160 | ✓ | |
| | | | | | | | 1418502 | 136 | | |
| | | | | | | | 1843670 | 80 | ✓ | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK** WINIT

RT. 5035   CUST. NO. 591037

NAME MR

DATE 26/6/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707907 | 120 | 100 | 71 | 08 | 355/ | 1076750 | 1893870 | 216 | / | |
|  |  |  |  |  |  |  |  | 312 | / | |
| 251707908 | 59 | 40 | 33 | 02 | 33 | 1079672 | 1952069 | 9 | / | |
|  |  |  |  |  |  |  | 1952069 | 10 | / | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  |  | |

**Subject:** EPA Wynit
**From:** "Helen Kelsall" <helen.kelsall@harmantechnology.com>
**Sent:** 22/06/2017 09:44:03
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

EPA Wynit

9-28020

353622

715760

(36)

32 FP        13556 kg
             37.792
31 P

Address:
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
USA

Despatch week 26

Thanks,
Helen Kelsall
Harman Technology Ltd
01565 684061

    

# HARMAN technology Limited

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

## INVOICE No: EI   10008704

INVOICE DATE:  28/06/2017

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No:  591034
CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  353623        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 3703.10 Photographic Paper, Sensitised, Unexposed. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 310585 | GDS FB1K 50" x 98 | | 1170838 | 10 | 565.49 | 5,654.90 |
| | | | | | TOTAL FOR    3703.10 | 5,654.90 |
| | 3703.90 Photographic Paper, Sensitised, Unexposed. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 3228565 | GDS RC44M 15.2x150m EO CC3 | | 1171004 | 6 | 186.32 | 1,117.92 |
| 3228565 | GDS RC1M 25.4x76m EO CC3 | | 1170883 | 5 | 157.74 | 788.70 |
| 3228565 | GDS RC1M 10.2x150m EO CC3 | | 1170915 | 20 | 125.02 | 2,500.40 |
| | | | | | TOTAL FOR    3703.90 | 4,407.02 |

Continued on page   2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008704

**INVOICE DATE:** 28/06/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM

Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or               00 44 1565 650082

VAT NO:  GB  855 6191 02

**Load No:** 353623

**Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| Load No. | 353623 = 1 Packages | | | | | |

TOTAL  10,061.92

Freight Terms                    DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only. Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HAR AN** Technology Limited

Invoice No:     EI10008704

Customer     591034     WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3703.10 | GB | 5654.90 | 381.000 |
| 3703.90 | GB | 4407.02 | 539.320 |

# HAR AN technology Limited

## Shipping Instruction for SEAFREIGHT DESPATCH

**Registered Office:** Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:   +44 1565 684357
VAT No.   GB 855 6191 02

### Shipment: 353623

Page:     1

| | |
|---|---|
| Document Date: | 27/06/2017 |
| Shipment Date: | 27/06/2017 |
| | |
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE-NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 28/06/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co, One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

```
Case Details       Dimensions              Volume
 1 PALLET    @  97 x 76 x 100 cm    =    .737 cu m
 ---                                     ---------
  1                                      .737

Case Numbers

Numbers 07906

Gross weight =    327.00

Marks = AS CONSIGNEE ADDRESS
```

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O. |
|---|---|---|---|---|---|
| 3703.10 | Photographic Paper, Sensitised, Unexposed. In rolls of a width exceeding 610mm. | 135.10 | 4399.33 | 10 | EACH |
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets/or rolls where roll width does not exceed 610mm. | 156.30 | 3425.30 | 31 | EACH |
| | Totals | 291.40 | 7824.63 | | |
| | USD Currency Totals | | 10061.92 | | |

# HAR⬭AN technology Limited    PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number: 591034**

WYNIT DISTRIBUTION LLC

**Consignment:** **046761**

Page:                1
Document Date:       26/06/2017
Route:               09101

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517079006 | 327.00 | 291.40 | 97/76/100 | | | | | | | |
| | | 40.80 | | 1171004 | 6 | EA | GDS RC44M 15.2x150m EO CC3 | 50D271X62 | 209930 /001 | 3228565 |
| | | 22.00 | | 1170883 | 4 | EA | GDS RC1M 25.4x76m EO CC3 | 53A270X17 | 209930 /002 | 3228565 |
| | | 135.10 | | 1170838 | 10 | EA | GDS FB1K 127x30m EI CC3 | 53D272X12 | 209338 /001 | 310585 |
| | | 5.50 | | 1170883 | 1 | EA | GDS RC1M 25.4x76m EO CC3 | 53D271X57 | 209930 /002 | 3228565 |
| | | 88.00 | | 1170915 | 20 | EA | GDS RC1M 10.2x150m EO CC3 | 53A270X13 | 209930 /003 | 3228565 |

**End of Report**

**SHIPPING MARK** ونست

NAME M.R.
DATE 26/6/17

RT. 9101  CUST. NO. 591034

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707906 | 97 | 76 | 147 | 05 | 327 | 1077980 | 1170833 | 10 | / | / |
|  |  |  |  |  |  |  | 1170833 | 1 | / |  |
|  |  |  |  |  |  |  | 1170883 | 4 | / |  |
|  |  |  |  |  |  |  | 1171007 | 6 |  |  |
|  |  |  |  |  |  | 1078160 | 1170915 | 20 |  |  |

o-data/ware~o/planner/ PLANNER EXPORT 12

19/06/2017  08:12:37  KDWATTS

G-28954.

353623

**Subject:** EPA Wynit
**From:** "Helen Kelsall" <helen.kelsall@harmantechnology.com>
**Sent:** 07/06/2017 10:24:41
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

40761

(1)

EPA Wynit

3 FP

388527

0.757

Address:
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
USA

Despatch week 25

Thanks,
Helen Kelsall
Harman Technology Ltd
01565 684061

    

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO:  GB 855 6191 02

## INVOICE No: EI  10008705

INVOICE DATE: 28/06/2017

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

CUSTOMER No: 591034
CUSTOMER VAT No: 27-5005230

Load No:  353624       Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|
| 3702.53 Photographic Film - for colour photography(polychrome) | | | | | |
| Country of origin   JAPAN | | | | | |
| 3228801 | | 1175268 | 100 | 7.00 | 700.00 |
| | | | | TOTAL FOR   3702.53 | 700.00 |
| 3702.54 Photographic Film - for colour photography(polychrome) | | | | | |
| Country of origin   JAPAN | | | | | |
| 3228563 | | 1175206 | 200 | 1.91 | 382.00 |
| 3228563 | | 1175217 | 400 | 2.12 | 848.00 |
| 3228563 | | 1175240 | 300 | 2.12 | 636.00 |
| 3228801 | | 1175206 | 200 | 1.91 | 382.00 |
| 3228801 | | 1175217 | 600 | 2.12 | 1,272.00 |
| 3228801 | | 1175240 | 100 | 2.12 | 212.00 |
| | | | | TOTAL FOR   3702.54 | 3,732.00 |

DESCRIPTION:

AGFA CT PRECISA 100 135 36exp

AGFA VISTA+ 200 135 24exp
AGFA VISTA+ 200 135 36exp
AGFA VISTA+ 400 135 24exp
AGFA VISTA+ 200 135 24exp
AGFA VISTA+ 200 135 36exp
AGFA VISTA+ 400 135 24exp

Continued on page   2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI 10008705

| INVOICE DATE: 28/06/2017 | INVOICE ADDRESS: | DELIVERY ADDRESS: | Ilford Way, Mobberley,<br>Knutsford, Cheshire<br>WA16 7JL |
| --- | --- | --- | --- |
| CUSTOMER No: 591034 | WYNIT DISTRIBUTION LLC<br>2W.WASHINGTON ST. SUITE 500<br>GREENVILLE<br>SC 29601<br>UNITED STATES OF AMERICA | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS<br>TN 38118<br>UNITED STATES OF AMERICA | UNITED KINGDOM<br>Telephone  00 44 1565 650000<br>Facsimile  00 44 1565 873067<br>Or  00 44 1565 650082 |
| CUSTOMER VAT No: 27-5005230 | | | VAT NO: GB 855 6191 02 |

Load No: 353624    Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
| --- | --- | --- | --- | --- | --- | --- |
| | 9006.53 Photographic Cameras, 35mm, Disposable. | | | | | |
| | Country of origin  CHINA | | | | | |
| 3228563 | AGFA LeBox 400 27 OUTDOOR | | 1175277 | 10 | 5.52 | 55.20 |
| 3228801 | AGFA LeBox 400 27 OUTDOOR | | 1175277 | 20 | 5.52 | 110.40 |
| | | | | | | |
| | | | TOTAL FOR | 9006.53 | | 165.60 |

Continued on page    3

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008705

**INVOICE DATE:** 28/06/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB  855 6191 02

**CUSTOMER No:** 591034
**CUSTOMER VAT No:** 27-5005230

**Load No:** 353624    **Terms of payment:**  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| Load No. | 353624 = 1 Packages | | | | | |

TOTAL    4,597.60

Freight Terms            DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only.  Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HARMAN Technology Limited**

Invoice No:    EI10008705

Customer    591034    WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3702.54 | JP | 3732.00 | .000 |
| 9006.53 | CN | 165.60 | .000 |
| 3702.53 | JP | 700.00 | .000 |

# HAR AN technology Limited

**Shipping Instruction for SEAFREIGHT DESPATCH**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:          +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment: 353624**                                          Page:    1

| | |
|---|---|
| Document Date: | 27/06/2017 |
| Shipment Date: | 27/06/2017 |
| | |
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE-NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON  WED 28/06/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

| Case Details | Dimensions | | Volume |
|---|---|---|---|
| 1 HALFPALLET @ | 80 x 60 x 79 cm = | | .379 cu m |
| --- | | | --------- |
| 1 | | | .379 |

**Case Numbers**

Numbers  07909

Gross weight =    74.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M |
|---|---|---|---|---|---|
| 3702.54 | Photographic Film - for colour photography (polychrome) Width GT 16mm but not 35mm;length LE 30m. Not for slides (No) | 54.00 | 2916.20 | 1800 | Number of Units |
| 3702.53 | Photographic Film - for colour photography (polychrome) Width exceeds 16mm but not 35mm, length<30m, for slides (No) | 3.00 | 549.88 | 100 | Number of Units |
| 9006.53 | Photographic Cameras, 35mm, Disposable. (No of Items) | 3.00 | 129.62 | 30 | Number of Units |
| | Totals | 60.00 | 3595.70 | | |
| | USD Currency Totals | | 4597.60 | | |

# HAR(O)AN technology Limited    PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number:   591034

WYNIT DISTRIBUTION LLC

**Consignment:   046762**

Page:   1
Document Date:   26/06/2017
Route:   09104

Consignee/Delivery Address

4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707909 | 74.00 | 60.00 | 80/ 60/ 79 | | | | | | | |
| | | 6.00 | | 1175206 | 200 | EA | AGFA VISTA+ 200 135 24exp | C78-303 | 209929 /001 | 3228563 |
| | | 12.00 | | 1175217 | 400 | EA | AGFA VISTA+ 200 135 36exp | C78-358 | 209929 /002 | 3228563 |
| | | 9.00 | | 1175240 | 300 | EA | AGFA VISTA+ 400 135 24exp | H78-319 | 209929 /003 | 3228563 |
| | | 1.00 | | 1175277 | 10 | EA | AGFA LeBox 400 27 OUTDOOR | NB | 209929 /005 | 3228563 |
| | | 5.97 | | 1175206 | 199 | EA | AGFA VISTA+ 200 135 24exp | C78-303 | 210267 /001 | 3228801 |
| | | 0.03 | | 1175206 | 1 | EA | AGFA VISTA+ 200 135 24exp | C78-303 | 210267 /001 | 3228801 |
| | | 8.64 | | 1175217 | 288 | EA | AGFA VISTA+ 200 135 36exp | C78-355 | 210267 /002 | 3228801 |
| | | 3.00 | | 1175240 | 100 | EA | AGFA VISTA+ 400 135 24exp | H78-319 | 210267 /003 | 3228801 |
| | | 2.00 | | 1175277 | 20 | EA | AGFA LeBox 400 27 OUTDOOR | NB | 210267 /005 | 3228801 |
| | | 3.00 | | 1175268 | 100 | EA | AGFA CT PRECISA 100 135 36exp | C64-406 | 210267 /006 | 3228801 |
| | | 9.36 | | 1175217 | 312 | EA | AGFA VISTA+ 200 135 36exp | C78-362 | 210267 /002 | 3228801 |

End of Report

**SHIPPING MARK**

NAME: M.J

WNIT

RT. 9104     CUST. NO. 591034

DATE 26-6-17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707909 | 80 | 60 | 79 | 06 | 74 | | 1175206 | 200 | ✓ | |
| | | | | | | | 1175206 | 199 | ✓ | |
| | | | | | | | 1175206 | 1 | ✓ | |
| | | | | | | | 1175240 | 300 | ✓ | |
| | | | | | | | 1175240 | 100 | ✓ | |
| | | | | | | | 1175217 | 312 | ✓ | |
| | | | | | | | 1175217 | 400 | ✓ | |
| | | | | | | | 1175217 | 288 | ✓ | |
| | | | | | | | 1175277 | 10 | ✓ | |
| | | | | | | | 1175277 | 20 | ✓ | |
| | | | | | | | 1175266 | 100 | ✓ | |

9-28955

353624

**Subject:** EPA Wynit
**From:**    "Helen Kelsall" <helen.kelsall@harmantechnology.com>
**Sent:**    07/06/2017 10:24:41
**To:**    "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:**    "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson"    46762
    <paul.sanderson@harmantechnology.com>    (1)

EPA Wynit

74kg
0379

4FP

Address:
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
USA

Despatch week 25

Thanks,
Helen Kelsall
Harman Technology Ltd
01565 684061

    

# HARMAN technology Limited

## INVOICE No: EI   10008706

**INVOICE DATE:** 28/06/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM

Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or           00 44 1565 650082

VAT NO:  GB 855 6191 02

Load No:    353625        Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3702.96 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin  UNITED KINGDOM | | | | | | |
| 3228564 | KENTMERE 400 135 24EXP FILM | | 6012379 | 800 | 2.88 | 2,304.00 |
| 3228803 | KENTMERE 400 135 24EXP FILM | | 6012379 | 800 | 2.88 | 2,304.00 |
| 0003229083 | KENTMERE 100 135 24EXP FILM | | 6012368 | 400 | 2.88 | 1,152.00 |
| 0003229083 | KENTMERE 400 135 24EXP FILM | | 6012379 | 800 | 2.88 | 2,304.00 |
| 0003229083 | KENTMERE 400 135 36EXP FILM | | 6010476 | 900 | 3.13 | 2,817.00 |
| | | | | TOTAL FOR | 3702.96 | 10,881.00 |
| 3702.97 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin  UNITED KINGDOM | | | | | | |
| 3228803 | KENTMERE 400 35x30.5m | | 6012599 | 90 | 32.18 | 2,896.20 |
| 0003229083 | KENTMERE 100 35x30.5m | | 6012588 | 30 | 32.18 | 965.40 |
| | | | | TOTAL FOR | 3702.97 | 3,861.60 |

Continued on page    2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008706

**INVOICE DATE:** 28/06/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or              00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:   353625          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | | 3703.90 Photographic Paper, Sensitised, Unexposed. Country of origin  UNITED KINGDOM | | |
| 310584 | | 6007308 | 24 | VC Select RC Fine Lustre 8" x | 122.75 | 2,946.00 |
| 310584 | | 6009070 | 16 | VC Select RC Gloss 8" x 10" | 122.75 | 1,964.00 |
| 310584 | | 6009070 | 16 | SELECT GLOSSY VC 8X10 250    A | 122.75 | 1,964.00 |
| 3228803 | | 6007418 | 20 | VCSELECT1M 20.3x25.4cm 100   W Glossy surface | 50.63 | 1,012.60 |
| 0003229083 | | 6008071 | 50 | VCSELECT66M 20.3x25.4cm 100  W Fine Lustre surface | 50.63 | 2,531.50 |
| 0003229083 | | 6008200 | 150 | VCSELECT66M 20.3x25.4cm 25   W Fine Lustre surface | 14.69 | 2,203.50 |
| | | | | | TOTAL FOR | 12,621.60 |
| | | | | | 3703.90 | |

Continued on page   3

# HARMAN technology Limited

## INVOICE No: EI 10008706

**INVOICE DATE:** 28/06/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or    00 44 1565 650082

VAT NO: GB  855 6191 02

---

**Load No:** 353625    **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 353625 | | | | | | |

TOTAL    27,364.20

Freight Terms    DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

Load No.    353625 = 1 Packages

Continued on page    4

# HARMAN technology Limited

## INVOICE No: EI 10008706

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or           00 44 1565 650082
VAT NO: GB 855 6191 02

**INVOICE DATE:** 28/06/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**Load No:** 353625       **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|

HARMAN technology Ltd...........BY AUTHORITY

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only. Your acceptance of these goods will be treated as an acknowledgment that they are sold to you on these terms.

**HARMAN technology Limited**

Invoice No:    EI10008706

Customer    591034    WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3703.90 | GB | 12621.60 | 1276.159 |
| 3702.96 | GB | 10881.00 | 166.750 |
| 3702.97 | GB | 3861.60 | 128.100 |

# HAR AN technology Limited

**Shipping Instruction for SEAFREIGHT DESPATCH**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 28/06/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax: +44 1565 684357
VAT No. GB 855 6191 02

**Shipment:   353625**                    Page:   1

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

| | |
|---|---|
| Document Date: | 27/06/2017 |
| Shipment Date: | 27/06/2017 |
| | |
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE-NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

**Case Details        Dimensions           Volume**
1 GMA PALLET @ 120 x 100 x 150 cm  =  1.800 cu m

                                       ---------
--                 1                   1.800

**Case Numbers**

Numbers  01346

Gross weight =   582.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.S. |
|---|---|---|---|---|---|
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets/or rolls where roll width does not exceed 610mm. | 392.54 | 9851.94 | 276 | EACH |
| 3702.96 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length not exceeding 30m. (NO) | 122.00 | 8514.12 | 3700 | Number of Units |
| 3702.97 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length exceeding 30m. (MT) | 30.00 | 3031.26 | 3660 | METRE |
| | Totals | 544.54 | 21397.32 | | |
| | USD Currency Totals | | 27364.20 | | |

# HAR☐AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment:** 046763

| | |
|---|---|
| Page: | 1 |
| Document Date: | 26/06/2017 |
| Route: | 09103 |

**Customer Number:** 659079

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**

4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 252001346 | 582.00 | 544.54 | 120/100/150 | | | | | | | |
| | | 22.50 | | 6012599 | 90 | EA | KENTMERE 400 35x30.5m | 47BHT7X03 | 210266 /001 | 3228803 |
| | | 9.60 | | 6012379 | 300 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C01 | 210266 /002 | 3228803 |
| | | 16.00 | | 6012379 | 500 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C01 | 210266 /002 | 3228803 |
| | | 30.60 | | 6007418 | 20 | EA | VCSELECT1M 20.3x25.4cm 100  W | 366553 | 210266 /004 | 3228803 |
| | | 62.67 | | 6009070 | 16 | EA | SELECT GLOSSY VC 8X10 250   A | 367725 | 209308 /002 | 310584 |
| | | 62.67 | | 6009070 | 16 | EA | SELECT GLOSSY VC 8X10 250   A | 367725 | 209308 /003 | 310584 |
| | | 25.60 | | 6012379 | 800 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C01 | 209931 /001 | 3228564 |
| | | 93.60 | | 6007308 | 24 | EA | SELECT FINE LUSTRE 8X10 250  A | 367726 | 209308 /001 | 310584 |
| | | 0.50 | | 6012588 | 2 | EA | KENTMERE 100 35x30.5m | 43BFK1C02 | 210472 /001 | 0003229083 |
| | | 7.00 | | 6012588 | 28 | EA | KENTMERE 100 35x30.5m | 47BFK7X01 | 210472 /001 | 0003229083 |
| | | 12.80 | | 6012368 | 400 | EA | KENTMERE 100 135 24EXP FILM | 43BFK1C01 | 210472 /002 | 0003229083 |
| | | 25.60 | | 6012379 | 800 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C01 | 210472 /003 | 0003229083 |
| | | 32.40 | | 6010476 | 900 | EA | KENTMERE 400 135 36EXP FILM | 49DHT1C01 | 210472 /004 | 0003229083 |
| | | 81.50 | | 6008071 | 50 | EA | VCSELECT66M 20.3x25.4cm 100  W | 367422 | 210472 /005 | 0003229083 |
| | | 61.50 | | 6008200 | 150 | EA | VCSELECT66M 20.3x25.4cm 25  W | 367365 | 210472 /006 | 0003229083 |

End of Report

**NAME** MJ
**DATE** 23-6-17

**SHIPPING MARK** WYNIT

**RT.** 9103  **CUST. NO.** 659079

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NOT STACKED TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2S2001346 | 120 | 100 | 150 | 08 | 562 | 1076355 | 6009070 | 16 | ✓ | ✓ |
| | | | | | | | 6009070 | 16 | ✓ | |
| | | | | | | 1079054 | 6008071 | 50 | ✓ | |
| | | | | | | | 6007418 | 20 | ✓ | |
| | | | | | | 1076361 | 6007308 | 24 | ✓ | |
| | | | | | | | 6012379 | 300 | ✓ | |
| | | | | | | | 6012379 | 500 | ✓ | |
| | | | | | | | 6012379 | 800 | ✓ | |
| | | | | | | | 6012599 | 90 | ✓ | |
| | | | | | | | 6008200 | 150 | ✓ | |
| | | | | | | | 6012588 | 2 | ✓ | |
| | | | | | | | 6012586 | 25 | ✓ | |
| | | | | | | | 601 2368 | 400 | ✓ | |

o-data/ware-o/planner/ PLANNER EXPORT 12

**SHIPPING MARK** WJNT

NAME MJ

DATE 26-6-17

RT. 9103   CUST. NO. 659079

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | | 6012379 | 800 | | |
| | | | | | | | 6010476 | 900 | | |

19/06/2017   08:12:37   ...WATTS

**Subject:** EPA Wynit
**From:** "Helen Kelsall" <helen.kelsall@harmantechnology.com>
**Sent:** 07/06/2017 10:24:41
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson"
<paul.sanderson@harmantechnology.com>

9-28956

353625

46763

5826

①

1·800

l p

Address:
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
USA

Despatch week 25

Thanks,
Helen Kelsall
Harman Technology Ltd
01565 684061

    

**<u>EXHIBIT 2</u>**

(Goods Delivered August 10, 2017)

Shipper

HARMAN TECHNOLOGY LTD
ILFORD WAY
C... TOWN LANE, MOBBERLEY
KNUTSFORD, CHESHIRE
WA16 7JL

## Blue Anchor
## America Line

### Sea Waybill (Non-Negotiable)
for Multimodal Transport
And Port to Port Transport

Consignee

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS TN 38118 UNITED STATES

Notify Party 2 No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14).

Notify Party (No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14).

...OHN F KILROY CO.,
...NE CROSS ISLAND PLAZA,
...UITE 203E,
...OSEDALE, NEW YORK 11422

Delivery Agent

KUEHNE & NAGEL, INC.
4985 OUTLAND CENTRE DRIVE
SUITE 102
USA- MEMPHIS,  TN 38118, USA

| ...ce of Receipt (Multimodal Transport only) | Pre-carriage by | | |
| ...OBBERLEY  DOOR | ROAD | Port of Loading | |
| ...sel | Voyage No. | FELIXSTOWE | **Sea Waybill-No.** |
| ...C KLEVEN | 729W | Port of Transhipment | BANQBHX0579290 |
| ...of Discharge | Place of Delivery (Multimodal Transport only) | Movement | 1420-9116-707.031 |
| ...HARLESTON, SC | MEMPHIS,TN  DOOR | CY/CY | Freight Payable at |
| ...RTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE (See Clause 7.3) | | | ORIGIN |

| ...s and Numbers | Number of Packages | Description of Goods | Gross Weight kgs | Measurement |
|---|---|---|---|---|
| ...TAL | 1 | AS PER ATTACHED FREIGHT PREPAID | 13058.00 | 45.177 |

| ...REIGHT AND CHARGES | Prepaid | Collect |
|---|---|---|
| ...ight and/or Measurement subject to correction | | |

Declared Cargo Value       *** NO VALUE DECLARED ***
If Merchant enters a value, Carrier's per package limitation of liability shall
not apply and the valorem rate will be charged.

Received by the Carrier from the Shipper, as far as ascertained by reasonable
means of checking, in apparent good order and condition unless otherwise herein
stated, the total number or quantity of Containers or other packages or units
indicated in the box entitled "Number of Packages" for carriage from the port of
loading (or the place of receipt, if mentioned above) to the port of discharge (or
the place of delivery, if mentioned above), such carriage being always subject to
the terms, rights, defences, provisions, conditions, exceptions, limitations, and
liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE
REVERSE HEREOF NUMBERED 1-21 AND THOSE TERMS AND CONDITIONS
CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Shipper's
attention is drawn in particular to the Carrier's liberties in respect of on deck
stowage (see clause 13) and the carrying vessel (see clause 12).  In accepting
this sea waybill, any local customs or privileges to the contrary notwithstanding,
the Merchant agrees to be bound by all Terms and Conditions stated herein
whether written, printed, stamped or incorporated on the face or reverse side
hereof, as if they were all signed by the Merchant. Unless instructed
otherwise in writing by the Shipper delivery of the Goods will be made only to the
consignee or his authorised representatives. This sea waybill is not a document of
title to the Goods and delivery will be made, after payment of any outstanding
Freight and charges, only on provision of proper proof of identity and of
authorisation at the port of discharge or place of delivery, as appropriate, without
the need to produce or surrender a copy of this sea waybill.
IN WITNESS WHEREOF the Carrier by its agents has signed this sea waybill.

| ...amount due | |
|---|---|

Place and date of issue:

BIRMINGHAM      19/07/2017

For and on behalf of the Carrier

## Blue Anchor
## America Line

by   KUEHNE + NAGEL LTD.
As Agents for the Carrier

**Blue Anchor Line**

Kuehne + Nagel Inc.
d/b/a Blue Anchor America Line
10 Exchange Place
Jersey City, NJ 07302

## TERMS AND CONDITIONS

1. DEFINITIONS

2. CONTRACTING PARTIES

3. CARRIER'S TARIFF

4. NON-NEGOTIABILITY

5. SUB-CONTRACTING AND INDEMNITIES

6. CARRIER'S LIABILITY

7. LOSS OF OR DAMAGE TO THE GOODS

8. DANGEROUS GOODS

9. CONTAINERS

10. TEMPERATURE CONTROLLED CARGO

11. INSPECTION OF GOODS

12. METHODS AND ROUTE OF TRANSPORTATION

13. DELIVERY OF THE GOODS

14. COLLECTION AND DELIVERY OF THE GOODS

15. FREIGHT

16. BOTH-TO-BLAME COLLISION

17. GENERAL AVERAGE

18. LIEN

19. VARIATION OF THE CONTRACT

20. PARTIAL INVALIDITY

21. JURISDICTION AND LAW

*(also available in pamphlet form from the Carrier and its agents and under www.america.blueanchorline.com)*

**ATTACHMENT FOR**

**BILL OF LADING**

**ATTACHMENT FOR**

| B/L NO | BANQBHX05 9290 |
|---|---|
| | 1420-9116-707.031 |
| BIRMINGHAM | 19/07/2017 |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SUDU8116845 | 1 | 40' HC RE | CONTAINER SAID TO CONTAIN | 13058.00 | 45.177 |
| SEAL HS902318 | | | 43 CASES OF PHOTOGRAPHIC | | |
| | | | MATERIAL | | |
| | | | | | |
| SHIPMENT NUMBERS | | | CASE NUMBERS: | | |
| 353944/353945 | | | 07910/07948, 07955, | | |
| 353946/353947 | | | 01347/01348 | | |
| | | | | | |
| ISF – | | | TEMPERATURE CONTROLLED | | |
| | | | CARGO AT PLUS 20 DEG C | | |
| | | | ALL MENTIONED CONTAINERS | | |
| | | | SHIPPER'S LOAD, COUNT AND | | |
| | | | SEAL | | |
| TOTAL | 1 | | | 13058.00 | 45.177 |



# JOHN F. KILROY CO., INC.
### Customs Brokers & Freight Forwarders

One Cross Island Plaza, Suite 203E
Rosedale, NY  11422-1400 ~ USA
Tel: (718) 656-7818  ~   Email: jfkilroy@jfkilroy.com  ~  Fax: (718) 656-8888
Website: www.jfkilroy.com
OTI: 000114NF

## ISF Header Details

Page 1 of 1

JOB NUMBER ISF0009239
CUSTOMS REF. 819-68050294432
CUSTOMS STATUS CLEAR ISF ADD
DATE 13-Jul-2017

| IMPORTER | MAIN SHIP-TO PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM<br><br>REG: 064701-01064 | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES |

| SELLING PARTY | BUYING PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM<br><br>CBN: 064701-01064 | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES<br><br>EIN: |

| SCHEDULED CONTAINER STUFFING LOCATION | CONSOLIDATOR |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM | KUEHNE & NAGEL LTD<br>PORT OF LIVERPOOL BUILDING<br>PIER HEAD<br>LIVERPOOL<br>L31BY<br>UNITED KINGDOM |

| FIRST ACCEPTED DATE | LAST ACCEPTED DATE | SCAC | OWNER REFERENCE |
|---|---|---|---|
| 13-Jul-2017 | 13-Jul-2017 | SUDU | |

| US CBP ENTRY NUMBER | CONSIGNEE ID | ISF BOND HOLDER | |
|---|---|---|---|
| | CBN:064701-01064 | 064701-01064 | |

| BOND ACTIVITY CODE | BOND TYPE | SURETY CODE | BOND REFERENCE NUMBER |
|---|---|---|---|
| IMPORTER OR BROKER | CONTINUOUS BOND | | |

### EXTRA ORGANIZATIONS

| MANUFACTURER |
|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM |

| BILL OF LADING |
|---|
| BM: BANQBHX0579290 (STATUS: S2 - ISF bill is NOT on file in AMS immediately after filing the ISF.) |

### CONTAINER DETAILS

| NUMBER | DESCRIPTION CODE | TYPE |
|---|---|---|
| SUDU8116845 | 4B | |

**STANDARD SHIPPING NOTE**   FOR NON-DANGEROUS GOODS ONLY

| 1. Exporter<br>Harman technology Limited<br>Ilford Way, Mobberley<br>Cheshire WA16 7JL | 2. Customs reference/status<br>7GB86444091000-BHX0579290 | | |
|---|---|---|---|
| | 3. Booking Number<br>7MANEN4600 | 4. Exporters reference<br>353944,5,6,7 | |
| 6. Consignee<br>Wynit Distribution LLC<br>4655 Shelby Drive<br>Memphis 38118<br>USA | 5. Forwarders Reference | | |
| 7. Freight Forwarder: Kuehne Nagel | 8. International Carrier | | |
| 9. Other UK transport details (e.g. ICD, terminal, vechile bkg, reg, receiving dates)<br>Collect from Harman on 12/07/17 @ 9am | For use of receiving authority only | | |
| 10. Vessel and date        Port of loading<br>MSC Kleven 19/07/17      Felixstowe | 10A. Company preparing this note declares that, to the best of their belief, the goods have been accurately described, their quantities, weights and meaurements are correct and at the time of despatch they were in good order and condition; that the goods are not classified as being hazardous by reference to relevant national and international regulations applicable to the intended modes of transport. | | |
| 11. Port of discharge    Destination<br>Charleston 02/08/17        Memphis | TO RECEIVE THE AUTHORITY - Please receive for shipment the goods described below subject to your published regulations and conditions (including to those as to liability). | | |

| 12. Shipping Marks | No. and kind of packages: description of goods. Non-hazardous special stowage requirements | 13A. Gross Weight (kg) of goods | 14. Cube (m3) of goods |
|---|---|---|---|
| Wynit Distribution LLC, USA | Containing Photographic Material of no known hazard 43 Cases, Case nos: 07910/07948, 07955, 01347/01348 | 13058.00 | 45.177 |
| For use of Shipping company only | | Total gross weight of goods<br>13058.00 | Total cube of goods<br>45.177 |

| 16. Container identification number/vehicle registration number<br>SUDU8116845 | 16A. Seal Number(s)<br>HS902318 | 16B. Container/vehicle size/type<br>40' Reefer | 16C. Tare (kg)<br>4580kg | 16D. Verified gross mass<br>17662kg |
|---|---|---|---|---|

**DOCK TERMINAL RECEIPT**

| HAULIER DETAILS | RECEIVING AUTHORTY REMARKS | 17. Name and telephone number of company preparing this note: Harman technology Limited |
|---|---|---|
| Haulier Name<br><br>Vehicle reg.no<br><br>Drivers Signature | Received the above number of packages/containers/trailers in apparent good order and condition unless stated herein<br><br>Received Authority signature and date | Place and date: Mobberley Cheshire 12/07/2017<br><br>Name of Contact:<br>Mrs J Rank |

| SHIPPER | **KUEHNE+NAGEL** | |
|---|---|---|
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>OFF TOWN LANE, MOBBERLEY<br>KNUTSFORD, CHESHIRE<br>WA16 7JL<br>N/A | **BOOKING CONFIRMATION** | |

| | **PLEASE QUOTE IN YOUR REPLY** | |
|---|---|---|
| | REFERENCE | 1420-9116-707.031 |
| | BIRMINGHAM | 05/07/2017 |

**CONSIGNEE**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS TN 38118 UNITED STATES

N/A

ACCORDING TO IMO RULES (SOLAS CHAPTER VI, REGULATION 2, PARAGRAPHS 1-6). THE SHIPPER IS RESPONSIBLE FOR THE VERIFICATION OF THE PACKED CONTAINER WEIGHT (VERIFIED GROSS MASS). IF CERTIFIED BY THE MCA OR USING AN APPROVED WEIGHBRIDGE THE SHIPPER OR AUTHORIZED PARTY IS WELCOME TO SUBMIT THE VGM DETAILS TO KUEHNE + NAGEL HERE:

**NOTIFY PARTY**

JOHN F KILROY CO.,
ONE CROSS ISLAND PLAZA,
SUITE 203E,
ROSEDALE, NEW YORK 11422

HTTP://VGM.KUEHNE-NAGEL.COM/2D2B001018FD19F68AB70004AC1BDC-I6

| PLACE OF RECEIPT | : MOBBERLEY DOOR | PRE-CARRIAGE BY | : ROAD |
|---|---|---|---|
| OCEAN VESSEL | : MSC KLEVEN | VOYAGE | : 729W |
| PORT OF LOADING | : FELIXSTOWE | ETS | : 19/07/2017 |
| PORT OF DISCHARGE | : CHARLESTON, SC | ETA | : 02/08/2017 |
| PLACE OF DELIVERY | : MEMPHIS,TN DOOR | ETA P/D | : 06/08/2017 |
| TERMS OF DELIVERY | : DDP MEMPHIS | MOVEMENT | : CY/CY |
| INSURANCE | : NOT ARR'GED BY KN | | |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| TOTAL | 1 | | AS PER ATTACHED<br>FREIGHT PREPAID | 15000.00 | 40.000 |

---------------------------------------------------------------

WE ARE PLEASED TO CONFIRM YOUR BOOKING OF 29/06/2017 AS DETAILED ABOVE.
IF THE VGM IS NOT AVAILABLE BY  14/07/2017 , THE CONTAINER MIGHT BE SUBJECT
ADDITIONAL PORT WEIGHING FEES, WHICH WILL BE FOR THE ACCOUNT OF THE
SHIPPER/CUSTOMER.
PLEASE ENSURE ALL RELEVANT DOCUMENTATION IS PROVIDED TO THE KUEHNE + NAGEL
OFFICE,STATED ON THIS BOOKING CONFIRMATION, IN A TIMELY MANNER
CONTAINER(S) TO BE POSITIONED ON 12/07/2017 AT  0900 HOURS
AT HARMAN TECHNOLOGY LTD ,  COLLECTION REF: USA
BOOKING REF: 7MANEN4600
CUSTOMS UCR NUMBER: 7GB864440910000-BHX0579290
AMS/ISF HOUSEBILL: BANQBHX0579290

FOR SHIPMENTS TO USA ONLY
PLEASE NOTE THAT WE NEED A COPY OF ALL COMMERCIAL DOCUMENTS NOT LATER THAN
72 HOURS PRIOR TO SCHEDULED VESSEL DEPARTURE. THIS IS A MANDATORY
REQUIREMENT IN ORDER TO COMPLY WITH REGULATIONS FOR USA IMPORT SECURITY
FILING (10+2).

