**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re | Chapter 11 Cases |
| | Joint Administration |
| WYNIT DISTRIBUTION, LLC, ET AL.[1], | |
| | Case No. 17-42726 |
| Debtors. | |

**NOTICE OF RECLAMATION DEMAND**

PLEASE TAKE NOTICE that on September 26, 2017, Deuce Entertainment, LLC, on behalf of itself and its affiliates, subsidiaries, and divisions ("**Deuce**"), delivered a letter to the debtors asserting reclamation demands pursuant to section 546(c) of the Bankruptcy Code (the "**Demand Letter**").

PLEASE TAKE FURTHER NOTICE that a copy of the Demand Letter is annexed hereto and incorporated by reference.

PLEASE TAKE FURTHER NOTICE that Deuce reserves all rights under section 503(b)(9) of the Bankruptcy Code, including with respect to any of the goods identified in the Demand Letter that were delivered within 20 days of the petition date. Deuce further reserves the right to recover from, or exercise any other remedy against, any Debtor that has possession, custody, or control over the goods, or is responsible for payment.

---

[1] The Debtors in these chapter 11 cases are the following: WYNIT Distribution, LLC (Case No. 17-42726), WD Navarre Distribution, LLC (Case No. 17-42728), WD Encore Software, LLC (Case No. 17-42729), WD Navarre Holdings, LLC (Case No. 17-32864), WD Navarre Digital Services, LLC (Case No. 17-32865), WYNIT Holdings, Inc. (Case No. 17-32866), WD Navarre Canada, ULC (Case No. 17-32867).

2

Dated: September 27, 2017  WINTHROP & WEINSTINE, P.A.

By: *s/ Ian M. Rubenstrunk*
    Daniel C. Beck, #0192053
    Ian M. Rubenstrunk, #0397881

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
dbeck@winthrop.com
irubenstrunk@winthrop.com

Attorneys for Deuce Entertainment, LLC

14262232v1

PeRKINSCOIe

1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721

☏ +1.310.788.9900
🖷 +1.310.788.3399
PerkinsCoie.com

September 25, 2017

Amir Gamliel
AGamliel@perkinscoie.com
D. +1.310.788.3276
F. +1.310.843.1246

**VIA FEDERAL EXPRESS**

Phillip J. Ashfield
Edwin H. Caldie
Andrew J. Glasnovich
Robert T. Kugler
STINSON LEONARD STREET
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402

WYNIT Distribution, LLC
700 W. 76th Street, Suite 116
Eden Prairie, MN 55344

**Re:   In re WYNIT Distribution, LLC**
**Minnesota Bankruptcy Court Case No.: 17-42726**
**RECLAMATION OF GOODS**

Dear Gentlemen:

We represent Deuce Entertainment, LLC ("***Deuce***") in connection with this bankruptcy case. In order to preserve the rights provided by section 546(c) of the Bankruptcy Code, Deuce hereby demands the reclamation and immediate return of all goods sold and delivered to WYNIT Distribution, LLC and its debtor affiliates (collectively, the "***Debtors***") by Deuce within 45 days prior to the commencement of the Debtors' bankruptcy proceedings (the "***Goods***"), including without limitation those Goods identified on Schedule 1 annexed hereto.[1]

This reclamation demand should not be construed to limit Deuce' right to recover from, or exercise any other remedy against, any Debtor that has possession, custody, or control over the Goods, or is responsible for payment. Deuce expressly reserves its rights under section 503(b)(9) of the Bankruptcy Code to assert an administrative expense claim for the Goods delivered to the Debtors within 20 days prior to the petition date.

---

[1] The invoices attached to Schedule 1 have been redacted to omit proprietary pricing information. Unredacted copies of the invoices can be made available to the Debtors upon request.

137073878.1

Perkins Coie LLP

Phillip J. Ashfield
September 25, 2017
Page 2


Deuce also reserves the rights to identify additional Goods, and to provide invoices and other supporting documents upon request. This letter should not be construed to create any obligations of Deuce to vendors with respect to the relevant Goods or associated reclamation rights.


