# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER BKY 17-42726 |
| WYNIT DISTRIBUTION, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC, | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |
| Debtors. | |

## NOTICE OF HEARING ON JOINT APPLICATION TO EMPLOY CLAIMS, NOTICING, AND BALLOTING AGENT (JND CORPORATE RESTRUCTURING)

TO: The United States Bankruptcy Judge, the United States Trustee, and other parties in interest identified in Local Rule 2014-1(a).

1. On September 11, 2017, the debtors filed their *Joint Application to Employ Claims, Noticing, and Balloting Agent (JND Corporate Restructuring)* ("Application") [ECF No. 23].

2. On September 25, 2017, the United States Trustee filed a *Recommendation against Employment of JND Corporate Restructuring as Noticing, Claims and Balloting Agent for the Debtors in Possession* [ECF No. 105].

3. PLEASE TAKE NOTICE that, pursuant to Local Rule 2014-1(b), a hearing on the Application has been scheduled for **9:00 AM on Monday October 2, 2017** in Courtroom 8 West, United States Court House, 300 South Fourth Street, Minneapolis, MN 55415.

1

| | |
|---|---|
| Dated: September 27, 2017 | */e/Robert T. Kugler* |
| | Robert T. Kugler (#0194116) |
| | Edwin H. Caldie (#0388930) |
| | Phillip J. Ashfield (#0388990) |
| | Andrew J. Glasnovich (#0398366) |
| | **STINSON LEONARD STREET LLP** |
| | 150 South Fifth Street Suite 2300, Minneapolis, MN 55402 |
| | Telephone: 612.335.1500 |
| | Facsimile: 612.335.1657 |
| | |
| | **PROPOSED COUNSEL FOR THE DEBTORS** |