## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
In re:                                                  :   Case No. 17-42726
                                                        :   Chapter 11
WYNIT Distribution LLC, et al.,                         :   (Jointly Administered)
                                                        :
Debtors.                                                :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF RECLAMATION DEMAND OF NUANCE COMMUNICATIONS, INC.

**PLEASE TAKE NOTICE** that Nuance Communications, Inc. ("Nuance") has delivered a written demand for reclamation of goods pursuant to 11 U.S.C. §546(c) and other applicable law upon Wynit Distribution LLC ("Wynit") and its affiliates (together, the "Debtors") to reclaim certain goods (the "Goods"). The Goods were sold in the ordinary course of Nuance's business and delivered to and received by the Debtors during the forty-five (45) days prior to filing of their bankruptcy petitions at a time when the Debtors were insolvent. The reclamation demand letter sent to the Debtors on September 27, 2017 is attached hereto and incorporated by reference as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that Nuance reserves all of its right and remedies available under applicable law, including the right to assert administrative expense status and to supplement this notice.

Dated: September 27, 2017                **ASK LLP**

                                        */s/ Joseph L. Steinfeld, Jr.*
                                        Joseph L. Steinfeld, Jr., MN SBN 026692
                                        2600 Eagan Woods Drive, Suite 400
                                        St. Paul, MN 55121
                                        Telephone: (651) 406-9665
                                        Email: jsteinfeld@askllp.com

-and-

Benjamin Hoch
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 497-7000

*Counsel to Nuance Communications, Inc.*

**Exhibit A**



1301 Avenue of the Americas, 40th Floor
New York, NY 10019
PHONE: (212) 999-5800
FAX: (212) 999-5899
**www.wsgr.com**

September 27, 2017

## VIA FEDEX AND EMAIL DELIVERY

Wynit Distribution, LLC
4655 E. Shelby Drive
Memphis, TN 38118

Wynit Distribution, LLC
4550 Quality Drive
Memphis, TN 38118

Wynit Distribution, LLC
C/O WD Navarre Distribution, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

WD Navarre Canada, ULC
450 Export Blvd, #A
Mississauga ON L55 2A4

Stinson Leonard Street LLP
R. Kugler, E. Caldie, P. Ashfield
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Re:     In re Wynit Distribution, LLC, et al.
        Bankr. Case No. 17-42726
        **RECLAMATION DEMAND**

To Whom it My Concern:

This firm represents Nuance Communications, Inc. ("Nuance") in connection with the above referenced bankruptcy cases of Wynit Distribution, LLC and certain of its affiliates (the "Debtors"). On behalf of Nuance, Nuance hereby makes demand, in accordance with 11 U.S.C. 546(c) and applicable non-bankruptcy law, including applicable sections of the Uniform Commercial Code, for the reclamation of goods identified on Exhibit 1 attached hereto (the "Goods") that were received by the Debtors within forty-five (45) days prior to the petition date, September 8, 2017, at a time when the Debtors were insolvent, and which Goods remain in the Debtors' possession. Nuance reserves the right to modify the scope of the Goods subject to its reclamation claim following further investigation.

The Debtors may not continue to sell any Goods subsequent to the date hereof. The Debtors are further notified that all goods subject to Nuance's reclamation rights should be inventoried,

protected and segregated from all other property and are not to be used for any purpose whatsoever except by written agreement of the parties.

Nuance reserves all rights to take any other actions with respect to its claims against the Debtors, including its right to assert an administrative expense payment status for goods received by Wynit within twenty (20) days of the petition date as set forth under 11 U.S.C. § 503(b)(9). Please contact the undersigned for instructions concerning the return of the Goods to Nuance.

We appreciate your cooperation in this matter.

/s/ Benjamin Hoch
Benjamin Hoch
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
*Counsel for Nuance Communications, Inc.*