Registered in England & Wales. Company Reg No. 01722216 VAT Reg. No. GB584 4409 10
Registered Office: 1 Roundwood Avenue, Stockley Park, Uxbridge, UB11 1FG Great Britain
Minworth
West Midlands B76 1BL
Great Britain
All transactions are subject to the latest version of the Standard Trading Conditions of the British International
Freight Association (BIFA) a copy of which can be obtained from http://uk.kuehne-nagel.com/ict/speci.c)

| Kuehne + Nagel Ltd.<br>Midpoint Park<br>Minworth<br>West Midlands B76 1BL<br>Great Britain | Tel: +44 (0)121 625 2468<br><br>GBP Barclays Sort Code: 20-35-35<br>GBP Barclays Swift: BARCGB22<br>EUR Barclays Swift: BARCGB22<br>USD Citibank Swift: CITIGB2L | uk.collections@kuehne-nagel.com<br><br>GBP Account Number: 60365149<br>GBP IBAN: GB74BARC20353560365149<br>EUR IBAN: GB51BARC20353544877088<br>USD IBAN: GB54CITI18500817087926 | **KUEHNE + NAGEL Ltd.**<br>ZARA GIBSON |

MAPEMLGB  00027948882017-07-05-16.39.15.586000CFFRBOOK

| ATTACHMENT FOR | **KUEHNE+NAGEL** |
|---|---|

| | **BOOKING CONFIRMATION** |
|---|---|
| | **PLEASE QUOTE IN YOUR REPLY** |
| | REFERENCE                 1420-9116-707.031 |
| | BIRMINGHAM                          05/07/2017 |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 001 | 1 | 40' HC RE | CONTAINER SAID TO CONTAIN XX CASES OF PHOTOGRAPHIC MATERIAL | 15000.00 | 40.000 |
| SHIPMENT NUMBERS | | | CASE NUMBERS: | | |
| ISF - | | | | | |
| | | | TEMPERATURE CONTROLLED CARGO AT PLUS 20 DEG C ALL MENTIONED CONTAINERS SHIPPER'S LOAD, COUNT AND SEAL | | |
| TOTAL | 1 | | | 15000.00 | 40.000 |

EL10008746-44

Wall Street Systems, Lexington, Madison, Park Avenue
, Broadway Intermodal, P.O. Box 847
Mantua, OH 44255-0847
MC: 203671 P: (330) 274-8499  F: (330) 274-8838

LOAD NUMBER
1482494

## DELIVERY RECEIPT

Pickup From:  Wanda Welch - Charleston, SC 29464

Deliver To:
WANIT INC
4655 EAST SHELBY DRIVE
MEMPHIS, TN  88118

| | |
|---|---|
| Phone: | 9012690860 |
| Contact: | RECIEVING |
| Reference: | |

| | |
|---|---|
| Date: | 8/9/17 |
| From: | 11:00 |
| To: | 11:00 |

| Container: | SUDU6416845 | Release No.: | | Commodity: | FREIGHT ALL KINDS |
|---|---|---|---|---|---|
| | 40' H Reefer | Bill of Lading: | 17M03524D091 | Weight: | 0 |
| | | Vessel Name: | MSC KLEVEN | Pieces | 0 |
| Chassis: | | Steamship Line: | HSAC | Seal No.: | HS90231B |
| | 40' CHASSIS | Port Of Discharge: | | | |

Directions:

Notes:
REF #'S :353941/353945/353946/353947

| | | | | |
|---|---|---|---|---|
| Driver: | KB | Truck: | 178028 | Time In: | Time Out: |

Received in Good Order By: _James Crenshaw_  Date: 8/10/17  Pieces: _____

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or             00 44 1565 650082

VAT NO: GB 855 6191 02

## INVOICE No: EI  10008746

INVOICE DATE: 12/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:   353944          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3702.32 Photographic Film:Rolls.Sensitised.Unexposed.Unperforated. | | | | | | |
| Country of origin   UNITED KINGDOM | | | | | | |
| 0003229086 | HP5+ 120 | | 1629017 | 7,200 | 3.79 | 27,288.00 |
| 0003229954 | HP5 120 | | 1629017 | 2,300 | 3.79 | 8,717.00 |
| | | | | | TOTAL FOR 3702.32 | 36,005.00 |
| 3702.96 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin   UNITED KINGDOM | | | | | | |
| 0003229705 | DP400 35MM 24 EXPOSURES | | 1748165 | 500 | 4.08 | 2,040.00 |
| 0003229705 | FP4 35MM 36 EXPOSURES | | 1649651 | 1,200 | 4.16 | 4,992.00 |
| 0003229705 | HP5 35MM 36 EXPOSURES 50 PACK | | 1574616 | 12 | 208.18 | 2,498.16 |
| 0003229705 | PANF 35MM 36 EXPOSURES | | 1707768 | 300 | 5.69 | 1,707.00 |
| 0003229705 | SFX200 35MM 36 EXPOSURES | | 1829189 | 300 | 6.70 | 2,010.00 |
| 0003229954 | DP100 35MM 36 EXPOSURES | | 1780624 | 900 | 5.53 | 4,977.00 |
| 0003229954 | DP3200 35MM 36 EXPOSURES | | 1887710 | 600 | 7.36 | 4,416.00 |

Continued on page    2

# HARMAN technology Limited

**INVOICE No: EI  10008746**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082
VAT NO: GB 855 6191 02

**INVOICE DATE:** 12/07/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**Load No:**   353944         **Terms of payment:**   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | DP400 35MM 24 EXPOSURES | | 1748165 | 1,000 | 4.08 | 4,080.00 |
| 0003229954 | HP5 35MM 24 EXPOSURES 50 PACK | | 1700664 | 12 | 176.13 | 2,113.56 |
| 0003229954 | HP5 35MM 36 EXPOSURES | | 1574577 | 14,400 | 4.16 | 59,904.00 |
| 0003229954 | HP5 35MM 36 EXPOSURES 50 PACK | | 1574616 | 6 | 208.18 | 1,249.08 |
| 0003229954 | PANF 35MM 36 EXPOSURES | | 1707768 | 300 | 5.69 | 1,707.00 |
| 0003229954 | SFX200 35MM 36 EXPOSURES | | 1829189 | 900 | 6.70 | 6,030.00 |
| 0003229954 | XP2S 35MM 24 EXPOSURES | | 1839584 | 900 | 4.25 | 3,825.00 |
| | | | | | TOTAL FOR   3702.96 | 101,548.80 |
| | 3702.97 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 0003229705 | DP100 35MM X 100 | | 1780598 | 30 | 53.26 | 1,597.80 |
| 0003229705 | PANF 35MM X 100 | | 1707814 | 30 | 47.20 | 1,416.00 |
| | | | | | TOTAL FOR   3702.97 | 3,013.80 |

Continued on page   3

# HARMAN technology Limited

**INVOICE No: EI  10008746**

**INVOICE DATE:** 12/07/2017

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or              00 44 1565 650082
VAT NO: GB  855 6191 02

Load No:  353944        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | | 3703.10 Photographic Paper, Sensitised, Unexposed. | | |
| | | | | Country of origin  UNITED KINGDOM | | |
| 3228805 | | 1170849 | 6 | GDS FB1K 101.6x30m EI CC3 | 452.40 | 2,714.40 |
| 3228805 | | 1769478 | 3 | MG4RC44M 106.7x30m EICC3 | 314.82 | 944.46 |
| 0003229705 | | 1170849 | 6 | GDS FB1K 40" X 98 | 452.40 | 2,714.40 |
| 0003229705 | | 1172423 | 2 | MGFB5K CLASSIC 42" X 98 | 394.05 | 788.10 |
| 0003229954 | | 1172197 | 3 | MGFB1K CLASSIC 56" X 98 | 525.57 | 1,576.71 |
| 0003229954 | | 1172423 | 2 | MGFB5K CLASSIC 42" X 98 | 394.05 | 788.10 |
| 0003229954 | | 1904237 | 3 | MGFBWT1K 50" X 98 | 737.85 | 2,213.55 |
| | | | | | TOTAL FOR  3703.10 | 11,739.72 |
| | | | | 3703.90 Photographic Paper, Sensitised, Unexposed. | | |
| | | | | Country of origin  UNITED KINGDOM | | |
| 3228566 | | 1168237 | 32 | MG4RC1M 40.6x50.8cm 10 (Bx) | 26.52 | 848.64 |
| 3228566 | | 1171299 | 36 | PFOLIO44K 10x15cm 100 (255) BP | 28.84 | 1,038.24 |
| | | | | BACK PRINTED ITEM | | |

Continued on page    4

# **HARMAN** technology Limited

## INVOICE No: EI 10008746

**INVOICE DATE:** 12/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM

Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082

VAT NO: GB 855 6191 02

Load No:   353944        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228805 | | 1627716 | IGFB31K 20.3x25.4cm 100 | 2 | 124.29 | 248.58 |
| 3228805 | | 1612738 | ISRC344M 20.3x25.4cm 250 | 12 | 173.26 | 2,079.12 |
| 3228805 | | 1172298 | MGFB5K CLAS 27.9x35.6cm 10(Bx) | 10 | 17.05 | 170.50 |
| 3228805 | | 1769818 | MG4RC1M 10.2x12.7cm 1000 | 21 | 134.09 | 2,815.89 |
| 3228805 | | 1770427 | MG4RC1M 20.3x25.4cm 1000 | 9 | 481.29 | 4,331.61 |
| 3228805 | | 1772238 | MG4RC25M 27.9x35.6cm 50 | 14 | 57.63 | 806.82 |
| 0003229086 | | 1171983 | MGFB1K CLASSIC 20.3x25.4cm 100 | 33 | 78.69 | 2,596.77 |
| 0003229086 | | 1168246 | MG4RC1M 50.8x61cm 10 (Bx) | 6 | 37.32 | 223.92 |
| 0003229086 | | 1884584 | MGFBWT24K 40.6x50.8cm 50 | 9 | 199.86 | 1,798.74 |
| 0003229086 | | 1883383 | MGFBWT24K 12.7x17.8cm 100 | 9 | 46.66 | 419.94 |
| 0003229705 | | 1171004 | GDS RC44M 6" X 500  EO CC3 | 2 | 186.32 | 372.64 |
| 0003229705 | | 1605431 | ISRC31M 5" X 7" 100 SHEETS | 10 | 36.39 | 363.90 |
| 0003229705 | | 1609134 | ISRC344M 8" X 10" 100 SHEETS | 1 | 79.33 | 79.33 |
| 0003229705 | | 1172038 | MGFB1K CLASSIC 11" X 14" 10 SH | 140 | 17.05 | 2,387.00 |
| 0003229705 | | 1172096 | MGFB1K CLASSIC 16" X 20" 10 SH | 32 | 34.76 | 1,112.32 |
| 0003229705 | | 1172104 | MGFB1K CLASSIC 16" X 20" 50 SH | 60 | 154.16 | 9,249.60 |

Continued on page   5

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM

Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082

VAT NO: GB 855 6191 02

**INVOICE No: EI  10008746**

**INVOICE DATE:** 12/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  353944          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229705 | | 1172126 | MGFB1K CLASSIC 20" X 24" 10 SH | 2 | 49.78 | 99.56 |
| 0003229705 | | 1172137 | MGFB1K CLASSIC 20" X 24" 50 SH | 12 | 230.27 | 2,763.24 |
| 0003229705 | | 1171938 | MGFB1K CLASSIC 5" X 7" 100 SHE | 30 | 35.98 | 1,079.40 |
| 0003229705 | | 1172302 | MGFB5K CLASSIC 11" X 14" 50 SH | 40 | 75.57 | 3,022.80 |
| 0003229705 | | 1172346 | MGFB5K CLASSIC 16" X 20" 10 SH | 12 | 34.76 | 417.12 |
| 0003229705 | | 1172380 | MGFB5K CLASSIC 20" X 24" 10 SH | 9 | 49.78 | 448.02 |
| 0003229705 | | 1172203 | MGFB5K CLASSIC 5" X 7" 100 SHE | 10 | 35.98 | 359.80 |
| 0003229705 | | 1172236 | MGFB5K CLASSIC 8" X 10" 25 SHE | 133 | 22.18 | 2,949.94 |
| 0003229705 | | 1172399 | MGFB5K CLASSIC 20" X 24" 50 SH | 6 | 225.71 | 1,354.26 |
| 0003229705 | | 1770647 | MG4RC1M 11" X 14" 50 SHEETS | 70 | 57.63 | 4,034.10 |
| 0003229705 | | 1770746 | MG4RC1M 16" X 20" 50 SHEETS | 9 | 117.56 | 1,058.04 |
| 0003229705 | | 1769964 | MG4RC1M 5" X 7" 500 SHEETS | 12 | 111.86 | 1,342.32 |
| 0003229705 | | 1770340 | MG4RC1M 8" X 10" 100 SHEETS | 330 | 57.99 | 19,136.70 |
| 0003229705 | | 1858468 | MG4RC1M 8" X 10" 25 SHEETS VAL | 1,000 | 20.11 | 20,110.00 |
| 0003229705 | | 1772081 | MG4RC25M 8" X 10" 100 SHEETS | 80 | 57.99 | 4,639.20 |
| 0003229705 | | 1168264 | MG4RC25M 8" X 10" 25 SHEETS | 209 | 16.35 | 3,417.15 |

Continued on page    6

# HARMAN technology Limited

**INVOICE No: EI 10008746**

**INVOICE DATE:** 12/07/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or         00 44 1565 650082

VAT NO:  GB  855 6191 02

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**Load No:** 353944      **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229705 | | 1771019 | MG4RC44M 5" X 7" 100 SHEETS | 150 | 26.53 | 3,979.50 |
| 0003229705 | | 1175075 | MGFBCT1K 11" X 14" 10 SHEETS | 14 | 17.38 | 243.32 |
| 0003229705 | | 1175130 | MGFBCT1K 16" X 20" 50 SHEETS | 3 | 157.10 | 471.30 |
| 0003229705 | | 1168392 | MGFBWT1K 16" X 20" 10 SHEETS | 16 | 46.79 | 748.64 |
| 0003229705 | | 1168408 | MGFBWT1K 20" X 24" 10 SHEETS | 9 | 67.07 | 603.63 |
| 0003229705 | | 1865334 | MGFBWT1K 5" X 7" 100 SHEETS | 10 | 46.66 | 466.60 |
| 0003229705 | | 1168374 | MGFBWT1K 8" X 10" 25 SHEETS | 76 | 28.73 | 2,183.48 |
| 0003229705 | | 1952023 | MGRCCT44M 8" X 10" 100 SHEETS | 10 | 59.10 | 591.00 |
| 0003229705 | | 1902523 | MGRCWT44M 8" X 10" 100 SHEETS | 10 | 77.10 | 771.00 |
| 0003229705 | | 1168484 | MGRCWT44M 8" X 10" 25 SHEETS | 38 | 22.19 | 843.22 |
| 0003229705 | | 1171367 | PFOLIO44K 11" X 14" 50 SHEETS | 10 | 78.30 | 783.00 |
| 0003229705 | | 1175723 | PFOLIO44K 4" X 6" 25 SHEETS 25 | 18 | 11.72 | 210.96 |
| 0003229705 | | 1170915 | GDS RC1M 4" X 500  EO CC3 | 20 | 125.02 | 2,500.40 |
| 0003229705 | | 1170443 | MG ART 300 11" X 14" 10 SHEETS | 14 | 23.05 | 322.70 |
| 0003229705 | | 1170432 | MG ART 300 11" X 14" 30 SHEETS | 30 | 58.79 | 1,763.70 |
| 0003229705 | | 1170476 | MG ART 300 20" X 24" 15 SHEETS | 3 | 100.60 | 301.80 |

Continued on page   7

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008746

INVOICE DATE: 12/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:   353944        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | ISRC31M 8" X 10" 100 SHEETS | | 1605734 | 4 | 79.33 | 317.32 |
| 0003229954 | MGFB1K CLASSIC 20" X 24" 50 SH | | 1172137 | 24 | 230.27 | 5,526.48 |
| 0003229954 | MGFB1K CLASSIC 5" X 7" 100 SHE | | 1171938 | 30 | 35.98 | 1,079.40 |
| 0003229954 | MGFB1K CLASSIC 8" X 10" 25 SHE | | 1171972 | 418 | 22.18 | 9,271.24 |
| 0003229954 | MGFB5K CLASSIC 20" X 24" 10 SH | | 1172380 | 9 | 49.78 | 448.02 |
| 0003229954 | MGFB5K CLASSIC 8" X 10" 100 SH | | 1172258 | 40 | 78.69 | 3,147.60 |
| 0003229954 | MGFB5K CLASSIC 20" X 24" 50 SH | | 1172399 | 6 | 225.71 | 1,354.26 |
| 0003229954 | MG4RC1M 16" X 20" 50 SHEETS | | 1770746 | 3 | 117.56 | 352.68 |
| 0003229954 | MG4RC1M 5" X 7" 100 SHEETS | | 1769900 | 130 | 26.53 | 3,448.90 |
| 0003229954 | MG4RC1M 5" X 7" 25 SHEETS | | 1168181 | 252 | 7.83 | 1,973.16 |
| 0003229954 | MG4RC1M 5" X 7" 500 SHEETS | | 1769964 | 24 | 111.86 | 2,684.64 |
| 0003229954 | MG4RC1M 8" X 10" 25 SHEETS | | 1166190 | 1,121 | 16.35 | 18,328.35 |
| 0003229954 | MG4RC25M 5" X 7" 25 SHEETS | | 1168255 | 72 | 7.83 | 563.76 |
| 0003229954 | MG4RC44M 16" X 20" 50 SHEETS | | 1771679 | 21 | 117.56 | 2,468.76 |
| 0003229954 | MG4RC44M 3.5" X 5" 100 SHEETS | | 1770867 | 20 | 14.20 | 284.00 |
| 0003229954 | MG4RC44M 5" X 7" 250 SHEETS | | 1771055 | 64 | 59.90 | 3,833.60 |

Continued on page   8

# **HARMAN** technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008746

| | |
|---|---|
| INVOICE DATE: 12/07/2017 | |

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or              00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  353944          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | | 1771318 | MG4RC44M 8" X 10" 100 SHEETS | 1,180 | 57.99 | 68,428.20 |
| 0003229954 | | 1771477 | MG4RC44M 9.5" X 12" 50 SHEETS | 10 | 34.47 | 344.70 |
| 0003229954 | | 1174997 | MGFBCT1K 5" X 7" 100 SHEETS | 4 | 36.67 | 146.68 |
| 0003229954 | | 1175020 | MGFBCT1K 8" X 10" 25 SHEETS | 19 | 22.60 | 429.40 |
| 0003229954 | | 1865581 | MGFBWT1K 16" X 20" 50 SHEETS | 21 | 199.86 | 4,197.06 |
| 0003229954 | | 1951868 | MGRCCT1M 8" X 10" 100 SHEETS | 10 | 59.10 | 591.00 |
| 0003229954 | | 1952023 | MGRCCT44M 8" X 10" 100 SHEETS | 10 | 59.10 | 591.00 |
| 0003229954 | | 1171334 | PFOLIO44K 8" X 10" 100 SHEETS | 9 | 78.84 | 709.56 |
| 0003229954 | | 1170410 | MG ART 300 8" X 10" 50 SHEETS | 30 | 50.98 | 1,529.40 |
| | | | | | TOTAL FOR  3703.90 | 246,008.63 |
| | | | 3707.90 Photographic Chemicals - Developers and Fixers | | | |
| | | | Country of origin  GERMANY | | | |
| 0003229705 | | 1758285 | HYPAM FIXER 5LT WLD | 96 | 17.91 | 1,719.36 |
| 0003229705 | | 1960457 | ID11 PACKET | 84 | 4.51 | 378.84 |
| 0003229954 | | 1757855 | MULTIGRADE DEVELOPER 5LT WLD | 96 | 28.62 | 2,747.52 |

Continued on page    9

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**INVOICE No: EI  10008746**

**INVOICE DATE:** 12/07/2017

| **INVOICE ADDRESS:** | **DELIVERY ADDRESS:** |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 乞亠亝り5230

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082
VAT NO:  GB  855 6191 02

**Load No:**   353944          **Terms of payment:**   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | | 1960529 | PERCEPTOL 1 PACKET | 60 | 5.53 | 331.80 |
| 0003229954 | | 1984565 | RAPID FIXER 5LT | 64 | 24.09 | 1,541.76 |
| | | | | | TOTAL FOR   3707.90 | 6,719.28 |
| | | | 3926.90 Articles of plastics/of other materials. Not made from Sheet | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 0003229699 | | PTP322GA | DEVELOPING TRAY 5X7 GREY | 30 | 2.31 | 69.30 |
| 0003229699 | | PTP322RA | DEVELOPING TRAY 5X7 RED | 30 | 2.31 | 69.30 |
| | | | | | TOTAL FOR   3926.90 | 138.60 |
| | | | 9002.20 Photographic Filters. | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 0003229705 | | 1762617 | MULTIGRADE FILTER BELOW LENS K | 4 | 53.61 | 214.44 |
| 0003229705 | | 1762628 | MULTIGRADE FILTER 3.5X3.5 ABOV | 160 | 17.86 | 2,857.60 |
| | | | | | TOTAL FOR   9002.20 | 3,072.04 |

Continued on page    10

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**INVOICE No: EI  10008746**

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:   353944          Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | 9006.53 Photographic Cameras, 35mm, Disposable. | | | |
| | | | Country of origin   JAPAN | | | |
| 0003229086 | | 1174168 | SUC+FL HP5+ 135 24+3 | 300 | 5.88 | 1,764.00 |
| 0003229705 | | 1174168 | SINGLE USE CAMERA HP5  135 24 | 150 | 5.88 | 882.00 |
| 0003229954 | | 1174168 | SINGLE USE CAMERA HP5  135 24 | 150 | 5.88 | 882.00 |
| | | | | | TOTAL FOR  9006.53 | 3,528.00 |
| | | | 9006.59 Photographic Cameras. Non-disposable.With or W/O ViewFinder. | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 3228805 | | 1174029 | ILFORD OBSCURA PINHOLE KIT | 4 | 62.69 | 250.76 |
| 0003229086 | | 1174029 | ILFORD OBSCURA PINHOLE KIT | 4 | 62.69 | 250.76 |
| 0003229705 | | 1174029 | ILFORD OBSCURA PINHOLE CAMERA | 4 | 62.69 | 250.76 |
| 0003229954 | | 1174029 | ILFORD OBSCURA PINHOLE CAMERA | 4 | 62.69 | 250.76 |
| | | | | | TOTAL FOR  9006.59 | 1,003.04 |

Continued on page   11

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008746

INVOICE DATE: 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No: 591034
CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082

VAT NO:  GB  855 6191 02

Load No:   353944          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 9010.50 Apparatus and equipment for photographic laboratories. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 0003229705 | MOD54 3 SPIRAL TANK ACCESSORY | | 1174296 | 8 | 43.58 | 348.64 |
| | 3 spiral tank accessory | | | | | |
| 0003229954 | MOD54 3 SPIRAL TANK ACCESSORY | | 1174296 | 11 | 43.58 | 479.38 |
| | 3 spiral tank accessory | | | | | |
| | | | | TOTAL FOR   9010.50 | | 828.02 |

Continued on page   12

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008746

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082

VAT NO:  GB  855 6191 02

CUSTOMER No:  591034
CUSTOMER VAT No: 27-5005230

Load No:  353944         Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| Load No. | 353944 = 28 Packages | | | | | |

TOTAL           413,604.93

Freight Terms          DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only.  Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HAR  AN** technology Limited

Invoice No:    EI10008746

Customer    591034    WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | Value | Area |
|---|---|---|
| 3703.90 | GB | 246008.63 | 19292.768 |
| 3703.10 | GB | 11739.72 | 831.930 |
| 9006.59 | GB | 1003.04 | .000 |
| 9006.53 | JP | 3528.00 | 27.840 |
| 3702.32 | GB | 36005.00 | 480.700 |
| 3926.90 | GB | 138.60 | .000 |
| 3707.90 | DE | 6719.28 | 1424.000 |
| 9002.20 | GB | 3072.04 | .000 |
| 3702.97 | GB | 3013.80 | 64.050 |
| 3702.96 | GB | 101548.80 | 1254.180 |
| 9010.50 | GB | 828.02 | .000 |

# HAROAN technology Limited    Shipping Instruction for SEAFREIGHT DESPATCH

**Registered Office:** Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 12/07/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:      +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment: 353944**    Page:    1

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

Document Date:    11/07/2017
Shipment Date:    11/07/2017

Freight Conditions:    DDP
Freight and Charges Paid By:    HARMAN TECHNOLOGY
Carrier:    KUEHNE NAGEL
Customs Duty for the Account of: CONSIGNEE

**Case Details**       **Dimensions**              **Volume**

3 GMA PALLET @ 120 x 100 x  71 cm  =   2.556 cu m
24 GMA PALLET @ 120 x 100 x 100 cm  =  28.800 cu m
1 GMA PALLET @ 120 x 100 x 162 cm  =   1.944 cu m
                                       ---------
                                        33.300

**Case Numbers**

Numbers  07921/07948

   28

Gross weight =  11106.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M. |
|---|---|---|---|---|---|
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets/or rolls where roll width does not exceed 610mm. | 6781.74 | 190955.20 | 6364 | EACH |
| 3926.90 | Articles of plastics/of other materials. Not made from Sheet (EACH) | 7.20 | 108.81 | 60 | EACH |
| 9010.50 | Apparatus and equipment for photographic laboratories. (EACH/NO OF ITEMS) | 4.75 | 642.21 | 19 | EACH |
| 9002.20 | Photographic Filters (No of Units) | 19.34 | 2412.08 | 164 | Number of Units |
| 3702.96 | Photographic Film. Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length not exceeding 30m. (NO) | 802.26 | 78272.83 | 22800 | Number of Units |
| 3702.32 | Photographic Film.Rolls.Sensitised.Unexposed.Unperforated. With silver halide emulsion. Width GT 35mm but not 105mm. | 285.00 | 28074.05 | 9500 | Number of Units |
| 9006.59 | Photographic Cameras. Non-disposable.With or W/O ViewFinder. (No of items/units) | 14.88 | 783.02 | 16 | Number of Units |
| 3707.90 | Photographic Chemicals - Developers and Fixers | 1767.56 | 5199.37 | 400 | EACH |
| 3703.10 | Photographic Paper, Sensitised, Unexposed. In rolls of a width exceeding 610mm. | 297.60 | 9143.36 | 25 | EACH |
| 9006.53 | Photographic Cameras, 35mm, Disposable. (No of Items) | 63.00 | 2752.14 | 600 | Number of Units |
| 3702.97 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length exceeding 30m. (MT) | 14.70 | 2366.34 | 1830 | METRE |
| | Totals | 10058.03 | 320709.41 | | |
| | USD Currency Totals | | 413604.93 | | |

# HAR**M**AN technology Limited          PACKING SPECIFICATION

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 22x

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment: 046796**

Shipping Marks

Page:           1
Document Date:   10/07/2017
Route:           05035

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707921 | 559.00 | 514.80 | 120/100/100 | 1770340 | 270 | EA | MG4RC1M 20.3x25.4cm 100 | 52A570X23 | 210630 /047 | 0003229705 |
| | | 421.20 | | 1770340 | 60 | EA | MG4RC1M 20.3x25.4cm 100 | 51E506C45 | 210630 /047 | 0003229705 |
| | | 93.60 | | | | | | | | |
| 251707922 | 189.00 | 156.60 | 120/100/100 | 1858468 | 30 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 17.40 | | 1858468 | 240 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 139.20 | | | | | | | | |
| 251707923 | 186.00 | 156.60 | 120/100/100 | 1858468 | 210 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 121.80 | | 1858468 | 60 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 34.80 | | | | | | | | |
| 251707924 | 184.00 | 156.60 | 120/100/100 | 1858468 | 90 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 52.20 | | 1858468 | 180 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 104.40 | | | | | | | | |
| 251707925 | 556.00 | 514.80 | 120/100/100 | 1771318 | 270 | EA | MG4RC44M 20.3x25.4cm 100 | 51E505C95 | 210822 /056 | 0003229954 |
| | | 421.20 | | 1771318 | 60 | EA | MG4RC44M 20.3x25.4cm 100 | 51E505C95 | 210822 /056 | 0003229954 |
| | | 93.60 | | | | | | | | |
| 251707926 | 304.00 | 276.86 | 120/100/100 | 1858468 | 150 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 87.00 | | 1858468 | 40 | EA | MG4RC1M 20.3x25.4 25 VAL PK US | 51E506C35 | 210630 /048 | 0003229705 |
| | | 23.20 | | 1770427 | 9 | EA | MG4RC1M 20.3x25.4cm 1000 | 51E506C66 | 210268 /063 | 3228805 |
| | | 132.30 | | 1762617 | 4 | EA | MGFILT B/LENS kit 00-5 | 54B | 210630 /008 | 0003229705 |
| | | 2.06 | | 1605431 | 10 | EA | ISRC31M 12.7x17.8cm 100 | 43C320C52 | 210630 /029 | 0003229705 |
| | | 6.75 | | 1171004 | 2 | EA | GDS RC44M 15.2x150m EO CC3 | 50D271X62 | 210630 /002 | 0003229705 |
| | | 13.60 | | 1174296 | 8 | EA | MOD54 | NB | 210630 /071 | 0003229705 |
| | | 2.00 | | 1174296 | 11 | EA | MOD54 | NB | 210822 /069 | 0003229954 |
| | | 2.75 | | PTP322GA | 10 | EA | Dev Tray 5x7in Grey | | 210591 /009 | 0003229699 |
| | | 1.20 | | PTP322GA | 20 | EA | Dev Tray 5x7in Grey | | 210591 /009 | 0003229699 |
| | | 2.40 | | PTP322RA | 30 | EA | Dev Tray 5x7in Red | | 210591 /010 | 0003229699 |
| | | 3.60 | | | | | | | | |

Continued on Page  2

# HARMAN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number: 591034**

WYNIT DISTRIBUTION LLC

**Consignment: 046796**

| | |
|---|---|
| Page: | 2 |
| Document Date: | 10/07/2017 |
| Route: | 05035 |

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707927 | 556.00 | 514.80 | 120/100/100 | | | | | | | |
| | | 514.80 | | 1771318 | 151 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C89 | 210822 /056 | 0003229954 |
| | | 235.56 | | 1771318 | 179 | EA | MG4RC44M 20.3x25.4cm 100 | 51E505C95 | 210822 /056 | 0003229954 |
| 251707928 | 281.00 | 279.24 | 120/100/100 | | | | | | | |
| | | 259.20 | | 1574577 | 1780 | EA | HP5+ 135 36 | 52BHE2C05 | 210822 /029 | 0003229954 |
| | | 64.08 | | 1574577 | 5390 | EA | HP5+ 135 36 | 52BHE2C02 | 210822 /029 | 0003229954 |
| | | 194.04 | | 1574577 | 30 | EA | HP5+ 135 36 | 52BHE2C020 | 210822 /029 | 0003229954 |
| | | 1.08 | | | | | | | | |
| 251707929 | 556.00 | 514.80 | 120/100/100 | | | | | | | |
| | | 514.80 | | 1771318 | 188 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C23 | 210822 /056 | 0003229954 |
| | | 293.28 | | 1771318 | 62 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C89 | 210822 /056 | 0003229954 |
| | | 96.72 | | 1771318 | 80 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C89 | 210822 /056 | 0003229954 |
| | | 124.80 | | | | | | | | |
| 251707930 | 573.00 | 535.43 | 120/100/100 | | | | | | | |
| | | 296.40 | | 1771318 | 190 | EA | MG4RC44M 20.3x25.4cm 100 | 51E507C89 | 210822 /056 | 0003229954 |
| | | 59.73 | | 1171983 | 33 | EA | MGFB1K CLASSIC 20.3x25.4cm 100 | 50C773X37 | 210409 /039 | 0003229086 |
| | | 108.50 | | 1772081 | 70 | EA | MG4RC25M 20.3x25.4cm 100 | 51E503C44 | 210630 /049 | 0003229705 |
| | | 70.80 | | 1172258 | 40 | EA | MGFB5K CLASSIC 20.3x25.4cm 100 | 50C773X34 | 210822 /045 | 0003229954 |
| 251707931 | 281.00 | 259.20 | 120/100/100 | | | | | | | |
| | | 129.60 | | 1574577 | 3600 | EA | HP5+ 135 36 | 52BHE2C05 | 210822 /029 | 0003229954 |
| | | 129.60 | | 1574577 | 3600 | EA | HP5+ 135 36 | 52BHE2C020 | 210822 /029 | 0003229954 |
| 251707932 | 362.00 | 313.50 | 120/100/100 | | | | | | | |
| | | 57.00 | | 1168190 | 114 | EA | MG4RC1M 20.3x25.4cm 25 (Bx) | 48A572X12 | 210822 /051 | 0003229954 |
| | | 256.50 | | 1168190 | 513 | EA | MG4RC1M 20.3x25.4cm 25 (Bx) | 48A572X12 | 210822 /051 | 0003229954 |
| 251707933 | 327.00 | 285.00 | 120/100/100 | | | | | | | |
| | | 210.00 | | 1629017 | 7000 | EA | HP5+ 120 | 52DHN1C01 | 210409 /021 | 0003229086 |
| | | 6.00 | | 1629017 | 200 | EA | HP5+ 120 | 52DHN1C010 | 210409 /021 | 0003229086 |
| | | 69.00 | | 1629017 | 2300 | EA | HP5+ 120 | 52DHN1C010 | 210822 /026 | 0003229954 |
| 251707934 | 371.00 | 330.90 | 120/100/100 | | | | | | | |

Continued on Page   3

# HAR⬤AN technology Limited — PACKING SPECIFICATION

Customer Number: **591034**
WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX
HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046796**

Page: 3
Document Date: 10/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 134.00 |  | 1168190 | 268 | EA | MG4RC1M 20.3x25.4cm 25 (Bx) | 48A572X12 | 210822 /051 | 0003229954 |
|  |  | 113.00 |  | 1168190 | 226 | EA | MG4RC1M 20.3x25.4cm 25 (Bx) | 51E506C34 | 210822 /051 | 0003229954 |
|  |  | 68.40 |  | 1171972 | 114 | EA | MGFB1K CLAS 20.3x25.4cm 25(Bx) | 52D701C35 | 210822 /041 | 0003229954 |
|  |  | 15.50 |  | 1772081 | 10 | EA | MG4RC25M 20.3x25.4cm 100 | 51E503C44 | 210409 /049 | 0003229705 |
| 251707935 | **468.00** | **420.71** | **120/100/100** |  |  |  |  |  |  |  |
|  |  | 12.00 |  | 1172346 | 8 | EA | MGFB5K CLAS 40.6x50.8cm 10(Bx) | 50C773X70 | 210630 /038 | 0003229705 |
|  |  | 200.10 |  | 1172104 | 46 | EA | MGFB1K CLASSIC 40.6x50.8cm 50 | 50C772X11 | 210630 /033 | 0003229705 |
|  |  | 60.90 |  | 1172104 | 14 | EA | MGFB1K CLASSIC 40.6x50.8cm 50 | 52D701C41 | 210630 /033 | 0003229705 |
|  |  | 73.98 |  | 1865581 | 18 | EA | MGFBWT1K 40.6x50.8cm 50 | 51A602C54 | 210822 /060 | 0003229954 |
|  |  | 12.33 |  | 1865581 | 3 | EA | MGFBWT1K 40.6x50.8cm 50 | 51A602C54 | 210822 /060 | 0003229954 |
|  |  | 24.41 |  | 1168392 | 16 | EA | MGFBWT1K 40.6x50.8cm 10 (Bx) | 51A602C15 | 210630 /054 | 0003229705 |
|  |  | 24.66 |  | 1884584 | 6 | EA | MGFBWT24K 40.6x50.8cm 50 | 48C601C52 | 210409 /051 | 0003229086 |
|  |  | 12.33 |  | 1884584 | 3 | EA | MGFBWT24K 40.6x50.8cm 50 | 48C601C26 | 210409 /051 | 0003229086 |
| 251707936 | **393.00** | **367.76** | **120/100/100** |  |  |  |  |  |  |  |
|  |  | 139.80 |  | 1171972 | 233 | EA | MGFB1K CLAS 20.3x25.4cm 25(Bx) | 52D701C35 | 210822 /041 | 0003229954 |
|  |  | 42.60 |  | 1171972 | 71 | EA | MGFB1K CLAS 20.3x25.4cm 25(Bx) | 52D701C35 | 210822 /041 | 0003229954 |
|  |  | 21.28 |  | 1168374 | 38 | EA | MGFBWT1K 20.3x25.4cm 25 (Bx) | 48C602C31 | 210630 /057 | 0003229705 |
|  |  | 21.28 |  | 1168374 | 38 | EA | MGFBWT1K 20.3x25.4cm 25 (Bx) | 51A602C25 | 210630 /057 | 0003229705 |
|  |  | 15.50 |  | 1902523 | 10 | EA | MGRCWT44M 20.3x25.4cm 100 | 53D802C61 | 210630 /060 | 0003229705 |
|  |  | 47.50 |  | 1168264 | 95 | EA | MG4RC25M 20.3x25.4cm 25 (Bx) | 51E503C48 | 210630 /050 | 0003229705 |
|  |  | 79.80 |  | 1172236 | 133 | EA | MGFB5K CLAS 20.3x25.4cm 25(Bx) | 50C773X89 | 210409 /042 | 0003229705 |
| 251707937 | **358.00** | **296.70** | **120/100/100** |  |  |  |  |  |  |  |
|  |  | 32.40 |  | 1770746 | 9 | EA | MG4RC1M 40.6x50.8cm 50 | 52A501C06 | 210630 /045 | 0003229705 |
|  |  | 6.00 |  | 1172346 | 4 | EA | MGFB5K CLAS 40.6x50.8cm 10(Bx) | 50C773X70 | 210630 /038 | 0003229954 |
|  |  | 10.80 |  | 1770746 | 3 | EA | MG4RC1M 40.6x50.8cm 50 | 52A501C06 | 210822 /047 | 0003229705 |
|  |  | 79.80 |  | 1771679 | 21 | EA | MG4RC44M 40.6x50.8cm 50 | 51E505C16 | 210822 /053 | 0003229954 |
|  |  | 13.80 |  | 1168246 | 6 | EA | MG4RC1M 50.8x61cm 10 (Bx) | 47D573X22 | 210409 /040 | 0003229086 |

Continued on Page   4

# HARMAN technology Limited

## PACKING SPECIFICATION

**Customer Number:** 591034
WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 22X

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment:** 046796
**Page:** 4
**Document Date:** 10/07/2017
**Route:** 05035