Very truly yours,

Amir Gamliel

AG:cm

cc:   Matthew Lewis
      WYNIT Distribution, LLC
      4655 E. Shelby Drive
      Memphis, TN  38118

Phillip J. Ashfield
September 25, 2017
Page 3

## SCHEDULE 1



# Invoice

| Date | Invoice # |
|---|---|
| 8/10/2017 | 131265 |

1150 S. ROBERTSON BLVD   LOS ANGELES, CA 90035
(310) 807-0660 MAIN   (310) 807-0650 FAX

**Bill To**
NAVARRE
9700 W 76TH STREET, SUITE 116
EDEN PRAIRIE, MN 55344

**Ship To**
4655 E Shelby Drive
Memphis, TN 38118

| P.O. Number | Terms | Due Date | Rep | Ship | F.O.B. | Via | Tracking |
|---|---|---|---|---|---|---|---|
| 3230977 | Net 45 | 9/24/2017 | EA | 8/7/2017 | | | 779912740276 |

| Item Code | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| 828706542262 | | HISY: NEW 4.0 (BLACK) #HN226 | | 1,656.00 |

**Total** $1,656.00

Merchandise is property of Deuce Entertainment, LLC ("Deuce") until full payment is rendered. A service charge of 2% per month shall be applied to all past due accounts. A $20 charge shall be added for all dishonored checks. In the event Deuce finds it necessary to institute collection proceedings or legal action to enforce the payment of funds due pursuant to this invoice, the vendee shall pay all costs including attorneys' fees, court costs and others incurred as well as any incidental and consequential damages. Any claims for damaged merchandise must be filed with carrier at time of delivery. Any and all other claims should be filed and faxed to Deuce within 2 days from the date of delivery for its consideration. No returns will be credited to your account without a RA number. A restocking charge of 25% may be applied or deducted for returned goods.



# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2017 | 131255 |

1150 S. ROBERTSON BLVD   LOS ANGELES, CA 90035
(310) 807-0660 MAIN   (310) 807-0650 FAX

**Bill To**
NAVARRE
9700 W 76TH STREET, SUITE 116
EDEN PRAIRIE, MN 55344

**Ship To**
4655 E Shelby Drive
Memphis, TN 38118

| P.O. Number | Terms | Due Date | Rep | Ship | F.O.B. | Via | Tracking |
|---|---|---|---|---|---|---|---|
| 3230709 | Net 45 | 9/21/2017 | EA | 7/25/2017 | | | 779833791364 |

| Item Code | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| 828706542262 | | HISY: NEW 4.0 (BLACK) #HN226 | | 1,656.00 |

**Total** $1,656.00

Merchandise is property of Deuce Entertainment, LLC ("Deuce") until full payment is rendered. A service charge of 2% per month shall be applied to all past due accounts. A $20 charge shall be added for all dishonored checks. In the event Deuce finds it necessary to institute collection proceedings or legal action to enforce the payment of funds due pursuant to this invoice, the vendee shall pay all costs including attorneys' fees, court costs and others incurred as well as any incidental and consequential damages. Any claims for damaged merchandise must be filed with carrier at time of delivery. Any and all other claims should be filed and faxed to Deuce within 2 days from the date of delivery for its consideration. No returns will be credited to your account without a RA number. A restocking charge of 25% may be applied or deducted for returned goods.



# Invoice

| Date | Invoice # |
|---|---|
| 8/10/2017 | 131264 |

1150 S. ROBERTSON BLVD   LOS ANGELES, CA 90035
(310) 807-0660 MAIN   (310) 807-0650 FAX

| Bill To | Ship To |
|---|---|
| NAVARRE<br>9700 W 76TH STREET, SUITE 116<br>EDEN PRAIRIE, MN 55344 | 450 Export Blvd Unit A<br>Mississauga, ON L5S 2A4<br>Canada |

| P.O. Number | Terms | Due Date | Rep | Ship | F.O.B. | Via | Tracking |
|---|---|---|---|---|---|---|---|
| 3230981 | Net 45 | 9/24/2017 | EA | 8/7/2017 | | | 779912561680 |

| Item Code | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| 828706542262<br>SALES INCOME | | HISY: NEW 4.0 (BLACK) #HN226<br>PRICING OFFSET AGREED TO BEGINING JUNE 2015 | | 1,656.00<br>360.00 |

Total   $2,016.00

Merchandise is property of Deuce Entertainment, LLC ("Deuce") until full payment is rendered. A service charge of 2% per month shall be applied to all past due accounts. A $20 charge shall be added for all dishonored checks. In the event Deuce finds it necessary to institute collection proceedings or legal action to enforce the payment of funds due pursuant to this invoice, the vendee shall pay all costs including attorneys' fees, court costs and others incurred as well as any incidental and consequential damages. Any claims for damaged merchandise must be filed with carrier at time of delivery. Any and all other claims should be filed and faxed to Deuce within 2 days from the date of delivery for its consideration. No returns will be credited to your account without a RA number. A restocking charge of 25% may be applied or deducted for returned goods.