1301 Avenue of the Americas, 40th Floor
New York, NY 10019
PHONE: (212) 999-5800
FAX: (212) 999-5899

**www.wsgr.com**

## EXHIBIT 1

## Goods Sold on Consignment

| Supplier | | PO Number | PO Date | Manufacturer Part Number | UPC | Material | Description | Quantity | Value of Goods | Date Received By Wynit | Received By | Carrier | Tracking # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3785 | NUANCE COMMUNICATIONS INC - CS | 3230429 | 07/18/2017 | K609A-GG4-13.0 | 7804201 29092 | 8121540 | DRAGON PREMIUM 13, ENG, CS | 112 | $16,798.88 | 8/4/2017 | Harden | UPS | 1Z5269710 338272274 |
| 3785 | NUANCE COMMUNICATIONS INC - CS | 3230749 | 07/28/2017 | K609A-F55-13.0 | 7804201 29023 | 8121543 | DRAGON PREMIUM 13, CS, STUDENT/TEACHER | 630 | $47,243.70 | 8/7/2017 | Hudson | XPO | 525291 |
| 3785 | NUANCE COMMUNICATIONS INC - CS | 3230749 | 07/28/2017 | K665A-G00-13.0 | 7804201 29207 | 8121504 | DRAGON PREMIUM 13, BEST BUY POSA | 225 | $25,310.25 | 8/7/2017 | Hudson | XPO | 525291 |
| 3785 | NUANCE COMMUNICATIONS INC - CS | 3231243 | 08/09/2017 | K809A-GG4-15.0 | 7804201 31163 | 8137591 | DRAGON PRO INDIVIDUAL 15, CS, ENGLISH | 150 | $33,750.00 | 8/21/2017 | Harden | XPO | 526912 |
| 3785 | NUANCE COMMUNICATIONS INC - CS | 3231243 | 08/09/2017 | S601A-GG4-6.0 | 7804201 31248 | 8137511 | DPI FOR MAC 6.0, ENG, CONSIGN | 200 | $45,000.00 | 8/21/2017 | Harden | XPO | 526912 |

| 7732 | NUANCE DOCUMENT IMAGING-CS | 3230649 | 07/25/2017 | AS09A-GG4-2.0 | 780420130845 | 8135712 | POWER PDF STD 2.0, ENGLISH, CON | 1,500 | $112,485.00 | | 8/4/2017 | Harden | XPO | 524940 |
| 7732 | NUANCE DOCUMENT IMAGING-CS | 3231242 | 08/09/2017 | AS09A-XN7-2.0 | 780420130852 | 8137544 | POWER PDF STD 2.0, ENG/FRENCH, CONSIGN | 320 | $23,996.80 | | 8/14/2017 | Hussein | UPS | 1Z6F037W6822440081 |

| Supplier | Material | | Manufacturer Part Number | UPC | Quantity | Value of Goods | PO Number | Date Received By Wynit |
|---|---|---|---|---|---|---|---|---|
| 3785 | 8137591 | DRAGON PRO INDIVIDUAL 15, CS, ENGLISH | K809A-GG4-15.0 | 780420131163 | 150 | $1,391,175.00 | 3231243 | 8/21 |
| 3785 | 8137511 | DPI FOR MAC 6.0, ENG, CONSIGN | S601A-GG4-6.0 | 780420131248 | 200 | $1,365,975.00 | 3231243 | 8/21 |
| 3785 | 8121543 | DRAGON PREMIUM 13, CS, STUDENT/TEACHER | K609A-F55-13.0 | 780420129023 | 630 | $836,813.41 | 3220749 | 8/7 |
| 3785 | 8121540 | DRAGON PREMIUM 13, ENG, CS | K609A-GG4-13.0 | 780420129092 | 112 | $797,046.86 | 3230429 | 8/4 |
| 3785 | 8121504 | DRAGON PREMIUM 13, BEST BUY POSA | K665A-G00-13.0 | 780420129207 | 225 | $707,899.57 | 3220749 | 8/7 |

-2-

| 7732 | 8137544 | POWER PDF STD 2.0, ENG/FRENCH, CONSIGN | AS09A-XN7-2.0 | 780420130852 | 320 | $139,631.38 | 3231242 | 8/14 |
|------|---------|----------------------------------------|---------------|--------------|------|-------------|---------|------|
| 7732 | 8135712 | POWER PDF STD 2.0, ENGLISH, CON | AS09A-GG4-2.0 | 780420130845 | 1500 | $852,486.32 | 3230649 | 8/4 |