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 24.00 | | 1172096 | 16 | EA | MGFB1K CLAS 40.6x50.8cm 10(Bx) | 52D701C53 | 210630 /032 | 0003229705 |
| | | 24.00 | | 1172096 | 16 | EA | MGFB1K CLAS 40.6x50.8cm 10(Bx) | 52D701C53 | 210630 /032 | 0003229705 |
| | | 24.40 | | 1172137 | 4 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C43 | 210630 /035 | 0003229705 |
| | | 24.40 | | 1172137 | 4 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C03 | 210822 /038 | 0003229954 |
| | | 44.80 | | 1168237 | 32 | EA | MG4RC1M 40.6x50.8cm 10 (Bx) | 51E504C24 | 209928 /056 | 3228566 |
| | | 12.30 | | 1175130 | 3 | EA | MGFBCT1K 40.6x50.8cm 50 | 52D902C19 | 210630 /053 | 0003229705 |
| 251707938 | 398.00 | 354.64 | 120/100/100 | 1769900 | 130 | EA | MG4RC1M 12.7x17.8cm 100 | 48A505C41 | 210822 /048 | 0003229954 |
| | | 92.30 | | 1769900 | 130 | EA | MG4RC1M 12.7x17.8cm 100 | 48A505C41 | 210822 /048 | 0003229954 |
| | | 99.00 | | 1770647 | 60 | EA | MG4RC1M 27.9x35.6cm 50 | 47D501C91 | 210630 /044 | 0003229954 |
| | | 16.50 | | 1770647 | 10 | EA | MG4RC1M 27.9x35.6cm 50 | 48A505C93 | 210630 /044 | 0003229705 |
| | | 24.30 | | 1771938 | 30 | EA | MGFB1K CLASSIC 12.7x17.8cm 100 | 50C772X23 | 210630 /036 | 0003229705 |
| | | 53.00 | | 1168264 | 106 | EA | MG4RC25M 20.3x25.4cm 25 (Bx) | 51E503C48 | 210630 /050 | 0003229705 |
| | | 37.80 | | 1170432 | 30 | EA | MG ART 300 27.9x35.6cm 30 | 51A601C58 | 210630 /068 | 0003229705 |
| | | 3.72 | | 1174029 | 4 | EA | ILFORD OBSCURA PINHOLE KIT | 54D | 210630 /070 | 0003229705 |
| | | 24.30 | | 1171938 | 30 | EA | MGFB1K CLASSIC 12.7x17.8cm 100 | 50C772X23 | 210822 /040 | 0003229954 |
| | | 3.72 | | 1174029 | 4 | EA | ILFORD OBSCURA PINHOLE KIT | 54D | 210822 /068 | 0003229954 |
| 251707939 | 384.00 | 343.30 | 120/100/100 | 1960457 | 84 | EA | ID11 DEV 1lt | 52D134 | 210630 /006 | 0003229705 |
| | | 15.12 | | 1960457 | 84 | EA | ID11 DEV 1lt | 52D134 | 210630 /006 | 0003229705 |
| | | 12.60 | | 1960529 | 60 | EA | PERCEPTOL DEV 1lt | 52B091 | 210822 /009 | 0003229954 |
| | | 48.80 | | 1172137 | 8 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C43 | 210630 /035 | 0003229705 |
| | | 122.00 | | 1172137 | 20 | EA | MGFB1K CLASSIC 50.8x61cm 50 | 52D701C43 | 210822 /038 | 0003229954 |
| | | 4.50 | | 1172126 | 2 | EA | MGFB1K CLASSI 50.8x61cm 10(Bx) | 50C772X13 | 210630 /034 | 0003229705 |
| | | 20.25 | | 1172380 | 9 | EA | MGFB5K CLASSI 50.8x61cm 10(Bx) | 50C773X16 | 210630 /039 | 0003229705 |
| | | 17.85 | | 1172399 | 3 | EA | MGFB5K CLASSIC 50.8x61cm 50 | 50C773X24 | 210630 /043 | 0003229705 |
| | | 17.85 | | 1172399 | 3 | EA | MGFB5K CLASSIC 50.8x61cm 50 | 50C773X33 | 210630 /043 | 0003229705 |
| | | 20.16 | | 1168408 | 9 | EA | MGFBWT1K 50.8x61cm 10 (Bx) | 51A602C30 | 210630 /055 | 0003229705 |
| | | 8.22 | | 1170476 | 3 | EA | MG ART 300 50.8x61cm 15 | 51A601C29 | 210630 /069 | 0003229705 |

Continued on Page   5

# HAR(O)AN technology Limited

## PACKING SPECIFICATION

**Customer Number: 591034**

**WYNIT DISTRIBUTION LLC**

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046796**

Page: 5
Document Date: 10/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 20.25 | | 1172380 | 9 | EA | MGFB5K CLASSI 50.8x61cm 10(Bx) | 50C773X16 | 210822 /043 | 0003229954 |
| | | 35.70 | | 1172399 | 6 | EA | MGFB5K CLASSIC 50.8x61cm 50 | 50C773X33 | 210822 /046 | 0003229954 |
| 251707940 | 422.00 | 374.29 | 120/100/100 | | | | | | | |
| | | 4.05 | | 1172203 | 5 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 50C773X10 | 210630 /041 | 0003229705 |
| | | 4.05 | | 1172203 | 5 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 50C773X67 | 210630 /041 | 0003229705 |
| | | 8.00 | | 1865334 | 10 | EA | MGFBWT1K 12.7x17.8cm 100 | 51A602C84 | 210630 /056 | 0003229705 |
| | | 88.20 | | 1172038 | 140 | EA | MGFB1K CLAS 27.9x35.6cm 10(Bx) | 52D701C92 | 210630 /031 | 0003229705 |
| | | 20.77 | | 1171299 | 36 | EA | PFOLIO44K 10x15cm 100 (255) BP | 40D503C20 | 209328 /076 | 3228566 |
| | | 73.20 | | 1172302 | 40 | EA | MGFB5K CLASSIC 27.9x35.6cm 50 | 50C773X52 | 210630 /037 | 0003229705 |
| | | 8.82 | | 1175075 | 14 | EA | MGFBCT1K 27.9x35.6cm 10 (Box) | 52D902C67 | 210630 /052 | 0003229705 |
| | | 88.00 | | 1170915 | 20 | EA | GDS RC1M 10.2x150m EO CC3 | 53D271X55 | 210630 /066 | 0003229705 |
| | | 79.20 | | 1769964 | 24 | EA | MG4RC1M 12.7x17.8cm 500 | 48A503C93 | 210822 /050 | 0003229954 |
| 251707941 | 469.00 | 405.66 | 120/100/162 | | | | | | | |
| | | 25.20 | | 1172423 | 2 | EA | MGFB5K CLASSIC 106.7x30m EICC3 | 4B770X16 | 210630 /040 | 0003229705 |
| | | 12.60 | | 1172423 | 1 | EA | MGFB5K CLASSIC 106.7x30m EICC3 | 4B770X16 | 210822 /044 | 0003229954 |
| | | 12.60 | | 1172423 | 1 | EA | MGFB5K CLASSIC 106.7x30m EICC3 | 53C702C15 | 210822 /044 | 0003229954 |
| | | 60.00 | | 1170849 | 6 | EA | GDS FB1K 101.6x30m EI CC3 | 4B272X17 | 210630 /028 | 0003229705 |
| | | 60.00 | | 1170849 | 6 | EA | GDS FB1K 101.6x30m EI CC3 | 4B272X42 | 210268 /041 | 3228805 |
| | | 54.00 | | 1172197 | 3 | EA | MGFB1K CLASSIC 142x30m EICC3 | 50C772X82 | 210822 /039 | 0003229954 |
| | | 40.20 | | 1904237 | 3 | EA | MGFBWT1K 127x30m EICC3 | 51A602C92 | 210822 /061 | 0003229954 |
| | | 33.00 | | 1769478 | 3 | EA | MG4RC44M 106.7x30m EICC3 | 51E505C13 | 210268 /071 | 3228805 |
| | | 31.50 | | 1174168 | 300 | EA | SUC+FL HP5+ 135 24+3 | 54D | 210409 /001 | 0003229086 |
| | | 15.75 | | 1174168 | 150 | EA | SUC+FL HP5+ 135 24+3 | 54D | 210630 /003 | 0003229705 |
| | | 15.75 | | 1174168 | 150 | EA | SUC+FL HP5+ 135 24+3 | 54D | 210822 /002 | 0003229954 |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 52BHE2C01 | 210630 /019 | 0003229705 |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 52BHE2C02 | 210630 /019 | 0003229705 |
| | | 17.16 | | 1700664 | 12 | EA | HP5+ 135 24 PP50 | 52BHE1C01 | 210822 /028 | 0003229954 |

Continued on Page   6

# HAR(O)AN technology Limited

## PACKING SPECIFICATION

**Customer Number:** 591034
WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL.
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment:** 046796

| Page: | 6 |
|---|---|
| Document Date: | 10/07/2017 |
| Route: | 05035 |

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707942 | 443.00 | 412.80 | 120/100/100 | | | | | | | |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 52BHE2C02 | 210822 /030 | 0003229954 |
| | | 412.80 | | 1757855 | 64 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 210822 /008 | 0003229954 |
| 251707943 | 412.00 | 365.92 | 120/100/100 | | | | | | | |
| | | 11.90 | | 1771477 | 10 | EA | MG4RC44M 24x30.5cm 50 | 52A501C84 | 210630 /057 | 0003229954 |
| | | 5.28 | | 1780598 | 22 | EA | DP100 35x30.5m | 50ATB1C01 | 210630 /011 | 0003229705 |
| | | 1.92 | | 1780598 | 8 | EA | DP100 35x30.5m | 50ATB1C01 | 210630 /011 | 0003229705 |
| | | 3.00 | | 1707814 | 12 | EA | PANF+ 35x30.5m | 41DPS7X01 | 210630 /021 | 0003229705 |
| | | 4.50 | | 1707814 | 18 | EA | PANF+ 35x30.5m | 41DPS7X01 | 210630 /021 | 0003229705 |
| | | 15.80 | | 1952023 | 10 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C81 | 210630 /059 | 0003229705 |
| | | 4.01 | | 1175723 | 18 | EA | PFOLIO44K 10x15cm (25) 255 BP | 40D503C46 | 210630 /064 | 0003229705 |
| | | 1.55 | | 1609134 | 1 | EA | ISRC344M 20.3x25.4cm 100 | 48A321C96 | 210630 /030 | 0003229705 |
| | | 4.00 | | 1168264 | 8 | EA | MG4RC25M 20.3x25.4cm 25 (Bx) | 48A501C46 | 210630 /050 | 0003229705 |
| | | 8.49 | | 1170443 | 14 | EA | MG ART 300 27.9x35.6cm 10 | 40B603C98 | 210630 /067 | 0003229705 |
| | | 15.80 | | 1952023 | 10 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C81 | 210822 /064 | 0003229954 |
| | | 3.24 | | 1174997 | 4 | EA | MGFBCT1K 12.7x17.8cm 100 | 37C903C20 | 210822 /058 | 0003229954 |
| | | 13.86 | | 1171334 | 9 | EA | PFOLIO44K 20.3x25.4cm 100(255) | 40D503C43 | 210822 /065 | 0003229954 |
| | | 43.68 | | 1612738 | 12 | EA | ISRC344M 20.3x25.4cm 250 | 48A321C62 | 210268 /043 | 3228805 |
| | | 84.00 | | 1769818 | 21 | EA | MG4RC1M 10.2x12.7cm 1000 | 51E506C67 | 210268 /058 | 3228805 |
| | | 3.52 | | 1627716 | 2 | EA | IGFB31K 20.3x25.4cm 100 | 45G101C63 | 210268 /042 | 3228805 |
| | | 3.72 | | 1174029 | 4 | EA | ILFORD OBSCURA PINHOLE KIT | 53C | 210268 /094 | 3228805 |
| | | 3.72 | | 1174029 | 4 | EA | ILFORD OBSCURA PINHOLE KIT | 54D | 210409 /056 | 0003229086 |
| | | 17.28 | | 1762628 | 160 | EA | MGFILT 8.9x8.9cm 00-5 | 52D | 210630 /009 | 0003229705 |
| | | 26.40 | | 1769964 | 8 | EA | MG4RC1M 12.7x17.8cm 500 | 51E501C69 | 210630 /046 | 0003229705 |
| | | 21.28 | | 1168484 | 38 | EA | MGRCWT44M 20.3x25.4cm 25 (Bx) | 38A802C12 | 210630 /061 | 0003229705 |
| | | 1.95 | | 1171367 | 1 | EA | PFOLIO44K 27.9x35.6cm 50 (255) | 40D503C31 | 210630 /063 | 0003229705 |
| | | 17.55 | | 1171367 | 9 | EA | PFOLIO44K 27.9x35.6cm 50 (255) | 40D503C21 | 210630 /063 | 0003229705 |

Continued on Page   7

# HAR(O)AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 22X

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Consignee/Delivery Address

4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**Consignment: 046796**

Page: 7
Document Date: 10/07/2017
Route: 05035

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6.16 | | 605734 | 4 | EA | ISRC31M 20.3x25.4cm 100 | 43C320C26 | 210822 /037 | 0003229954 |
| | | 7.00 | | 1770867 | 20 | EA | MG4RC44M 8.9x12.7cm 100 | 44C504C15 | 210822 /054 | 0003229954 |
| | | 12.80 | | 1951868 | 8 | EA | MGRCCT1M 20.3x25.4cm 100 | 40D420C65 | 210822 /063 | 0003229954 |
| | | 3.20 | | 1951868 | 2 | EA | MGRCCT1M 20.3x25.4cm 100 | 40D420C65 | 210822 /063 | 0003229954 |
| | | 7.11 | | 1883383 | 9 | EA | MGFBWT24K 12.7x17.8cm 100 | 48C601C75 | 210409 /052 | 0003229086 |
| | | 13.20 | | 1769964 | 4 | EA | MG4RC1M 12.7x17.8cm 500 | 48A503C93 | 210630 /046 | 0003229705 |
| 251707944 | 460.00 | 431.68 | 120/100/ 71 | | | | | | | |
| | | 225.28 | | 1758285 | 32 | EA | HYPAM FIXER 5lt | 51D052 | 210630 /005 | 0003229705 |
| | | 167.70 | | 1757855 | 26 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 210822 /008 | 0003229954 |
| | | 38.70 | | 1757855 | 6 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 210822 /008 | 0003229954 |
| 251707945 | 475.00 | 450.56 | 120/100/ 71 | | | | | | | |
| | | 408.32 | | 1758285 | 58 | EA | HYPAM FIXER 5lt | 51D052 | 210630 /005 | 0003229705 |
| | | 42.24 | | 1758285 | 6 | EA | HYPAM FIXER 5lt | 51D052 | 210630 /005 | 0003229705 |
| 251707946 | 400.00 | 361.32 | 120/100/100 | | | | | | | |
| | | 70.00 | | 1771019 | 100 | EA | MG4RC44M 12.7x17.8cm 100 | 51E507C86 | 210630 /051 | 0003229705 |
| | | 35.00 | | 1771019 | 50 | EA | MG4RC44M 12.7x17.8cm 100 | 51E507C26 | 210630 /051 | 0003229705 |
| | | 23.68 | | 1771055 | 16 | EA | MG4RC44M 12.7x17.8cm 250 | 48A504C22 | 210822 /055 | 0003229954 |
| | | 41.44 | | 1771055 | 28 | EA | MG4RC44M 12.7x17.8cm 250 | 48A504C55 | 210822 /055 | 0003229954 |
| | | 29.60 | | 1771055 | 20 | EA | MG4RC44M 12.7x17.8cm 250 | 51E507C25 | 210822 /055 | 0003229954 |
| | | 7.20 | | 1168181 | 24 | EA | MG4RC1M 12.7x17.8cm 25 (Bx) | 51E501C42 | 210822 /049 | 0003229954 |
| | | 68.40 | | 1168181 | 228 | EA | MG4RC1M 12.7x17.8cm 25 (Bx) | 51E504C23 | 210822 /049 | 0003229954 |
| | | 17.28 | | 1168255 | 72 | EA | MG4RC25M 12.7x17.8cm 25 (Bx) | 51E503C26 | 210822 /052 | 0003229954 |
| | | 29.37 | | 1170410 | 30 | EA | MG ART 300 20.3x25.4cm 50 | 51A601C94 | 210822 /067 | 0003229954 |
| | | 6.30 | | 1172298 | 10 | EA | MGFB5K CLAS 27.9x35.6cm 10(Bx) | 53C702C39 | 210268 /059 | 3228805 |
| | | 10.65 | | 1175020 | 19 | EA | MGFBCT1K 20.3x25.4cm 25 (Box) | 37C903C89 | 210822 /059 | 0003229954 |
| | | 22.40 | | 1772238 | 14 | EA | MG4RC25M 27.9x35.6cm 50 | 51E503C38 | 210268 /067 | 3228805 |
| 251707947 | 475.00 | 444.80 | 120/100/ 71 | | | | | | | |

Continued on Page   8

Continued on Page   8

# HAR(O)AN technology Limited

**PACKING SPECIFICATION**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment:** **046796**

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Page: 8
Document Date: 10/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 444.80 | | | | | | | | |
| 251707948 | 264.00 | 238.80 | 120/100/100 | 1984565 | 64 | EA | RAPID FIXER 5lt | 52D009 | 210822 /011 | 0003229954 |
| | | 16.50 | | 1748165 | 500 | EA | DP400 135 24 | 52BTH1C010 | 210630 /015 | 0003229705 |
| | | 44.40 | | 1649651 | 1200 | EA | FP4+ 135 36 | 49DFX1C010 | 210630 /016 | 0003229705 |
| | | 10.50 | | 1707768 | 300 | EA | PANF+ 135 36 | 41DPS7X010 | 210630 /022 | 0003229705 |
| | | 10.20 | | 1829189 | 300 | EA | SFX200 135 36 | 51BNR7X010 | 210630 /024 | 0003229705 |
| | | 30.60 | | 1780624 | 900 | EA | DP100 135 36 | 50ATB1C020 | 210822 /016 | 0003229954 |
| | | 21.00 | | 1887710 | 600 | EA | DP3200 135 36 | 52CSK1C010 | 210822 /018 | 0003229954 |
| | | 33.00 | | 1748165 | 1000 | EA | DP400 135 24 | 52BTH1C010 | 210822 /021 | 0003229954 |
| | | 10.50 | | 1707768 | 300 | EA | PANF+ 135 36 | 41DPS7X010 | 210822 /032 | 0003229954 |
| | | 30.60 | | 1829189 | 900 | EA | SFX200 135 36 | 51BNR7X010 | 210822 /033 | 0003229954 |
| | | 31.50 | | 1839584 | 900 | EA | XP2S 135 24 | 44GXL1C070 | 210822 /035 | 0003229954 |

**End of Report**

TIME STARTED

TIME FINISHED

**SHIPPING MARK** 107/N11

RT. 5035    CUST. NO. 591034

NAME _MB_

DATE 5/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25170792 1 | 120 | 100 | 100 | 08 | 554 | 1078453 | 170340 | 270 | / | |
| | | | | | | | 170340 | 60 | | |
| 25170792 2 | 120 | 100 | 100 | 08 | 189 | 1078490 | 1858468 | 240 | / | |
| | | | | | | 1078480 | 1858468 | 30 | | |
| 25170792 3 | 120 | 100 | 100 | 08 | 186 | 1078480 | 1858468 | 210 | / | |
| | | | | | | 1078487 | 1858468 | 60 | | |
| 25170792 4 | 120 | 100 | 100 | 08 | 184 | 1078487 | 1858468 | 180 | / | |
| | | | | | | 1078481 | 1858468 | 90 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

2

TIME STARTED _____

TIME FINISHED _____

**SHIPPING MARK**

W7ALT

RT. 5035　CUST. NO. 591034

NAME MR　DATE 6/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251701926 | 120 | 100 | 100 | 08 | 307 | 1078481 | 1858468 | 150 | | |
| | | | | | | | 1858468 | 40 | | |
| | | | | | | 1078589 | 1170427 | 9 | | |
| | | | | | | 1079148 | 1174296 | 8 | | |
| | | | | | | | 1174296 | 11 | | |
| | | | | | | | PT0322G | 10 | | |
| | | | | | | | PT3322G | 20 | | |
| | | | | | | | PTP322R | 30 | | |
| | | | | | | | 1171007 | 2 | | |
| | | | | | | | 1605431 | 10 | | |
| | | | | | | | 1762617 | 7 | | |

TIME STARTED

TIME FINISHED

SHIPPING MARK: W7N1T

RT. 5035    CUST. NO. 591034

NAME: MR

DATE: 6/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707928 | 120 | 100 | 100 | 08 | 281 | 1073480 | 1574577 | 5390 | ✓ | |
| | | | | | | 1073420 | 1574577 | 1780 | ✓ | |
| | | | | | | 107665 | 1574577 | 30 | ✓ | |
| 251707931 | 120 | 100 | 100 | 08 | 281 | 1073420 | 1574577 | 3600 | ✓ | |
| | | | | | | 1677665 | 1574577 | 3600 | ✓ | |
| 251707933 | 120 | 100 | 100 | 08 | 327 | 10734358 | 1629017 | 7000 | ✓ | |
| | | | | | | 1079144 | 1629017 | 200 | ✓ | |
| | | | | | | | 1624017 | 2300 | ✓ | |
| 251707935 | 120 | 100 | 100 | 08 | 468 | 1079149 | 1865581 | 18 | ✓ | |
| | | | | | | | 186 55 81 | 3 | ✓ | ✓ |

4

**SHIPPING MARK:** WTNIT

**NAME:** MdL

**RT.** 5035   **CUST. NO.** 591037   **DATE** 6/7/17

**TIME STARTED**

**TIME FINISHED**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | 1079149 | 1172109 | 4 | / | |
| | | | | | | 1079143 | 1172109 | 46 | / | |
| | | | | | | 1079163 | 1168392 | 16 | / | |
| | | | | | | | 1884584 | 6 | / | |
| | | | | | | | 1884584 | 3 | / | |
| | | | | | | 1079140 | 1172346 | 8 | / | |
| 2 5170 7937 | 120 | 100 | 100 | 08 | 358 | 1079140 | 1172346 | 4 | / | |
| | | | | | | | 1770746 | 9 | / | |
| | | | | | | | 1770746 | 3 | / | |
| | | | | | | 1079167 | 1771679 | 21 | / | |
| | | | | | | | 1175130 | 3 | / | |
| | | | | | | 1079147 | 1172096 | 16 | / | |

TIME STARTED

TIME FINISHED

**SHIPPING MARK** WYATT

RT. 5D35   CUST. NO. S91034

NAME NB   DATE 6/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2510793? | 120 | 100 | 100 | 08 | 284 | 1079147 | 1172096 | 16 | ✓ | |
| | | | | | | 1079196 | 1168237 | 32 | ✓ | |
| | | | | | | | 1168246 | 6 | ✓ | |
| | | | | | | 1679169 | 1172137 | 4 | ✓ | |
| | | | | | | 1079161 | 1172137 | 4 | ✓ | |
| | | | | | | 1079161 | 1172137 | 8 | ✓ | |
| | | | | | | | 1172137 | 20 | ✓ | |
| | | | | | | 1079164 | 1172380 | 9 | ✓ | |
| | | | | | | | 1172380 | 9 | ✓ | |
| | | | | | | | 1172399 | 3 | ✓ | |
| | | | | | | | 1172399 | 3 | ✓ | |
| | | | | | | | 1172399 | 6 | ✓ | |

TIME STARTED

TIME FINISHED

SHIPPING MARK   W ZANT

NAME  kR

RT. 5035   CUST. NO. 591033   DATE 6/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517079191 | 120 | 100 | 162 | 08 | 469 | 1079164 | 1170476 | 3 | | |
| | | | | | | | 1168408 | 9 | | |
| | | | | | | | 1172126 | 2 | | |
| | | | | | | 1079157 | 1960457 | 84 | | |
| | | | | | | | 1960529 | 60 | | |
| | | | | | | 1079150 | 1172197 | 3 | | |
| | | | | | | | 1904237 | 3 | | |
| | | | | | | | 1769478 | 3 | | |
| | | | | | | 1075083 | 1172423 | 2 | | |
| | | | | | | | 1172423 | 1 | | |
| | | | | | | | 1172423 | 1 | | |
| | | | | | | 1078659 | 1170849 | 6 | | |

NAME MR    DATE 6/7/17

TIME STARTED

TIME FINISHED

SHIPPING MARK WJNJT    CUST. NO. 591039    RT. 5035

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1078610 | 1170899 | 6 | ✓ | |
| | | | | | | 1079157 | 1700667 | 12 | ✓ | |
| | | | | | | | 1574616 | 6 | ✓ | |
| | | | | | | | 1574616 | 6 | ✓ | |
| | | | | | | | 1574616 | 6 | ✓ | |
| | | | | | | 1079153 | 1174168 | 150 | ✓ | |
| | | | | | | | 1174168 | 150 | ✓ | |
| | | | | | | | 1174168 | 300 | ✓ | |
| 251707942 | 120 | 100 | 71 | 08 | 443 | 1076660 | 1757855 | 64 | ✓ | |
| 251707941 | 120 | 100 | 71 | 08 | 460 | 1076660 | 1757855 | 32 | ✓ | |
| | | | | | | 1076372 | 1758285 | 32 | ✓ | |

**NAME:** NR

**DATE:** 7/7/17

**SHIPPING MARK:** WTNIT

**RT.** 5035   **CUST.NO.** 5910037

**TIME STARTED:**

**TIME FINISHED:**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2517079945 | 120 | 100 | 71 | 08 | 475 | 1076372 | 1758285 | 58 | / | |
| | | | | | | | 1758285 | 6 | / | |
| 2517079947 | 120 | 100 | 71 | 08 | 475 | 1079171 | 1934565 | 64 | / | |
| 2517079949 | 120 | 100 | 71 | 68 | 455 | 1079171 | 1984565 | 16 | / | |
| | | | | | | 1016372 | 1758220 | 14 | / | |
| | | | | | | 1079013 | 1758056 | 22 | / | |
| | | | | | | | 1758056 | 12 | | |
| 2517079951 | 120 | 100 | 100 | 08 | 565 | 1816566 | 1176108 | 412 | / | |
| | | | | | | | 1176108 | 58 | / | |
| | | | | | | 1079013 | 1758058 | 10 | / | |

o-data/ware-o/planner/ PLANNER EXPORT.123

**SHIPPING MARK**

| | |
|---|---|
| TIME STARTED | |
| TIME FINISHED | |

NAME: P Ample
DATE: 6/4/17

RT. 5035  CUST. NO. 5/034  SHIPPING MARK: WYNTH

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251757925 | 120 | 13 | 13 | 08 | 556/ | 178573 | 177138 | 270 | ✓ | |
| | | | | | | 178574 | 177138 | 63 | ✓ | |
| 251757927 | 120 | 13 | 13 | 08 | 556/ | 178574 | 177138 | 179 | ✓ | |
| | | | | | | 178270 | 177138 | 151 | ✓ | |
| 251757929 | 120 | 13 | 13 | 08 | 556/ | 178270 | 177134 | 62 | ✓ | |
| | | | | | | 177263 | 177138 | 186 | ✓ | |
| | | | | | | 178271 | 177138 | 80 | ✓ | |
| 251757930 | 110 | 13 | 13 | 08 | 578/ | 178271 | 177138 | 190 | ✓ | |
| | | | | | | | 117 1983 | 33 | ✓ | |
| | | | | | | | 117 9254 | 890 | ✓ | |

**SHIPPING MARK:** WJ4NZS

**NAME:** PicAller

**RT.** 5035 **CUST. NO.** 54034

**DATE:** 6/7/17

**TIME STARTED:**

**TIME FINISHED:**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 251757930 | 120 | 100 | 100 | 04 | 573 | 157941 | 172281 | 72 | ✓ | |
| 251757932 | 120 | 13 | 13 | 08 | 362 | 157835 | 116 8190 | 513 | ✓ | |
| | | | | | | 157121 | 116 8190 | 114 | ✓ | |
| 251757934 | 120 | 13 | 13 | 64 | 371 | 157824 | 116 8190 | 268 | ✓ | |
| | | | | | | 157941 | 116 8190 | 226 | ✓ | |
| | | | | | | | 172281 | 10 | ✓ | |
| | | | | | | 157257 | 172247 | 114 | ✓ | |
| 251757936 | 120 | 13 | 13 | 08 | 393 | 157857 | 101472 | 283 | ✓ | |
| | | | | | | | 101972 | 71 | ✓ | |
| | | | | | | 157969 | 117236 | 133 | ✓ | |

| TIME STARTED | | | | SHIPPING MARK | | | NAME | P CARTER |
|---|---|---|---|---|---|---|---|---|
| TIME FINISHED | | | | WINZ | | | DATE | 6/7/17 |
| | | RT. 8035 | | CUST. NO. 54/034 | | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2512579.36 | 120 | 13 | 13 | 08 | 393 | 1579168 / 1579163 | 1902523 | 10 | ✓ | |
| | | | | | | | 1168374 | 38 | ✓ | |
| | | | | | | | 1168374 | 38 | ✓ | |
| | | | | | | 1579168 | 1168264 | 95 | ✓ | |
| 2512579.38 | 120 | 13 | 13 | 08 | 384 / 1579163 | | 1770647 | 63 | ✓ | |
| | | | | | | | 1770647 | 10 | ✓ | |
| | | | | | | 1579168 | 1170482 | 30 | ✓ | |
| | | | | | | | 1168264 | 106 | ✓ | |
| | | | | | | | 1174029 | 4 | ✓ | |
| | | | | | | | 1174029 | 4 | ✓ | |
| | | | | | | | 1171938 | 30 | ✓ | |
| | | | | | | | 1171938 | 30 | ✓ | |

**SHIPPING MARK:** W9NIT

**RT.** 5035  **CUST. NO.** 59/034

**NAME:** P CARTER  **DATE** 6/7/17

TIME STARTED: 
TIME FINISHED: 

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/757938 | 120 | 100 | 10 | 08 | 398 | 1379/142 | 1168905 | 130 | ✓ | |
| | | | | | | 1379/65 | 1172038 | 140 | ✓ | |
| 25/757940 | 120 | 100 | 10 | 08 | 422 | 1379/67 | 1172302 | 40 | ✓ | |
| | | | | | | | 1175075 | 14 | ✓ | |
| | | | | | | | 1168964 | 24 | ✓ | |
| | | | | | | | 1170915 | 20 | ✓ | |
| | | | | | | | 1171299 | 36 | ✓ | |
| | | | | | | 1379/46 | 1165834 | 10 | ✓ | |
| | | | | | | | 1172283 | 5 | ✓ | |
| | | | | | | | 117220 3 | 5 | ✓ | |

**SHIPPING MARK** WYNZ

RT. 5535   CUST. NO. 54/034

**NAME** P Cam?   **DATE** 7/7/17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/20743 | 123 | 10 | 3 | 04 | 412 | 1/59/46 | 1176443 | 14 | ✓ | |
| | | | | | | | 195 20 23 | 10 | ✓ | |
| | | | | | | | 195 20 23 | 10 | ✓ | |
| | | | | | | | 161 2738 | 12 | ✓ | |
| | | | | | | | 171334 | 9 | ✓ | |
| | | | | | | | 176818 | 21 | ✓ | |
| | | | | | | | 1760898 | 22 | ✓ | |
| | | | | | | | 170598 | 8 | ✓ | |
| | | | | | | | 1207814 | 12 | ✓ | |
| | | | | | | | 1207814 | 18 | ✓ | |
| | | | | | | | 1175723 | 18 | ✓ | |
| | | | | | | | 116 8264 | 8 | ✓ | |
| | | | | | | | 1609134 | 1 | ✓ | |

**SHIPPING MARK** ωчил

**NAME** P CA[...]

**DATE** 7/7/17

**RT.** 5035   **CUST. NO.** 59/034

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251737943 | 12 | 10 | 10 | 08 | 412 | 1379/46 | 162716 | 2 | ✓ | |
| | | | | | | | 1174997 | 4 | ✓ | |
| | | | | | | 1379/48 | 195/868 | 8 | ✓ | |
| | | | | | | | 195/868 | 2 | ✓ | |
| | | | | | | | 1168484 | 38 | ✓ | |
| | | | | | | | 1174529 | 4 | ✓ | |
| | | | | | | | 1174529 | 4 | ✓ | |
| | | | | | | | 1171367 | 1 | ✓ | |
| | | | | | | | 1171367 | 9 | ✓ | |
| | | | | | | | 116964 | 8 | ✓ | |
| | | | | | | | 160573H | 4 | ✓ | |
| | | | | | | | 176262X | 160 | ✓ | |
| | | | | | | | 1170867 | 20 | ✓ | |

o=data/ware=o/planner/ PLANNER EXPORT.123

| TIME STARTED | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TIME FINISHED** | | | | | | | | | | |

**SHIPPING MARK** ﺵﻭﺍﺕ

**NAME** P Cafferd

**DATE** 7/7/17

**RT.** 5635   **CUST. NO.** 59/034

| PACKED CASE NUMBER | CASE DIMENSIONS CM LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/757 943 | 120 | 100 | 100 | 08 | 412 | 1579/48 | 1883383 | 9 | ✓ | |
| | | | | | | 1579/67 | 169464 | 4 | ✓ | |
| | | | | | | 1579/42 | 1771677 | 10 | ✓ | |
| 25/757 946 | 120 | 100 | 100 | 08 | نصف 1 | 1579/51 | 1170440 | 30 | ✓ | |
| | | | | | | | 1172298 | 10 | ✓ | |
| | | | | | | | 1168161 | 24 | ✓ | |
| | | | | | | | 1168181 | 228 | ✓ | |
| | | | | | | 1579/63 | 1168255 | 72 | ✓ | |
| | | | | | | | 1175320 | 19 | ✓ | |
| | | | | | | | 1772238 | 14 | ✓ | |
| | | | | | | 1579/45 | 1771619 | 10 | ✓ | |
| | | | | | | | 1771519 | 53 | ✓ | |

NAME  B Caللة

DATE  7/7/17

SHIPPING MARK  WYNN

RT.  5035   CUST. NO.  57/034

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE | | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| | LENGTH | WIDTH | HEIGHT | CODE | WEIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/737946 | 120 | 13 | 3 | 08 | 403 | 137965 | 171055 | 16 | ✓ | |
| | | | | | | | 171355 | 28 | ✓ | |
| | | | | | | | 171055 | 20 | ✓ | |
| 25/737948 | 120 | 13 | 100 | 08 | 264 | 137017 | 178024 | 900 | ✓ | |
| | | | | | | | 164968 | 1200 | ✓ | |
| | | | | | | | 174865 | 500 | ✓ | |
| | | | | | | | 120776B | 300 | ✓ | |
| | | | | | | | 174865 | 1000 | ✓ | |
| | | | | | | | 170776B | 300 | ✓ | |
| | | | | | | | 182989 | 900 | ✓ | |
| | | | | | | | 182989 | 300 | ✓ | |
| | | | | | | | 139584 | 900 | ✓ | |

19/06/2017  08:12:37  KDWATTS

**Subject:** Re: EPA - WYNIT
**From:** "Yvonne Hough" <yvonne.hough@harmantechnology.com>
**Sent:** 04/07/2017 16:57:57
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

*Handwritten: Q-29053.*

*Handwritten: 353944*

*Handwritten: 46796*

*Handwritten: (28)*

*Handwritten: 109 FP*

*Handwritten: 61 P*

*Handwritten: 11106kg*

*Handwritten: 33.300*

*Handwritten: TARE 4580kg*

*Handwritten: DUNNAGE 24kg*

Thanks,

Yvonne Hough
Customer Service
Tel: 0044 1565 684014
Fax: 0044 1565 873067

    

------ Original Message ------
From: "Yvonne Hough" <yvonne.hough@harmantechnology.com>
To: "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
Cc: "Judith Rank" <judith.rank@harmantechnology.com>; "Paul Sanderson" <paul.sanderson@harmantechnology.com>
Sent: 04/07/2017 10:19:25
Subject: EPA - WYNIT

Despatch wk 28

Delivery address

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082
VAT NO: GB 855 6191 02

**INVOICE No: EI  10008747**

**INVOICE DATE:** 12/07/2017

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

Load No:   353945       Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | 3926.90 Articles of plastics/of other materials. Made from Sheet. | | | |
| | | | Country of origin   GERMANY | | | |
| 3228356 | | PTP613A | 35mm Neg File Spare PagesX25 | 7 | 6.64 | 46.48 |
| 3228356 | | PTP614A | 6x6cm Neg File Spare PagesX25 | 2 | 6.64 | 13.28 |
| | | | | | | 59.76 |
| | | | | TOTAL FOR | 3926.90 | |
| | | | 3926.90 Articles of plastics/of other materials. Not made from Sheet | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 3228356 | | PTP326GA | Dev Tray 12x16in Grey | 50 | 6.03 | 301.50 |
| 3228356 | | PTP326WA | Dev Tray 12x16in White | 60 | 6.03 | 361.80 |
| 3228356 | | PTP327GA | Dev Tray 16x20in Grey | 61 | 13.12 | 800.32 |
| 3228356 | | PTP327RA | Dev Tray 16x20in Red | 6 | 13.12 | 78.72 |
| 3228356 | | PTP327WA | Dev Tray 16x20in White | 20 | 13.12 | 262.40 |
| 3228356 | | PTP328A | Dev Tray 20x24in White | 14 | 40.47 | 566.58 |
| 3228356 | | PTP322GA | Dev Tray 5x7in Grey | 10 | 2.31 | 23.10 |
| 3228356 | | PTP322RA | Dev Tray 5x7in Red | 77 | 2.31 | 177.87 |

Continued on page    2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO:  GB  855 6191 02