## Goods Sold on Terms

| PO Number | PO Date | Material | Description | Quantity | Amount Unpaid | Date Received By Wynit | Received By | Carrier | Tracking # |
|---|---|---|---|---|---|---|---|---|---|
| 3230440 | 07/18/2017 | 8121509 | DRAGON PREMIUM 13, ENG | 100 | $14,999.00 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230440 | 07/18/2017 | 8121541 | DRAGON PREMIUM 13 ENG MAILER | 12 | $1,799.88 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230440 | 07/18/2017 | 8137590 | DRAGON PRO INDIVIDUAL 15, ENGLISH | 100 | $22,500.00 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230440 | 07/18/2017 | 8137594 | DRAGON PRO INDIVIDUAL 15, UPGD FROM PREM | 10 | $1,500.00 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230440 | 07/18/2017 | 8137510 | DPI FOR MAC 6.0, ENGLISH, RETAIL | 10 | $2,250.00 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230440 | 07/18/2017 | 8137513 | DPI FOR MAC 6.0, UPGRDE FROM DFM 5.0 | 10 | $1,125.00 | 7/24/2017 | Corey | UPS | 1Z5269710338251779 |
| 3230532 | 07/20/2017 | 8121512 | DRAGON HOME 13, ENG | 15 | $1,124.85 | 7/25/2017 | T. Rowe | UPS | 1Z6F037W6822439413 |
| 3230632 | 07/25/2017 | 8122363 | DRAGON PREMIUM 13, ENG, POSA STAPLES CA | 25 | $3,749.75 | 7/31/2017 | USAMA | UPS | 1Z6F037W6822439628 |
| 3230748 | 07/28/2017 | 8121627 | DRAGON 13 TRAINING VIDEO, DVD | 20 | $449.80 | 8/9/2017 | Denver | XPO | 525159 |
| 3230748 | 07/28/2017 | 8121475 | DRAGON BASICS 13, ENGLISH | 300 | $11,247.00 | 8/9/2017 | Denver | XPO | 525159 |
| 3230748 | 07/28/2017 | 8121512 | DRAGON HOME 13, ENG | 500 | $37,495.00 | 8/9/2017 | Denver | XPO | 525159 |
| 3230748 | 07/28/2017 | 8121509 | DRAGON PREMIUM 13, ENG | 200 | $29,998.00 | 8/9/2017 | Denver | XPO | 525159 |
| 3230748 | 07/28/2017 | 8121570 | DRAGON PREMIUM 13, WIRELESS (BLUETOOTH) | 60 | $13,499.40 | 8/9/2017 | Denver | XPO | 525159 |
| 3230748 | 07/28/2017 | 8137510 | DPI FOR MAC 6.0, ENGLISH, RETAIL | 20 | $4,500.00 | 8/9/2017 | Denver | XPO | 525159 |
| 3230777 | 07/28/2017 | 8121541 | DRAGON PREMIUM 13 ENG MAILER | 100 | $14,999.00 | 8/7/2017 | Richmond | UPS | 1Z5269710338273335 |
| 3230777 | 07/28/2017 | 8137592 | DRAGON PRO INDIVIDUAL 15 BLUETOOTH, ENG | 30 | $9,000.00 | 8/7/2017 | Richmond | UPS | 1Z5269710338273335 |
| 3230777 | 07/28/2017 | 8137593 | DRAGON PRO INDIVIDUAL 15, UPGD FROM PRO | 20 | $2,250.00 | 8/7/2017 | Richmond | UPS | 1Z5269710338273335 |
| 3230777 | 07/28/2017 | 8137512 | DPI FOR MAC 6.0 BLUETOOTH, ENG | 30 | $9,000.00 | 8/7/2017 | Richmond | UPS | 1Z5269710338273335 |
| 3230920 | 08/02/2017 | 8121475 | DRAGON BASICS 13, ENGLISH | 1,300 | $48,737.00 | 8/9/2017 | Griffin | XPO | 525835 |
| 3230921 | 08/02/2017 | 8121475 | DRAGON BASICS 13, ENGLISH | 300 | $11,247.00 | 8/11/2017 | Smith | XPO | 525838 |

| 3230939 | 08/03/2017 | 8133435 | DRAGON FOR MAC MEDICAL 5.0, WIRELESS | 1 | $824.99 | 8/14/2017 | Hussein | UPS | 1Z6F037W6822440018 |
| 3230750 | 07/28/2017 | 8086213 | PAPERPORT 14.0 | 20 | $1,499.80 | 8/3/2017 | Griffin | UPS | 1Z5269710338272256 |
| 3230750 | 07/28/2017 | 8135714 | POWER PDF STD 2.0, ENG, MAILER | 100 | $7,499.00 | 8/3/2017 | Griffin | UPS | 1Z5269710338272256 |
| 3230943 | 08/03/2017 | 8086216 | PAPERPORT PROFESSIONAL 14.0 | 100 | $14,999.00 | 8/3/2017 | Griffin | UPS | 1Z5269710338282656 |