**INVOICE No: EI  10008747**

**INVOICE DATE:** 12/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  353945        Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228356 | Dev Tray 8x10in Grey | | PTP324GA | 177 | 2.78 | 492.06 |
| 3228356 | Dev Tray 8x10in Red | | PTP324RA | 154 | 2.78 | 428.12 |
| 3228356 | Dev Tray 8x10in White | | PTP324WA | 236 | 2.78 | 656.08 |
| 3228356 | Funnel 11cm / 4.25in | | PTP306A | 87 | 3.87 | 336.69 |
| 3228356 | Graduate 150ml / 5fl oz | | PTP302A | 109 | 4.21 | 458.89 |
| 3228356 | Graduate 1200ml / 42fl oz | | PTP305A | 5 | 10.86 | 54.30 |
| 3228356 | Graduate 45ml / 1.5fl oz | | PTP301A | 79 | 3.86 | 304.94 |
| 3228356 | Graduate 600ml / 22fl oz | | PTP304A | 100 | 6.70 | 670.00 |
| 3228356 | Mixing Jug 1L / 34fl oz | | PTP309A | 106 | 6.40 | 678.40 |
| 3228356 | Mixing Jug 2L / 70fl oz | | PTP310A | 60 | 11.24 | 674.40 |
| | | | TOTAL FOR | | 3926.90 | 7,326.17 |
| | 4820.30 Binders (other than book covers), folders and file covers. | | | | | |
| | Country of origin   CHINA | | | | | |
| 3228356 | Negative File 35mm | | PTP611A | 10 | 19.48 | 194.80 |
| | | | TOTAL FOR | | 4820.30 | 194.80 |

Continued on page    3

# **HARMAN** technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or    00 44 1565 650082
VAT NO:  GB  855 6191 02

## INVOICE No: EI  10008747

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**Load No:** 353945    **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | 9010.50 Apparatus and equipment for photographic laboratories. | | | |
| | | | Country of origin   CHINA | | | |
| 309549 | | PTP125A | Changing Bag 27x30 | 156 | 16.30 | 2,542.80 |
| | | | | | TOTAL FOR 9010.50 | 2,542.80 |
| | | | 9010.50 Apparatus and equipment for photographic laboratories. | | | |
| | | | Country of origin   UNITED KINGDOM | | | |
| 3228356 | | PTP120A | Auto Load Reel - 6 Pack | 20 | 36.28 | 725.60 |
| 3228356 | | PTP245A | Chemical Mixer | 24 | 6.38 | 153.12 |
| 3228356 | | PTP218A | Film Clip Set | 6 | 8.47 | 50.82 |
| 3228356 | | PTP201A | Force Film Washer | 5 | 10.35 | 51.75 |
| 3228356 | | PTP235A | High Speed Print Washer 810 | 4 | 23.49 | 93.96 |
| 3228356 | | PTP250A | High Speed Print Washer 1216 | 3 | 63.83 | 191.49 |
| 3228356 | | PTP118A | Multi Reel 8 Tank (excl reels) | 11 | 42.32 | 465.52 |
| 3228356 | | PTP255A | Print Squeegee | 16 | 28.22 | 451.52 |
| 3228356 | | PTP341A | Print Tongs (Set 3) | 5 | 5.56 | 27.80 |

Continued on page    4

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR6 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or              00 44 1565 650082
VAT NO: GB 855 6191 02

## INVOICE No: EI  10008747

INVOICE DATE: 12/07/2017

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:   353945          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228356 | Proof Printer+Copy Board | | PTP623A | 3 | 49.71 | 149.13 |
| 3228356 | Rapid Print Drying Rack | | PTP258A | 5 | 38.94 | 194.70 |
| 3228356 | Universal Tank and Two Reels | | PTP115A | 600 | 18.12 | 10,872.00 |
| 3228356 | Water Filter | | PTP317A | 2 | 11.42 | 22.84 |
| | | | | | TOTAL FOR    9010.50 | 13,450.25 |
| | 9010.90 Parts & accessories for photographic equipment. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 3228356 | 2 TANK AGITATORS | | SPTP109A | 20 | 3.10 | 62.00 |
| 3228356 | COLUMN & AGITATOR KIT 115 | | SPTP115A | 25 | 3.66 | 91.50 |
| 3228356 | COLUMN & AGITATOR KIT 117 | | SPTP117A | 2 | 5.07 | 10.14 |
| | | | | | TOTAL FOR    9010.90 | 163.64 |
| | 9011.80 Photographic Microscopes. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 3228356 | Major Focus Finder | | PTP644A | 1 | 74.32 | 74.32 |

Continued on page   5

# HARMAN technology Limited

**INVOICE No: EI 10008747**

**INVOICE DATE:** 12/07/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

Registered Office: Whitlington Hall,
Whitlington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile  00 44 1565 873067
Or  00 44 1565 650082
VAT NO: GB 855 6191 02

**Load No:** 353945     **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3228356 | Micro Focus Finder | | PTP643A | 43 | 21.16 | 909.88 |
| | 9025.11 Thermometers & pyrometers. Liquid-filled for direct reading. | | | | TOTAL FOR 9011.80 | 984.20 |
| | Country of origin   CHINA | | | | | |
| 306967 | Certified Thermometer 9" | | PTP363A | 12 | 15.50 | 186.00 |
| | 9106.90 Apparatus for recording/measuring intervals of time | | | | TOTAL FOR 9025.11 | 186.00 |
| | Country of origin   UNITED KINGDOM | | | | | |
| 3228356 | 2000D Enlarger Timer U/C | | PTP745A | 10 | 148.64 | 1,486.40 |
| | 9106.90 Apparatus for recording/measuring intervals of time | | | | TOTAL FOR 9106.90 | 1,486.40 |
| | Country of origin   HONG KONG | | | | | |
| 3228356 | Triple Timer Clock | | PTP800A | 15 | 26.86 | 402.90 |
| | | | | | TOTAL FOR 9106.90 | 402.90 |

Continued on page   6

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI 10008747

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

Load No:   353945        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| Load No. | 353945 = 11 Packages | | | | | |

TOTAL    26,796.92

Freight Terms    DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only. Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

# HAR_AN Technology Limited

Invoice No:    EI10008747

Customer    591034    WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | Value | Area |
|---|---|---|
| 9025.11 | CN | 186.00 | .000 |
| 9010.50 | CN | 2542.80 | .000 |
| 9010.90 | GB | 163.64 | .000 |
| 9106.90 | GB | 1486.40 | .000 |
| 3926.90 | DE | 59.76 | .000 |
| 9010.50 | GB | 13450.25 | .000 |
| 3926.90 | GB | 7326.17 | .000 |
| 9011.80 | GB | 984.20 | .000 |
| 4820.30 | CN | 194.80 | .000 |
| 9106.90 | HK | 402.90 | .000 |

# HARMAN technology Limited

**Shipping Instruction for SEAFREIGHT DESPATCH**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:    +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment:    353945**                Page:    1

| | |
|---|---|
| Document Date: | 11/07/2017 |
| Shipment Date: | 11/07/2017 |
| | |
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

## Delivery/Collection Details
COLLECT FROM HARMAN technology
ON WED 12/07/17 @ 9AM

## Shipping Marks
WYNIT DISTRIBUTION LLC
USA

## Consignee/Delivery Address
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

## Bill of Lading/Special Instructions
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

| Case Details | | Dimensions | | | | | Volume | |
|---|---|---|---|---|---|---|---|---|
| 1 CASE | @ | 69 x | 60 x | 50 | cm | = | .207 | cu m |
| 4 CARTON | @ | 88 x | 66 x | 26 | cm | = | .604 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 96 | cm | = | 1.152 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 100 | cm | = | 1.200 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 103 | cm | = | 1.236 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 107 | cm | = | 1.284 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 111 | cm | = | 1.332 | cu m |
| 1 GMA PALLET | @ | 120 x | 100 x | 164 | cm | = | 1.968 | cu m |

---
11                                          8.983

## Case Numbers

Numbers  07910/07920

Gross weight =    980.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M. |
|---|---|---|---|---|---|
| 9010.50 | Apparatus and equipment for photographic laboratories. (EACH/NO OF ITEMS) | 372.34 | 12420.30 | 860 | EACH |
| 3926.90 | Articles of plastics/of other materials. Not made from Sheet (EACH) | 403.91 | 5730.73 | 1420 | EACH |
| 9011.80 | Photographic Microscopes. (EACH/No of Units) | 9.06 | 763.64 | 44 | EACH |
| 9106.90 | Apparatus for recording/measuring intervals of time. (EACH/No of Units) | 9.00 | 1465.93 | 25 | Number of Units |
| 9010.90 | Parts & accessories for photographic equipment. | 1.00 | 126.95 | 47 | EACH |
| 4820.30 | Binders (other than book covers). Of paper or paperboard. (EACH) | 8.00 | 151.14 | 10 | EACH |
| 9025.11 | Thermometers & pyrometers. Liquid-filled for direct reading. (EACH/No of Units) | 1.20 | 148.39 | 12 | EACH |

| | Net Weight | Value |
|---|---|---|
| Totals | 804.51 | 20807.08 |
| USD Currency Totals | | 26796.92 |

# HAR☉AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment: 046797**

Page: 1
Document Date: 10/07/2017
Route: 09103

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707910 | 134.00 | 110.47 | 120/100/164 | | | | | | | |
| | | 0.28 | | SPTP109A | 20 | EA | 2 TANK AGITATORS | | 209824 /001 | 3228356 |
| | | 7.50 | | PTP745A | 10 | EA | 200D Enlarger Timer U/C | | 209824 /002 | 3228356 |
| | | 0.40 | | PTP614A | 2 | EA | 6x6cm Neg File Spare PagesX25 | | 209824 /004 | 3228356 |
| | | 8.00 | | PTP120A | 20 | EA | Auto Load Reel - 6 Pack | | 209824 /005 | 3228356 |
| | | 1.68 | | PTP245A | 24 | EA | Chemical Mixer | | 209824 /006 | 3228356 |
| | | 0.62 | | SPTP115A | 25 | EA | COLUMN & AGITATOR KIT 115 | | 209824 /007 | 3228356 |
| | | 0.10 | | SPTP117A | 2 | EA | COLUMN & AGITATOR KIT 117 | | 209824 /008 | 3228356 |
| | | 0.42 | | PTP218A | 6 | EA | Film Clip Set | | 209824 /022 | 3228356 |
| | | 0.65 | | PTP201A | 5 | EA | Force Film Washer | | 209824 /022 | 3228356 |
| | | 4.35 | | PTP306A | 87 | EA | Funnel 11cm / 4.25in | | 209824 /023 | 3228356 |
| | | 8.72 | | PTP302A | 109 | EA | Graduate 150ml / 5fl oz | | 209824 /024 | 3228356 |
| | | 1.35 | | PTP305A | 5 | EA | Graduate 1200ml / 42fl oz | | 209824 /025 | 3228356 |
| | | 3.95 | | PTP301A | 79 | EA | Graduate 45ml / 1.5fl oz | | 209824 /026 | 3228356 |
| | | 22.00 | | PTP304A | 100 | EA | Graduate 600ml / 22fl oz | | 209824 /027 | 3228356 |
| | | 3.20 | | PTP235A | 4 | EA | High Speed Print Washer 810 | | 209824 /028 | 3228356 |
| | | 2.70 | | PTP250A | 3 | EA | High Speed Print Washer 1216 | | 209824 /029 | 3228356 |
| | | 0.46 | | PTP644A | 1 | EA | Major Focus Finder | | 209824 /030 | 3228356 |
| | | 5.20 | | PTP643A | 26 | EA | Micro Focus Finder | | 209824 /031 | 3228356 |
| | | 0.90 | | PTP309A | 6 | EA | Mixing Jug 1L / 34fl oz | | 209824 /032 | 3228356 |
| | | 7.70 | | PTP118A | 11 | EA | Multi Reel 8 Tank (excl reels) | | 209824 /034 | 3228356 |
| | | 3.20 | | PTP255A | 16 | EA | Print Squeegee | | 209824 /036 | 3228356 |
| | | 0.70 | | PTP341A | 5 | EA | Print Tongs (Set 3) | | 209824 /037 | 3228356 |
| | | 5.25 | | PTP623A | 3 | EA | Proof Printer+Copy Board | | 209824 /038 | 3228356 |
| | | 5.00 | | PTP258A | 5 | EA | Rapid Print Drying Rack | | 209824 /039 | 3228356 |
| | | 1.50 | | PTP800A | 15 | EA | Triple Timer Clock | | 209824 /041 | 3228356 |
| | | 14.40 | | PTP115A | 36 | EA | Universal Tank and Two Reels | | 209824 /042 | 3228356 |

Continued on Page 2

# HAR⬤AN technology Limited

**PACKING SPECIFICATION**

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046797**

Page: 2
Document Date: 10/07/2017
Route: 09103

Customer Number: 591034

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707911 | 8.00 | 0.24 | | PTP317A | 2 | EA | Water Filter | | 209824 /043 | 3228356 |
| 251707912 | 8.00 | 9.00 | 88/ 66/ 26 | | | | | | | |
| | | 9.00 | | PTP310A | 30 | EA | Mixing Jug 2L / 70fl oz | | 209824 /033 | 3228356 |
| 251707913 | 8.00 | 9.00 | 88/ 66/ 26 | | | | | | | |
| | | 9.00 | | PTP310A | 30 | EA | Mixing Jug 2L / 70fl oz | | 209824 /033 | 3228356 |
| 251707914 | 8.00 | 7.50 | 88/ 66/ 26 | | | | | | | |
| | | 7.50 | | PTP309A | 50 | EA | Mixing Jug 1L / 34fl oz | | 209824 /032 | 3228356 |
| | | 7.50 | | | | | | | | |
| | | 7.50 | | PTP309A | 50 | EA | Mixing Jug 1L / 34fl oz | | 209824 /032 | 3228356 |
| 251707915 | 22.00 | 20.80 | 69/ 60/ 50 | | | | | | | |
| | | 1.40 | | PTP613A | 7 | EA | 35mm Neg File Spare PagesX25 | | 209824 /003 | 3228356 |
| | | 3.40 | | PTP643A | 17 | EA | Micro Focus Finder | | 209824 /031 | 3228356 |
| | | 8.00 | | PTP611A | 10 | EA | Negative File 35mm | | 209824 /035 | 3228356 |
| | | 8.00 | | PTP115A | 20 | EA | Universal Tank and Two Reels | | 209824 /042 | 3228356 |
| 251707916 | 190.00 | 175.25 | 120/100/ 96 | | | | | | | |
| | | 33.50 | | PTP326GA | 50 | EA | Dev Tray 12x16in Grey | | 209824 /009 | 3228356 |
| | | 44.25 | | PTP324GA | 177 | EA | Dev Tray 8x10in Grey | | 209824 /017 | 3228356 |
| | | 38.50 | | PTP324RA | 154 | EA | Dev Tray 8x10in Red | | 209824 /018 | 3228356 |
| | | 59.00 | | PTP324WA | 236 | EA | Dev Tray 8x10in White | | 209824 /019 | 3228356 |
| 251707917 | 150.00 | 108.80 | 120/100/100 | | | | | | | |
| | | 108.80 | | PTP115A | 272 | EA | Universal Tank and Two Reels | | 209824 /042 | 3228356 |
| 251707918 | 166.00 | 142.15 | 120/100/111 | | | | | | | |
| | | 40.20 | | PTP326WA | 60 | EA | Dev Tray 12x16in White | | 209824 /010 | 3228356 |
| | | 51.85 | | PTP327GA | 61 | EA | Dev Tray 16x20in Grey | | 209824 /011 | 3228356 |
| | | 5.10 | | PTP327RA | 6 | EA | Dev Tray 16x20in Red | | 209824 /012 | 3228356 |
| | | 17.00 | | PTP327WA | 20 | EA | Dev Tray 16x20in White | | 209824 /013 | 3228356 |
| | | 28.00 | | PTP328A | 14 | EA | Dev Tray 20x24in White | | 209824 /014 | 3228356 |

Continued on Page   3

# HAR(C)AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: 591034

WYNIT DISTRIBUTION LLC

**Consignment: 046797**

Page: 3
Document Date: 10/07/2017
Route: 09103

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707919 | 140.00 | 108.80 | 120/100/107 | | | | | | | |
| | | 108.80 | | PTP115A | 272 | EA | Universal Tank and Two Reels | | 209824 /042 | 3228356 |
| 251707920 | 146.00 | 105.24 | 120/100/103 | | | | | | | |
| | | 93.60 | | PTP125A | 156 | EA | Changing Bag 27x30in | | 208570 /008 | 309549 |
| | | 5.64 | | PTP322RA | 47 | EA | Dev Tray 5x7in Red | | 209824 /016 | 3228356 |
| | | 1.20 | | PTP363A | 12 | EA | Thermometer Certified 9in | | 206685 /034 | 306967 |
| | | 1.20 | | PTP322GA | 10 | EA | Dev Tray 5x7in Grey | | 209824 /015 | 3228356 |
| | | 3.60 | | PTP322RA | 30 | EA | Dev Tray 5x7in Red | | 209824 /016 | 3228356 |

**End of Report**

TIME STARTED

TIME FINISHED

SHIPPING MARK

NAME NR

DATE 5/7/17

RT. 9103    CUST. NO. 591034    W721T

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707910 | 120 | 100 | 164 | 08 | 134 | 1076794 | SPTP 107 A | 20 | X | / |
| | | | | | | | PTP 795 A | 10 | X | |
| | | | | | | | PTP 614 A | 2 | X | |
| | | | | | | | ITP 120 A | 20 | X | |
| | | | | | | | PTP 245 A | 24 | X | |
| | | | | | | | SPTP 115 A | 25 | X | |
| | | | | | | | SPTP 117 A | 2 | X | |
| | | | | | | | PTP 218 A | 6 | X | |
| | | | | | | | PTP 201 A | 5 | X | |
| | | | | | | | PTP 366 A | 87 | X | |
| | | | | | | | PTP 302 A | 109 | X | |
| | | | | | | | PTP 305 A | 5 | X | |
| | | | | | | | PTP 301 A | 79 | X | |

o-data/ware-o/planner/ PLANNER EXPORT.123

2

**SHIPPING MARK**

RT. 9103    CUST. NO. 591039

WYNIT

NAME: MR

DATE: 5/17/17

TIME STARTED:
TIME FINISHED:

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | | PTP304A | 100 | X | |
| | | | | | | | PTP345A | 7 | X | X |
| | | | | | | | PTP644A | 1 | X | |
| | | | | | | | PTP643A | 26 | X | |
| | | | | | | | PTP309A | 6 | X | |
| | | | | | | | PTP118A | 11 | X | |
| | | | | | | | PTP255A | 16 | X | |
| | | | | | | | PTP341A | 5 | X | |
| | | | | | | | PTP623A | 3 | X | |
| | | | | | | | PTP258A | 5 | X | |
| | | | | | | | PTP300A | 15 | X | |
| | | | | | | | PTP115A | 36 | X | |
| | | | | | | | PTP317A | 2 | X | |

19/06/2017 08:12:37 KDWATTS

o-data/ware-o/planner/ PLANNER EXPORT.123

19/06/2017  08:12:37  KDWATTS

3

**SHIPPING MARK** WJ TNIT

RT. 9103   CUST. NO. 5791637

NAME: NK

DATE: 5/7/17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PTP 235 | 4 | X | |
| | | | | | | | PTP 250 | 3 | X | |
| 251707911 | 88 | 66 | 26 | SC | 8 | 1076797 | PTP 310 | 30 | / | |
| 251707912 | 88 | 66 | 26 | SC | 8 | 1076797 | PTP 310 | 30 | / | |
| 251707913 | 88 | 66 | 26 | SC | 8 | 1076796 | PTP 309 | 50 | / | |
| 251707914 | 88 | 66 | 26 | SC | 8 | 1076796 | PTP 309 | 50 | / | |
| 251707915 | 69 | 60 | 50 | 04 | 221 | 1076795 | PTP 6134 | 7 | X | |
| | | | | | | | PTP 643A | 17 | X | |

**SHIPPING MARK** WYNIT   **CUST. NO.** 591037

**RT.** 9103

**NAME** _MP_

**DATE** 5/7/17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | 1076795 | MB6114 | 10 | X | |
| | | | | | | | PTP115A | 20 | X | |
| 251707916 | 120 | 100 | 96 | 08 | 190 | 1076792 | PTP3266 | 50 | X | |
| | | | | | | | PTP324-G | 177 | X | |
| | | | | | | | PTP324R | 154 | X | |
| | | | | | | | PTP324W | 236 | X | |
| 251707917 | 120 | 100 | 100 | 08 | 180 | 1076789 | PTP115 | 272 | X | |
| 251707918 | 120 | 100 | 111 | 08 | 166 | 1076793 | PTP326W | 60 | X | |
| | | | | | | | PTP327G | 61 | X | |
| | | | | | | | PTP327R | 6 | X | |

**SHIPPING MARK:** WTWT  
**NAME:** NR  
**RT.** 9103  **CUST. NO.** S91034  
**DATE:** 5/7/17

**TIME STARTED:**  
**TIME FINISHED:**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE COD | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PTP327W | 20 | X | |
| | | | | | | | PTP328A | 19 | X | |
| | | | | | | | ~~PTP322R~~ | ~~#~~ | / | |
| 2S170791⑧ | 120 | 100 | 107 | 08 | 140/ | 1016788 | PTP115A | 272 | / | |
| 2S170792O | 120 | 100 | 103 | 08 | 146, | 1016787 | PTP125A | 156 | / | |
| | | | | | | 1076793 | PTP322R | 47 | / | |
| | | | | | | | PTP363A | 12 | / | |
| | | | | | | | PTP322G | 10 | / | |
| | | | | | | | PTP322R | 30 | / | |

Case 17-42726   Doc 120   Filed 09/26/17   Entered 09/26/17 16:21:16   Desc Main
Document     Page 147 of 228

WALKERI                                           07:49:2
1

Customer   591034   WYNIT DISTRIBUTION LLC

Route     9103    Select BPCS# _____0  G.O. _____  Item _____

| BPCS Order | Goods Out Reference | Lne No | Item Number | Reqd Qty | Resv Qty | Pick Qty | Case Qty |
|------------|---------------------|--------|-------------|----------|----------|----------|----------|

No Records Found

F3=Exit

**Subject:** EPA - WYNIT

**From:** "Yvonne Hough" <yvonne.hough@harmantechnology.com>

**Sent:** 04/07/2017 10:19:25

**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>

**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

353945

46797

(10)

9806

8·983

Despatch wk 28

Delivery address

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
USA

Thanks,


Yvonne Hough
Customer Service
Tel: 0044 1565 684014
Fax: 0044 1565 873067

    

# HARMAN technology Limited

Registered Office: Whillington Hall,
Whillington Road, Worcester WR5 22X

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO: GB 855 6191 02

## INVOICE No: EI  10008748

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

Load No:   353946        Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3702.53 Photographic Film - for colour photography(polychrome) | | | | | | |
| Country of origin   JAPAN | | | | | | |
| 0003229701 | AGFAPHOTO CT PRECISA 100 135 3 | | 1175268 | 100 | 7.00 | 700.00 |
| 0003229955 | AGFAPHOTO CT PRECISA 100 135 3 | | 1175268 | 250 | 7.00 | 1,750.00 |
| | | | | | TOTAL FOR | 3702.53 | 2,450.00 |
| 3702.54 Photographic Film - for colour photography(polychrome) | | | | | | |
| Country of origin   JAPAN | | | | | | |
| 0003229084 | AGFA VISTA+ 200 135 36exp | | 1175217 | 100 | 2.12 | 212.00 |
| 0003229701 | AGFAPHOTO VISTA PLUS 200 135-2 | | 1175206 | 100 | 1.91 | 191.00 |
| 0003229701 | AGFAPHOTO VISTA PLUS 200 135-3 | | 1175217 | 200 | 2.12 | 424.00 |
| 0003229701 | AGFAPHOTO VISTA PLUS 400 135-2 | | 1175240 | 100 | 2.12 | 212.00 |
| 0003229955 | AGFAPHOTO VISTA PLUS 200 135-2 | | 1175206 | 100 | 1.91 | 191.00 |
| 0003229955 | AGFAPHOTO VISTA PLUS 200 135-3 | | 1175217 | 200 | 2.12 | 424.00 |
| | | | | | TOTAL FOR | 3702.54 | 1,654.00 |

Continued on page    2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI 10008748

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO: GB 855 6191 02

Load No:  353946       Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 9006.53 Photographic Cameras, 35mm, Disposable. Country of origin  CHINA | | | | | |
| 0003229701 | AGFAPHOTO LEBOX 400 27 OUTDOOR | | 1175277 | 10 | 5.52 | 55.20 |
| 0003229955 | AGFAPHOTO LEBOX 400 27 OUTDOOR | | 1175277 | 10 | 5.52 | 55.20 |
| | | | | TOTAL FOR 9006.53 | | 110.40 |

Continued on page    3

# HARMAN technology Limited

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008748

**INVOICE DATE:** 12/07/2017

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO:  GB  855 6191 02

**Load No:** 353946      **Terms of payment:**   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| Load No. | 353946 = 1 Packages | | | | | |

TOTAL      4,214.40

Freight Terms         DDP
EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only.  Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HAITIAN Technology Limited**

Invoice No:   E1100... -3

Customer   591034   WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3702.54 | JP | 1654.00 | .000 |
| 9006.53 | CN | 110.40 | .000 |
| 3702.53 | JP | 2450.00 | .000 |

# HAR⦿AN technology Limited   Shipping Instruction for SEAFREIGHT DESPATCH

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 12/07/17 @ 9AM

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:    +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment: 353946**    Page:    1

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

Document Date:    11/07/2017
Shipment Date:    11/07/2017

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

Freight Conditions:    DDP
Freight and Charges Paid By:    HARMAN TECHNOLOGY
Carrier:    KUEHNE NAGEL
Customs Duty for the Account of:    CONSIGNEE

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

| Case Details | | | | | | | Volume | Net Weight | Value | Quantity | U.O.M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 HALFPALLET @ 80 x 60 x 53 cm | | | | | | = | .254 cu m | 24.00 | 1288.11 | 800 | Number of Units |
| | | | | | | | | 10.50 | 1894.73 | 350 | Number of Units |
| --- | | | | | | | --------- | 2.00 | 85.75 | 20 | Number of Units |
| 1 | | | | | | | .254 | | | | |

**Case Numbers**

Numbers 07955

Gross weight =    49.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description |
|---|---|
| 3702.54 | Photographic Film - for colour photography(polychrome) Width GT 16mm but not 35mm,length LE 30m. Not for slides(No) |
| 3702.53 | Photographic Film - for colour photography(polychrome) Width exceeds 16mm but not 35mm, length<30m, for slides(No) |
| 9006.53 | Photographic Cameras, 35mm, Disposable. (No of Items) |

Totals    36.50    3268.59

USD Currency Totals    4214.40

# HAR⬤AN technology Limited   ◯   PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number:  591034**

WYNIT DISTRIBUTION LLC

**Consignment:  046798**

Page:            1
Document Date:   10/07/2017
Route:           09104

**Consignee/Delivery Address**

**Shipping Marks**

4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707955 | 49.00 | 36.50 | 80/ 60/ 53 | | | | | | | |
| | | 3.00 | | 1175217 | 100 | EA | AGFA VISTA+ 200 135 36exp | C78-363 | 210467 /001 | 0003229084 |
| | | 3.00 | | 1175206 | 100 | EA | AGFA VISTA+ 200 135 24exp | C78-311 | 210592 /001 | 0003229701 |
| | | 6.00 | | 1175217 | 200 | EA | AGFA VISTA+ 200 135 36exp | C78-363 | 210592 /002 | 0003229701 |
| | | 3.00 | | 1175240 | 100 | EA | AGFA VISTA+ 400 135 24exp | H78-415 | 210592 /003 | 0003229701 |
| | | 0.10 | | 1175277 | 1 | EA | NB AGFA LeBox 400 27 OUTDOOR | NB | 210592 /005 | 0003229701 |
| | | 0.90 | | 1175277 | 9 | EA | AGFA LeBox 400 27 OUTDOOR | NB | 210592 /005 | 0003229701 |
| | | 3.00 | | 1175268 | 100 | EA | AGFA CT PRECISA 100 135 36exp | 065-405 | 210592 /006 | 0003229701 |
| | | 3.00 | | 1175206 | 100 | EA | AGFA VISTA+ 200 135 24exp | C78-311 | 210823 /001 | 0003229955 |
| | | 6.00 | | 1175217 | 200 | EA | AGFA VISTA+ 200 135 36exp | C78-363 | 210823 /002 | 0003229955 |
| | | 1.00 | | 1175277 | 10 | EA | AGFA LeBox 400 27 OUTDOOR | NB | 210823 /004 | 0003229955 |
| | | 0.33 | | 1175268 | 11 | EA | AGFA CT PRECISA 100 135 36exp | C64-406 | 210823 /005 | 0003229955 |
| | | 5.97 | | 1175268 | 199 | EA | AGFA CT PRECISA 100 135 36exp | 065-405 | 210823 /005 | 0003229955 |
| | | 1.20 | | 1175268 | 40 | EA | AGFA CT PRECISA 100 135 36exp | 065-405 | 210823 /005 | 0003229955 |

**End of Report**

| TIME STARTED | | | | | | | | | | NAME | P CARTER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME FINISHED | | | | | | | | | | DATE | 7/4/17 | | |

**SHIPPING MARK** — WYN 7/
RT. 9/0H   CUST. NO. 59/034

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/707955 | 80 | 60 | 53 | 06 | 49/ | 157976 | 1175217 | 100 | ✓ | |
| | | | | | | | 1175217 | 200 | ✓ | |
| | | | | | | | 1175217 | 200 | ✓ | |
| | | | | | | | 1175240 | 100 | ✓ | |
| | | | | | | | 1175206 | 100 | ✓ | |
| | | | | | | | 1175206 | 100 | ✓ | |
| | | | | | | | 1175268 | 100 | ✓ | |
| | | | | | | | 1175268 | 11 | ✓ | |
| | | | | | | | 1175268 | 199 | ✓ | |
| | | | | | | | 1175268 | 40 | ✓ | |
| | | | | | | | 1175277 | 1 | ✓ | |
| | | | | | | | 1175277 | 9 | ✓ | |
| | | | | | | | 1175277 | 10 | ✓ | |

WN0311B Display Leftover Order Lines for Export 10/07/17

WALKERI 07:50:02

Customer 591034 WYNIT DISTRIBUTION LLC

Route 9104 Select BPCS# ______0 G.O. __________ Item _______________

| BPCS Order | Goods Out Reference | Lne No | Item Number | Reqd Qty | Resv Qty | Pick Qty | Case Qty |
|---|---|---|---|---|---|---|---|

No Records Found

F3=Exit

9-29054

**Subject:** Re: EPA - WYNIT
**From:** "Yvonne Hough" <yvonne.hough@harmantechnology.com>
**Sent:** 04/07/2017 16:57:57
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

353946
46798
(1)
49kg
0.254

EPA -WYNIT

8Fp

Yvonne Hough
Customer Service
Tel: 0044 1565 684014
Fax: 0044 1565 873067

------ Original Message ------
From: "Yvonne Hough" <yvonne.hough@harmantechnology.com>
To: "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
Cc: "Judith Rank" <judith.rank@harmantechnology.com>; "Paul Sanderson" <paul.sanderson@harmantechnology.com>
Sent: 04/07/2017 10:19:25
Subject: EPA - WYNIT

> EPA - WYNIT
>
> Delivery address
>
> WYNIT DISTRIBUTION LLC
> 4655 SHELBY DRIVE

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO: GB 855 6191 02

## INVOICE No: EI  10008749

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No:  50 1034
CUSTOMER VAT No: 27-5005230

Load No:   353947          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 3702.96 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin   UNITED KINGDOM | | | | | | |
| 0003229712 | KENTMERE 400 35MM 24 EXP | | 6012379 | 800 | 2.88 | 2,304.00 |
| 0003229712 | KENTMERE 400 35MM 36 EXP | | 6010476 | 1,100 | 3.13 | 3,443.00 |
| 0003229949 | KENTMERE 100 35MM 24 EXP | | 6012368 | 400 | 2.88 | 1,152.00 |
| 0003229949 | KENTMERE 400 35MM 24 EXP | | 6012379 | 900 | 2.88 | 2,592.00 |
| 0003229949 | KENTMERE 400 35MM 36 EXP | | 6010476 | 900 | 3.13 | 2,817.00 |
| | | | | | TOTAL FOR 3702.96 | 12,308.00 |
| 3702.97 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | | |
| Country of origin   UNITED KINGDOM | | | | | | |
| 0003229712 | KENTMERE 100 35MM 100 | | 6012588 | 30 | 32.18 | 965.40 |
| 0003229949 | KENTMERE 100 35MM 100 | | 6012588 | 30 | 32.18 | 965.40 |
| 0003229949 | KENTMERE 400 35MM 100 | | 6012599 | 90 | 32.18 | 2,896.20 |
| | | | | | TOTAL FOR 3702.97 | 4,827.00 |

Continued on page    2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Mobberley, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA 16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082

VAT NO:  GB  855 6191 02

## INVOICE No: EI  10008749

INVOICE DATE: 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

CUSTOMER No:  591034
CUSTOMER VAT No: 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  353947          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 3703.90 Photographic Paper, Sensitised, Unexposed. | | | | | |
| | Country of origin   UNITED KINGDOM | | | | | |
| 312411 | SELECT FINE LUSTRE 8X10 250  A | | 6007308 | 24 | 122.75 | 2,946.00 |
| 3228564 | SELECT FINE LUSTRE 8X10 250  A | | 6007308 | 24 | 122.75 | 2,946.00 |
| 3228564 | SELECT GLOSSY VC 8X10 250  A | | 6009070 | 16 | 122.75 | 1,964.00 |
| 3228803 | SELECT FINE LUSTRE 8X10 250  A | | 6007308 | 24 | 122.75 | 2,946.00 |
| 3228803 | SELECT GLOSSY VC 8X10 250  A | | 6009070 | 16 | 122.75 | 1,964.00 |
| 0003229083 | SELECT FINE LUSTRE 8X10 250  A | | 6007308 | 24 | 122.75 | 2,946.00 |
| 0003229712 | VC SELECT RC FINE LUSTRE 8" X | | 6008071 | 50 | 50.63 | 2,531.50 |
| | Fine Lustre surface | | | | | |
| 0003229712 | VC SELECT RC FINE LUSTRE 8" X | | 6007308 | 1 | 122.75 | 122.75 |
| 0003229712 | VC SELECT RC GLOSS 8" X 10"25 | | 6007449 | 50 | 14.69 | 734.50 |
| | Glossy surface | | | | | |
| 0003229949 | VC SELECT RC FINE LUSTRE 8" X | | 6008200 | 150 | 14.69 | 2,203.50 |
| | Fine Lustre surface | | | | | |

Continued on page    3

# HARMAN technology Limited

**INVOICE No: EI  10008749**

**INVOICE DATE:** 12/07/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W,WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile  00 44 1565 873067
Or  00 44 1565 650082
VAT NO:  GB  855 6191 02

**Load No:**  353947    **Terms of payment:**  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229949 | VC SELECT RC GLOSS 8" X 10"25 Glossy surface | | 6007449 | 50 | 14.69 | 734.50 |

Was originally PO 3228355

Load  No.    353947 = 2 Packages

TOTAL FOR    3703.90    22,038.75

TOTAL    39,173.75

Freight Terms    DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK
EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERTIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT

Continued on page    4

# HARMAN technology Limited

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008749

**INVOICE DATE:** 12/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:   353947          Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | | | | | |

THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK
HARMAN technology Ltd............BY AUTHORITY

**CONDITIONS OF RESALE**
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only.  Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

**HAR AN** Technology Limited

Invoice No:    EI10008749

Customer   591034   WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3703.90 | GB | 22038.75 | 2242.945 |
| 3702.97 | GB | 4827.00 | 160.125 |
| 3702.96 | GB | 12308.00 | 200.720 |

# HARMAN technology Limited

## Shipping Instruction for SEAFREIGHT DESPATCH

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:       +44 1565 684357
VAT No.    GB 855 6191 02

**Shipment: 353947**         Page:   1

Document Date:      11/07/2017
Shipment Date:      11/07/2017

Freight Conditions:                DDP
Freight and Charges Paid By:       HARMAN TECHNOLOGY
Carrier:                           KUEHNE NAGEL
Customs Duty for the Account of:   CONSIGNEE

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 12/07/17 @ 9AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

### Case Details

| Case Details | Dimensions | | Volume | |
|---|---|---|---|---|
| 1 GMA PALLET @ 120 x 100 x 100 cm | = | 1.200 cu m | |
| 1 GMA PALLET @ 120 x 100 x 120 cm | = | 1.440 cu m | |
| --- | | | --------- | |
| 2 | | | 2.640 | |

### Case Numbers

Numbers  01347/01348

Gross weight =   923.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | | U.O.M |
|---|---|---|---|---|---|---|
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets/or rolls where roll width does not exceed 610mm. | 687.64 | 17185.63 | 429 | EACH | |
| 3702.96 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length not exceeding 30m. (NO) | 139.20 | 9555.43 | 4100 | Number of Units | METRE |
| 3702.97 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length exceeding 30m. (MT) | 37.50 | 3726.18 | 4575 | METRE | |
| | | Totals  864.34 | 30467.24 | | | |
| | USD Currency Totals | | 39173.75 | | | |