| Supplier | Material | | Manufacturer Part Number | UPC | Quantity | Amount Unpaid | PO Number | Date Received By Wynit |
|---|---|---|---|---|---|---|---|---|
| 3784 | 8137594 | DRAGON PRO INDIVIDUAL 15, UPGD FROM PREM | K890A-RC7-15.0 | 780420131187 | 10 | $1,500.00 | 3230440 | 7/24 |
| 3784 | 8137593 | DRAGON PRO INDIVIDUAL 15, UPGD FROM PRO | K889A-RD7-15.0 | 780420131194 | 20 | $337.50 | 3230777 | 8/7 |
| 3784 | 8137592 | DRAGON PRO INDIVIDUAL 15 BLUETOOTH, ENG | K809A-GN9-15.0 | 780420131170 | 30 | $9,300.00 | 3230777 | 8/7 |
| 3784 | 8137590 | DRAGON PRO INDIVIDUAL 15, ENGLISH | K809A-G00-15.0 | 780420131156 | 100 | $3,825.00 | 3230440 | 7/24 |
| 3784 | 8137513 | DPI FOR MAC 6.0, UPGRDE FROM DFM 5.0 | S681A-K1A-6.0 | 780420131262 | 10 | $787.50 | 3230440 | 7/24 |

| 3784 | 8137512 | DPI FOR MAC 6.0 BLUETOOTH, ENG | S601A-GN9-6.0 | 780420131255 | 30 | $6,000.00 | 3230777 | 8/7 |
|------|---------|-------------------------------|---------------|--------------|----|-----------|---------|-----|
| 3784 | 8137510 | DPI FOR MAC 6.0, ENGLISH, RETAIL | S601A-G00-6.0 | 780420131231 | 30 | $450.00 | 3230440, 3230746 | 7/24, 8/9 |
| 3784 | 8133435 | DRAGON FOR MAC MEDICAL 5.0, WIRELESS | T301A-GN9-5.0 | 780420130739 | 1 | $4,124.95 | 3230939 | 8/14 |
| 3784 | 8122363 | DRAGON PREMIUM 13, ENG, POSA STAPLES CA | K668B-G00-13.0 | 780420129252 | 25 | $10,649.29 | 3230632 | 7/31 |
| 3784 | 8121627 | DRAGON 13 TRAINING VIDEO, DVD | 31-K61A-33110 | 780420129801 | 20 | $764.66 | 3230748 | 8/9 |
| 3784 | 8121570 | DRAGON PREMIUM 13, WIRELESS (BLUETOOTH) | K609A-GN9-13.0 | 780420129108 | 60 | $3,824.83 | 3230748 | 8/9 |
| 3784 | 8121541 | DRAGON PREMIUM 13 ENG MAILER | K609A-K1A-13.0 | 780420129122 | 112 | $28,948.07 | 3230440, 3230777 | 7/24, 8/7 |
| 3784 | 8121512 | DRAGON HOME 13, ENG | K409A-G00-13.0 | 780420128798 | 515 | $8,023.93 | 3230532, 3230748 | 7/25, 8/9 |
| 3784 | 8121509 | DRAGON PREMIUM 13, ENG | K609A-G00-13.0 | 780420129047 | 300 | $10,499.30 | 3230440, 3230748 | 7/24, 8/9 |

| 3784 | 8121475 | DRAGON BASICS 13, ENGLISH | K309A-G00-13.0 | 780420128767 | 1900 | $8,547.72 | 3230748, 3230920, 3230921 | 8/9, 8/9, 8/11 |
|------|---------|---------------------------|----------------|--------------|------|-----------|----------------------------|----------------|
| 7727 | 8135714 | POWER PDF STD 2.0, ENG, MAILER | AS09A-K00-2.0 | 780420130876 | 100 | $13,498.20 | 3230750 | 8/3 |
| | 8086213 | PAPERPORT STANDARD 14.0 | 6809A-G00-14.0 | 780420124295 | 20 | | 3230750 | 8/3 |
| 7727 | 8086216 | PAPERPORT PROFESSIONAL 14.0 | F309A-G00-140 | 780420124363 | 100 | $1,799.88 | 3230750 | 8/3 |