# HARMAN technology Limited

## PACKING SPECIFICATION

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046799**

Page: 1
Document Date: 10/07/2017
Route: 09103

Customer Number: 659079
WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 252001347 | 565.00 | 544.64 | 120/100/100 | | | | | | | |
| | | 93.60 | | 6007308 | 24 | EA | SELECT FINE LUSTRE 8X10 250 A | 368036 | 209743 /005 | 312411 |
| | | 93.60 | | 6007308 | 24 | EA | SELECT FINE LUSTRE 8X10 250 A | 368036 | 209931 /002 | 3228564 |
| | | 62.67 | | 6009070 | 16 | EA | SELECT GLOSSY VC 8X10 250 A | 368038 | 209931 /003 | 3228564 |
| | | 62.67 | | 6009070 | 16 | EA | SELECT GLOSSY VC 8X10 250 A | 368038 | 210266 /005 | 3228803 |
| | | 3.90 | | 6007308 | 1 | EA | SELECT FINE LUSTRE 8X10 250 A | 368187 | 210631 /005 | 0003229712 |
| | | 93.60 | | 6007308 | 24 | EA | SELECT FINE LUSTRE 8X10 250 A | 368187 | 210266 /003 | 3228803 |
| | | 93.60 | | 6007308 | 24 | EA | SELECT FINE LUSTRE 8X10 250 A | 368187 | 210472 /007 | 0003229083 |
| | | 41.00 | | 6008200 | 100 | EA | VCSELECT66M 20.3x25.4cm 25 W | 367365 | 210821 /006 | 0003229949 |
| 252001348 | 358.00 | 319.70 | 120/100/120 | | | | | | | |
| | | 17.75 | | 6012599 | 71 | EA | KENTMERE 400 35x30.5m | 47BHTX03 | 210821 /003 | 0003229949 |
| | | 4.75 | | 6012599 | 19 | EA | KENTMERE 400 35x30.5m | 49DHT1C02 | 210821 /003 | 0003229949 |
| | | 7.50 | | 6012588 | 30 | EA | KENTMERE 100 35x30.5m | 47BFKX01 | 210631 /001 | 0003229712 |
| | | 25.60 | | 6012379 | 800 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C020 | 210631 /002 | 0003229712 |
| | | 39.60 | | 6010476 | 1100 | EA | KENTMERE 400 135 36EXP FILM | 49DHT1C010 | 210631 /003 | 0003229949 |
| | | 7.50 | | 6012588 | 30 | EA | KENTMERE 100 35x30.5m | 47BFKX01 | 210821 /001 | 0003229949 |
| | | 12.80 | | 6012368 | 400 | EA | KENTMERE 100 135 24EXP FILM | 43BFK1C010 | 210821 /002 | 0003229949 |
| | | 28.80 | | 6012379 | 900 | EA | KENTMERE 400 135 24EXP FILM | 49DHT1C020 | 210821 /004 | 0003229949 |
| | | 32.40 | | 6010476 | 900 | EA | KENTMERE 400 135 36EXP FILM | 49DHT1C010 | 210821 /005 | 0003229949 |
| | | 81.50 | | 6008071 | 50 | EA | VCSELECT66M 20.3x25.4cm 100 W | 367422 | 210631 /004 | 0003229712 |
| | | 20.50 | | 6007449 | 50 | EA | VCSELECT1M 20.3x25.4cm 25 W | 363741 | 210631 /006 | 0003229712 |
| | | 20.50 | | 6008200 | 50 | EA | VCSELECT66M 20.3x25.4cm 25 W | 367365 | 210821 /006 | 0003229949 |
| | | 20.50 | | 6007449 | 50 | EA | VCSELECT1M 20.3x25.4cm 25 W | 363741 | 210821 /007 | 0003229949 |

**End of Report**

**SHIPPING MARK**

WTNUT

RT. 9103   CUST. NO. 659073

NAME NUR

DATE 7/7/17

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 2S2001347 | 120 | 100 | 100 | 08 | 565 | 1078548 | 6009070 | 16 | | |
| | | | | | | | 6009070 | 16 | | |
| | | | | | | 1078629 | 6007308 | 1 | | |
| | | | | | | | 6007308 | 24 | | |
| | | | | | | | 6007308 | 24 | | |
| | | | | | | 1078545 | 6007308 | 24 | | |
| | | | | | | | 6007308 | 24 | | |
| | | | | | | 1079175 | 6008200 | 100 | | |
| 2S2001348 | 120 | 100 | 120 | 08 | 358 | 1079175 | 6008071 | 50 | | |
| | | | | | | | 600 7449 | 50 | | |
| | | | | | | | 600 7449 | 50 | | |
| | | | | | | | 600 8200 | 50 | | |

| | SHIPPING MARK | | |
|---|---|---|---|
| | | NAME | MR |
| RT. 9103 | CUST. NO. 659073 | DATE 7/7/17 | |

| PACKED CASE NUMBER | | CASE DIMENSIONS (CM) | | | CASE WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LENGTH | WIDTH | HEIGHT | CODE | | | | | |
| | | | | | | 4079174 | 6012370 | 800 | / | |
| | | | | | | | 6010476 | 900 | / | |
| | | | | | | | 6012379 | 900 | / | |
| | | | | | | | 6010476 | 1100 | / | |
| | | | | | | | 6012368 | 400 | / | |
| | | | | | | | 6012588 | 30 | / | |
| | | | | | | | 6012588 | 30 | / | |
| | | | | | | 4073170 | 6012579 | 71 | / | |
| | | | | | | | 6012579 | 19 | | |

19/06/2017 08:12:37 KDWATTS

WN0311B Display Leftover Order Lines for Export 10/07/17
WALKERI 07:44:29

Customer 659079 WYNIT DISTRIBUTION LLC

Route 9103 Select BPCS# ____0 G.O. ________ Item ____________

| BPCS Order | Goods Out Reference | Lne No | Item Number | Reqd Qty | Resv Qty | Pick Qty | Case Qty |
|---|---|---|---|---|---|---|---|

No Records Found

F3=Exit

*9-2905S.*

**Subject:** Re: EPA - WYNIT
**From:** "Yvonne Hough" <yvonne.hough@harmantechnology.com>
**Sent:** 04/07/2017 16:57:57
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson" <paul.sanderson@harmantechnology.com>

*353947*

*46799*
*②*
*9236*
*2640*

*6FP*
*6P*

Thanks,

Yvonne Hough
Customer Service
Tel: 0044 1565 684014
Fax: 0044 1565 873067

    

------ Original Message ------
From: "Yvonne Hough" <yvonne.hough@harmantechnology.com>
To: "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
Cc: "Judith Rank" <judith.rank@harmantechnology.com>; "Paul Sanderson" <paul.sanderson@harmantechnology.com>
Sent: 04/07/2017 10:19:25
Subject: EPA - WYNIT

Delivery address

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE

## **EXHIBIT 3**

(Goods Delivered August 22, 2017)

| Shipper | |
|---|---|
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>OFF TOWN LANE, MOBBERLEY<br>KNUTSFORD, CHESHIRE<br>WA16 7JL | **Blue Anchor**<br>*America Line*<br>**Sea Waybill (Non-Negotiable)**<br>for Multimodal Transport<br>And Port to Port Transport |

| Consignee | Notify Party 2 No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14). |
|---|---|
| WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118 UNITED STATES | |

| Notify Party (No liability shall attach to the Carrier or to his Agent for failure to notify. See Clause 14). | Delivery Agent |
|---|---|
| JOHN F KILROY CO.,<br>ONE CROSS ISLAND PLAZA,<br>SUITE 203E,<br>ROSEDALE, NEW YORK 11422 | KUEHNE & NAGEL, INC.<br>4985 OUTLAND CENTRE DRIVE<br>SUITE 102<br>USA- MEMPHIS, TN 38118, USA |

| Place of Receipt (Multimodal Transport only) | Pre-carriage by | Port of Loading | Sea Waybill-No. |
|---|---|---|---|
| MOBBERLEY DOOR | ROAD | FELIXSTOWE | BANQBHX0580234 |
| Vessel | Voyage No. | Port of Transhipment | 1420-9116-708.011 |
| MAERSK KURE | 731W | | |

| Port of Discharge | Place of Delivery (Multimodal Transport only) | Movement | Freight Payable at |
|---|---|---|---|
| CHARLESTON, SC | MEMPHIS DOOR | CY/CY | ORIGIN |

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE (See Clause 7.3)**

| Marks and Numbers | Number of Packages | Description of Goods | Gross Weight kgs | Measurement |
|---|---|---|---|---|
| TOTAL | 1 | AS PER ATTACHED<br>FREIGHT PREPAID | 14864.00 | 39.178 |

| OCEANFREIGHT AND CHARGES<br>Rates, Weight and/or Measurement subject to correction | Prepaid | Collect | *** NO VALUE DECLARED ***<br>Declared Cargo Value ___<br>If Merchant enters a value, Carrier's per package limitation of liability shall not apply and the valorem rate will be.charged. |
|---|---|---|---|

Received by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise herein stated, the total number of Containers or other packages or units indicated in the box entitled "Number of Packages" for carriage from the port of loading (or the place of receipt, if mentioned above) to the port of discharge (or the place of delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-21 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Shipper's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 13) and the carrying vessel (see clause 12). In accepting this sea waybill, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the consignee or his authorised representatives. This sea waybill is not a document of title to the Goods and delivery will be made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the port of discharge or place of delivery, as appropriate, without the need to produce or surrender a copy of this sea waybill.
IN WITNESS WHEREOF the Carrier by its agents has signed this sea waybill.

| Total amount due | |
|---|---|

| Place and date of issue: | For and on behalf of the Carrier |
|---|---|
| BIRMINGHAM 02/08/2017 | **Blue Anchor**<br>*America Line*<br><br>by KUEHNE + NAGEL LTD.<br>As Agents for the Carrier |

Version 8, April 2011

/02017-08-03-16.13.48.406000CFSTSWBD

CIELBKIXES 0C

**ATTACHMENT FOR**

**BILL OF LADING**

**ATTACHMENT FOR**

B/L NO BANQBHX0580234
1420-9116-708.011
BIRMINGHAM 02/08/2017

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SUDU8124645<br>SEAL HS0979350 | 1 | 40' HC RE | CONTAINER SAID TO CONTAIN 39 CASES OF PHOTOGRAPHIC MATERIAL | 14864.00 | 39.178 |
| SHIPMENT NUMBERS<br>354221<br>354224 | | | CASE NUMBERS:<br>07949/07954, 07965/07991<br>07993/07995, 01015/01017 | | |
| ISF -<br>ISF0009385 | | | TEMPERATURE CONTROLLED CARGO AT PLUS 20 DEG C<br>ALL MENTIONED CONTAINERS SHIPPER'S LOAD, COUNT AND SEAL | | |
| TOTAL | 1 | | | 14864.00 | 39.178 |

**Blue Anchor Line**

Kuehne + Nagel Inc.
d/b/a Blue Anchor America Line
10 Exchange Place
Jersey City, NJ 07302

# TERMS AND CONDITIONS

**1. DEFINITIONS**

"Carriage" means the whole or any part of the operations and services of whatsoever nature undertaken by or performed by or on behalf of the Carrier in relation to the Goods covered by this sea waybill including but not limited to the loading, transport, unloading, storage, warehousing and handling of the Goods and related documentary, customs and IT processes.
"Carrier" means Kuehne + Nagel Inc., Jersey City, trading as Blue Anchor America Line.
"Carrier's Agents" include but are not limited to the Kuehne + Nagel company which arranged the Carriage and/or issued this sea waybill and the Kuehne + Nagel company in the country where the Goods are discharged and/or delivered.
"COGSA" means the Carriage of Goods by Sea Act of the United States of America approved on 16th April 1936.
"Consolidation" includes stuffing, packing, loading or securing of Goods on or within Containers and Consolidate shall be construed accordingly.
"Container" includes any container (including but not limited to open top containers), trailer, transportable tank, platform, lift van, flat, pallet or any similar article of transport used to Consolidate goods and any ancillary equipment.
"Freight" includes freight, demurrage, detention costs and all expenses and monetary obligations, including but not limited to duties, taxes and dues, incurred by the Carrier and payable by the Merchant.
"Goods" means the whole or any part of the cargo received by the Carrier from the Merchant and includes any packing and any equipment or Container not supplied by or on behalf of the Carrier (but excludes any Container supplied by or on behalf of the Carrier).
"Hague Rules" means the provisions of the International Convention for the Unification of Certain Rules relating to Bills of Lading signed at Brussels on 25th August 1924.
"Hague-Visby Rules" means the Hague Rules as amended by the Protocol signed at Brussels on 23rd February 1968. It is expressly provided that nothing in this sea waybill shall be construed as contractually applying the Hague-Visby Rules.
"Indemnify" means defend, indemnify and hold harmless, including in respect of legal fees and costs, whether or not the obligation to indemnify arises out of negligent or non-negligent acts or omissions of the indemnifying party.
"Merchant" includes the Shipper and the Persons named in this sea waybill as consignee and notify party, the receiver of the Goods and the Person entitled to receive the Goods on notification by the Merchant, any Person owning or lawfully entitled to the possession of the Goods or this sea waybill, the Person on whose account the Goods are handed to the Carrier, any Person acting on behalf of any of the above mentioned Persons, including agents, servants and Sub-Contractors.
"Multimodal Transport" arises if the Carrier has indicated a place of receipt and/or a place of delivery on the front hereof in the relevant spaces.
"Non US Carriage" means any carriage which is not US Carriage.
"Package" where a Container is loaded with more than one package or unit, the packages or other shipping units enumerated on the face of this sea waybill as packed in such Container and entered in the box on the face hereof entitled "Total number of Containers or Packages received by the Carrier" are each deemed a Package.
"Person" includes an individual, corporation or other legal entity.
"Pomerene Act" means the United States Federal Bill of Lading Act 1916 49 U.S.C. 801 or any amendments thereto.
"Port to Port Transport" arises if it is not Multimodal Transport.
"Shipper" means the Person who tendered the Goods to the Carrier and any Person named as shipper in the sea waybill.
"Sub-Contractor" includes but is not limited to owners, charterers and operators of Vessels (other than the Carrier), stevedores, terminal and/or groupage operators, road, rail and air transport operators, forwarding agents, liner agents, customs brokers, warehousemen, longshoremen, customs inspection stations, port authorities, pilots and any independent contractors, servants or agents employed by the Carrier in performance of the Carriage and any direct or indirect sub-contractors, servants or agents thereof, whether in direct contractual privity with the Carrier or not.
"US Carriage" means carriage to, from or through any port of the United States of America.
"Vessel" means any waterborne craft used in the Carriage under this sea waybill including but not limited to ocean vessels, feeder vessels and inland water vessels whether named in the sea waybill or substituted vessels.

**2. CONTRACTING PARTIES**

2.1 By accepting this sea waybill, the Shipper confirms and agrees that the Carrier's Agents act as the Carrier's agents only and that the Shipper has no claim against the Carrier's Agents for any claims arising out of the Carriage.
The contract evidenced by this sea waybill is between the Carrier and the Shipper. The Shipper, who is the only party entitled to give the Carrier instructions in relation to this contract of carriage, undertakes to provide the Merchant and in particular the consignee with a legible copy of all the Terms and Conditions contained in this sea waybill.

**3. CARRIER'S TARIFF**

3.1 The provisions of the Carrier's applicable tariff, if any, are incorporated herein. Particular attention is drawn to the provisions therein, if any, relating to free storage time and to Container and vehicle demurrage. Copies of such provisions are obtainable from the Carrier or his agents upon request or, where applicable, from a government body with whom the tariff has been filed. In the case of inconsistency between this sea waybill and the applicable tariff, this sea waybill shall prevail.

**4. NON-NEGOTIABILITY**

Notwithstanding the application to this sea waybill of the Hague Rules, or the Hague-Visby Rules, or of any similar convention or legislation, this sea waybill is not negotiable and is not a document of title to the Goods.

**5. SUB-CONTRACTING AND INDEMNITIES**

5.1 The Carrier shall be entitled to sub-contract on any terms whatsoever the whole or any part of the Carriage and the Merchant agrees (to the extent that the Merchant is entitled to bring claims against Sub-Contractors) that any Sub-Contractor can, at its option, apply its own terms of contract with the Carrier to defend claims brought by the Merchant.
5.2 The Merchant undertakes:
(a) that no claim or allegation shall be made against any Sub-Contractor whatsoever, whether directly or indirectly, which imposes or attempts to impose upon any Sub-Contractor any liability whatsoever in connection with the Goods or the Carriage of the Goods, whether or not arising in contract, bailment, tort, negligence, breach of express or implied warranty or otherwise; and
(b) if any claim or allegation should nevertheless be made against a Sub-Contractor, to indemnify the Carrier against all consequences thereof.
5.3 Without prejudice to the other provisions of this Clause 5, every Sub-Contractor shall have the benefit of all provisions herein benefiting the Carrier including clause 21 hereof, the jurisdiction and law clause, as if this sea waybill (including Clause 21 hereof) were expressly for its benefit and in entering into this contract the Carrier, to the extent of these provisions, does so not only on his own behalf but also as agent or trustee for such Sub-Contractor and such Sub-Contractor shall to this extent be or be deemed to be parties to this contract.

**6. CARRIER'S LIABILITY**

**6.1 US CARRIAGE**

(a) For US Carriage this sea waybill shall have effect subject to the provisions of COGSA and to the Pomerene Act regardless of whether said Act would apply of its own force. The provisions of COGSA are incorporated herein and save as otherwise provided herein shall apply the entire time the Goods are in the Carrier's custody, including before loading and after discharge as long as the Goods remain in the custody of the Carrier or its Sub-Contractor, including Goods carried on deck. Nothing contained herein is to be deemed a surrender by the Carrier of its rights, immunities, exemptions or limitations or an increase of any of its responsibilities or liabilities under COGSA. Except for clause 6.2, every other term, condition, limitation, defence and liberty whatsoever contained in this sea waybill shall apply to US Carriage.
(b) Where the Merchant requests the Carrier to procure Carriage by an inland carrier in the United States of America, such Carriage shall be procured by the Carrier as agent only to the Merchant and such Carriage shall be subject to the inland carrier's own contractual conditions and tariff. If, for any reason, the Carrier is denied the right to act as agent only at these times, his liability for loss, damage or delay to the Goods shall be determined in accordance with clause 6 hereof.
(c) Neither the Carrier nor the Vessel shall in any event be or become liable in an amount exceeding US$500 per package or customary freight unit. For limitation purposes under COGSA, it is agreed that the meaning of the word "package" shall be any palletised and/or unitised assemblage of cartons which has been palletised and/or unitised for the convenience of the Merchant, regardless of whether said pallet or unit is disclosed on the front hereof.

**6.2 NON-US CARRIAGE**

(a) Where the Non US Carriage is Port to Port Transport:
(i) the period of responsibility of the Carrier for any loss or damage to the Goods shall commence only at the moment the Goods are loaded on board the Vessel and shall end when the Goods have been discharged from the Vessel.
(ii) the liability of the Carrier for loss of or damage to the Goods shall be determined in accordance with any national law making the Hague Rules or Hague-Visby Rules compulsorily applicable to bills of lading and if no such national law is compulsorily applicable, then in accordance with the Hague-Visby Rules Article 1-8 inclusive (excluding Article 3 rule 8).
(iii) the Carrier shall be under no liability whatsoever for loss or damage to the Goods while in its actual or constructive possession before loading or after discharge, howsoever caused. Notwithstanding the foregoing, in case and to the extent that any applicable compulsory law provides to the contrary, the Carrier shall have the benefit of every right, defence, limitation and liberty in the Hague Rules, Hague-Visby Rules, or any other rules as applied by clause (b) during such additional compulsory period of responsibility, notwithstanding that the loss or damage did not occur at sea.
(iv) If the Goods are discharged at a port other than the Port of Discharge or at a Place of Delivery instead of the Port of Discharge, and the Carrier in its absolute discretion agrees to a request to such effect, such further Carriage will be undertaken on the basis that this sea waybill is to apply to such Carriage as if the ultimate destination agreed with the Merchant had been entered on the front side of this sea waybill as the Port of Discharge or Place of Delivery.
(b) Where the Non US Carriage is Multimodal Transport and the Merchant can prove at what stage the loss or damage occurred:
(i) the liability of the Carrier shall be determined by the provisions contained in any international convention or national law, which applies compulsorily to the relevant stage of the Multimodal Transport and cannot be departed from by private contract to the detriment of the claimant; and
(ii) where an international convention or national law does not apply compulsorily to the stage of the movement where the loss or damage occurred, any liability of the Carrier shall be determined by sub-clause 6.2(c).
(c) Where the Non US Carriage is Multimodal Transport but the Merchant cannot prove at what stage the loss or damage occurred or if this sub-clause applies pursuant to sub-clause 6.2(b):
(i) the Carrier shall be relieved of liability for any loss or damage if such loss or damage arose or resulted from:
(A) the wrongful act or neglect of the Merchant or any Person acting on behalf of the Merchant other than the Carrier or its servant, agent or Sub-Contractor;
(B) compliance with the instructions of a Person entitled to give them;
(C) the lack of, or defective condition of packing in the case of Goods which, by their nature, are liable to wastage or to be damaged when not packed or when not properly packed;
(D) handling, loading, stowage or unloading of the Goods by the Merchant, or any person acting on behalf of the Merchant;
(E) inherent vice of the Goods;
(F) insufficiency or inadequacy of marks or numbers on the Goods, coverings, or unit loads;
(G) strikes or lockouts or stoppage or restraint of labour from whatever cause whether partial or general;
(H) an act, neglect or default in the navigation or management of the Vessel occurring during carriage by water;
(I) fire, unless the fire was caused by the actual fault or privity of the Carrier or lack of exercise of due diligence to make the Vessel seaworthy, properly to man, equip and supply the Vessel or to make her fit and safe for the reception, carriage and preservation of the Goods; for which the Merchant shall have the burden of proof
(J) a nuclear incident;
(K) any other cause or event which the Carrier could not avoid and the consequences whereof it could not prevent by the exercise of reasonable diligence.
(ii) The burden of proof that the loss or damage was due to one or more of the causes, or events, specified in sub-clause 6.2(c)(i) shall rest upon the Carrier. If the Carrier establishes that in the circumstances of the case, the loss or damage could be attributed to one or more of the causes, or events, specified in sub-clause 6.2(c)(i), it shall be presumed that it was so caused. The claimant shall, however, be entitled to prove that the loss or damage was not, in fact, caused either wholly or partly by one or more of these causes or events.
(iii) Where the loss or damage was partly caused by one of the causes at sub-clause 6.2(c)(i) the Carrier shall only be liable to the extent that another cause contributed to the loss or damage.
(d) Compensation and Limitation
(i) Subject to the Carrier's right to limit liability as provided for within this sea waybill, the Carrier's liability shall be calculated by reference to the value of the Goods at the place and time at which they were accepted for Carriage.
(ii) Where the Hague Rules, Hague-Visby Rules or any other rules compulsorily apply to the Carriage the Carrier's liability shall in no event exceed the amounts provided for in the applicable rules.
(iii) In all other cases compensation shall not exceed the limitation of liability of 2SDRs per kilo of gross weight of the Goods lost, damaged or in respect of which the claim arises.
(e) Time-bar
(i) Where the Hague Rules, Hague-Visby Rules or any other rules apply compulsorily to the Carriage, the time limit for bringing claims will be as prescribed by the applicable rules.
(ii) In all other cases, the Carrier shall be discharged of all liability whatsoever unless suit is brought within nine months after the delivery of the Goods or the date when the Goods should have been delivered.

**6.3 LIABILITY APPLICABLE TO BOTH US CARRIAGE AND NON-US CARRIAGE**

(a) The Carrier shall not, in any case, be liable for an amount greater than the actual loss to the Person entitled to make the claim.
(b) Ad Valorem: declared value of Package or shipping unit.
The Carrier's liability may be increased to a higher value by a declaration in writing of the value of the Goods by the Merchant upon delivery to the Carrier of the Goods for shipment, such higher value being inserted on the front of this sea waybill in the space provided and, if required by the Carrier, extra freight being paid. In such case, if the actual value of the Goods shall exceed such declared value, the value shall nevertheless be deemed to be the declared value and the Carrier's liability, if any, shall not exceed the declared value and any partial loss or damage shall be adjusted pro rata on the basis of such declared value.
(c) Delay, Consequential Loss
Save as otherwise provided herein, the Carrier does not undertake that the Goods shall arrive at any place at any particular time and shall in no circumstances be liable for direct, indirect or consequential loss or damage caused by delay or any other cause whatsoever and howsoever caused. Without prejudice to the foregoing, if the Carrier is found liable for delay, liability shall be limited to the Freight applicable to the relevant stage of the transport.
(d) Notice of Loss or Damage
The Carrier shall be deemed prima facie to have delivered the Goods as described in this sea waybill unless notice of loss of, or damage to, the Goods, indicating the general nature of such loss or damage, shall have been given in writing to the Carrier or to his representative at the place of delivery before or at the time of removal of the Goods into the custody of the Person entitled to delivery thereof under this sea waybill or, if the loss or damage is not apparent, within three consecutive days thereafter.
(e) The defences and limits of liability provided for in this sea waybill shall apply in any action against the Carrier whether the action be found in contract, bailment, tort, breach of express or implied warranty or otherwise.
(f) The Merchant shall indemnify the Carrier against any claim or liability (and any expense arising therefrom) arising from the Carriage of the Goods insofar as such claim or liability exceeds the Carrier's liability under this sea waybill.

**7. MERCHANT'S WARRANTIES AND RESPONSIBILITIES**

7.1 Every Person defined as Merchant is jointly and severally liable to the Carrier for all the Merchant's undertakings, responsibilities and liabilities under or in connection with this sea waybill and to pay the Freight due under it without deduction or set-off.
7.2 The Merchant warrants that in agreeing to this sea waybill he is or is the agent of and has the authority of the Person owning or entitled to the possession of the Goods and this sea waybill or any Person who has a present or future interest in the Goods and this sea waybill.
7.3 The description and particulars of the Goods and Container set out on the face hereof are furnished by the Merchant and the Merchant warrants to the Carrier that the description and particulars including, but not limited to, verified gross mass, weight, content, measure, quantity, quality, condition, marks, numbers and value are correct.
7.4 The Merchant shall comply with all applicable laws, regulations and requirements (including but not limited to any imposed at any time before or during the Carriage relating to anti-terrorism measures) of customs, port and other authorities and shall bear and pay all duties, taxes, fines, imposts, expenses and losses (including without prejudice to the generality of the foregoing, freight for any additional Carriage undertaken) incurred or suffered by reason thereof or by reason of any illegal, incorrect or insufficient marking, numbering or addressing of the Goods.
7.5 The Merchant undertakes that the Goods are packed in a manner adequate to withstand the ordinary risks of Carriage having regard to their nature and in compliance with all laws, regulations and requirements which may be applicable. The Merchant shall be liable for any loss, damage or injury caused by faulty or insufficient packing or by faulty loading or packing within Containers when such loading or packing has been performed by the Merchant or on behalf of the Merchant, or by the defect or unsuitability of the Containers when supplied by the Merchant, and shall indemnify the Carrier against any additional expenses so caused.
7.6 Any Container released into the care of the Merchant for packing, unpacking or any other purpose whatsoever shall be at the sole risk of the Merchant until proper redelivery to the Carrier at the time and place prescribed by the Carrier. If the Merchant fails to deliver the Container at such prescribed time and place the Merchant shall pay the Carrier the applicable demurrage or detention charges arising therefrom. The Merchant is responsible for returning the Container, with interiors brushed and clean, to the point or place designated by the Carrier, his servants or agents. The Merchant shall be liable for charges, loss or any other expenses arising therefrom. The Merchant shall be responsible for any loss and/or damage to, and any liabilities caused or incurred by such Container whilst in its custody and/or control.
7.7 The Merchant shall be liable for the loss, damage, contamination, soiling, detention or demurrage before, during and after the Carriage of property (including, but not limited to, Containers) of the Carrier or Sub-Contractor (other than the Merchant) caused by the Merchant or any Person acting on his behalf or for which the Merchant is otherwise responsible.
7.8 The Merchant shall indemnify the Carrier against any loss, damage, claim, liability or expense whatsoever arising from any breach of the provisions of this clause 7 or from any cause in connection with the Goods for which the Carrier is not responsible.

**8. DANGEROUS GOODS**

8.1 No Goods which are or may become dangerous (whether or not so listed in codes), inflammable, damaging, injurious (including radioactive materials), noxious or which are or may become liable to damage any property or Person whatsoever shall be tendered to the Carrier for Carriage without
(a) the Carrier's express consent in writing; and
(b) the Container and/or other covering in which the Goods are to be transported and/or the Goods themselves being distinctly marked on the outside so as to indicate the nature and character of any such Goods and so as to comply with all applicable laws, regulations and/or requirements.
8.2 If the Merchant fails to provide such information and the Carrier is unaware of the dangerous nature of the Goods and the necessary precautions to be taken and if, at any time, they are deemed to be a hazard to life or property, they may at any place be unloaded, destroyed or rendered harmless, as circumstances may require, without compensation, and the Merchant shall be liable for all loss, damage, delay or expenses arising from the Carriage. The burden of proof that the Carrier knew the exact nature of the danger constituted by the carriage of the Goods shall rest upon the Merchant.
8.3 The Merchant shall comply with rules which are mandatory according to the national law or by reason of international convention, relating to the carriage of Goods of a dangerous nature. If any Goods shipped with the knowledge of the Carrier as to their dangerous nature shall become a danger to the ship or cargo, they may in like manner be landed at any place or destroyed or rendered innocuous by the Carrier without liability on the part of the Carrier except to General Average, if any.
8.4 The Merchant shall indemnify the Carrier against any loss, damage, claim, liability or expense whatsoever arising from any breach of the provisions of this clause 8 or from any cause in connection with the Goods for which the Carrier is not responsible.

**9. CONTAINERS**

9.1 Goods may be Consolidated by the Carrier in or on Containers and Goods may be Consolidated with Goods owned by other Persons.
9.2 The terms of this sea waybill shall govern the responsibility of the Carrier in connection with or arising out of the supply of a Container to the Merchant, whether supplied before or after the Goods are received by the Carrier or delivered to the Merchant.
9.3 If a Container has been Consolidated by or on behalf of the Merchant, the Carrier shall not be liable for loss of or damage to the Goods
(a) caused by the manner in which the Container has been stuffed;
(b) caused by the unsuitability of the Goods for carriage in Container actually used;
(c) caused by the unsuitability or defective condition of the Container actually used provided that where the Container has been supplied by or on behalf of the Carrier, this paragraph (iii) shall only apply if the unsuitability or defective condition would have been apparent upon reasonable inspection by the Merchant at or prior to the time when the Container was stuffed.
(d) if the Container is not sealed at the commencement of the Carriage except where the Carrier has agreed to seal the Container.
9.4 Where the Carrier is instructed to provide a Container, in the absence of a written request to the contrary accepted by the Carrier, the Carrier is not under an obligation to provide a Container of any particular type or quality.
9.5 Goods stowed in closed containers other than flats or pallets, whether by the Carrier or the Merchant, may be carried on deck, on an open lorry, on an open trailer, or an open railway wagon without notice to the Merchant. Such Goods, whether or not so carried, shall participate in General Average and shall be deemed to be within the definition of Goods for the purposes of the Hague Rules and Hague-Visby Rules.
9.6 The provisions of clause 6 also apply with respect to trailers, transportable tanks, flats and pallets which have not been filled, packed or stowed by the Carrier.
9.7 The Merchant shall indemnify the Carrier against any loss, damage, claim, liability or expense whatsoever arising from any breach of the provisions of this clause 9 or from any cause in connection with the Goods for which the Carrier is not responsible.

**10. TEMPERATURE CONTROLLED CARGO**

10.1 The Merchant undertakes not to tender for Carriage any Goods which require temperature control without previously giving written notice (and filling in the box on the front of this sea waybill if this sea waybill has been prepared by the Merchant or a Person acting on his behalf) of their nature and particular temperature range to be maintained and in the case of a temperature controlled Container Consolidated by or on behalf of the Merchant further undertakes that the Container has been properly pre-cooled, that the Goods have been properly Consolidated in the Container and that its thermostatic controls have been properly set by the Merchant before receipt of the Goods by the Carrier.
10.2 If the above requirements are not complied with the Carrier shall not be liable for any loss of or damage to the Goods caused by such non-compliance and the Merchant shall indemnify the Carrier for any resulting loss the Carrier suffers.
10.3 The Carrier shall not be liable for any loss of or damage to the Goods arising from defects, derangement, breakdown, stoppage of the temperature controlling machinery, plant, insulation or any apparatus of the Container, provided that the Carrier shall before or at the beginning of the Carriage exercise due diligence to maintain the refrigerated Container in an efficient state.
10.4 The Merchant shall indemnify the Carrier against any loss, damage, claim, liability or expense whatsoever arising from any breach of the provisions of this clause 10 or from any cause in connection with the Goods for which the Carrier is not responsible.

**11. INSPECTION OF GOODS**

11.1 The Carrier or any Person authorised by the Carrier shall be entitled, but under no obligation, to open and/or scan any Container or package at any time and to inspect the contents.
11.2 If it appears at any time that the Goods, or any part of them, cannot safely or properly be carried, or carried further, either at all or without incurring any additional expense or taking measures in relation to the Container or Goods, the Carrier may without notice to the Merchant (but as his agent only) take any measures and/or incur any reasonable additional expense to carry or continue the Carriage thereof, and/or to sell or dispose of the Goods and/or to abandon the Carriage and/or to store the Goods ashore or afloat, under cover or in the open, at any place, whichever the Carrier in his absolute discretion considers most appropriate, which sale, disposal, abandonment or storage shall be deemed to constitute due delivery under this sea waybill. The Merchant shall indemnify the Carrier against any reasonable additional expense so incurred.
11.3 The Carrier in exercising the liberties contained in this clause shall not be under any obligation to take any particular measures and shall not be liable for any loss, delay or damage howsoever arising from any action or lack of action under this clause.

**12. METHODS AND ROUTE OF TRANSPORTATION**

12.1 The Carrier may at any time and without notice to the Merchant:
(a) use any means of transport or storage whatsoever;
(b) load or carry the Goods on any Vessel whether named on the front hereof or not;
(c) transfer the Goods from one conveyance to another including transhipping or carrying the same on a Vessel other than the Vessel named on the front hereof or by any other means of transport whatsoever and even though transhipment or forwarding of the Goods may not have been contemplated or provided for herein;
(d) at any place unpack and remove Goods which have been stuffed in or on a Container and forward the same in any manner whatsoever;
(e) proceed at any speed and by any route in his discretion (whether or not the nearest or most direct or customary or advertised route) and proceed to or stay at any place whatsoever once or more often and in any order;
(f) load or unload the Goods from any conveyance at any place (whether or not the place is a port named on the front hereof as the intended Port of Loading or intended Port of Discharge);
(g) comply with any orders or recommendations given by any government or authority or any Person or body acting or purporting to act as or on behalf of such government or authority or having under the terms of the insurance on the conveyance employed by the Carrier the right to give orders or directions;
(h) permit the Vessel to proceed with or without pilots, to tow or be towed or to be dry-docked with or without cargo onboard;
(i) permit the Vessel to carry livestock, Goods of all kinds, dangerous or otherwise, contraband, explosives, munitions or warlike stores and sail armed or unarmed.
12.2 The liberties set out in sub-clause 12.1 above may be invoked by the Carrier for any purposes whatsoever whether or not connected with the Carriage of the Goods, including but not limited to loading or unloading the goods, bunkering, undergoing repairs, adjusting instruments, towing or being towed, sailing with or without pilots, drydocking, picking up or landing any Persons, including but not limited to Persons involved with the operation or maintenance of the Vessel and assisting Vessels in all situations. Anything done in accordance with sub-clause 12.1 above or any delay arising therefrom shall be deemed to be within the contractual Carriage and shall not be a deviation of whatsoever nature or degree.

**13. DECK CARGO**

13.1 Unless it is specifically stipulated that the Goods will be carried under deck on the front of this sea waybill, the Goods (whether containerised or not) may be stowed on or under deck without notice to the Merchant and any deck stowage shall not be a deviation of whatsoever nature or degree.
13.2 If carried on deck, the Carrier shall not be required to note, mark or stamp on the sea waybill any statement of such on deck carriage. Such Goods whether carried on deck or under deck shall participate in General Average and, subject to Clause 13.3, such Goods shall be deemed to be within the definition of Goods for the purposes of the Hague Rules or any legislation making such rules, COGSA or the Hague-Visby Rules compulsorily applicable to this sea waybill.
13.3 Goods which are stated on the front of this sea waybill to be carried on deck, and which are actually carried on deck, are carried without responsibility on the part of the Carrier for loss or damage of whatsoever nature arising during Carriage by sea or inland waterway whether caused by unseaworthiness or negligence or any other cause whatsoever.

**14. COLLECTION AND DELIVERY OF THE GOODS**

14.1 When collection or delivery takes place at the Merchant's premises, the place of collection or delivery shall be the usual place of loading or unloading the Goods into or from the vehicle and:
(a) the Carrier shall not be under any obligation to provide any plant, power or labour which may be required for the loading or unloading at such premises. This shall be the responsibility of the Merchant at his own risk and expense.
(b) any assistance given by the Carrier additional to the foregoing is given entirely at the Merchant's risk as to damage to or loss of Goods or injury to Persons.
14.2 If at any time the Carriage is or is likely to be affected by any hindrance, risk, delay, difficulty or disadvantage of any kind (including the condition of the Goods), whensoever and howsoever arising (whether or not the Carriage has commenced) the Carrier may:
(a) without notice to the Merchant abandon the Carriage of the Goods and where reasonably possible place the Goods or any part of them at the Merchant's disposal at any place which the Carrier may deem safe and convenient, notwithstanding that any charges, dues or other expenses may be or become payable. If crafts are used, other than at the request of the Merchant, in circumstances where the Goods or that part thereof so discharged could have been discharged ashore without additional delay, the Goods (or part thereof, as the case may be) shall nevertheless not be deemed to be discharged for the purposes of this clause until they are discharged from such craft, whereupon delivery shall be deemed to have been made and the responsibility of the Carrier in respect of such Goods shall cease;
(b) without prejudice to the Carrier's right to subsequently abandon the Carriage under Clause (a)14.2 (a) above, continue the Carriage.
(c) In any event the Carrier shall be entitled to full Freight on Goods received for Carriage and the Merchant shall pay any additional costs resulting from the above mentioned circumstances.
14.3 The liability of the Carrier in respect of the Goods shall cease on the delivery or other disposition of the Goods in accordance with the orders or recommendations given by any government or authority or any Person acting or purporting to act as or on behalf of such government or authority. This shall amount to due delivery to the Merchant.
14.4 Any mention herein of parties to be notified of the arrival of the Goods is solely for information of the Carrier, and failure to give such notification shall not involve the Carrier in any liability nor relieve the Merchant of any obligation thereunder.
14.5 Should the Shipper request the Carrier to deliver the Goods to a Person other than the Consignee named on the front hereof, agreement to such change shall be at the Carrier's sole discretion and the Carrier shall in any event not accept such change, unless the Shipper's request is in writing and it is received by the Carrier in good time before notice of arrival of the Goods has been sent out by the Carrier's agent at destination. The Shipper hereby undertakes to indemnify the Carrier against any additional costs, expenses, delays and losses caused thereby.
14.6 If delivery of the Goods or any part thereof is not taken by the Merchant at the time and place when and where the Carrier is entitled to call upon the Merchant to take delivery thereof, the Carrier shall be entitled and without prejudice to any other rights that he may have against the Merchant without notice to remove from a Container the Goods or that part thereof if Consolidated in or on a Container and to store the Goods or that part thereof ashore, afloat, in the open or under cover at the sole risk and expense of the Merchant and the costs of such storage (if paid or payable by the Carrier or any agent or Sub-Contractor of the Carrier) shall forthwith upon demand be paid by the Merchant to the Carrier. Such storage shall constitute due delivery hereunder, and thereupon the liability of the Carrier in respect of the Goods or that part thereof shall cease.

**15. BOTH-TO-BLAME COLLISION**

15.1 The latest version of BIMCO's Both-to-Blame Collision Clause is incorporated herein which is available on request.

**16. GENERAL AVERAGE**

16.1 General Average shall be adjusted at any port or place at the Carrier's option, and to be settled according to the York-Antwerp Rules 1994, this covering all Goods whether carried on or under deck. The New Jason Clause as approved by BIMCO shall be considered as incorporated herein which is available on request.
16.2 Notwithstanding sub-clause 16.1, the Merchant shall indemnify the Carrier in respect of any claims of a General Average nature which may be made against him and shall provide such security as may be required by the Carrier in this connection.
16.3 Such security including a cash deposit as the Carrier may deem sufficient to cover the estimated contribution of the Goods and any salvage and special charges thereon shall, if required be submitted to the Carrier prior to delivery of the Goods.
16.4 The Carrier shall be under no obligation to take any steps whatsoever to collect security for General Average contributions due to the Merchant.

**17. FREIGHT**

17.1 Freight shall be deemed fully earned upon receipt of the Goods by the Carrier and shall be paid and be non-returnable in any event.
17.2 The Merchant's attention is drawn to the stipulations concerning currency in which the Freight is to be paid, rate of exchange, devaluation and other contingencies relative to Freight in the relevant tariff conditions. If no such stipulation as to devaluation exists or is applicable and if the currency in which the Freight is quoted is devalued or revalued between the date of the Freight agreement and the date when the Freight is paid, then all Freight shall be automatically and immediately changed in proportion to the extent of the devaluation or revaluation of the said currency. Payment shall be made in the currency named in the sea waybill, or, at the option of the Carrier, in another currency specified by the Carrier.
17.3 The Freight has been calculated on the basis of particulars furnished by or on behalf of the Merchant. The Carrier shall be entitled to production of the commercial invoice for the Goods or true copy thereof and to inspect, reweigh, re-measure and revalue the Goods and if the particulars are found by the Carrier to be incorrect, it is agreed that without prejudice to the rights of the Carrier as per clause 11 a sum equal either to five times the difference between the correct Freight and the Freight charged or to double the correct Freight less the Freight charged, whichever sum is the smaller, shall be payable as liquidated damages to the Carrier, notwithstanding any other sum having been stated in this sea waybill as the Freight payable.
17.4 All Freight shall be paid without any set-off, counter-claim, deduction or stay of execution.
17.5 Despite the acceptance by the Carrier of instructions to collect Freight or other expenses from any other Person in respect of the transport under this sea waybill, the Merchant shall remain responsible for such monies on receipt of evidence of demand and the absence of payment for whatever reason.
17.6 All dues, taxes and charges levied on the Goods and other expenses in connection therewith shall be paid by the Merchant.
17.7 The Merchant shall reimburse the Carrier for any costs for deviation or delay or any other increase of costs of whatever nature caused by war, warlike operations, epidemics, strikes, government directions or force majeure.

**18. LIEN**

18.1 The Carrier shall have a lien on Goods and any documents relating thereto for all sums whatsoever due at any time to the Carrier under this sea waybill and for General Average contributions to whomsoever due.
18.2 The Carrier shall also have a lien on the Goods and any documents relating thereto for all sums due from the Merchant to the Carrier under any other contract.
18.3 The Carrier may exercise his lien at any time and at any place in his sole discretion, whether the Carriage is completed or not. In any event any lien shall (a) survive the delivery of the Goods and (b) extend to cover the cost of recovering any sums due.
18.4 To enforce and satisfy the Carrier's lien, the Carrier shall have the right to sell or otherwise dispose of the aforementioned Goods and documents by public auction or private treaty at the Merchant's expense and in the Merchant's name and without any liability towards the Merchant, provided that the Carrier has used reasonable efforts to notify the shipper and the consignee shown on the front side of the sea waybill prior to any sale or other disposal and that the Carrier will pass on to the Merchant any proceeds of a sale or other disposal exceeding the sums due and the costs relating to the sale or other disposal.

**19. VARIATION OF THE CONTRACT**

19.1 No servant or agent of the Carrier shall have power to waive or vary any of the terms hereof unless such waiver or variation is in writing and is specifically authorised or ratified in writing by a director or officer of the Carrier who has the actual authority of the Carrier to waive or vary.

**20. PARTIAL INVALIDITY**

20.1 If any provision in this sea waybill is held to be invalid or unenforceable by any court, tribunal or regulatory or self regulatory agency or body, such invalidity or unenforceability shall attach only to such provision. The validity of the remaining provisions shall not be affected thereby and this sea waybill contract shall be carried out as if such invalid or unenforceable provision was not contained herein.

**21. JURISDICTION AND LAW**

21.1 This sea waybill is governed by United States law and the United States Federal Court of the Southern District of New York has exclusive jurisdiction to hear all disputes hereunder.
21.2 No proceedings may be brought before other courts, unless both parties expressly agree the choice of the other court or arbitration tribunal and the law to be then applicable.

(also available in pamphlet form from the Carrier and its agents and under www.america.blueanchorline.com)



# JOHN F. KILROY CO., INC.
### Customs Brokers & Freight Forwarders

One Cross Island Plaza, Suite 203E
Rosedale, NY  11422-1400 ~ USA
Tel: (718) 656-7818   ~   Email: jfkilroy@jfkilroy.com   ~   Fax: (718) 656-8888
Website: www.jfkilroy.com
OTI: 000114NF



# ISF Header Details

Page 1 of 1

**JOB NUMBER** ISF0009385
**CUSTOMS REF.** 819-28694376641
**CUSTOMS STATUS** CLEAR ISF ADD
**DATE** 26-Jul-2017

| IMPORTER | MAIN SHIP-TO PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM<br><br>REG: 064701-01064 | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES |

| SELLING PARTY | BUYING PARTY |
|---|---|
| HARMAN TECHNOLOGY LTD<br>ILFORD WAY<br>MOBBERLY, CHESIRE<br>WA167JL<br>UNITED KINGDOM | WYNIT DISTRIBUTION LLC<br>4655 SHELBY DRIVE<br>MEMPHIS TN 38118<br>UNITED STATES<br><br>EIN: |

| SCHEDULED CONTAINER STUFFING LOCATION | CONSOLIDATOR |
|---|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM | KUEHNE & NAGEL LTD<br>PORT OF LIVERPOOL BUILDING<br>PIER HEAD<br>LIVERPOOL<br>L31BY<br>UNITED KINGDOM |

| FIRST ACCEPTED DATE | LAST ACCEPTED DATE | SCAC | OWNER REFERENCE |
|---|---|---|---|
| 26-Jul-2017 | 26-Jul-2017 | SUDU | |

| US CBP ENTRY NUMBER | CONSIGNEE ID | ISF BOND HOLDER | |
|---|---|---|---|
| | CBN:064701-01064 | 064701-01064 | |

| BOND ACTIVITY CODE | BOND TYPE | SURETY CODE | BOND REFERENCE NUMBER |
|---|---|---|---|
| IMPORTER OR BROKER | CONTINUOUS BOND | | |

**EXTRA ORGANIZATIONS**

| MANUFACTURER |
|---|
| HARMAN TECHNOLOGY LTD<br>TOWN LANE<br>KNUTSFORD,CHESHIRE<br>WA167JL<br>UNITED KINGDOM |

| BILL OF LADING |
|---|
| BM: BANQBHX0580234 (STATUS: S2 - ISF bill is NOT on file in AMS immediately after filing the ISF.) |

**CONTAINER DETAILS**

| NUMBER | DESCRIPTION CODE | TYPE |
|---|---|---|
| SUDU8124645 | 4B | |

**STANDARD SHIPPING NOTE**    FOR NON-DANGEROUS GOODS ONLY

| 1. Exporter<br>Harman technology Limited<br>Ilford Way, Mobberley<br>Cheshire WA16 7JL | 2. Customs reference/status<br>7GB864440910000-BHX0580234 | |
|---|---|---|
| | 3. Booking Number<br>7MANEN4746 | 4. Exporters reference<br>354221,4 |
| 6. Consignee<br>Wynit Distribution LLC<br>4655 Shelby Drive<br>Memphis 38118<br>USA | 5. Forwarders Reference | |
| 7. Freight Forwarder: Kuehne Nagel | 8. International Carrier | |

| 9. Other UK transport details (e.g. ICD, terminal, vechile bkg, reg, receiving dates)<br>Collect from Harman on 26/07/17 @ 10am | For use of receiving authority only |
|---|---|
| | 10A. Company preparing this note declares that, to the best of their belief, the goods have been accurately described, their quantities, weights and meaurements are correct and at the time of despatch they were in good order and condition; that the goods are not classified as being hazardous by reference to relevant national and international regulations applicable to the intended modes of transport. |
| 10. Vessel and date        Port of loading<br>Maersk Kure 02/08/17      Felixstowe | |
| 11. Port of discharge    Destination<br>Charleston 16/08/17        Memphis | TO RECEIVE THE AUTHORITY - Please receive for shipment the goods described below subject to your published regulations and conditions (including to those as to liability). |

| 12. Shipping Marks | No. and kind of packages: description of goods. Non-hazardous special stowage requirements | 13A. Gross Weight (kg) of goods | 14. Cube (m3) of goods |
|---|---|---|---|
| Wynit Distribution LLC, USA | Containing Photographic Material of no known hazard 39 Cases, Case nos: 07949/07954, 07965/07991, 07993/07995,01015/01017 | 14864.00 | 39.178 |
| For use of Shipping company only | | Total gross weight of goods<br>14864.00 | Total cube of goods<br>39.178 |

| 16. Container identification number/vehicle registration number<br>SUDU8124645 | 16A. Seal Number(s)<br>HS0979350 | 16B. Container/vehicle size/type<br>40' Reefer | 16C. Tare (kg)<br>4580kg | 16D. Verified gross mass<br>19508kg |
|---|---|---|---|---|

**DOCK TERMINAL RECEIPT**

| HAULIER DETAILS | RECEIVING AUTHORTY REMARKS | 17. Name and telephone number of company preparing this note: Harman technology Limited |
|---|---|---|
| Haulier Name<br><br>Vehicle reg.no<br><br>Drivers Signature | Received the above number of packages/containers/trailers in apparent good order and condition unless stated herein<br><br>Received Authority signature and date | Place and date: Mobberley Cheshire 26/07/2017<br><br>Name of Contact:<br>Mrs J Rank |

Wall Street Systems, Lexington, Madison, Park Avenue
, Broadway- Intermodal, P.O. Box 847
Mantua , OH 44255-0847
MC: 203671  P: (330) 274-8499  F: (330) 274-8836

LOAD NUMBER
**1489116**

## DELIVERY RECEIPT

Pickup From:   Wando Welch - Charleston, SC  29464

Deliver To:

WYNIT INC
4655 EAST SHELBY DRIVE
MEMPHIS, TN  38118

| | | | |
|---|---|---|---|
| Phone: | 9012590950 | Date: | 8/22/17 |
| Contact: | RECIEVING | From: | 07:00 |
| Reference: | | To: | 07:00 |

| | | | | |
|---|---|---|---|---|
| Container: | SUDU8124645 | Release No.: | | Commodity: FREIGHT ALL KINDS |
| | 40' H Reefer | Bill of Lading.: | 17M035240100 | Weight: 0 |
| | | Vessel Name: | MAERSK KURE | Pieces: 0 |
| Chassis: | | Steamship Line. | HSAC | Seal No: HS0979350 |
| | 40' CHASSIS | Port Of Discharge: | | |

Directions:

Notes:

Driver: _____   Truck: _____   Time In: _____   Time Out: _____

Received In Good Order By: _____   Date: _____   Pieces: _____

# KUEHNE+NAGEL

**SHIPPER**

HARMAN TECHNOLOGY LTD
ILFORD WAY
OFF TOWN LANE, MOBBERLEY
KNUTSFORD, CHESHIRE
WA16 7JL
N/A

**BOOKING CONFIRMATION W/O VGM**

**PLEASE QUOTE IN YOUR REPLY**

| REFERENCE | 1420-9116-708.011 |
|---|---|
| BIRMINGHAM | 10/07/2017 |

**CONSIGNEE**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS TN 38118 UNITED STATES

N/A

**NOTIFY PARTY**

JOHN F KILROY CO.,
ONE CROSS ISLAND PLAZA,
SUITE 203E,
ROSEDALE, NEW YORK 11422

**DELIVERY AGENT**

KUEHNE & NAGEL,INC.
4985 OUTLAND CENTRE DRIVE
SUITE 102
USA- MEMPHIS, TN 38118, USA

| | | | |
|---|---|---|---|
| **PLACE OF RECEIPT** | : MOBBERLEY  DOOR | **PRE-CARRIAGE BY** | : ROAD |
| **OCEAN VESSEL** | : MAERSK KURE | **VOYAGE** | : 731W |
| **PORT OF LOADING** | : FELIXSTOWE | **ETS** | : 02/08/2017 |
| **PORT OF DISCHARGE** | : CHARLESTON, SC | **ETA** | : 16/08/2017 |
| **PLACE OF DELIVERY** | : MEMPHIS  DOOR | **ETA P/D** | : 24/08/2017 |
| **TERMS OF DELIVERY** | : DDP MEMPHIS | **MOVEMENT** | : CY/CY |
| **INSURANCE** | : NOT ARR'GED BY KN | | |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| TOTAL | 1 | | AS PER ATTACHED FREIGHT PREPAID | 15000.00 | 40.000 |

------------------------------------------------------------------------

WE ARE PLEASED TO CONFIRM YOUR BOOKING OF 06/07/2017 AS DETAILED ABOVE.
** PLEASE NOTE KUEHNE + NAGEL WILL ARRANGE FOR THE PORT TO WEIGH THE
CONTAINER AND PROVIDE THE VGM, UNLESS OTHERWISE ADVISED **
THE GOODS MUST BE ACCOMPANIED BY A STANDARD SHIPPING NOTE OR DANGEROUS
GOODS NOTE PLUS A TREM CARD. PLEASE POST/FAX ALL OTHER DOCUMENTS TO OUR
ADDRESS SHOWN BELOW.
CONTAINER(S) TO BE POSITIONED ON 26/07/2017 AT  1000 HOURS
AT HARMAN TECHNOLOGY LTD ,  COLLECTION REF: USA
BOOKING REF: 7MANEN4746
CUSTOMS UCR NUMBER: 7GB864440910000-BHX0580234
AMS/ISF HOUSEBILL: BANQBHX0580234

FOR SHIPMENTS TO USA ONLY
PLEASE NOTE THAT WE NEED A COPY OF ALL COMMERCIAL DOCUMENTS NOT LATER THAN
72 HOURS PRIOR TO SCHEDULED VESSEL DEPARTURE. THIS IS A MANDATORY
REQUIREMENT IN ORDER TO COMPLY WITH REGULATIONS FOR USA IMPORT SECURITY
FILING (10+2).

Registered in England & Wales, Company Reg.No. 01722216 VAT Reg. No. GB664 4409 10
Registered Office: 1 Roundwood Avenue, Stockley Park, Uxbridge, UB11 1FG Great Britain
All transactions are subject to the latest version of the Standard Trading Conditions of the British International
Freight Association (BIFA) a copy of which can be obtained from http://uk.kuehne-nagel.com/stc/spec1.

| | | | |
|---|---|---|---|
| Kuehne + Nagel Ltd.<br>Midpoint Park<br>Minworth<br>West Midlands B76 1BL<br>Great Britain | Tel: +44 (0)121 625 2468<br><br>GBP Barclays Sort Code: 20-35-35<br>GBP Barclays Swift: BARCGB22<br>EUR Barclays Swift: BARCGB22<br>USD Citibank Swift: CITIGB2L | uk.collections@kuehne-nagel.com<br><br>GBP Account Number: 60365149<br>GBP IBAN: GB74BARC20353560365149<br>EUR IBAN: GB51BARC20353544877088<br>USD IBAN: GB54CITI18500817087926 | **KUEHNE + NAGEL Ltd.**<br>ALEXANDER. ALLAN-SMITH |

MAPEMLGB  00027987702017-07-10-15.31.31.642000CFSTMULT

| ATTACHMENT FOR | **KUEHNE+NAGEL** |
|---|---|

| **BOOKING CONFIRMATION W/O VGM** |
|---|

| **PLEASE QUOTE IN YOUR REPLY** | |
|---|---|
| REFERENCE | 1420-9116-708.011 |
| BIRMINGHAM | 10/07/2017 |

| MARKS & NOS | QTY | PACKAGES | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 001 | 1 | 40' HC RE | CONTAINER SAID TO CONTAIN XX CASES OF PHOTOGRAPHIC MATERIAL | 15000.00 | 40.000 |
| SHIPMENT NUMBERS | | | | | |
| | | | CASE NUMBERS: | | |
| ISF - | | | | | |
| | | | TEMPERATURE CONTROLLED CARGO AT PLUS 20 DEG C ALL MENTIONED CONTAINERS SHIPPER'S LOAD, COUNT AND SEAL | | |
| TOTAL | 1 | | | 15000.00 | 40.000 |

# HARMAN technology Limited

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  354224          Terms of payment:   60 DAYS FROM IN

3701.99 Photographic Plates & Film, Flat, Sensitised, Unexposed.
Country of origin  UNITED KINGDOM

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229086 | FP4+ 8x10in 25 | | 1678325 | 9 | 86.88 | 781.92 |
| 0003229705 | DP100 4" X 5" 25 SHEETS | | 1743445 | 80 | 29.09 | 2,327.20 |
| 0003229705 | FP4 4" X 5" 25 SHEETS | | 1678279 | 80 | 26.74 | 2,139.20 |
| 0003229705 | FP4 8" X 10" 25 SHEETS | | 1678325 | 30 | 86.88 | 2,606.40 |
| 0003229954 | HP5 4" X 5" 25 SHEETS | | 1629172 | 240 | 26.74 | 6,417.60 |
| 0003229954 | HP5+ 4x5in 25 | | 1629172 | 240 | 26.74 | 6,417.60 |
| 0003230158 | HP5 4" X 5" 25 SHEETS | | 1629172 | 480 | 26.74 | 12,835.20 |
| 0003230415 | DP100 4" X 5" 100 SHEETS | | 1743454 | 60 | 105.75 | 6,345.00 |
| 0003230415 | DP100 4"X 5" 25 SHEETS | | 1743445 | 160 | 29.09 | 4,654.40 |
| 0003230415 | DP100 8" X 10" 25 SHEETS | | 1743490 | 20 | 91.03 | 1,820.60 |
| 0003230415 | FP4 4" X 5" 100 SHEETS | | 1678288 | 40 | 102.77 | 4,110.80 |
| 0003230415 | FP4 4" X 5" 25 SHEETS | | 1678279 | 80 | 26.74 | 2,139.20 |
| 0003230415 | FP4 5" X 7" 25 SHEETS | | 1678307 | 46 | 40.46 | 1,861.16 |
| 0003230415 | FP4 8" X 10" 25 SHEETS | | 1678325 | 60 | 86.88 | 5,212.80 |
| 0003230415 | HP5 4" X 5" 100 SHEETS | | 1629181 | 80 | 102.77 | 8,221.60 |

Continued on page      2

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile  00 44 1565 873067
Or         00 44 1565 650082
VAT NO:  GB  855 6191 02

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  354224       Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003230415 | HP5 5" X 7" 25 SHEETS | | 1629200 | 46 | 40.46 | 1,861.16 |
| 0003230415 | HP5 8" X 10" 25 SHEETS | | 1629228 | 80 | 86.88 | 6,950.40 |
| | | | | | TOTAL FOR | 76,702.24 |
| | | | | | 3701.99 | |
| | 3702.32 Photographic Film:Rolls.Sensitised.Unexposed.Unperforated. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | | |
| 312423 | PANF+ 120 | | 1706594 | 500 | 4.44 | 2,220.00 |
| 3228566 | PANF+ 120 | | 1706594 | 500 | 4.44 | 2,220.00 |
| 3228805 | DP100 120 | | 1743399 | 1,000 | 4.11 | 4,110.00 |
| 3228805 | PANF+ 120 | | 1706594 | 500 | 4.44 | 2,220.00 |
| 0003229086 | DP100 120 | | 1743399 | 1,000 | 4.11 | 4,110.00 |
| 0003229705 | PANF 120 | | 1706594 | 500 | 4.44 | 2,220.00 |
| 0003229705 | SFX200 120 | | 1901029 | 200 | 6.12 | 1,224.00 |
| 0003229705 | XP2S 120 | | 1839649 | 700 | 4.18 | 2,926.00 |
| 0003229954 | CSTRIP 35MM X 100  UPEICP2P | | 1672109 | 4 | 49.07 | 196.28 |
| 0003229954 | DP100 120 | | 1743399 | 1,000 | 4.11 | 4,110.00 |
| 0003229954 | DP3200 120 | | 1921535 | 1,800 | 5.17 | 9,306.00 |
| 0003229954 | DP400 120 | | 1780668 | 1,600 | 4.36 | 6,976.00 |

Continued on page    3

# HARMAN technology Limited

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  354224      Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | FP4  120 | | 1678169 | 900 | 3.96 | 3,564.00 |
| 0003229954 | HP5  120 | | 1629017 | 1,300 | 3.79 | 4,927.00 |
| 0003229954 | DP3200 120 | | 1921535 | 600 | 5.17 | 3,102.00 |
| 0003230158 | FP4  120 | | 1678169 | 800 | 3.96 | 3,168.00 |
| 0003230415 | DP100 120 | | 1743399 | 2,000 | 4.11 | 8,220.00 |
| 0003230415 | DP3200 120 | | 1921535 | 800 | 5.17 | 4,136.00 |
| 0003230415 | DP400 120 | | 1780668 | 800 | 4.36 | 3,488.00 |
| 0003230415 | FP4  120 | | 1678169 | 1,200 | 3.96 | 4,752.00 |
| 0003230415 | HP5  120 | | 1629017 | 7,200 | 3.79 | 27,288.00 |
| 0003230415 | PANF  120 | | 1706594 | 1,000 | 4.44 | 4,440.00 |
| 0003230415 | SFX200 120 | | 1901029 | 200 | 6.12 | 1,224.00 |
| 0003230415 | XP2S 120 | | 1839649 | 700 | 4.18 | 2,926.00 |
| | | | | TOTAL FOR | 3702.32 | 113,073.28 |
| | 3702.96 Photographic Film, Sensitilised, Rolls, Unexposed, Perforated. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | | |
| 0003229705 | DP100 35MM 24 EXPOSURES | | 1780602 | 1,200 | 3.86 | 4,632.00 |
| 0003229954 | DP400 35MM 36 EXPOSURES | | 1748192 | 1,300 | 5.53 | 7,189.00 |

Continued on page   4

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

CUSTOMER No:  591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:   354224         Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | | 1700682 | FP4  35MM 24 EXPOSURES | 1,200 | 3.81 | 4,572.00 |
| 0003229954 | | 1700646 | HP5  35MM 24 EXPOSURES | 2,100 | 3.52 | 7,392.00 |
| 0003229954 | | 1887710 | DP3200 135 36 | 600 | 7.36 | 4,416.00 |
| 0003230158 | | 1649651 | FP4  35MM 36 EXPOSURES | 1,200 | 4.16 | 4,992.00 |
| 0003230158 | | 1574616 | HP5  35MM 36 EXPOSURES 50 PACK | 6 | 208.18 | 1,249.08 |
| 0003230415 | | 1780602 | DP100 35MM 24 EXPOSURES | 1,200 | 3.86 | 4,632.00 |
| 0003230415 | | 1780624 | DP100 35MM 36 EXPOSURES | 900 | 5.53 | 4,977.00 |
| 0003230415 | | 1887710 | DP3200 35MM 36 EXPOSURES | 1,200 | 7.36 | 8,832.00 |
| 0003230415 | | 1748165 | DP400 35MM 24 EXPOSURES | 500 | 4.08 | 2,040.00 |
| 0003230415 | | 1748192 | DP400 35MM 36 EXPOSURES | 1,300 | 5.53 | 7,189.00 |
| 0003230415 | | 1700682 | FP4  35MM 24 EXPOSURES | 1,200 | 3.81 | 4,572.00 |
| 0003230415 | | 1649651 | FP4  35MM 36 EXPOSURES | 1,200 | 4.16 | 4,992.00 |
| 0003230415 | | 1700646 | HP5  35MM 24 EXPOSURES | 6,300 | 3.52 | 22,176.00 |
| 0003230415 | | 1574577 | HP5  35MM 36 EXPOSURES | 7,200 | 4.16 | 29,952.00 |
| 0003230415 | | 1574616 | HP5  35MM 36 EXPOSURES 50 PACK | 6 | 208.18 | 1,249.08 |
| 0003230415 | | 1839575 | XP2S 35MM 36 EXPOSURES | 1,200 | 5.65 | 6,780.00 |

Continued on page    5

# HARMAN technology Limited

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or           00 44 1565 650082
VAT NO:  GB  855 6191 02

Load No:  354224        Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 3702.97 Photographic Film, Sensitised, Rolls, Unexposed, Perforated. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | | |
| 0003229705 | DP400 35MM X 100 | | 1765829 | 30 | 55.72 | 1,671.60 |
| 0003229705 | XP2S 35MM 100 | | 1839621 | 7 | 53.28 | 372.96 |
| 0003229954 | DP400 35MM X 100 | | 1765829 | 30 | 55.72 | 1,671.60 |
| 0003229954 | FP4  35MM X 100 | | 1649734 | 90 | 46.46 | 4,181.40 |
| 0003230415 | DP400 35MM X 100 | | 1765829 | 30 | 55.72 | 1,671.60 |
| 0003230415 | HP5  35MM X 100 | | 1656031 | 37 | 46.46 | 1,719.02 |
| 0003230415 | PANF  35MM X 100 | | 1707814 | 30 | 47.20 | 1,416.00 |
| | | | TOTAL FOR | 3702.96 | | 131,833.16 |
| | 3703.10 Photographic Paper, Sensitised, Unexposed. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | | |
| 0003229954 | GDS FB1K 40" X 98 | | 1170849 | 3 | 452.40 | 1,357.20 |
| 0003229954 | MG4FB1K 50" X 98 | | 1833809 | 10 | 510.86 | 5,108.60 |
| 0003230415 | MGFB1K CLASSIC 42" X 98 | | 1172160 | 13 | 394.05 | 5,122.65 |
| | | | TOTAL FOR | 3702.97 | | 12,704.18 |

Continued on page    6

# HARMAN technology Limited

**INVOICE No: EI  10008784**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile     00 44 1565 873067
Or             00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  354224          Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003230415 | | 1172423 | MGFB5K CLASSIC 42" X 98 | 2 | 394.05 | 788.10 |
| 0003230415 | | 1172445 | MGFB5K CLASSIC 50" X 98 | 1 | 464.42 | 464.42 |
| | | | 3703.90 Photographic Paper, Sensitilsed, Unexposed. | | | |
| | | | Country of origin  UNITED KINGDOM | | TOTAL FOR | 3703.10 | 12,840.97 |
| 3228566 | | IGFB21K 40.6x50.8cm 50 | | 1 | 243.80 | 243.80 |
| 3228805 | | MG4RC25M 27.9x35.6cm 10 (Bx) | | 112 | 13.05 | 1,461.60 |
| 3228805 | | SP746P31M 21.6x27.9cm 250 | | 9 | 99.08 | 891.72 |
| 0003229086 | | MG4RC25M 12.7x17.8cm 250 | | 40 | 59.90 | 2,396.00 |
| 0003229086 | | MG4RC44M 20.3x25.4cm 1000 | | 15 | 481.29 | 7,219.35 |
| 0003229086 | | MGRCWT44M 12.7x17.8cm 100 | | 20 | 35.29 | 705.80 |
| 0003229705 | | GDS RC44M 6" X 500  EO CC3 | | 4 | 186.32 | 745.28 |
| 0003229705 | | MGFB1K CLASSIC 20" X 24" 10 SH | | 7 | 49.78 | 348.46 |
| 0003229705 | | MGFBWT24K 8" X 10" 25 SHEETS | | 76 | 28.73 | 2,183.48 |
| 0003229705 | | GDS RC1M 10" X 250 | | 2 | 157.74 | 315.48 |
| 0003229954 | | ISRC31M 8" X 10" 100 SHEETS | | 6 | 79.33 | 475.98 |
| 0003229954 | | MG4RC44M 5" X 7" 250 SHEETS | | 20 | 59.90 | 1,198.00 |

Continued on page    7

# HARMAN technology Limited

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

**INVOICE No: EI  10008784**

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or          00 44 1565 650082
VAT NO: GB 855 6191 02

Load No:  354224     Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | CUSTOMER ITEM NO | HARMAN ITEM NO | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | | 1174997 | MGFBCT1K 5" X 7" 100 SHEETS | 6 | 36.67 | 220.02 |
| 0003229954 | | 1168439 | MGFBWT24K 16" X 20" 10 SHEETS | 4 | 46.79 | 187.16 |
| 0003229954 | | 1170465 | MG ART 300 16" X 20" 30 SHEETS | 3 | 119.91 | 359.73 |
| 0003230158 | | 1170993 | GDS RC44M 5" X 500 | 1 | 155.67 | 155.67 |
| 0003230158 | | 1172203 | MGFB5K CLASSIC 5" X 7" 100 SHE | 10 | 35.98 | 359.80 |
| 0003230158 | | 1771055 | MG4RC44M 5" X 7" 250 SHEETS | 252 | 59.90 | 15,094.80 |
| 0003230158 | | 1972272 | MG4RC44M 8" X 10" 1000 SHEETS | 15 | 481.29 | 7,219.35 |
| 0003230158 | | 1799178 | MG4RC44M 8" X 10" 50 SHEETS | 210 | 30.44 | 6,392.40 |
| 0003230158 | | 1952252 | MGEXP1M 5" X 500 | 1 | 153.42 | 153.42 |
| 0003230158 | | 1952023 | MGRCCT44M 8" X 10" 100 SHEETS | 10 | 59.10 | 591.00 |
| 0003230158 | | 1170883 | GDS RC1M 10" X 250 | 1 | 157.74 | 157.74 |
| 0003230158 | | 1170915 | GDS RC1M 4" X 500  EO CC3 | 40 | 125.02 | 5,000.80 |
| 0003230158 | | 1170816 | GDS RC44M 4" X 500 | 3 | 125.02 | 375.06 |
| 0003230158 | | 1170465 | MG ART 300 16" X 20" 30 SHEETS | 3 | 119.91 | 359.73 |
| 0003230415 | | 1167999 | IGFB21K 8" X 10" 25 SHEETS | 14 | 35.75 | 500.50 |
| 0003230415 | | 1171994 | MGFB1K CLASSIC 8" X 10" 250 SH | 1 | 171.60 | 171.60 |
| 0003230415 | | 1172298 | MGFB5K CLASSIC 11" X 14" 10 SH | 84 | 17.05 | 1,432.20 |

Continued on page    8

# HARMAN technology Limited

**INVOICE No: EI 10008784**

INVOICE DATE: 26/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile    00 44 1565 873067
Or           00 44 1565 650082
VAT NO: GB 855 6191 02

**INVOICE ADDRESS:**
WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  354224    Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003230415 | MGFB5K CLASSIC 5" X 7" 100 SHE | | 1172203 | 10 | 35.98 | 359.80 |
| 0003230415 | MG4RC1M 16" X 20" 50 SHEETS | | 1770746 | 6 | 117.56 | 705.36 |
| 0003230415 | MG4RC1M 5" X 7" 100 SHEETS | | 1769900 | 260 | 26.53 | 6,897.80 |
| 0003230415 | MG4RC1M 9.5" X 12" 50 SHEETS | | 1770526 | 20 | 34.47 | 689.40 |
| 0003230415 | MG4RC25M 16" X 20" 10 SHEETS | | 1168282 | 8 | 26.52 | 212.16 |
| 0003230415 | MG4RC44M 11" X 14" 50 SHEETS | | 1771578 | 100 | 57.63 | 5,763.00 |
| 0003230415 | MG4RC44M 5" X 7" 25 SHEETS | | 1168309 | 360 | 7.83 | 2,818.80 |
| 0003230415 | MG4RC44M 8" X 10" 25 SHEETS | | 1168310 | 1,463 | 16.35 | 23,920.05 |
| 0003230415 | MGEXP1M 5" X 500 | | 1952252 | 2 | 153.42 | 306.84 |
| 0003230415 | MGFBCT1K 8" X 10" 25 SHEETS | | 1175020 | 19 | 22.60 | 429.40 |
| 0003230415 | MGFBCT1K 11" X 14" 50 SHEETS | | 1175084 | 10 | 77.01 | 770.10 |
| 0003230415 | MGFBWT1K 11" X 14" 10 SHEETS | | 1168383 | 7 | 23.05 | 161.35 |
| 0003230415 | MGFBWT1K 16" X 20" 10 SHEETS | | 1168392 | 16 | 46.79 | 748.64 |
| 0003230415 | MGFBWT1K 20" X 24" 50 SHEETS | | 1865619 | 24 | 298.41 | 7,161.84 |
| 0003230415 | MGFBWT24K 11" X 14" 10 SHEETS | | 1168420 | 42 | 23.05 | 968.10 |
| 0003230415 | MGFBWT24K 16" X 20" 10 SHEETS | | 1168439 | 4 | 46.79 | 187.16 |
| 0003230415 | MGFBWT24K 16" X 20" 50 SHEETS | | 1884584 | 9 | 199.86 | 1,798.74 |

Continued on page   9

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008784

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or              00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:   354224          Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003230415 | MGFBWT24K 20" X 24" 50 SHEETS | | 1884630 | 5 | 298.41 | 1,492.05 |
| 0003230415 | MGRCCT1M 5" X 7" 100 SHEETS | | 1951828 | 10 | 27.04 | 270.40 |
| 0003230415 | MGRCCT1M 8" X 10" 25 SHEETS | | 1168457 | 19 | 16.66 | 316.54 |
| 0003230415 | MGRCCT44M 8" X 10" 100 SHEETS | | 1952023 | 20 | 59.10 | 1,182.00 |
| 0003230415 | MGRCCT44M 8" X 10" 25 SHEETS | | 1168466 | 57 | 16.66 | 949.62 |
| 0003230415 | PFOLIO1K 8" X 10" 25 SHEETS 25 | | 1171235 | 38 | 22.68 | 861.84 |
| 0003230415 | GDS RC1M 5" X 500 EO CC3 | | 1170904 | 2 | 155.67 | 311.34 |
| 0003230415 | GDS RC44M 4" X 500 | | 1170816 | 2 | 125.02 | 250.04 |
| | | | | | TOTAL FOR | 116,448.30 |
| | 3707.90 Photographic Chemicals - Developers and Fixers | | | | 3703.90 | |
| | Country of origin   GERMANY | | | | | |
| 0003229705 | 2000RT DEVELOPER REPLENISHER 5 | | 1758056 | 22 | 29.89 | 657.58 |
| 0003229705 | HYPAM FIXER 5LT WLD | | 1758285 | 14 | 17.91 | 250.74 |
| 0003229954 | 2000RT DEVELOPER REPLENISHER 5 | | 1758056 | 22 | 29.89 | 657.58 |
| 0003229954 | ILFOSOL 3 500ML USA/CAN | | 1176108 | 480 | 6.47 | 3,105.60 |

Continued on page   10

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way, Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone    00 44 1565 650000
Facsimile     00 44 1565 873067
Or              00 44 1565 650082

VAT NO: GB 855 6191 02

**INVOICE No: FI 10008784**

INVOICE DATE: 26/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:   354224       Terms of payment:   60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229954 | ILFOSTOP 500ML WLD | | 1893870 | 296 | 5.52 | 1,633.92 |
| 0003229954 | ILFOTEC DD-X DEVELOPER 1LT | | 1155055 | 144 | 12.35 | 1,778.40 |
| 0003229954 | ILFOTOL WTG AGENT 1LT WLD | | 1905162 | 32 | 12.70 | 406.40 |
| 0003229954 | RAPID FIXER 1LT | | 1984262 | 296 | 7.52 | 2,225.92 |
| 0003229954 | RAPID FIXER 5LT | | 1984565 | 16 | 24.09 | 385.44 |
| 0003229954 | SELENIUM TONER 1LT | | 1143207 | 40 | 13.63 | 545.20 |
| 0003230158 | RAPIC FIXER 500ML | | 1984253 | 344 | 5.09 | 1,750.96 |
| 0003230415 | ILFOTEC RT REPLENISHER 20LT WL | | 1878176 | 3 | 87.07 | 261.21 |
| 0003230415 | BROMOPHEN DEVELOPER 5LT | | 1960549 | 24 | 11.22 | 269.28 |
| 0003230415 | ID11 PACKET | | 1960457 | 264 | 4.51 | 1,190.64 |
| 0003230415 | ID11 PACKET | | 1960475 | 120 | 8.23 | 987.60 |
| 0003230415 | ILFOSOL 3 500ML USA/CAN | | 1176108 | 960 | 6.47 | 6,211.20 |
| 0003230415 | ILFOSTOP 500ML WLD | | 1893870 | 592 | 5.52 | 3,267.84 |
| 0003230415 | ILFOTEC HC DEVELOPER 1LT | | 1155064 | 112 | 33.73 | 3,777.76 |
| 0003230415 | ILFOTOL WTG AGENT 1LT WLD | | 1905162 | 104 | 12.70 | 1,320.80 |
| 0003230415 | MICROPHEN DEV 1LT | | 1173875 | 96 | 4.97 | 477.12 |
| 0003230415 | MULTIGRADE DEVELOPER 500MLCANA | | 1918555 | 768 | 6.68 | 5,130.24 |

Continued on page    11

# HARMAN technology Limited

## INVOICE No: EI 10008784

**INVOICE DATE:** 26/07/2017

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or            00 44 1565 650082
VAT NO:  GB  855 6191 02

**Load No:** 354224      **Terms of payment:**    60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| | MULTIGRADE DEVELOPER 5LT WLD | | 1757855 | 180 | 28.62 | 5,151.60 |
| | Country of origin  UNITED KINGDOM | | | | | |
| 0003230415 | PERCEPTOL 1 PACKET | | 1960529 | 60 | 5.53 | 331.80 |
| 0003230415 | PQU DEVELOPER 500ML | | 1155091 | 104 | 6.28 | 653.12 |
| 0003230415 | RAPIC FIXER 500ML | | 1984253 | 344 | 5.09 | 1,750.96 |
| 0003230415 | RAPID FIXER 5LT | | 1984565 | 270 | 24.09 | 6,504.30 |
| | | | | | TOTAL FOR | 50,683.21 |

5911.31 Textile products & articles for technical uses weighing less
 Country of origin  UNITED KINGDOM

3707.90

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229705 | ANTISTATIC CLOTH ORANGE | | 1203547 | 240 | 7.28 | 1,747.20 |
| 0003229954 | ANTISTATIC CLOTH ORANGE | | 1203547 | 240 | 7.28 | 1,747.20 |
| 0003230158 | ANTISTATIC CLOTH ORANGE | | 1203547 | 240 | 7.28 | 1,747.20 |
| 0003230415 | ANTISTATIC CLOTH ORANGE | | 1203547 | 240 | 7.28 | 1,747.20 |
| | | | | | TOTAL FOR | 6,988.80 |

5911.31

9002.20 Photographic Filters.
 Country of origin  UNITED KINGDOM

Continued on page    12

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile   00 44 1565 873067
Or              00 44 1565 650082

VAT NO: GB 855 6191 02

## INVOICE No: EI  10008784

**INVOICE DATE:** 26/07/2017

**CUSTOMER No:** 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Load No:  354224        Terms of payment:    60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003229705 | MULTIGRADE FILTER BELOW LENS K | | 1762617 | 26 | 53.61 | 1,393.86 |
| 0003229705 | MULTIGRADE FILTER 6"X6" ABOVE | | 1762640 | 120 | 30.42 | 3,650.40 |
| 0003230415 | MULTIGRADE FILTER BELOW LENS K | | 1762617 | 60 | 53.61 | 3,216.60 |
| 9006.53 Photographic Cameras, 35mm, Disposable. | | | | | | |
| Country of origin   JAPAN | | | | | TOTAL FOR | 8,260.86 |
| | | | | | 9002.20 | |
| 0003229705 | SINGLE USE CAMERA XP2 135 24 3 | | 1174186 | 300 | 5.88 | 1,764.00 |
| 0003229954 | SINGLE USE CAMERA XP2 135 24 3 | | 1174186 | 300 | 5.88 | 1,764.00 |
| 0003230415 | SINGLE USE CAMERA XP2 135 24 3 | | 1174186 | 300 | 5.88 | 1,764.00 |
| 9006.59 Photographic Cameras, Non-disposable,With or W/O ViewFinder. | | | | | | |
| Country or origin  UNITED KINGDOM | | | | | TOTAL FOR | 5,292.00 |
| | | | | | 9006.53 | |
| 0003230415 | ILFORD 4X5 PINHOLE CAMERAHARMA | | 1176526 | 4 | 182.79 | 731.16 |
| 0003230415 | ILFORD OBSCURA PINHOLE CAMERA | | 1174029 | 7 | 62.69 | 438.83 |

Continued on page   13

# HARMAN technology Limited

**INVOICE No: EI  10008784**

INVOICE DATE: 26/07/2017

CUSTOMER No: 591034

CUSTOMER VAT No: 27-5005230

**INVOICE ADDRESS:**

WYNIT DISTRIBUTION LLC
2W.WASHINGTON ST. SUITE 500
GREENVILLE
SC 29601
UNITED STATES OF AMERICA

**DELIVERY ADDRESS:**

WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
UNITED STATES OF AMERICA

Registered Office: Whitington Hall,
Whitington Road, Worcester WR5 2ZX

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone  00 44 1565 650000
Facsimile  00 44 1565 873067
Or  00 44 1565 650082
VAT NO:  GB 855 6191 02

Load No:  354224       Terms of payment:  60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|
| 0003230415 | ILFORD OBSCURA PINHOLE CAMERA | | 1175415 | 8 | 50.18 | 401.44 |
| | 9010.50 Apparatus and equipment for photographic laboratories. | | | | | |
| | Country of origin  UNITED KINGDOM | | | | TOTAL FOR | 9006.59 | 1,571.43 |
| 0003230415 | MOD54 3 SPIRAL TANK ACCESSORY | | 1174296 | 8 | 43.58 | 348.64 |
| | 3 spiral tank accessory | | | | | |
| | | | | | TOTAL FOR | 9010.50 | 348.64 |

Continued on page   14

# HARMAN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

## INVOICE No: EI  10008784

**INVOICE DATE:** 26/07/2017

| INVOICE ADDRESS: | DELIVERY ADDRESS: |
|---|---|
| WYNIT DISTRIBUTION LLC | WYNIT DISTRIBUTION LLC |
| 2W.WASHINGTON ST. SUITE 500 | 4655 SHELBY DRIVE |
| GREENVILLE | MEMPHIS |
| SC 29601 | TN 38118 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

**CUSTOMER No:** 591034

**CUSTOMER VAT No:** 27-5005230

Ilford Way,Mobberley,
Knutsford, Cheshire
WA16 7JL
UNITED KINGDOM
Telephone   00 44 1565 650000
Facsimile    00 44 1565 873067
Or             00 44 1565 650082
VAT NO:  GB 855 6191 02

**Load No:** 354224     **Terms of payment:** 60 DAYS FROM IN

| YOUR ORDER | DESCRIPTION | CUSTOMER ITEM NO | HARMAN ITEM NO | QUANTITY SHIPPED | UNIT PRICE USD | AMOUNT USD |
|---|---|---|---|---|---|---|

Was originally PO 3228358

Load  No.    354224 = 36 Packages

TOTAL        536,747.07

Freight Terms                    DDP

EXCEPT WHERE OTHERWISE CLEARLY INDICATED
THE COUNTRY OF ORIGIN OF THESE GOODS IS THE UK
WE HARMAN technology Limited CERTIFY VERIFY THESE
PALLETS HAVE BEEN HEAT TREATED TO 56 DEG C AT
THE CORE FOR 30 MINS ALL TO PHYTOSANITARY REGS
UPL LICENCE No FC0002
THIS IS AN ELECTRONIC INVOICE. THE RESPONSIBLE
PARTY IS JUDITH RANK

## CONDITIONS OF RESALE
The goods include in this invoice are sold on the condition that they shall be sold in their original sealed packages only.  Your acceptance of these goods will be treated as an
acknowledgment that they are sold to you on these terms.

HA**MAN** technology Limited

Invoice No:　E110008784

Customer　591034　　WYNIT DISTRIBUTION LLC

Summary by Tariff Code

| Tariff Code/Origin | | Value | Area |
|---|---|---|---|
| 3702.32 | GB | 113073.28 | 1360.347 |
| 3703.90 | GB | 116448.30 | 9831.404 |
| 3701.99 | GB | 76702.24 | 979.667 |
| 3707.90 | DE | 50683.21 | 6462.000 |
| 9006.53 | JP | 5292.00 | 41.760 |
| 5911.31 | GB | 6988.80 | .000 |
| 9002.20 | GB | 8260.86 | .000 |
| 3702.96 | GB | 131833.16 | 1518.010 |
| 3702.97 | GB | 12704.18 | 271.144 |
| 3703.10 | GB | 12840.97 | 990.690 |
| 9006.59 | GB | 1571.43 | .000 |
| 9010.50 | GB | 348.64 | .000 |

# HAR(AN technology Limited

**Shipping Instruction for SEAFREIGHT DESPATCH**

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:       +44 1565 684357
VAT No.    GB 855 6191 02

## Delivery/Collection Details
COLLECT FROM HARMAN technology
ON WED 26/07/17 @10AM

## Shipping Marks
WYNIT DISTRIBUTION LLC
USA

**Shipment:  354224**

| | |
|---|---|
| Page: | 1 |
| Document Date: | 25/07/2017 |
| Shipment Date: | 25/07/2017 |
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

## Consignee/Delivery Address
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

## Bill of Lading/Special Instructions
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

## Case Details

| | Dimensions | | | | | | | Volume | |
|---|---|---|---|---|---|---|---|---|---|
| 1 GMA PALLET | @ | 120 x 100 x | 62 | cm | = | .744 | cu m |
| 1 GMA PALLET | @ | 120 x 100 x | 71 | cm | = | .852 | cu m |
| 7 GMA PALLET | @ | 120 x 100 x | 72 | cm | = | 6.048 | cu m |
| 4 GMA PALLET | @ | 120 x 100 x | 74 | cm | = | 3.552 | cu m |
| 1 GMA PALLET | @ | 120 x 100 x | 77 | cm | = | .924 | cu m |
| 1 GMA PALLET | @ | 120 x 100 x | 81 | cm | = | .972 | cu m |
| 20 GMA PALLET | @ | 120 x 100 x | 100 | cm | = | 24.000 | cu m |
| 1 GMA PALLET | @ | 120 x 100 x | 155 | cm | = | 1.860 | cu m |
| --- | | | | | | --- | |
| 36 | | | | | | 38.952 | |

## Case Numbers

Numbers  07949/07954   07965/07991   07993/07995

Gross weight = 14834.00

Marks = AS CONSIGNEE ADDRESS

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M. |
|---|---|---|---|---|---|
| 3707.90 | Photographic Chemicals - Developers and Fixers | 7375.12 | 39104.97 | 5707 | EACH |
| 3702.32 | Photographic Film:Rolls.Sensitised.Unexposed.Unperforated. With silver halide emulsion. Width GT 35mm but not 105mm. | 818.84 | 87423.31 | 26804 | EACH |
| 3702.96 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length not exceeding 30m.(NO) | 1044.50 | 101760.71 | 30400 | Number of Units |
| 9006.53 | Photographic Cameras. 35mm, Disposable. (No of Items) | 94.49 | 4102.85 | 900 | Number of Units |
| 5911.31 | Textile products & articles for technical uses weighing less than 650g/m2 (ANTISTATIC CLOTH) | 48.00 | 5411.42 | 960 | EACH |
| 3703.90 | Photographic Paper, Sensitised, Unexposed. In sheets/or rolls where roll width does not exceed 610mm. | 3312.37 | 90066.50 | 3483 | EACH |
| 3701.99 | Photographic Plates & Film, Flat, Sensitised, Unexposed. | 535.79 | 59267.57 | 1831 | EACH |
| 3702.97 | Photographic Film, Sensitised, Rolls, Unexposed, Perforated. Width not exceeding 35mm, Length exceeding 30m.(MT) | 62.15 | 9815.25 | 7747 | METRE |
| 9002.20 | Photographic Filters. (No of Units) | 75.73 | 6444.09 | 206 | Number of Units |
| 3703.10 | Photographic Paper, Sensitised, Unexposed. In rolls of a width exceeding 610mm. | 346.81 | 9891.99 | 29 | EACH |
| 9006.59 | Photographic Cameras. Non-disposable.With or W/O ViewFinder. (No of items/units) | 12.63 | 1213.26 | 19 | Number of Units |
| 9010.50 | Apparatus and equipment for photographic laboratories. (EACH/NO OF ITEMS) | 2.00 | 269.17 | 8 | EACH |

Continued on Page   2

# HARMAN technology Limited

## Shipping Instruction for SEAFREIGHT DESPATCH

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: +44 1565 650000
Fax:        +44 1565 684357
VAT No.   GB 855 6191 02

## Shipment:  354224

Page:     2

**Delivery/Collection Details**
COLLECT FROM HARMAN technology
ON WED 26/07/17 @10AM

**Shipping Marks**
WYNIT DISTRIBUTION LLC
USA

| | |
|---|---|
| Document Date: | 25/07/2017 |
| Shipment Date: | 25/07/2017 |

**Consignee/Delivery Address**
WYNIT DISTRIBUTION LLC
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118

**Bill of Lading/Special Instructions**
Please Issue Data Freight Receipt in Three Copies
Notify John F Kilroy Co., One Cross Island Plaza,
Suite 230E, Rosedale, New York 11422
Consignee Harman ship to Wynit Deliver to door
40ft REEFER

| | |
|---|---|
| Freight Conditions: | DDP |
| Freight and Charges Paid By: | HARMAN TECHNOLOGY |
| Carrier: | KUEHNE NAGEL |
| Customs Duty for the Account of: | CONSIGNEE |

| Tariff Code | Tariff Description | Net Weight | Value | Quantity | U.O.M. |
|---|---|---|---|---|---|
| | Totals | 13728.43 | 414771.09 | | |
| | USD Currency Totals | | 536747.07 | | |

# HARMAN technology Limited

## PACKING SPECIFICATION

Customer Number: 591034
WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046827**

Page: 1
Document Date: 25/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707949 | 455.00 | 425.66 | 120/100/71 | | | | | | | |
| | | 98.56 | | 1758285 | 14 | EA | HYPAM FIXER 5lt | 51D052 | 210630 /005 | 0003229705 |
| | | 139.70 | | 1758056 | 22 | EA | 2000RT DEV/REP 5lt | 50B028 | 210630 /001 | 0003229705 |
| | | 76.20 | | 1758056 | 12 | EA | 2000RT DEV/REP 5lt | 50B028 | 210822 /001 | 0003229954 |
| | | 111.20 | | 1984565 | 16 | EA | RAPID FIXER 5lt | 52D009 | 210822 /011 | 0003229954 |
| 251707950 | 274.00 | 245.50 | 120/100/100 | | | | | | | |
| | | 39.60 | | 1780602 | 1200 | EA | DP100 135 24 | 50ATB1C010 | 210630 /012 | 0003229705 |
| | | 48.10 | | 1748192 | 1300 | EA | DP400 135 36 | 46ATH1C010 | 210822 /022 | 0003229954 |
| | | 39.60 | | 1700682 | 1200 | EA | FP4+ 135 24 | 43BFX1C040 | 210822 /025 | 0003229954 |
| | | 67.20 | | 1700646 | 2100 | EA | HP5+ 135 24 | 52BHE2C050 | 210822 /027 | 0003229954 |
| | | 24.00 | | 1780668 | 800 | EA | DP400 120 | 52BTG1C010 | 210822 /019 | 0003229954 |
| | | 27.00 | | 1678169 | 900 | EA | FP4+ 120 | 49DFN1C020 | 210822 /023 | 0003229954 |
| 251707951 | 565.00 | 585.98 | 120/100/100 | | | | | | | |
| | | 330.40 | | 1176108 | 472 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 210822 /004 | 0003229954 |
| | | 5.60 | | 1176108 | 8 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 210822 /004 | 0003229954 |
| | | 63.50 | | 1758056 | 10 | EA | 2000RT DEV/REP 5lt | 50B028 | 210822 /001 | 0003229954 |
| | | 186.48 | | 1893870 | 296 | EA | ILFOSTOP 500ml WLD | 53A014 | 210822 /005 | 0003229954 |
| 251707952 | 328.00 | 262.39 | 120/100/100 | | | | | | | |
| | | 39.00 | | 1629017 | 1300 | EA | HP5+ 120 | 52DHN1C010 | 210822 /026 | 0003229954 |
| | | 5.92 | | 1771055 | 4 | EA | MG4RC44M 12.7x17.8cm 250 | 47D505C30 | 210822 /055 | 0003229954 |
| | | 23.68 | | 1771055 | 16 | EA | MG4RC44M 12.7x17.8cm 250 | 51E507C25 | 210822 /055 | 0003229954 |
| | | 9.00 | | 1203547 | 180 | EA | ANTISTATIC CLOTH ORANGE | 54D | 210630 /007 | 0003229705 |
| | | 31.50 | | 1174186 | 300 | EA | SUC+FL XP2 135 24+3 | 54C | 210630 /004 | 0003229705 |
| | | 29.29 | | 1174186 | 279 | EA | SUC+FL XP2 135 24+3 | 54C | 210822 /003 | 0003229954 |
| | | 2.20 | | 1174186 | 21 | EA | SUC+FL XP2 135 24+3 | 54E | 210822 /003 | 0003229954 |
| | | 15.00 | | 1706594 | 500 | EA | PANF+ 120 | 41DPN1C010 | 209739 /012 | 312423 |
| | | 6.40 | | 1901029 | 200 | EA | SFX200 120 | 51BNR7X010 | 210630 /023 | 0003229705 |

Continued on Page   2

# HARMAN technology Limited

**PACKING SPECIFICATION**

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

**Consignment: 046827**

Page: 2
Document Date: 25/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 22.40 | | 1839649 | 700 | EA | XP2S 120 | 43GXN1C010 | 210630 /025 | 0003229705 |
| | | 54.00 | | 1921535 | 1800 | EA | DP3200 120 | 52CSK1C020 | 210822 /017 | 0003229954 |
| | | 24.00 | | 1780668 | 800 | EA | DP400 120 | 52BTG1C010 | 210822 /019 | 0003229954 |
| 2517707953 | 468.00 | 438.08 | 120/100/62 | | | | | | | |
| | | 34.88 | | 1905162 | 32 | EA | ILFOTOL WTG AGENT 1lt WLD | 51C032 | 210822 /007 | 0003229954 |
| | | 403.20 | | 1984262 | 288 | EA | RAPID FIXER 1lt | 53A020 | 210822 /010 | 0003229705 |
| 2517707954 | 243.00 | 215.19 | 120/100/77 | | | | | | | |
| | | 6.10 | | 1168439 | 4 | EA | MGFBWT24K 40.6x50.8cm 10 (Bx) | 48C601C33 | 210822 /062 | 0003229954 |
| | | 8.94 | | 1170465 | 3 | EA | MG ART 300 40.6x50.8cm 30 | 51A601C47 | 210822 /066 | 0003229954 |
| | | 6.39 | | 1678325 | 9 | EA | FP4+ 8x10in 25 | 43BFM1C02 | 210409 /020 | 0003229086 |
| | | 16.00 | | 1743445 | 80 | EA | DP100 4x5in 25 | 50ATR2C01 | 210630 /013 | 0003229705 |
| | | 7.05 | | 1765829 | 30 | EA | DP400 35x30.5m | 40ATN1C01 | 210630 /014 | 0003229705 |
| | | 15.20 | | 1678279 | 80 | EA | FP4+ 4x5in 25 | 43BFM1C02 | 210630 /017 | 0003229705 |
| | | 21.30 | | 1678325 | 30 | EA | FP4+ 8x10in 25 | 43BFM1C02 | 210630 /018 | 0003229705 |
| | | 7.05 | | 1765829 | 30 | EA | DP400 35x30.5m | 40ATN1C01 | 210822 /020 | 0003229954 |
| | | 13.50 | | 1649734 | 54 | EA | FP4+ 35x30.5m | 46AFX1C02 | 210822 /024 | 0003229954 |
| | | 9.00 | | 1649734 | 36 | EA | FP4+ 35x30.5m | 49DFX1C02 | 210822 /024 | 0003229954 |
| | | 45.60 | | 1629172 | 240 | EA | HP5+ 4x5in 25 | 44DHK1C02 | 210822 /031 | 0003229954 |
| | | 3.00 | | 1203547 | 60 | EA | ANTISTATIC CLOTH ORANGE | 54D | 210630 /007 | 0003229705 |
| | | 12.00 | | 1203547 | 240 | EA | ANTISTATIC CLOTH ORANGE | 54D | 210822 /013 | 0003229954 |
| | | 11.00 | | 1170883 | 2 | EA | GDS RC1M 25.4x76m EO CC3 | 53D271X57 | 210630 /065 | 0003229705 |
| | | 4.11 | | 1628155 | 1 | EA | IGFB21K 40.6x50.8cm 50 | 57G101C39 | 209928 /041 | 3228566 |
| | | 27.20 | | 1171004 | 4 | EA | GDS RC44M 15.2x150m EO CC3 | 50D271X86 | 210630 /002 | 0003229705 |
| | | 1.75 | | 1839621 | 7 | EA | XP2S 35x30.5m | 44GXL1C060 | 210630 /026 | 0003229705 |
| 2517707965 | 604.00 | 556.05 | 120/100/100 | | | | | | | |
| | | 9.24 | | 1605734 | 6 | EA | ISRC31M 20.3x25.4cm 100 | 43C320C59 | 210822 /037 | 0003229954 |
| | | 38.61 | | 1703405 | 9 | EA | SP746P31M 21.6x27.9cm 250 | 43C320C57 | 210268 /089 | 3228805 |

Continued on Page   3

# HARMAN technology Limited

## PACKING SPECIFICATION

Customer Number: 591034

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment:  046827**

Page:            3
Document Date:   25/07/2017
Route:           05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 221.10 | | 1972272 | 15 | EA | MG4RC44M 20.3x25.4cm 1000 | 51E505C61 | 210409 /046 | 0003229086 |
| | | 66.00 | | 1771934 | 40 | EA | MG4RC25M 12.7x17.8cm 250 | 51E503C64 | 210409 /044 | 0003229086 |
| | | 221.10 | | 1972272 | 15 | EA | MG4RC44M 20.3x25.4cm 1000 | 51E507C60 | 211108 /012 | 0003230158 |
| 251707966 | 418.00 | 373.18 | 120/100/100 | | | | | | | |
| | | 23.58 | | 1762840 | 90 | EA | MGFILT 15.2x15.2cm 00-5 | 53D | 210630 /010 | 0003229705 |
| | | 184.60 | | 1769900 | 260 | EA | MG4RC1M 12.7x17.8cm 100 | 51E501C01 | 211344 /065 | 0003230415 |
| | | 165.00 | | 1771578 | 100 | EA | MG4RC44M 27.9x35.6cm 50 | 51E507C85 | 211344 /068 | 0003230415 |
| 251707967 | 287.00 | 259.20 | 120/100/100 | | | | | | | |
| | | 216.00 | | 1574577 | 6000 | EA | HP5+ 135 36 | 54BHE1C02 | 211344 /046 | 0003230415 |
| | | 43.20 | | 1574577 | 1200 | EA | HP5+ 135 36 | 54BHE1C010 | 211344 /046 | 0003230415 |
| 251707968 | 332.00 | 291.00 | 120/100/100 | | | | | | | |
| | | 210.00 | | 1629017 | 7000 | EA | HP5+ 120 | 54BHN1C03 | 211344 /043 | 0003230415 |
| | | 6.00 | | 1629017 | 200 | EA | HP5+ 120 | 54BHN1C020 | 211344 /043 | 0003230415 |
| | | 15.00 | | 1706594 | 500 | EA | PANF+ 120 | 54CPN1C01 | 209928 /037 | 3228566 |
| | | 15.00 | | 1706594 | 500 | EA | PANF+ 120 | 54CPN1C01 | 210268 /037 | 3228805 |
| | | 15.00 | | 1706594 | 500 | EA | PANF+ 120 | 54CPN1C01 | 210630 /020 | 0003229705 |
| | | 30.00 | | 1706594 | 1000 | EA | PANF+ 120 | 54CPN1C01 | 211344 /051 | 0003230415 |
| 251707969 | 357.00 | 313.50 | 120/100/100 | | | | | | | |
| | | 256.50 | | 1168310 | 513 | EA | MG4RC44M 20.3x25.4cm 25 (Bx) | 51E505C96 | 211344 /071 | 0003230415 |
| | | 57.00 | | 1168310 | 114 | EA | MG4RC44M 20.3x25.4cm 25 (Bx) | 51E505C96 | 211344 /071 | 0003230415 |
| 251707970 | 327.00 | 300.08 | 120/100/100 | | | | | | | |
| | | 32.00 | | 1743399 | 1000 | EA | DP100 120 | 54CTA1C01 | 210268 /020 | 3228805 |
| | | 32.00 | | 1743399 | 1000 | EA | DP100 120 | 54CTA1C01 | 210409 /011 | 0003229086 |
| | | 49.44 | | 1743399 | 1545 | EA | DP100 120 | 54CTA1C01 | 211344 /024 | 0003230415 |
| | | 31.84 | | 1743399 | 995 | EA | DP100 120 | 54CTA1C01 | 210822 /015 | 0003229954 |
| | | 24.00 | | 1678169 | 800 | EA | FP4+ 120 | 49DFN1C01 | 211108 /005 | 0003230158 |
| | | 36.00 | | 1678169 | 1200 | EA | FP4+ 120 | 49DFN1C01 | 211344 /036 | 0003230415 |

Continued on Page    4

# HAR AN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

## PACKING SPECIFICATION

**Customer Number: 591034**

WYNIT DISTRIBUTION LLC

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

**Consignment: 046827**

Page: 4
Document Date: 25/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517707971 | 355.00 | 24.00 | 120/100/100 | 1921535 | 800 | EA | DP3200 120 | 52CSK1C02 | 211344 /030 | 0003230415 |
|  |  | 24.00 |  | 1780668 | 800 | EA | DP400 120 | 52BTG1C01 | 211344 /032 | 0003230415 |
|  |  | 6.40 |  | 1901029 | 200 | EA | SFX200 120 | 51BNRT7X01 | 211344 /053 | 0003230415 |
|  |  | 22.40 |  | 1839649 | 700 | EA | XP2S 120 | 43GXN1C01 | 211344 /054 | 0003230415 |
|  |  | 18.00 |  | 1921535 | 600 | EA | DP3200 120 | 52CSK1C02 | 210822 /070 | 0003229954 |
|  |  | **313.50** |  |  |  |  |  |  |  |  |
| 2517707972 | 272.00 | 120.50 | 120/100/100 | 1168310 | 241 | EA | MG4RC44M 20.3x25.4cm 25 (Bx) | 51E505C96 | 211344 /071 | 0003230415 |
|  |  | 193.00 |  | 1168310 | 386 | EA | MG4RC44M 20.3x25.4cm 25 (Bx) | 51E505C96 | 211344 /071 | 0003230415 |
|  |  | **232.20** |  |  |  |  |  |  |  |  |
| 2517707973 | 383.00 | 192.00 | 120/100/100 | 1700646 | 6000 | EA | HP5+ 135 24 | 54BHE1C05 | 211344 /045 | 0003230415 |
|  |  | 9.60 |  | 1700646 | 300 | EA | HP5+ 135 24 | 52BHE2C050 | 211344 /045 | 0003230415 |
|  |  | 30.60 |  | 1780624 | 900 | EA | DP100 135 36 | 50ATB1C02 | 211344 /026 | 0003230415 |
|  |  | **354.20** |  |  |  |  |  |  |  |  |
| 2517707974 | 284.00 | 13.48 | 120/100/100 | 1168419 | 24 | EA | MGFBWT24K 20.3x25.4cm 25 (Bx) | 48C601C78 | 210630 /058 | 0003229705 |
|  |  | 29.22 |  | 1168419 | 52 | EA | MGFBWT24K 20.3x25.4cm 25 (Bx) | 48C601C29 | 210630 /058 | 0003229705 |
|  |  | 28.50 |  | 1168466 | 57 | EA | MGRCCT44M 20.3x25.4cm 25 (Bx) | 45D421C80 | 211344 /087 | 0003230415 |
|  |  | 104.50 |  | 1168310 | 209 | EA | MG4RC44M 20.3x25.4cm 25 (Bx) | 51E505C96 | 211344 /071 | 0003230415 |
|  |  | 178.50 |  | 1799178 | 210 | EA | MG4RC44M 20.3x25.4cm 50 | 51E507C43 | 211108 /013 | 0003230158 |
|  |  | **254.80** |  |  |  |  |  |  |  |  |
| 2517707975 | 449.00 | 39.60 | 120/100/100 | 1780602 | 1200 | EA | DP100 135 24 | 50ATB1C01 | 211344 /025 | 0003230415 |
|  |  | 16.50 |  | 1748165 | 500 | EA | DP400 135 24 | 52BTH1C01 | 211344 /034 | 0003230415 |
|  |  | 48.10 |  | 1748192 | 1300 | EA | DP400 135 36 | 52BTH1C02 | 211344 /035 | 0003230415 |
|  |  | 22.20 |  | 1649651 | 600 | EA | FP4+ 135 24 | 49DFX1C04 | 211108 /006 | 0003230158 |
|  |  | 39.60 |  | 1700682 | 1200 | EA | FP4+ 135 24 | 49DFX1C01 | 211344 /037 | 0003230415 |
|  |  | 44.40 |  | 1649651 | 1200 | EA | FP4+ 135 36 | 49DFX1C04 | 211344 /038 | 0003230415 |
|  |  | 44.40 |  | 1839575 | 1200 | EA | XP2S 135 36 | 38GXL1C05 | 211344 /056 | 0003230415 |
|  |  | **369.92** |  |  |  |  |  |  |  |  |

Continued on Page   5

# HAR⊙AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL.
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Consignment: 046827**

Page: 5
Document Date: 25/07/2017
Route: 05035

Customer Number: 591034
WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707976 | 276.00 | 220.40 | 120/100/100 | | | | | | | |
| | 86.40 | | | 1168309 | 360 | EA | MG4RC44M 12.7x17.8cm 25 (Bx) | 51E507C84 | 211344 /069 | 0003230415 |
| | 118.40 | | | 1771055 | 80 | EA | MG4RC44M 12.7x17.8cm 250 | 51E507C65 | 211108 /011 | 0003230158 |
| | 13.32 | | | 1771055 | 9 | EA | MG4RC44M 12.7x17.8cm 250 | 52A502C30 | 211108 /011 | 0003230158 |
| | 11.20 | | | 1168282 | 8 | EA | MG4RC25M 40.6x50.8cm 10 (Bx) | 51E503C37 | 211344 /067 | 0003230158 |
| | 140.60 | | | 1771055 | 95 | EA | MG4RC44M 12.7x17.8cm 250 | 51E507C25 | 211108 /011 | 0003230158 |
| 251707977 | 485.00 | 408.48 | 120/100/155 | | | | | | | |
| | 52.92 | | | 1172298 | 84 | EA | MGFB5K CLAS 27.9x35.6cm 10(Bx) | 53C702C39 | 211344 /060 | 0003230415 |
| | 5.50 | | | 1170883 | 1 | EA | GDS RC1M 25.4x76m EO CC3 | 53D271X57 | 211108 /017 | 0003230158 |
| | 67.20 | | | 1168273 | 112 | EA | MG4RC25M 27.9x35.6cm 10 (Bx) | 51E503C62 | 210268 /066 | 3228805 |
| | 13.51 | | | 1172445 | 1 | EA | MGFB5K CLASSIC 127x30m EICC3 | 50C773X66 | 211344 /063 | 0003230415 |
| | 135.10 | | | 1833809 | 10 | EA | MG4FB1K 127x30m EICC3 | 51C701C28 | 210822 /042 | 0003229954 |
| | 100.64 | | | 1771055 | 68 | EA | MG4RC44M 12.7x17.8cm 250 | 51E507C65 | 211108 /011 | 0003230158 |
| | 6.75 | | | 1172126 | 3 | EA | MGFB1K CLASSI 50.8x61cm 10(Bx) | 53C701C75 | 210630 /034 | 0003229705 |
| | 17.28 | | | 1173875 | 96 | EA | MICROPHEN DEV 1Lt | 51B116 | 211344 /011 | 0003230415 |
| | 1.72 | | | 1176526 | 4 | EA | ILFORD 4x5 PINHOLE CAMERA | NB | 211344 /096 | 0003230415 |
| | 7.86 | | | 1762640 | 30 | EA | MGFILT 15.2x15.2cm 00-5 | 53D | 210630 /010 | 0003229705 |
| 251707978 | 477.00 | 438.60 | 120/100/72 | | | | | | | |
| | 438.60 | | | 1757855 | 68 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 211344 /013 | 0003230415 |
| 251707979 | 478.00 | | 120/100/72 | | | | | | | |
| | 141.90 | | | 1757855 | 22 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 211344 /013 | 0003230415 |

Continued on Page 6

# HAR)(AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall, Whittington Road, Worcester WR5 2ZX
HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**
WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Consignment: **046827**
Page: 6
Document Date: 25/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707980 | 449.00 | 296.70 | | 1757855 | 46 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 211344 /013 | 0003230415 |
| | | 401.38 | 120/100/100 | 1902459 | 10 | EA | MGRCWT44M 12.7x17.8cm 100 | 53D802C46 | 210409 /055 | 0003229086 |
| | | 7.00 | | 1884584 | 9 | EA | MGFBWT24K 40.6x50.8cm 50 | 48C601C26 | 211344 /082 | 0003230415 |
| | | 36.99 | | 1172126 | 4 | EA | MGFB1K CLASSI 50.8x61cm 10(Bx) | 53C701C75 | 210630 /034 | 0003229705 |
| | | 9.00 | | 1170816 | 3 | EA | GDS RC44M 10.2x150m EO CC3 | 43D270X84 | 211108 /019 | 0003230158 |
| | | 13.38 | | 1952252 | 1 | EA | MGEXP1M 12.7x152m EO | 40D420C93 | 211108 /014 | 0003230158 |
| | | 5.53 | | 1952023 | 1 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C81 | 211108 /016 | 0003230158 |
| | | 1.58 | | 1952023 | 7 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C24 | 211108 /016 | 0003230158 |
| | | 11.06 | | 1952023 | 2 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C78 | 211108 /016 | 0003230158 |
| | | 3.16 | | 1678307 | 46 | EA | FP4+ 5x7in 25 | 49DFM1C01 | 211344 /041 | 0003230415 |
| | | 12.60 | | 1629200 | 46 | EA | HP5+ 5x7in 25 | 44DHK1C02 | 211344 /049 | 0003230415 |
| | | 12.60 | | 1707814 | 30 | EA | PANF+ 35x30.5m | 41DPS7X01 | 211344 /052 | 0003230415 |
| | | 7.50 | | 1167999 | 3 | EA | IGFB21K 20.3x25.4cm 25 (Bx) | 45G101C49 | 211344 /057 | 0003230415 |
| | | 1.80 | | 1167999 | 8 | EA | IGFB21K 20.3x25.4cm 25 (Bx) | 45G101C25 | 211344 /057 | 0003230415 |
| | | 4.80 | | 1167999 | 3 | EA | IGFB21K 20.3x25.4cm 25 (Bx) | 57G101C40 | 211344 /057 | 0003230415 |
| | | 1.80 | | 1952252 | 2 | EA | MGEXP1M 12.7x152m EO | 40D420C93 | 211344 /072 | 0003230415 |
| | | 11.06 | | 1175084 | 10 | EA | MGFBCT1K 27.9x35.6cm 50 | 37C903C41 | 211344 /075 | 0003230415 |
| | | 18.30 | | 1952023 | 20 | EA | MGRCCT44M 20.3x25.4cm 100 | 45D421C78 | 211344 /086 | 0003230415 |
| | | 31.60 | | 1951828 | 10 | EA | MGRCCT1M 12.7x17.8cm 100 | 40D420C76 | 211344 /084 | 0003230415 |
| | | 7.10 | | 1170904 | 2 | EA | GDS RC44M 10.2x150m EO CC3 | 53A270X14 | 211344 /093 | 0003230415 |
| | | 11.06 | | 1170816 | 2 | EA | GDS RC44M 10.2x150m EO CC3 | 43D270X84 | 211344 /094 | 0003230415 |
| | | 8.92 | | 1175415 | 4 | EA | ILFORD OBSCURA PINHOLE CAMERA | 53C | 211344 /098 | 0003230415 |
| | | 2.20 | | 1175415 | 4 | EA | ILFORD OBSCURA PINHOLE CAMERA | 54E | 211344 /098 | 0003230415 |
| | | 2.20 | | 1174296 | 8 | EA | MOD54 | NB | 211344 /099 | 0003229954 |
| | | 2.00 | | 1672109 | 4 | EA | CSTRIP 35x100ft UPE|CP2P | 55BFX1C01 | 210822 /014 | 0003229954 |
| | | 1.24 | | 1865619 | 24 | EA | MGFBWT1K 50.8x61cm 50 | 54E603C51 | 211344 /078 | 0003230415 |
| | | 146.40 | | | | | | | | |

Continued on Page    7

# HAR(AN technology Limited

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

## PACKING SPECIFICATION

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

Shipping Marks

Consignment: **046827**

Page: 7
Document Date: 25/07/2017
Route: 05035

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707981 | 482.00 | 30.50 | | 1884630 | 5 | EA | MGFBWT24K 50.8x61cm 50 | 48C601C26 | 211344 /083 | 0003230415 |
| | | 450.60 | 120/100/ 72 | | | | | | | |
| | | 166.80 | | 1984565 | 24 | EA | RAPID FIXER 5lt | 52D009 | 211344 /018 | 0003230415 |
| | | 283.80 | | 1757855 | 44 | EA | MULTIGRADE DEV 5lt WLD | 53A011 | 211344 /013 | 0003230415 |
| 251707982 | 367.00 | 369.25 | 120/100/100 | | | | | | | |
| | | 91.20 | | 1629172 | 480 | EA | HP5+ 4x5in 25 | 44DHK1C02 | 211108 /008 | 0003230158 |
| | | 45.60 | | 1629172 | 240 | EA | HP5+ 4x5in 25 | 44DHK1C02 | 210822 /072 | 0003229954 |
| | | 32.00 | | 1743445 | 160 | EA | DP100 4x5in 25 | 50ATR1C010 | 211344 /028 | 0003230415 |
| | | 7.05 | | 1765829 | 30 | EA | DP400 35x30.5m | 52BTH1C010 | 211344 /033 | 0003230415 |
| | | 23.80 | | 1678288 | 40 | EA | FP4+ 4x5in 100 | 43BFM1C020 | 211344 /039 | 0003230415 |
| | | 15.20 | | 1678279 | 80 | EA | FP4+ 4x5in 25 | 43BFM1C020 | 211344 /040 | 0003230415 |
| | | 42.60 | | 1678325 | 60 | EA | FP4+ 8x10in 25 | 49DFM1C010 | 211344 /042 | 0003230415 |
| | | 48.80 | | 1629181 | 80 | EA | HP5+ 4x5in 100 | 44DHK1C010 | 211344 /048 | 0003230415 |
| | | 42.00 | | 1887710 | 1200 | EA | DP3200 135 36 | 52CSK1C01 | 211344 /031 | 0003230415 |
| | | 21.00 | | 1887710 | 600 | EA | DP3200 135 36 | 52CSK1C01 | 210822 /071 | 0003229954 |
| 251707983 | 486.00 | 472.60 | 120/100/ 72 | | | | | | | |
| | | 458.70 | | 1984565 | 66 | EA | RAPID FIXER 5lt | 52D009 | 211344 /018 | 0003230415 |
| | | 13.90 | | 1984565 | 2 | EA | RAPID FIXER 5lt | 52D086 | 211344 /018 | 0003230415 |
| 251707984 | 264.00 | 242.18 | 120/100/100 | | | | | | | |
| | | 6.30 | | 1902459 | 9 | EA | MGRCWT44M 12.7x17.8cm 100 | 53D802C28 | 210409 /055 | 0003229086 |
| | | 0.70 | | 1902459 | 1 | EA | MGRCWT44M 12.7x17.8cm 100 | 53D802C46 | 210409 /055 | 0003229086 |
| | | 13.39 | | 1762617 | 26 | EA | MGFILT B/LENS kit 00-5 | 54B | 210630 /008 | 0003229705 |
| | | 1.03 | | 1762617 | 2 | EA | MGFILT B/LENS kit 00-5 | 54B | 211344 /022 | 0003230415 |
| | | 29.87 | | 1762617 | 58 | EA | MGFILT B/LENS kit 00-5 | 54E | 211344 /022 | 0003230415 |
| | | 14.40 | | 1743490 | 20 | EA | DP100 8x10in 25 | 50ATR2C01 | 211344 /029 | 0003230415 |
| | | 28.14 | | 1168420 | 42 | EA | MGFBWT24K 27.9x35.6cm 10 (Bx) | 48C601C52 | 211344 /079 | 0003230415 |
| | | 22.80 | | 1171235 | 38 | EA | PFOLIO1K 20.3x25.4cm 25 (255) | 42G502C97 | 211344 /090 | 0003230415 |

Continued on Page    8

# HAR·AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

**Customer Number:** 591034

WYNIT DISTRIBUTION LLC

**Consignment:** 046827

| | |
|---|---|
| Page: | 8 |
| Document Date: | 25/07/2017 |
| Route: | 05035 |

**Consignee/Delivery Address**

**Shipping Marks**

4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Spc Flls. Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 35.70 | | 1743454 | 60 | EA | DP100 4x5in 100 | 50ATR1C020 | 211344 /027 | 0003230415 |
| | | 9.25 | | 1656031 | 37 | EA | HP5+ 35x30.5m | 52BHE2C050 | 211344 /044 | 0003230415 |
| | | 56.80 | | 1629228 | 80 | EA | HP5+ 8x10in 25 | 47BHK1C01 | 211344 /050 | 0003230415 |
| | | 23.80 | | 1770526 | 20 | EA | MG4RC1M 24x30.5cm 50 | 52A501C84 | 211344 /066 | 0003230415 |
| 257707985 | 488.00 | 472.60 | 120/100/ 72 | | | | | | | |
| | | 472.60 | | 1984565 | 68 | EA | RAPID FIXER 5lt | 52D086 | 211344 /018 | 0003230415 |
| 257707986 | 368.00 | 330.30 | 120/100/100 | | | | | | | |
| | | 5.53 | | 1170993 | 1 | EA | GDS RC44M 12.7x150m EO CC3 | 53A271X38 | 211108 /001 | 0003230158 |
| | | 158.40 | | 1170915 | 36 | EA | GDS RC1M 10.2x150m EO CC3 | 53D271X55 | 211108 /018 | 0003230158 |
| | | 17.60 | | 1170915 | 4 | EA | GDS RC1M 10.2x150m EO CC3 | 53D271X39 | 211108 /018 | 0003230158 |
| | | 12.00 | | 1203547 | 240 | EA | ANTISTATIC CLOTH ORANGE | NB | 211108 /004 | 0003230415 |
| | | 12.00 | | 1203547 | 240 | EA | ANTISTATIC CLOTH ORANGE | NB | 211344 /021 | 0003230415 |
| | | 21.60 | | 1770746 | 6 | EA | MG4RC1M 40.6x50.8cm 50 | 52A501C06 | 211344 /064 | 0003230415 |
| | | 24.41 | | 1168392 | 16 | EA | MGFBWT1K 40.6x50.8cm 10 (Bx) | 51A602C15 | 211344 /077 | 0003230415 |
| | | 47.52 | | 1960457 | 264 | EA | ID11 DEV 1lt | 52D134 | 211344 /004 | 0003230158 |
| | | 3.24 | | 1172203 | 4 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 50C773X67 | 211108 /010 | 0003230158 |
| | | 4.86 | | 1172203 | 6 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 53C702C16 | 211108 /010 | 0003230158 |
| | | 8.94 | | 1170465 | 3 | EA | MG ART 300 40.6x50.8cm 50 | 51A601C47 | 211108 /020 | 0003230158 |
| | | 8.10 | | 1172203 | 10 | EA | MGFB5K CLASSIC 12.7x17.8cm 100 | 53C702C16 | 211344 /062 | 0003230415 |
| | | 6.10 | | 1168439 | 4 | EA | MGFBWT24K 40.6x50.8cm 10 (Bx) | 48C601C33 | 211344 /081 | 0003230415 |
| 257707987 | 507.00 | 472.60 | 120/100/ 72 | | | | | | | |
| | | 139.00 | | 1984565 | 20 | EA | RAPID FIXER 5lt | 52D086 | 211344 /018 | 0003230415 |
| | | 333.60 | | 1984565 | 48 | EA | RAPID FIXER 5lt | 52D086 | 211344 /018 | 0003230415 |
| 257707988 | 236.00 | 210.17 | 120/100/100 | | | | | | | |
| | | 9.50 | | 1168457 | 19 | EA | MGRCCT1M 20.3x25.4cm 25 (Bx) | 40D420C06 | 211344 /085 | 0003230415 |
| | | 6.51 | | 1174029 | 7 | EA | ILFORD OBSCURA PINHOLE KIT | 54D | 211344 /097 | 0003230415 |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 52BHE2C020 | 211108 /007 | 0003230158 |

Continued on Page    9

# HARMAN technology Limited

## PACKING SPECIFICATION

Registered Office: Whittington Hall,
Whittington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

Consignee/Delivery Address
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Consignment:** 046827

Page: 9
Document Date: 25/07/2017
Route: 05035

Shipping Marks

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 15.36 | | 1960549 | 24 | EA | BROMOPHEN DEV 5lt | 52B088 | 211344 /003 | 0003230415 |
| | | 76.80 | | 1960475 | 120 | EA | ID11 DEV 5lt | 52D143 | 211344 /005 | 0003230415 |
| | | 12.60 | | 1960529 | 60 | EA | PERCEPTOL DEV 1lt | 52B091 | 211344 /014 | 0003230415 |
| | | 9.30 | | 1574616 | 6 | EA | HP5+ 135 36 PP50 | 52BHE2C020 | 211344 /047 | 0003230415 |
| | | 31.50 | | 1174186 | 300 | EA | SUC+FL XP2 135 24+3 | 54E | 211344 /002 | 0003230415 |
| | | 4.59 | | 1171994 | 1 | EA | MGFB1K CLASSIC 20.3x25.4cm 250 | 52D701C10 | 211344 /059 | 0003230415 |
| | | 10.65 | | 1175020 | 19 | EA | MGFBCT1K 20.3x25.4cm 25 (Box) | 37C903C58 | 211344 /074 | 0003230415 |
| | | 4.48 | | 1168383 | 7 | EA | MGFBWT1K 27.9x35.6cm 10 (Bx) | 48C602C08 | 211344 /076 | 0003230415 |
| | | 4.86 | | 1174997 | 6 | EA | MGFBCT1K 12.7x17.8cm 100 | 52D902C98 | 210822 /058 | 0003229954 |
| | | 14.56 | | 1743399 | 455 | EA | DP100 120 | 50ATA1C010 | 211344 /024 | 0003230415 |
| | | 0.16 | | 1743399 | 5 | EA | DP100 120 | 50ATA1C010 | 210822 /015 | 0003229954 |
| 251707989 | 476.00 | 444.96 | 120/100/ 72 | | | | | | | |
| | | 291.90 | | 1984565 | 42 | EA | RAPID FIXER 5lt | 52D086 | 211344 /018 | 0003230415 |
| | | 39.54 | | 1878176 | 3 | EA | ILFOTEC RT DEV/REP 20lt WLD | 53A028 | 211344 /001 | 0003230415 |
| | | 113.52 | | 1155064 | 88 | EA | ILFOTEC HC DEVELOPER 1 LITRE | 52A005 | 211344 /009 | 0003230415 |
| 251707990 | 602.00 | 568.24 | 120/100/ 81 | | | | | | | |
| | | 93.84 | | 1918555 | 136 | EA | MULTIGRADE DEV 500ml USA/CAN | 53D014 | 211344 /012 | 0003230415 |
| | | 11.20 | | 1984262 | 8 | EA | RAPID FIXER 1lt | 53A020 | 210822 /010 | 0003229954 |
| | | 197.28 | | 1155055 | 144 | EA | ILFOTEC DD-X DEV 1lt | 52D022 | 210822 /006 | 0003229954 |
| | | 54.00 | | 1143207 | 40 | EA | SELENIUM TONER 1lt | 49B012 | 210822 /012 | 0003230415 |
| | | 30.96 | | 1155064 | 24 | EA | ILFOTEC HC DEVELOPER 1 LITRE | 52A005 | 211344 /005 | 0003230415 |
| | | 67.60 | | 1155091 | 104 | EA | PQU DEVELOPER 500ML | 61A006 | 211344 /015 | 0003230415 |
| | | 113.36 | | 1905162 | 104 | EA | ILFOTOL WTG AGENT 1lt WLD | 51C032 | 211344 /010 | 0003230415 |
| 251707991 | 515.00 | 502.08 | 120/100/ 74 | | | | | | | |
| | | 436.08 | | 1918555 | 632 | EA | MULTIGRADE DEV 500ml USA/CAN | 53D014 | 211344 /012 | 0003230415 |
| | | 66.00 | | 1984253 | 88 | EA | RAPID FIXER 500ml | 52D027 | 211108 /003 | 0003230158 |
| 251707993 | 542.00 | 525.60 | 120/100/ 74 | | | | | | | |

Continued on Page   10

# HAR**O**AN technology Limited

## PACKING SPECIFICATION

Registered Office: Whitlington Hall,
Whitlington Road, Worcester WR5 2ZX

HARMAN technology Limited
Mobberley, Knutsford, Cheshire, England. WA16 7JL
Telephone: 0044 1565 650000
Fax: 0044 1565 684357

Customer Number: **591034**

WYNIT DISTRIBUTION LLC

**Consignment: 046827**

Page:              10
Document Date:   25/07/2017
Route:            05035

**Consignee/Delivery Address**
4655 SHELBY DRIVE
MEMPHIS
TN 38118
38118
UNITED STATES OF AMERICA

**Shipping Marks**

| Case Number | Gross Wt | Net Wt | Dimensions cm | Item | Batch Qty. | U.O.M. | Item Description | Batch | BPCS Ref./ Order line | Cust. Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 192.00 | | 1984253 | 256 | EA | RAPID FIXER 500ml | 52D027 | 211108 /003 | 0003230158 |
| | | 258.00 | | 1984253 | 344 | EA | RAPID FIXER 500ml | 52D027 | 211344 /017 | 0003230415 |
| | | 75.60 | | 1893870 | 120 | EA | ILFOSTOP 500ml WLD | 53A015 | 211344 /007 | 0003230415 |
| 251707994 | 467.00 | 470.96 | 120/100/74 | 1176108 | 248 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 211344 /006 | 0003230415 |
| | | 173.60 | | 1893870 | 472 | EA | ILFOSTOP 500ml WLD | 53A015 | 211344 /007 | 0003230415 |
| | | 297.36 | | | | | | | | |
| 251707995 | 468.00 | 498.40 | 120/100/74 | 1176108 | 520 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 211344 /006 | 0003230415 |
| | | 364.00 | | 1176108 | 192 | EA | ILFOSOL 3 500ml USA/CAN | 52D024 | 211344 /006 | 0003230415 |
| | | 134.40 | | | | | | | | |

**End of Report**

**SHIPPING MARK** W7N2L

**NAME** P e??

TIME STARTED

TIME FINISHED   **RT.** 5035   **CUST. NO.** 54/034   **DATE** 7/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON-STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2S/737948 | 12 | 120 | 13 | 08 | 264 | 137417 | 188771? | 6?3 | ✓ | |
| 2S/737950 | 120 | 13 | 13 | 08 | 274 | 157915 | 1748192 | 1300 | ✓ | |
| | | | | | | | 1700882 | 1200 | ✓ | |
| | | | | | | | 1700646 | 2100 | ✓ | |
| | | | | | | | 1780602 | 1200 | ✓ | |
| | | | | | | 157472 | 1478169 | 900 | ✓ | |
| | | | | | | | 1780688 | 800 | ✓ | |
| 2S/737952 | 120 | 10 | 10 | 0? | 2281 | 157970 | 1780668 | 800 | ✓ | |
| | | | | | | | 1706594 | 550 | ✓ | |
| | | | | | | | 1701089 | 200 | ✓ | |
| | | | | | | | 1921535 | 1800 | ✓ | |

**SHIPPING MARK** WINIT

**RT.** 5535   **CUST. NO.** 59/034

**NAME** P CAPPA

**DATE** 7/4/17

**TIME STARTED**

**TIME FINISHED**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25/707952 | 120 | 100 | 100 | 08 | 328 | 107970 | 839649 | 750 | ✓ | |
| | | | | | | 1591144 | 162907 | 1300 | ✓ | |
| | | | | | | 159145 | 177055 | 4 | ✓ | |
| | | | | | | | 177055 | 16 | ✓ | |
| | | | | | | 15906 | 1174186 | 300 | ✓ | |
| | | | | | | | 1174186 | 279 | ✓ | |
| | | | | | | | 1174186 | 21 | ✓ | |
| | | | | | | | 1203547 | 180 | ✓ | |
| 96707954 | 120 | 100 | 77 | 08 | 243 | 107955 | 1678325 | 30 | ✓ | |
| | | | | | | | 162912 | 240 | ✓ | |
| | | | | | | | 168279 | 80 | ✓ | |
| | | | | | | | 168325 | 9 | ✓ | |

o-data/ware~o/planner/ PLANNER EXPORT.12:

**TIME STARTED**

**TIME FINISHED**

**SHIPPING MARK:** WINN

**RT.** 8035  **CUST. NO.** 5/034

**NAME:** P Alll

**DATE:** 7/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 25/737954 | 120 | 10 | 77 | 08 | 243 | 1579155 | 1743445 | 80 | ✓ | |
| | | | | | | | 1765829 | 30 | ✓ | |
| | | | | | | | 1768829 | 30 | ✓ | |
| | | | | | | | 1649734 | 54 | ✓ | |
| | | | | | | | 1649734 | 36 | ✓ | |
| | | | | | | 1579170 | 1839621 | 7 | ✓ | |
| | | | | | | 1579168 | 1171034 | 4 | ✓ | |
| | | | | | | 1579167 | 1170883 | 2 | ✓ | |
| | | | | | | 1579151 | 1170465 | 3 | ✓ | |
| | | | | | | | 1168639 | 4 | ✓ | |
| | | | | | | 1579168 | 1628155 | 1 | ✓ | |
| | | | | | | 1579166 | 1203547 | 60 | ✓ | |
| | | | | | | | 1203547 | 240 | ✓ | |

o~data/ware~o/planner/ PLANNER EXPORT.12:

**SHIPPING MARK:** WTNIT

**RT.** 5035   **CUST. NO.** S910 37

**NAME** NLR   **DATE** 7/7/17

**TIME STARTED**

**TIME FINISHED**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 25170799S | 120 | 100 | 71 | 08 | 475 | 1076372 | 1758285 | 58 | ✓ | |
| | | | | | | | 1758285 | 6 | ✓ | |
| 25170794 7 | 120 | 100 | 71 | 08 | 475 | 1079171 | 1984565 | 67 | ✓ | |
| 25176794 9 | 120 | 100 | 71 | 08 | 455 | 1079171 | 1984565 | 16 | ✓ | |
| | | | | | | 1076372 | 1758285 | 14 | ✓ | |
| | | | | | | 1079013 | 1758056 | 22 | ✓ | |
| | | | | | | | 1758056 | 12 | ✓ | |
| 2517019S1 | 120 | 100 | 100 | 08 | 565 | 1076566 | 1176108 | 472 | ✓ | |
| | | | | | | 1079013 | 1176108 | 8 | ✓ | |
| | | | | | | | 1758056 | 10 | ✓ | |

9

NAME MR

DATE 7/7/17

SHIPPING MARK WTNIT

RT. 5035  CUST. NO. 591034

TIME STARTED

TIME FINISHED

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707953 | 120 | 100 | 62 | 08 | 468 | 1079173 | 1893870 | 296 | ✓ | |
| | | | | | | 1079172 | 1984262 | 288 | | |
| | | | | | | | 1905162 | 32 | | |

SHIPPING MARK: W7NLT

NAME: (signature)

| TIME STARTED | | RT: 8035 | CUST. NO.: S91034 | DATE: 20/7/17 |
|---|---|---|---|---|
| TIME FINISHED | | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TCX | NON STACK TCX |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707965 | 120 | 100 | 100 | 08 | 604 | 1079179 (151599) | 1972272 | 15 | / | |
| | | | | | | 1080056 | 1972272 | 15 | / | |
| | | | | | | 1079179 | 1771934 | 40 | / | |
| | | | | | | | 1703405 | 9 | | |
| | | | | | | | 1605734 | 6 | / | |
| 251707966 | 120 | 100 | 100 | 08 | 418 | 1079599 | 1769900 | 260 | | |
| | | | | | | 1079546 | 1771578 | 100 | / | |
| | | | | | | 1079180 | 1762690 | 90 | | |
| 251707967 | 120 | 100 | 100 | 08 | 287 | 1073533 | 1574577 | 1200 | / | |
| | | | | | | | 1574577 | 6000 | / | |

2

**SHIPPING MARK** WYNT

RT. 5035    CUST. NO. 591034

**NAME** NR

TIME STARTED

TIME FINISHED    **DATE** 20/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707968 | 120 | 100 | 100 | 08 | 332 | 1073545 | 1629017 | 7000 | ✓ | |
| | | | | | | | 1629017 | 200 | ✓ | |
| | | | | | | 1079552 | 1706594 | 500 | ✓ | |
| | | | | | | | 1706594 | 500 | ✓ | |
| | | | | | | | 1706594 | 1000 | ✓ | |
| | | | | | | | 1706594 | 500 | ✓ | |
| 251707970 | 120 | 100 | 100 | 08 | 327 | 1079553 | 1921535 | 800 | ✓ | |
| | | | | | | | 1780668 | 800 | ✓ | |
| | | | | | | | 1921535 | 600 | | |
| | | | | | | | 1901024 | 200 | ✓ | |
| | | | | | | | 1839649 | 700 | | |
| | | | | | | 1079551 | 1678169 | 800 | ✓ | |

3

| TIME STARTED | | SHIPPING MARK | WTRUT | NAME | NP | | |
|---|---|---|---|---|---|---|---|
| TIME FINISHED | RT. 57035 | CUST. NO. 591034 | | DATE 20/7/17 | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS CM LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TCK | NON STACK TCK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1079551 | 1678169 | 1200 | / | |
| | | | | | | 1079601 | 1743399 | 1000 | / | |
| | | | | | | | 1743399 | 1000 | / | |
| | | | | | | | 1743399 | 1546 | | |
| | | | | | | | 1743399 | 996 | / | |
| 2517079972 | 120 | 100 | 100 | 08 | 272. | 1073551 | 1700646 | 6000 | | |
| | | | | | | | 1700646 | 300 | | |
| | | | | | | 1079557 | 1780624 | 900 | | |
| 2517079174 | 120 | 100 | 100 | 08 | 284. | 1079554 | 1748192 | 1300 | / | |
| | | | | | | | 1780602 | 1200 | / | |
| | | | | | | | 1748165 | 500 | / | |

4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TIME STARTED** | | | | | | | | | |
| **TIME FINISHED** | | | | **SHIPPING MARK** WTNLT | | **NAME** NP | | | |
| | | | | **RT.** 5035 **CUST. NO.** 591034 | | **DATE** 21/7/17 | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707 9776 | 120 | 100 | 100 | 08 | 276 | 1079556 | 1700682 | 1200 | ✓ | |
| | | | | | | | 1839575 | 1200 | ✓ | |
| | | | | | | | 1649651 | 1200 | ✓ | |
| | | | | | | | 1649651 | 600 | ✓ | |
| | | | | | | 1078477 | 1172160 | 8 | ✓ | |
| | | | | | | | 1172160 | 5 | ✓ | |
| | | | | | | | 1172423 | 2 | ✓ | |
| | | | | | | | 1170849 | 1 | ✓ | |
| | | | | | | 1078726 | 1170879 | 2 | ✓ | |
| | | | | | | 1079556 | 1649651 | 600 | ✓ | |
| | | | | | | | | | | |
| | | | | | | | | | | |

o-data/ware~o/planner/ PLANNER EXPORT.12:

19/06/2017  08:12:37  KDWATTS

| TIME STARTED | | | | | | | | | | NAME | NWP | | |
| TIME FINISHED | | | | | | | | | | DATE | 21/7/17 | | |

**SHIPPING MARK:** WTNT

**RT.** S035    **CUST. NO.** S91037

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TCK | NON-STACK TCK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707917 | 120 | 100 | 155 | 08 | 485 | 1078726 | 1172445 | 1 | | |
| | | | | | | | 1833809 | 10 | | |
| | | | | | | 1077972 | 1172298 | 84 | | |
| | | | | | | 1079180 | 1762640 | 30 | | |
| | | | | | | 1078686 | 1168273 | 112 | | |
| | | | | | | 1079009 | 1771055 | 68 | | |
| | | | | | | 1018477 | 1170883 | 1 | | |
| | | | | | | 1079156 | 1172126 | 3 | | |
| | | | | | | | 1173875 | 96 | | |
| | | | | | | | 1176526 | 4 | | |

6

| | | | | |
| TIME STARTED | | NAME | kk |
| TIME FINISHED | | DATE | 21/7/17 |

**SHIPPING MARK**

WTNIT

RT. 5035    CUST. NO. 591039-

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707980 | 120 | 100 | 100 | 88 | 449 | 1079156 | 1629200 | 46 | / | / |
| | | | | | | | 1952023 | 20 | / | |
| | | | | | | | 1707814 | 30 | / | |
| | | | | | | | 1952023 | 1 | / | |
| | | | | | | | 1952023 | 7 | / | |
| | | | | | | | 1952023 | 2 | / | |
| | | | | | | | 1175089 | 10 | / | |
| | | | | | | | 1175415 | 4 | / | |
| | | | | | | | 1175415 | 4 | / | |
| | | | | | | | 1678307 | 46 | / | |
| | | | | | | | 1167999 | 3 | / | |
| | | | | | | | 1167999 | 8 | / | |
| | | | | | | | 1167999 | 3 | | |

o-data/ware-o/planner/ PLANNER EXPORT.12:

19/06/2017  08:12:37  KDWATTS

**SHIPPING MARK:** WZOLT

**RT.** 5035 **CUST. NO.** 591039

**NAME** (signature)

**DATE** 21/7/17

**TIME STARTED**

**TIME FINISHED**

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1079156 | 1672009 | 4 | ✓ | |
| | | | | | | | 1951828 | 10 | ✓ | |
| | | | | | | | 1172126 | 4 | ✓ | |
| | | | | | | | 1952252 | 1 | ✓ | |
| | | | | | | | 1952252 | 2 | ✓ | |
| | | | | | | | 1170909 | 2 | ✓ | |
| | | | | | | | 1170816 | 2 | ✓ | |
| | | | | | | | 1174296 | 8 | ✓ | |
| | | | | | | | 1170816 | 3 | ✓ | |
| | | | | | | 1079558 | 1884650 | 5 | ✓ | |
| | | | | | | | 1865619 | 24 | ✓ | |
| | | | | | | 1079154 | 1884584 | 9 | ✓ | |
| | | | | | | | 1902459 | 10 | ✓ | |

8

| TIME STARTED | | | | | | | | | | | SHIPPING MARK | WINLT | | | | NAME | MR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME FINISHED | | | | | | | | | | | RT. 5035 | CUST. NO. 5910 34 | | | | DATE 21/7/17 | | | |

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGH | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | ITEM PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2517071982 | 120 | 100 | 100 | 08 | 367 | 1079555 | 1887710 | 1200 | / | / |
| | | | | | | | 1887710 | 600 | / | |
| | | | | | | 1079548 | 1629172 | 480 | / | |
| | | | | | | | 1629172 | 240 | / | |
| | | | | | | 1079549 | 1629181 | 80 | / | |
| | | | | | | | 1743445 | 160 | / | |
| | | | | | | | 1678279 | 80 | / | |
| | | | | | | | 1678288 | 40 | / | |
| | | | | | | | 1678325 | 60 | / | |
| | | | | | | | 1765829 | 30 | / | |
| | | | | | | | | | | |
| 2517071984 | 120 | 100 | 100 | 08 | 264 | 1079549 | 1743489 | 60 | / | |
| | | | | | | | 1656031 | 37 | / | / |
| | | | | | | | | | | |

**TIME STARTED**

**TIME FINISHED**

**SHIPPING MARK:** ساحل

RT. 5035   **CUST. NO.** 591030

**NAME** NR   **DATE** 26/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS CM | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | 1079560 | 1629228 | 80 | / | |
| | | | | | | | 1770526 | 20 | / | |
| | | | | | | 1079154 | 1762617 | 26 | / | |
| | | | | | | | 1762617 | 2 | / | |
| | | | | | | | 1762617 | 58 | / | |
| | | | | | | | 1168420 | 42 | / | |
| | | | | | | | 1171235 | 38 | / | |
| | | | | | | | 174-3440 | 20 | / | |
| | | | | | | | 1902459 | 9 | / | |
| | | | | | | | 1902459 | 1 | | |
| 251767986 | 120 | 100 | 100 | 80 | 398 | 1078345 | 1170993 | 1 | ✗ | |
| | | | | | | | 1704115 | 36 | / | |

1079573

| TIME STARTED | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIME FINISHED | | | | | | | | | | |

**SHIPPING MARK:** WTNT  **RT.** 5035  **CUST. NO.** 591034

**NAME:** (signature)  **DATE** 21/7/17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1078465 | 1170915 | 4 | ✓ | |
| | | | | | | 1079567 | 1960457 | 264 | ✓ | |
| | | | | | | 1079561 | 1770746 | 6 | ✓ | |
| | | | | | | | 1168392 | 16 | ✓ | |
| | | | | | | 10797573 | 1172203 | 20 | ✓ | |
| | | | | | | | 1172203 | 4 | ✓ | |
| | | | | | | | 1172203 | 6 | ✓ | |
| | | | | | | | 1170465 | 3 | ✓ | |
| | | | | | | | 1684 | 4 | ✓ | |
| | | | | | | 1079561 | 1203547 | 240 | ✓ | |
| | | | | | | | 1203547 | 240 | ✓ | |

TIME STARTED _____

TIME FINISHED _____

SHIPPING MARK: سلیل

RT. 5035  CUST. NO. 591034

NAME: _____  DATE: _____

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707988 | 120 | 100 | 100 | 08 | 236 | 1079547 | 1960475 | 120 | ✓ | ✓ |
| | | | | | | | 1960549 | 24 | ✓ | |
| | | | | | | | 1574616 | 126 | ✓ | |
| | | | | | | | 1574616 | 6 | ✓ | |
| | | | | | | | 1960529 | 60 | ✓ | |
| | | | | | | 1079573 | 1171494 | 1 | ✓ | |
| | | | | | | | 1174917 | 18 | ✓ | |
| | | | | | | | 1175020 | 19 | ✓ | |
| | | | | | | 1079154 | 1168457 | 19 | ✓ | |
| | | | | | | | 1174029 | 7 | ✓ | |
| | | | | | | 1079573 | 1168383 | 7 | ✓ | |
| | | | | | | 1079560 | 1174186 | 300 | ✓ | |

o~data/ware~o/planner/ PLANNER EXPORT.12:

SHIPPING MARK: WNIT

NAME: S0351te   CUST. NO. 891034   RT.

NAME: MJ   DATE 26-7-17

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2S1707969 | 120 | 100 | 100 | 08 | 357 | 1078291 | 1168310 | 513 | ✓ | |
| | | | | | | 1076292 | 1168310 | 114 | ✓ | |
| 2S1707871 | 120 | 100 | 100 | 08 | 355 | | 1168310 | 386 | ✓ | |
| | | | | | | 1077974 | 1168310 | 241 | ✓ | |
| 2S1707973 | 120 | 100 | 100 | 08 | 383 | 1079550 | 1168310 | 209 | ✓ | |
| | | | | | | 1077972 | 1799178 | 210 | ✓ | |
| | | | | | | | 1168419 | 24 | ✓ | |
| | | | | | | | 1168419 | 52 | ✓ | |
| | | | | | | | 1168466 | 57 | ✓ | |
| 2S1707975 | 120 | 100 | 100 | 08 | 449 | | 1168309 | 360 | ✓ | |

TIME STARTED

TIME FINISHED

NAME MJ

DATE 21-7-17

**SHIPPING MARK**

NAME WANT

RT. SORRATE   CUST. NO. 591034

| ITEM | PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PACKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LENGTH | WIDTH | HEIGHT | | | | | | | |
| | | | | | | | | 1771055 | 95 | ✓ | |
| | | | | | | | 1079007 | 1771053 | 9 | ✓ | |
| | | | | | | | | 1771055 | 80 | ✓✓ | |
| | | | | | | | | 1168282 | 8 | ✓ | |
| | 251707978 | 120 | 106 | 72 | 08 | 477 | 1076755 | 1757855 | 68 | ✓ | |
| | | | | | | | | 1757855 | 22 | ✓ | |
| | 251707979 | 120 | 100 | 72 | 08 | 478 | 1076756 | 1717855 | 46 | ✓✓ | |
| | 251707981 | 120 | 100 | 72 | 08 | 482 | 1076672 | 1757855 | 44 | ✓ | |
| | | | | | | | | 1984565 | 24 | ✓✓ | |

18/07/2017 14:51:11 KDWATTS

o-data/ware~o/planner/ PLANNER EXPORT.123

TIME STARTED

TIME FINISHED

NON MACHINE STARTED / MACHINE STARTED / TIME FINISHED

SHIPPING MARK: WML

NAME: M. Smith

DATE: 21-7-17

RT: S035

CUST. NO. 591037

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) | | | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| | LENGTH | WIDTH | HEIGHT | | | | | | | |
| 251707983 | 120 | 100 | 72 | 06 | 486 | | 1984565 | 66 | ✓ | |
| | | | | | | 1074766 | 1984565 | 2 | ✓ | |
| 251707786 | 120 | 100 | 72 | 06 | 488 | | 1984565 | 89 | ✓ | |
| 251707987 | 120 | 100 | 72 | 08 | 507 | | 1984565 | 20 | ✓ | |
| | | | | 07 | | 1076767 | 1984565 | 48 | ✓ | |
| 251707989 | 120 | 101 | 72 | 08 | 4476 | | 1984565 | 42 | ✓ | |
| | | | | | | | 1676176 | 3 | ✓ | |
| | | | | | | | 1155084 | 86 | ✓ | |
| 251707990 | 120 | 101 | 18 | 96 | 609 | | 1155064 | 24 | ✓ | |

TIME STARTED
TIME FINISHED

SHIPPING MARK: ISMN1
STARTER NAME: SO3S
NAME: M1
DATE 24-7-17

CUST. NO. 591034

RT.

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | NON STACK TICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2S1707991 | 120 | 100 | 74 | 08 | 515 | 1079172 | 1984262 | 8 | ✓ | |
| | | | | | | 1079178 | 1143207 | 40 | ✓ | |
| | | | | | | | 1155055 | 144 | ✓ | |
| | | | | | | 1079566 | 1905162 | 104 | ✓ | |
| | | | | | | | 1918555 | 136 | ✓ | |
| | | | | | | 1076858 | 1155091 | 104 | ✓ | |
| | | | | | | 1079557 | 1918555 | 632 | ✓ | |
| | | | | | | | 1984253 | 88 | ✓ | |
| 2S1707993 | 120 | 160 | 74 | 08 | 542 | | 1984253 | 256 | ✓ | |
| | | | | | | | 1984253 | 344 | ✓ | |
| | | | | | | 1079568 | 1893870 | 120 | ✓ | |

o~data/ware~o/planner/ PLANNER EXPORT.123

NAME IWT    DATE 24-7-17

TIME STARTED    TIME FINISHED

SHIPPING MARK  WJWT    CUST. NO. S9103 6

REPORTED NAME SOBAGATE

| PACKED CASE NUMBER | CASE DIMENSIONS (CM) LENGTH | WIDTH | HEIGHT | CASE CODE | WEIGHT | PICKED PALLET NUMBER | ITEM NUMBER | ITEM QUANTITY | PACKED TICK | PALLET/STACK BRICK |
|---|---|---|---|---|---|---|---|---|---|---|
| 251707994 | 120 | 100 | 74 | 08 | 467 | 1076850 | 1893870 | 472 | ✓ | |
| | | | | | | | 1176108 | 248 | ✓ | |
| 251707995 | 120 | 100 | 74 | 08 | 468 | | 1176108 | 520 | ✓ | |
| | | | | | | | 1176108 | 192 | ✓ | |
| 251707996 | 120 | 100 | 79 | 08 | 482 | 1076765 | 1984262 | 380 | ✓ | |
| 251707997 | 120 | 100 | 79 | 08 | 484 | 1077776 | 1984262 | 64 | ✓ | |
| | | | | | | | 1984262 | 208 | ✓ | |
| | | | | | | | 1965462 | 8 | ✓ | |
| | | | | | | | 1970902 | 40 | ✓ | |

18/07/2017  14:51:11  KDWATTS

WNO311B
WALKERI
7
8
Display Leftover Order Lines for Export

25/07/1
09:22:2

Customer  591034  WYNIT DISTRIBUTION LLC
Route  5035      Select BPCS#  0   G.O.  _____ Item

| Order | Reference | No | Item | Lne | Item | Reqd | Resv | Pick | Case |
|-------|-----------|----|------|-----|------|------|------|------|------|
| BPCS  | Goods Out |    |      |     |      | Qty  | Qty  | Qty  | Qty  |
|       |           |    | Number |   |      |      |      |      |      |

No Records Found

F3=Exit

9-29090

**Subject:** Re: EPA - WYNIT

354224

**From:** "Yvonne Hough" <yvonne.hough@harmantechnology.com>
**Sent:** 19/07/2017 14:51:46
**To:** "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
**CC:** "Judith Rank" <judith.rank@harmantechnology.com>;"Paul Sanderson"
<paul.sanderson@harmantechnology.com>

*TARE 4580kg    53 Picks 36    46827*
*DUNNAGE 64kg    73 FPPS 14834kg*
*38.952*

Thanks,
From

Yvonne Hough
Customer Service
Tel: 0044 1565 684014
Fax: 0044 1565 873067



EPA - WYNIT

Acco

------ Original Message ------
From: "Yvonne Hough" <yvonne.hough@harmantechnology.com>
To: "Warehouse Schedulers" <warehouse.schedulers@harmantechnology.com>
Cc: "Judith Rank" <judith.rank@harmantechnology.com>; "Paul Sanderson"
<paul.sanderson@harmantechnology.com>
Sent: 18/07/2017 15:26:10
Subject: EPA - WYNIT

WYNIT DISTRIBUTION LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In re:

WYNIT Distribution LLC, *et al.*,               Case No. 17-42726
                                                Chapter 11
            Debtors.                            (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Abigail M. McGibbon, of Gray, Plant, Mooty, Mooty & Bennett, P.A., declare that, on September 26, 2017, I caused the following document:

### RECLAMATION CLAIM OF HARMAN TECHNOLOGY LIMITED
### PURSUANT TO 11 U.S.C. § 546(c)

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

Dated: September 26, 2017              **GRAY, PLANT, MOOTY**
                                       **MOOTY & BENNETT, P.A.**

                                       */s/ Abigail M. McGibbon*
                                       Abigail M. McGibbon
                                       500 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, Minnesota 55402
                                       (612) 632-3000 Telephone
                                       (612) 632-4400 Facsimile
                                       Email: Abigail.McGibbon@gpmlaw.com

                                       *ATTORNEY FOR HARMAN TECHNOLOGY, LIMITED*

4852-3367-5856v1