# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA (Minneapolis)

In re:

WYNIT Distribution LLC

               Debtor.

Chapter 11
(Jointly Administered)

Case No. 17-42726

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE,** that DayMen Asia Limited (**"DayMen"**), by and through its undersigned counsel, hereby files this notice of the delivery of a written demand (**"Reclamation Demand"**), pursuant to section 546(c) of Title 11 of the United States Code (**"Bankruptcy Code"**) and applicable non-bankruptcy law, on the above-captioned Debtor to reclaim certain goods.  The goods that serve as the subject of the Reclamation Demand include the goods that were sold in the ordinary course of DayMen's  business with the Debtor and delivered to and received by the Debtor during the 45 days prior to the filing of the Debtor's bankruptcy case.  Upon information and belief, the Debtor has not paid for these goods and the Debtor was insolvent at the time they received delivery of the goods.  Attached as **Exhibit A** and incorporated herein by reference is the Reclamation Demand that was delivered to the Debtor[1].

**PLEASE TAKE FURTHER NOTICE,** that the filing of this notice is not intended to constitute an election of remedies or to waive any of DayMen's rights under the Bankruptcy Code or applicable non-bankruptcy law.  DayMen reserves all of its rights and

---

[1] The demand for the return of shipments prior to the 45-day period set forth in the reclamation demand is subject to confirmation by the court, or agreement by the Debtor and other relevant parties, that a pre-petition demand for reclamation under the Uniform Commercial Code for goods outside the 45-day period is enforceable against the buyer/debtor after the bankruptcy petition date.

remedies, including, without limitation: (i) the right to amend or otherwise modify this notice and/or the Reclamation Demand; and (ii) to assert an administrative claim pursuant to Section 503 of the Bankruptcy Code.

Dated: September 27, 2017

**GISLASON & HUNTER, LLP**

/e/ Jennifer Lurken
Jennifer Lurken
Landkamer Building, Suite 200
124 East Walnut Street
P.O. Box 1268
Mankato, MN 56002-1268
Telephone: (507) 387-1115
Email: jlurken@gislason.com

-and-

**FOX SWIBEL LEVIN & CARROLL LLP**

/e/ N. Neville Reid
N. Neville Reid
200 West Madison – Suite 3000
Chicago, IL  60606
Telephone: (312) 224-1245
Facsimile: (312) 224- 1201
Email:  nreid@foxswibel.com

Counsel for DayMen Asia Limited

2282776.1

# FOX SWIBEL

FOX, SWIBEL, LEVIN & CARROLL, LLP
WWW.FOXSWIBEL.COM ▪ 312.224.1200
200 W MADISON ST, STE 3000
CHICAGO, IL 60606

N. NEVILLE REID
nreid@foxswibel.com

DIRECT  312.224.1245

September 27, 2017

Robert T. Kugler
Stinson Leonard Street
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402

Re:    **Reclamation Demand**

Dear Robert:

On September 11, 2017, I sent you the attached email with a copy of DayMen Asia Limited's reclamation demand it had sent to WYNIT Distribution, LLC (the "Debtor") pre-petition on August 31, 2017.  Attached to that previous demand was an Excel spreadsheet listing DayMen's shipments of goods that were received by the Debtor and not paid for, including during the 45 day period preceding the bankruptcy.   Please note that DayMen has rechecked its records and amends that spreadsheet to delete the following shipments:

| WYNUS | Returns | RTN0000330 | 8/24/2017 | $ | (4,623.40) | $ | (4,623.40) |
| WYNUS | Sales / Invoices | INV0017318 | 8/25/2017 | $ | 99,617.52 | $ | 99,617.52 |

As a result, the Reclamation demand shall be deemed amended hereby to account for the above-referenced shipments or returns, thus reducing the demand from $9,709,380.60 to $9,614,386.48.

Please call or email me with any questions.

Sincerely,

N. Neville Reid

NNR/jnn
Enclosures

cc:    Jeff Colton
       Lauren Reed

## Reid, Neville

| | |
|---|---|
| **From:** | Reid, Neville |
| **Sent:** | Monday, September 11, 2017 4:56 PM |
| **To:** | 'robert.kugler@stinson.com' |
| **Cc:** | 'Jeff Colton'; Meller, Richard S.; Lauren Reed; Wilson, Brian |
| **Subject:** | Reclamation Demand Letter [IWOV-iManage.FID244007] |
| **Attachments:** | Reclamation Letter (DayMen Asia) - final[2].pdf |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'robert.kugler@stinson.com' | | |
| | 'Jeff Colton' | | |
| | Meller, Richard S. | Delivered: 9/11/2017 4:56 PM | Read: 9/11/2017 5:28 PM |
| | Lauren Reed | | |
| | Wilson, Brian | Delivered: 9/11/2017 4:56 PM | |
| | RLH_ as Receiver Harvey Water_Trustee _06565_001_ Motions and Pleadings _06565_001_ <{F244007}.iManage@efs.fhslc.local | | |

Hi Mr. Kugler – Per my voicemail to you earlier today, attached is a reclamation demand notice which my client, DayMen Asia, sent to the debtor Wynit Distribution LLC on August 31, 2017 at its last known address, seeking reclamation of certain goods it had shipped to Wynit and which were recoverable under the provisions of the Uniform Commercial Code (the "Notice"). The Notice includes goods shipped to and received by Wynit within 45 days prior to the date of the Notice and within 45 days prior to the bankruptcy, and which are therefore within the scope of goods that may be reclaimed by creditors under Section 546(c)(1)(A) of the Bankruptcy Code. Insofar as the Notice was returned to DayMen Asia, we are sending a courtesy copy of the Notice to you as counsel for Wynit.

Please inform me whether Wynit intends to voluntarily comply with the reclamation demand in the Notice or whether DayMen Asia must pursue its legal remedies in bankruptcy court in order to reclaim the aforementioned goods (the "Subject Goods"). Please also let me know as soon as possible whether Wynit's secured creditors have a perfected lien on the Subject Goods, are fully secured or oversecured, and in any event will consent to the release of the Subject Goods to DayMen Asia.

Feel free to call or email me with any questions.

Very best regards, and thanks.

Neville Reid

N. Neville Reid
Co-Chair, Bankruptcy,Restructuring,
and Creditors' Rights Group
nreid@foxswibel.com | 312-224-1245 (direct)

# Fox Swibel

Fox Swibel Levin & Carroll LLP

200 W. Madison Street, Suite 3000 | Chicago, Illinois 60606
www.foxswibel.com | 312-224-1200 (main) | 312-224-1201 (fax)

**Confidentiality:** This transmission is for the exclusive and confidential use of the intended recipient. It may be an attorney-client communication and privileged. The unauthorized use, disclosure or copying of this transmission is strictly prohibited and may be unlawful. If you have received this transmission in error, please notify me by return mail or telephone and delete the transmission from your system. Thank you.



August 31, 2017

**Via Email and Certified Mail/Return Receipt
Requested**

WYNIT Distribution LLC
2 W Washington St #500
Greenville, SC 29601

Re:   **Reclamation Demand Pursuant to Uniform Commercial Code**

Dear Ladies/Gentlemen:

This letter gives notice that DayMen Asia Limited ("Seller") sold goods to Wynit Distribution LLC ("Buyer") in the ordinary course of Seller's business for which Seller remains unpaid ("Goods"). The Goods were delivered to Buyer at various dates from May 31, 2017 through and including August 25, 2017, as more particularly set forth on **Exhibit A** appended hereto (collectively, the "Shipments"). Of the total Shipments, Goods with a value of $771,366.70 were shipped since August 20, 2017 (the "Ten Day Shipments"), and Goods having a value of $1,622,952.15 were shipped after August 3, 2017, being the most recent date that Buyer misrepresented to Seller that Buyer is "not insolvent" (see email from Peter Richichi of Buyer to Jeff Colton of Seller, dated August 3, 2017 and attached hereto)(the "Post August 3 Shipments" and together with the Ten Day Shipments the "Subject Shipments").

As of the date hereof, as further indicated on **Exhibit A** hereto, Buyer owes Seller an aggregate of $9,709,380.60 for all Shipments it has made to Buyer (together with any fees, costs, interest and penalties payable, the "Indebtedness").

Pursuant to Section 2-702(2) of the Uniform Commercial Code,   Seller hereby demands that Buyer immediately segregate and return to Seller all of the Subject Shipments at the following address: 6005 Freeport Ave. #102, Memphis, TN 38141-8379.   Seller further demands immediate payment for all Shipments not returned, and reserves the right to seek payment for any difference between the Contract Price for any Shipments returned and the net proceeds received upon any resale of such Shipments. For purposes hereof, "Contract Price" shall refer to the agreed price at which Goods were sold to Buyer pursuant to that certain Distribution Agreement between Seller and WYNIT Distribution LLC dated as of July 1, 2016, including any and all amendments or supplements thereto, or pursuant to any other agreement between (i) Seller and (ii) Buyer or any affiliate of Buyer.

As a result of this reclamation demand, Buyer is hereby admonished to segregate and refrain from using, commingling or otherwise converting the Goods in the ordinary course of their business or otherwise. Seller further demands that Buyer promptly account for all the Goods in its possession as of the receipt of this notice and furnish the results of such accounting to Seller by no later than **September 1, 2017**. To make arrangements for the return of all the Goods, please contact Kevin Leonard of Seller at (707) 827-4063.

Wynit Distribution LLC
Page 2 of 2
August 31, 2017

Seller intends to pursue legal remedies, including litigation, as necessary to obtain payment of the Indebtedness and recover the Goods, unless a consensual resolution of payment of the Indebtedness satisfactory to Seller in its sole discretion can be reached.

Seller makes this demand for reclamation without prejudice to all other rights and interests of and available to Seller, at law or in equity, including without limitation the right to recover and reclaim any other Shipments besides the Subject Shipments, and obtain a judgment and judgment lien against Buyer and all of its assets for Buyer's failure to pay the Indebtedness in full.  Seller reserves its right to amend this demand following further investigation.

This is an action to collect a debt.

Sincerely,


DayMen Asia Limited


By: _____

Name Printed: _____Jeff Cotton_____

Title: _____CEO_____



cc:    Richard S. Meller, Esq.
       N. Neville Reid, Esq.

**Subject:** Re: DAYMEN PAYMENTS DUE

**Date:** Thursday, August 3, 2017 at 11:49:47 AM Pacific Daylight Time

**From:** Pete Richichi <prichichi@wynit.com>

**To:** Jeff Colton <JColton@daymen.com>

**CC:** Rick Slagle <rslagle@wynit.com>

Jeff, I'm on the road. Let's talk tomorrow. We are not indifferent, incompetent or insolvent, but cash is always tight this time of year. Give me the morning to get an update from my team and let's talk mid morning your time.

Pete

Sent from my iPhone

[wynit_logo_email_2015.jpg]

Pete Richichi
Chief Operating Officer |
p 864.605.9920 x2500 | c 917.509.5880

2 W. Washington St Suite 500 | Greenville, SC 29601 | [http://www.wynit.com/wp-content/uploads/2015/03/twitter_bird_email.png] @WYNIT<https://twitter.com/wynit> | www.wynit.com <http://www.wynit.com>

On Aug 3, 2017, at 2:31 PM, Jeff Colton <JColton@daymen.com> wrote:

> Pete, come on… What's going on here?
>
> As usual, not only are the payable calculations incomplete or totally wrong, but it is total radio silence out of you guys.
>
> All we're asking for is communication, and timely payment. I just can't get my head around why this is so difficult for you guys.
>
> The math is simple on these payables. You continually pay them late, and there is NO rapport or line of communication to Finance to reconcile things.
>
> Again, what is it? (1) Indifference, (2) Incompetence, (3) Insolvency?
>
> It has to be one of the three -- we see no other explanation.
>
> As Lauren notes below in her umpteenth note (that has gotten zero response), more and more payables come due every week.
>
> I have done EVERYTHING to paint you guys in a very positive light and support you as we enter a potentially large change in our relationship – almost to the point of being misleading I fear….. I am getting NOTHING back from you.
>
> I need your commitment to address the issues in Finance, and to get us paid what we are due ASAP.
>
> Please advise.
>
> Jeff
>
> Jeff Colton | Chief Executive Officer
> DayMen | Lowepro | Joby
> 1435 North McDowell Blvd. Suite 200

**EXHIBIT A - Reclamation Demand Pursuant to UCC**
DAYMEN ASIA LIMITED ("Seller")

Total Amount due $   9,709,380.60

| Customer Number | Document Type | Document Number | Document Date (Ship date) | Original Trx Amount | Current Trx Amount |
|---|---|---|---|---|---|
| WYNUS | Sales / Invoices | INV0016514 | 5/31/2017 | $ 89,450.52 | $ 48,970.84 |
| WYNUS | Sales / Invoices | INV0016515 | 5/31/2017 | $ 35,891.52 | $ 35,891.52 |
| WYNUS | Sales / Invoices | INV0016516 | 5/31/2017 | $ 100,608.94 | $ 100,608.94 |
| WYNUS | Sales / Invoices | INV0016517 | 5/31/2017 | $ 1,204.64 | $ 1,204.64 |
| WYNUS | Sales / Invoices | INV0016518 | 5/31/2017 | $ 187.92 | $ 187.92 |
| WYNUS | Sales / Invoices | INV0016541 | 6/1/2017 | $ 1,472.52 | $ 1,472.52 |
| WYNUS | Sales / Invoices | INV0016542 | 6/1/2017 | $ 140,790.08 | $ 140,790.08 |
| WYNUS | Sales / Invoices | INV0016543 | 6/1/2017 | $ 15,474.00 | $ 15,474.00 |
| WYNUS | Sales / Invoices | INV0016544 | 6/1/2017 | $ 76,936.56 | $ 76,936.56 |
| WYNUS | Sales / Invoices | INV0016545 | 6/1/2017 | $ 25,642.00 | $ 25,642.00 |
| WYNUS | Sales / Invoices | INV0016546 | 6/1/2017 | $ 6,014.24 | $ 6,014.24 |
| WYNUS | Sales / Invoices | INV0016547 | 6/1/2017 | $ 22,533.60 | $ 22,533.60 |
| WYNUS | Sales / Invoices | INV0016548 | 6/1/2017 | $ 731.52 | $ 731.52 |
| WYNCA | Debit Memos | DEBIT002054 | 7/31/2017 | $ 15,651.84 | $ 15,651.84 |
| WYNUS | Sales / Invoices | INV0016524 | 6/2/2017 | $ 37,995.96 | $ 37,995.96 |
| WYNUS | Sales / Invoices | INV0016525 | 6/2/2017 | $ 83,705.42 | $ 83,705.42 |
| WYNUS | Sales / Invoices | INV0016526 | 6/2/2017 | $ 44,323.74 | $ 44,323.74 |
| WYNUS | Sales / Invoices | INV0016529 | 6/2/2017 | $ 141,262.56 | $ 141,262.56 |
| WYNUS | Sales / Invoices | INV0016530 | 6/2/2017 | $ 3,688.32 | $ 3,688.32 |
| WYNUS | Sales / Invoices | INV0016531 | 6/2/2017 | $ 3,526.40 | $ 3,526.40 |
| WYNUS | Sales / Invoices | INV0016532 | 6/2/2017 | $ 2,066.82 | $ 2,066.82 |
| WYNUS | Sales / Invoices | INV0016533 | 6/2/2017 | $ 45,091.92 | $ 45,091.92 |
| WYNCA | Debit Memos | DEBIT002041 | 6/5/2017 | $ 89,041.06 | $ 89,041.06 |
| WYNUS | Sales / Invoices | INV0016527 | 6/5/2017 | $ 6,793.60 | $ 6,793.60 |
| WYNUS | Sales / Invoices | INV0016528 | 6/5/2017 | $ 79,316.16 | $ 79,316.16 |
| WYNUS | Sales / Invoices | INV0016534 | 6/5/2017 | $ 20,070.28 | $ 20,070.28 |
| WYNUS | Sales / Invoices | INV0016535 | 6/5/2017 | $ 83,553.54 | $ 83,553.54 |
| WYNUS | Sales / Invoices | INV0016536 | 6/5/2017 | $ 21,126.64 | $ 21,126.64 |
| WYNUS | Sales / Invoices | INV0016537 | 6/5/2017 | $ 101,594.00 | $ 101,594.00 |
| WYNUS | Sales / Invoices | INV0016538 | 6/5/2017 | $ 23,628.00 | $ 23,628.00 |
| WYNUS | Sales / Invoices | INV0016539 | 6/5/2017 | $ 2,813.20 | $ 2,813.20 |
| WYNUS | Sales / Invoices | INV0016540 | 6/5/2017 | $ 18,826.80 | $ 18,826.80 |
| WYNUS | Sales / Invoices | INV0016549 | 6/5/2017 | $ 1,367.52 | $ 1,367.52 |
| WYNUS | Sales / Invoices | INV0016550 | 6/5/2017 | $ 18,803.40 | $ 18,803.40 |
| WYNUS | Sales / Invoices | INV0016551 | 6/5/2017 | $ 63,730.00 | $ 63,730.00 |
| WYNUS | Sales / Invoices | INV0016552 | 6/5/2017 | $ 2,564.10 | $ 2,564.10 |
| WYNUS | Sales / Invoices | INV0016570 | 6/6/2017 | $ 63,992.00 | $ 63,992.00 |
| WYNUS | Sales / Invoices | INV0016571 | 6/6/2017 | $ 40,020.24 | $ 40,020.24 |
| WYNUS | Sales / Invoices | INV0016572 | 6/6/2017 | $ 27,972.00 | $ 27,972.00 |
| WYNUS | Sales / Invoices | INV0016573 | 6/6/2017 | $ 867.68 | $ 867.68 |
| WYNUS | Sales / Invoices | INV0016574 | 6/6/2017 | $ 101,456.16 | $ 101,456.16 |
| WYNUS | Sales / Invoices | INV0016575 | 6/6/2017 | $ 943.60 | $ 943.60 |
| WYNCA | Sales / Invoices | INV0016586 | 6/7/2017 | $ 971.28 | $ 971.28 |
| WYNCA | Sales / Invoices | INV0016587 | 6/7/2017 | $ 7,883.22 | $ 7,883.22 |
| WYNCA | Sales / Invoices | INV0016588 | 6/7/2017 | $ 29,350.40 | $ 29,350.40 |
| WYNCA | Sales / Invoices | INV0016589 | 6/7/2017 | $ 16,772.92 | $ 16,772.92 |
| WYNCA | Sales / Invoices | INV0016590 | 6/7/2017 | $ 29,125.80 | $ 29,125.80 |
| WYNCA | Sales / Invoices | INV0016676 | 6/9/2017 | $ 34,414.20 | $ 34,414.20 |
| WYNCA | Sales / Invoices | INV0016677 | 6/9/2017 | $ 29,315.80 | $ 29,315.80 |
| WYNUS | Sales / Invoices | INV0016638 | 6/12/2017 | $ 35,898.00 | $ 35,898.00 |
| WYNUS | Sales / Invoices | INV0016639 | 6/12/2017 | $ 10,438.00 | $ 10,438.00 |
| WYNUS | Sales / Invoices | INV0016640 | 6/12/2017 | $ 45,533.60 | $ 45,533.60 |
| WYNUS | Sales / Invoices | INV0016641 | 6/12/2017 | $ 67,808.72 | $ 67,808.72 |
| WYNUS | Sales / Invoices | INV0016642 | 6/12/2017 | $ 25,492.00 | $ 25,492.00 |
| WYNUS | Sales / Invoices | INV0016661 | 6/12/2017 | $ 116,878.10 | $ 116,878.10 |
| WYNUS | Sales / Invoices | INV0016662 | 6/12/2017 | $ 70,786.62 | $ 70,786.62 |
| WYNUS | Sales / Invoices | INV0016663 | 6/12/2017 | $ 12,794.44 | $ 12,794.44 |
| WYNUS | Sales / Invoices | INV0016665 | 6/12/2017 | $ 121,410.00 | $ 121,410.00 |
| WYNUS | Sales / Invoices | INV0016666 | 6/12/2017 | $ 20,749.64 | $ 20,749.64 |
| WYNUS | Sales / Invoices | INV0016667 | 6/12/2017 | $ 4,674.00 | $ 4,674.00 |
| WYNUS | Sales / Invoices | INV0016668 | 6/12/2017 | $ 84,467.02 | $ 84,467.02 |
| WYNUS | Sales / Invoices | INV0016669 | 6/12/2017 | $ 58,364.80 | $ 58,364.80 |
| WYNUS | Sales / Invoices | INV0016643 | 6/13/2017 | $ 1,285.20 | $ 1,285.20 |
| WYNUS | Sales / Invoices | INV0016644 | 6/13/2017 | $ 1,713.60 | $ 1,713.60 |
| WYNUS | Sales / Invoices | INV0016645 | 6/13/2017 | $ 38,851.20 | $ 38,851.20 |
| WYNUS | Sales / Invoices | INV0016646 | 6/13/2017 | $ 428.40 | $ 428.40 |
| WYNUS | Sales / Invoices | INV0016647 | 6/13/2017 | $ 3,427.20 | $ 3,427.20 |
| WYNUS | Sales / Invoices | INV0016648 | 6/13/2017 | $ 428.40 | $ 428.40 |
| WYNUS | Sales / Invoices | INV0016649 | 6/13/2017 | $ 2,564.10 | $ 2,564.10 |
| WYNUS | Sales / Invoices | INV0016650 | 6/13/2017 | $ 7,008.72 | $ 7,008.72 |
| WYNUS | Sales / Invoices | INV0016651 | 6/13/2017 | $ 43,852.08 | $ 43,852.08 |
| WYNUS | Sales / Invoices | INV0016652 | 6/13/2017 | $ 14,685.66 | $ 14,685.66 |
| WYNUS | Sales / Invoices | INV0016653 | 6/13/2017 | $ 13,115.52 | $ 13,115.52 |
| WYNUS | Sales / Invoices | INV0016654 | 6/13/2017 | $ 885.60 | $ 885.60 |
| WYNUS | Sales / Invoices | INV0016655 | 6/13/2017 | $ 1,771.20 | $ 1,771.20 |

| Customer Number | Document Type | Document Number | Document Date (Ship date) | Original Trx Amount | Current Trx Amount |
|---|---|---|---|---|---|
| WYNUS | Sales / Invoices | INV0016656 | 6/13/2017 | $ 64,341.78 | $ 64,341.78 |
| WYNUS | Sales / Invoices | INV0016657 | 6/13/2017 | $ 37,289.28 | $ 37,289.28 |
| WYNUS | Sales / Invoices | INV0016658 | 6/13/2017 | $ 60,860.48 | $ 60,860.48 |
| WYNUS | Sales / Invoices | INV0016659 | 6/13/2017 | $ 55,188.80 | $ 55,188.80 |
| WYNUS | Sales / Invoices | INV0016660 | 6/13/2017 | $ 26,368.88 | $ 26,368.88 |
| WYNCA | Sales / Invoices | INV0016720 | 6/19/2017 | $ 3,116.16 | $ 3,116.16 |
| WYNCA | Sales / Invoices | INV0016721 | 6/19/2017 | $ 10,517.90 | $ 10,517.90 |
| WYNCA | Sales / Invoices | INV0016722 | 6/19/2017 | $ 7,838.39 | $ 7,838.39 |
| WYNCA | Sales / Invoices | INV0016723 | 6/19/2017 | $ 1,356.80 | $ 1,356.80 |
| WYNCA | Sales / Invoices | INV0016724 | 6/19/2017 | $ 69,553.39 | $ 69,553.39 |
| WYNUS | Sales / Invoices | INV0016725 | 6/20/2017 | $ 40,822.88 | $ 40,822.88 |
| WYNUS | Sales / Invoices | INV0016726 | 6/20/2017 | $ 212,942.06 | $ 212,942.06 |
| WYNUS | Sales / Invoices | INV0016727 | 6/20/2017 | $ 3,578.82 | $ 3,578.82 |
| WYNUS | Sales / Invoices | INV0016728 | 6/20/2017 | $ 1,449.30 | $ 1,449.30 |
| WYNUS | Sales / Invoices | INV0016729 | 6/20/2017 | $ 1,402.40 | $ 1,402.40 |
| WYNUS | Sales / Invoices | INV0016730 | 6/20/2017 | $ 350.60 | $ 350.60 |
| WYNUS | Sales / Invoices | INV0016731 | 6/20/2017 | $ 77,540.27 | $ 77,540.27 |
| WYNUS | Sales / Invoices | INV0016732 | 6/20/2017 | $ 1,051.80 | $ 1,051.80 |
| WYNUS | Sales / Invoices | INV0016733 | 6/20/2017 | $ 173,464.99 | $ 173,464.99 |
| WYNUS | Sales / Invoices | INV0016734 | 6/20/2017 | $ 44,400.96 | $ 44,400.96 |
| WYNUS | Sales / Invoices | INV0016735 | 6/20/2017 | $ 1,739.16 | $ 1,739.16 |
| WYNUS | Sales / Invoices | INV0016797 | 6/20/2017 | $ 157,390.07 | $ 157,390.07 |
| WYNUS | Sales / Invoices | INV0016798 | 6/22/2017 | $ 33,980.00 | $ 33,980.00 |
| WYNUS | Sales / Invoices | INV0016769 | 6/23/2017 | $ 106,892.63 | $ 106,892.63 |
| WYNUS | Sales / Invoices | INV0016770 | 6/23/2017 | $ 829.52 | $ 829.52 |
| WYNUS | Sales / Invoices | INV0016771 | 6/23/2017 | $ 414.76 | $ 414.76 |
| WYNUS | Sales / Invoices | INV0016772 | 6/23/2017 | $ 9,155.20 | $ 9,155.20 |
| WYNUS | Sales / Invoices | INV0016773 | 6/23/2017 | $ 9,502.88 | $ 9,502.88 |
| WYNCA | Sales / Invoices | INV0016814 | 6/26/2017 | $ 6,440.16 | $ 6,440.16 |
| WYNCA | Sales / Invoices | INV0016815 | 6/26/2017 | $ 20,180.24 | $ 20,180.24 |
| WYNCA | Sales / Invoices | INV0016816 | 6/26/2017 | $ 28,420.34 | $ 28,420.34 |
| WYNCA | Sales / Invoices | INV0016817 | 6/26/2017 | $ 6,194.82 | $ 6,194.82 |
| WYNUS | Sales / Invoices | INV0016810 | 6/27/2017 | $ 25,152.00 | $ 25,152.00 |
| WYNUS | Sales / Invoices | INV0016811 | 6/27/2017 | $ 36,467.20 | $ 36,467.20 |
| WYNUS | Sales / Invoices | INV0016812 | 6/27/2017 | $ 3,737.28 | $ 3,737.28 |
| WYNUS | Sales / Invoices | INV0016813 | 6/27/2017 | $ 37,653.12 | $ 37,653.12 |
| WYNUS | Sales / Invoices | INV0016822 | 6/27/2017 | $ 55,037.98 | $ 55,037.98 |
| WYNUS | Sales / Invoices | INV0016823 | 6/27/2017 | $ 123,393.90 | $ 123,393.90 |
| WYNCA | Debit Memos | DEBIT002048 | 6/30/2017 | $ 39,188.74 | $ 39,188.74 |
| WYNUS | Sales / Invoices | INV0016836 | 6/30/2017 | $ 19,806.30 | $ 19,806.30 |
| WYNUS | Sales / Invoices | INV0016837 | 6/30/2017 | $ 116,306.40 | $ 116,306.40 |
| WYNUS | Sales / Invoices | INV0016838 | 6/30/2017 | $ 21,450.94 | $ 21,450.94 |
| WYNUS | Sales / Invoices | INV0016839 | 6/30/2017 | $ 55,793.68 | $ 55,793.68 |
| WYNUS | Sales / Invoices | INV0016954 | 7/14/2017 | $ 2,779.92 | $ 2,779.92 |
| WYNUS | Sales / Invoices | INV0016955 | 7/14/2017 | $ 13,608.00 | $ 13,608.00 |
| WYNUS | Sales / Invoices | INV0016956 | 7/14/2017 | $ 2,926.08 | $ 2,926.08 |
| WYNUS | Sales / Invoices | INV0016957 | 7/17/2017 | $ 135,581.64 | $ 135,581.64 |
| WYNUS | Sales / Invoices | INV0016958 | 7/17/2017 | $ 29,473.64 | $ 29,473.64 |
| WYNCA | Sales / Invoices | INV0016980 | 7/18/2017 | $ 17,560.74 | $ 17,560.74 |
| WYNCA | Sales / Invoices | INV0016981 | 7/18/2017 | $ 25,658.80 | $ 25,658.80 |
| WYNCA | Sales / Invoices | INV0016982 | 7/18/2017 | $ 35,756.99 | $ 35,756.99 |
| WYNCA | Sales / Invoices | INV0016983 | 7/18/2017 | $ 84,734.34 | $ 84,734.34 |
| WYNUS | Sales / Invoices | INV0016984 | 7/18/2017 | $ 182,739.88 | $ 182,739.88 |
| WYNUS | Sales / Invoices | INV0016985 | 7/18/2017 | $ 14,174.16 | $ 14,174.16 |
| WYNUS | Sales / Invoices | INV0016986 | 7/18/2017 | $ 61,435.72 | $ 61,435.72 |
| WYNUS | Sales / Invoices | INV0016987 | 7/18/2017 | $ 113,639.76 | $ 113,639.76 |
| WYNUS | Sales / Invoices | INV0016988 | 7/18/2017 | $ 9,712.80 | $ 9,712.80 |
| WYNUS | Sales / Invoices | INV0016989 | 7/18/2017 | $ 2,573.36 | $ 2,573.36 |
| WYNUS | Sales / Invoices | INV0016990 | 7/18/2017 | $ 7,042.88 | $ 7,042.88 |
| WYNUS | Sales / Invoices | INV0016991 | 7/18/2017 | $ 1,218.96 | $ 1,218.96 |
| WYNUS | Sales / Invoices | INV0016992 | 7/18/2017 | $ 14,809.74 | $ 14,809.74 |
| WYNUS | Sales / Invoices | INV0016993 | 7/18/2017 | $ 82,984.18 | $ 82,984.18 |
| WYNUS | Sales / Invoices | INV0016994 | 7/18/2017 | $ 34,121.50 | $ 34,121.50 |
| WYNUS | Sales / Invoices | INV0016995 | 7/18/2017 | $ 31,816.98 | $ 31,816.98 |
| WYNUS | Sales / Invoices | INV0017073 | 7/18/2017 | $ 10,938.24 | $ 10,938.24 |
| WYNUS | Sales / Invoices | INV0017074 | 7/18/2017 | $ 2,072.46 | $ 2,072.46 |
| WYNUS | Sales / Invoices | INV0017075 | 7/18/2017 | $ 159.42 | $ 159.42 |
| WYNUS | Sales / Invoices | INV0017076 | 7/18/2017 | $ 43,359.48 | $ 43,359.48 |
| WYNUS | Sales / Invoices | INV0017077 | 7/18/2017 | $ 492.78 | $ 492.78 |
| WYNUS | Sales / Invoices | INV0017078 | 7/18/2017 | $ 9,145.74 | $ 9,145.74 |
| WYNUS | Sales / Invoices | INV0017079 | 7/18/2017 | $ 195,520.56 | $ 195,520.56 |
| WYNUS | Sales / Invoices | INV0017080 | 7/18/2017 | $ 40,630.68 | $ 40,630.68 |
| WYNUS | Sales / Invoices | INV0017081 | 7/18/2017 | $ 22,100.04 | $ 22,100.04 |
| WYNUS | Sales / Invoices | INV0017004 | 7/19/2017 | $ 119,311.50 | $ 119,311.50 |
| WYNUS | Sales / Invoices | INV0017005 | 7/19/2017 | $ 238,201.42 | $ 238,201.42 |
| WYNUS | Sales / Invoices | INV0017006 | 7/19/2017 | $ 527.52 | $ 527.52 |
| WYNUS | Sales / Invoices | INV0017007 | 7/19/2017 | $ 48,632.40 | $ 48,632.40 |
| WYNUS | Sales / Invoices | INV0017008 | 7/19/2017 | $ 50,586.32 | $ 50,586.32 |

| Customer Number | Document Type | Document Number | Document Date (Ship date) | Original Trx Amount | Current Trx Amount |
|---|---|---|---|---|---|
| WYNUS | Sales / Invoices | INV0017009 | 7/19/2017 | $ 244,258.68 | $ 244,258.68 |
| WYNUS | Sales / Invoices | INV0017025 | 7/20/2017 | $ 3,685.00 | $ 3,685.00 |
| WYNUS | Sales / Invoices | INV0017026 | 7/20/2017 | $ 4,324.32 | $ 4,324.32 |
| WYNUS | Sales / Invoices | INV0017027 | 7/20/2017 | $ 111,707.12 | $ 111,707.12 |
| WYNUS | Sales / Invoices | INV0017028 | 7/20/2017 | $ 69,890.40 | $ 69,890.40 |
| WYNUS | Sales / Invoices | INV0017029 | 7/20/2017 | $ 18,911.52 | $ 18,911.52 |
| WYNUS | Sales / Invoices | INV0017030 | 7/20/2017 | $ 177,560.12 | $ 177,560.12 |
| WYNUS | Sales / Invoices | INV0017038 | 7/20/2017 | $ 13,410.24 | $ 13,410.24 |
| WYNUS | Sales / Invoices | INV0017039 | 7/20/2017 | $ 39,317.60 | $ 39,317.60 |
| WYNUS | Sales / Invoices | INV0017040 | 7/20/2017 | $ 43,280.00 | $ 43,280.00 |
| WYNUS | Sales / Invoices | INV0017031 | 7/21/2017 | $ 210.48 | $ 210.48 |
| WYNUS | Sales / Invoices | INV0017032 | 7/21/2017 | $ 631.44 | $ 631.44 |
| WYNUS | Sales / Invoices | INV0017033 | 7/21/2017 | $ 210.48 | $ 210.48 |
| WYNUS | Sales / Invoices | INV0017034 | 7/21/2017 | $ 45,250.44 | $ 45,250.44 |
| WYNUS | Sales / Invoices | INV0017035 | 7/21/2017 | $ 32,686.50 | $ 32,686.50 |
| WYNUS | Sales / Invoices | INV0017036 | 7/21/2017 | $ 146.36 | $ 146.36 |
| WYNUS | Sales / Invoices | INV0017037 | 7/21/2017 | $ 2,656.80 | $ 2,656.80 |
| WYNCA | Sales / Invoices | INV0017100 | 7/24/2017 | $ 47,669.46 | $ 47,669.46 |
| WYNCA | Sales / Invoices | INV0017101 | 7/24/2017 | $ 97,548.17 | $ 97,548.17 |
| WYNCA | Sales / Invoices | INV0017102 | 7/24/2017 | $ 1,667.88 | $ 1,667.88 |
| WYNCA | Sales / Invoices | INV0017104 | 7/24/2017 | $ 667.15 | $ 667.15 |
| WYNUS | Sales / Invoices | INV0017072 | 7/24/2017 | $ 17,190.72 | $ 17,190.72 |
| WYNUS | Debit Memos | DEBIT002056 | 7/31/2017 | $ 62,697.34 | $ 62,697.34 |
| WYNCA | Sales / Invoices | INV0017228 | 8/1/2017 | $ 15,184.49 | $ 15,184.49 |
| WYNCA | Sales / Invoices | INV0017229 | 8/1/2017 | $ 14,854.10 | $ 14,854.10 |
| WYNCA | Sales / Invoices | INV0017230 | 8/1/2017 | $ 21,938.14 | $ 21,938.14 |
| WYNCA | Sales / Invoices | INV0017231 | 8/1/2017 | $ 186,140.09 | $ 186,140.09 |
| WYNUS | Sales / Invoices | INV0017142 | 8/2/2017 | $ 123,336.00 | $ 123,336.00 |
| WYNUS | Sales / Invoices | INV0017143 | 8/2/2017 | $ 200,051.12 | $ 200,051.12 |
| WYNUS | Sales / Invoices | INV0017144 | 8/2/2017 | $ 219,236.72 | $ 219,236.72 |
| WYNUS | Sales / Invoices | INV0017145 | 8/2/2017 | $ 39,084.96 | $ 39,084.96 |
| WYNUS | Sales / Invoices | INV0017162 | 8/3/2017 | $ 22,666.00 | $ 22,666.00 |
| WYNUS | Sales / Invoices | INV0017163 | 8/3/2017 | $ 439.08 | $ 439.08 |
| WYNUS | Sales / Invoices | INV0017164 | 8/3/2017 | $ 7,773.04 | $ 7,773.04 |
| WYNUS | Sales / Invoices | INV0017165 | 8/3/2017 | $ 33,980.00 | $ 33,980.00 |
| WYNUS | Sales / Invoices | INV0017166 | 8/3/2017 | $ 96,177.84 | $ 96,177.84 |
| WYNUS | Sales / Invoices | INV0017169 | 8/7/2017 | $ 3,226.60 | $ 3,226.60 |
| WYNUS | Sales / Invoices | INV0017170 | 8/7/2017 | $ 31,583.24 | $ 31,583.24 |
| WYNUS | Sales / Invoices | INV0017171 | 8/7/2017 | $ 96,784.50 | $ 96,784.50 |
| WYNUS | Sales / Invoices | INV0017172 | 8/7/2017 | $ 69,011.12 | $ 69,011.12 |
| WYNUS | Sales / Invoices | INV0017217 | 8/9/2017 | $ 14,742.00 | $ 14,742.00 |
| WYNUS | Sales / Invoices | INV0017218 | 8/9/2017 | $ 15,685.60 | $ 15,685.60 |
| WYNUS | Sales / Invoices | INV0017219 | 8/9/2017 | $ 5,803.20 | $ 5,803.20 |
| WYNUS | Sales / Invoices | INV0017220 | 8/9/2017 | $ 35,452.00 | $ 35,452.00 |
| WYNUS | Sales / Invoices | INV0017221 | 8/9/2017 | $ 29,819.92 | $ 29,819.92 |
| WYNUS | Sales / Invoices | INV0017222 | 8/9/2017 | $ 189,973.10 | $ 189,973.10 |
| WYNUS | Sales / Invoices | INV0017223 | 8/9/2017 | $ 8,470.44 | $ 8,470.44 |
| WYNCA | Sales / Invoices | INV0017239 | 8/10/2017 | $ 39,709.28 | $ 39,709.28 |
| WYNCA | Sales / Invoices | INV0017240 | 8/10/2017 | $ 1,072.37 | $ 1,072.37 |
| WYNCA | Sales / Invoices | INV0017241 | 8/10/2017 | $ 5,377.90 | $ 5,377.90 |
| WYNCA | Sales / Invoices | INV0017242 | 8/10/2017 | $ 60,435.02 | $ 60,435.02 |
| WYNUS | Sales / Invoices | INV0017237 | 8/11/2017 | $ 10,374.00 | $ 10,374.00 |
| WYNUS | Sales / Invoices | INV0017238 | 8/11/2017 | $ 184,402.72 | $ 184,402.72 |
| WYNUS | Sales / Invoices | INV0017252 | 8/15/2017 | $ 4,389.12 | $ 4,389.12 |
| WYNUS | Sales / Invoices | INV0017253 | 8/16/2017 | $ 3,291.84 | $ 3,291.84 |
| WYNUS | Sales / Invoices | INV0017254 | 8/16/2017 | $ 17,556.48 | $ 17,556.48 |
| WYNUS | Sales / Invoices | INV0017255 | 8/16/2017 | $ 1,563.20 | $ 1,563.20 |
| WYNUS | Sales / Invoices | INV0017282 | 8/17/2017 | $ 22,861.80 | $ 22,861.80 |
| WYNUS | Sales / Invoices | INV0017308 | 8/22/2017 | $ 13,770.00 | $ 13,770.00 |
| WYNUS | Sales / Invoices | INV0017309 | 8/22/2017 | $ 235,515.54 | $ 235,515.54 |
| WYNUS | Sales / Invoices | INV0017310 | 8/22/2017 | $ 343,374.16 | $ 343,374.16 |
| WYNUS | Sales / Invoices | INV0017311 | 8/22/2017 | $ 994.56 | $ 994.56 |
| WYNUS | Sales / Invoices | INV0017312 | 8/22/2017 | $ 9,939.28 | $ 9,939.28 |
| WYNUS | Sales / Invoices | INV0017313 | 8/24/2017 | $ 62,130.56 | $ 62,130.56 |
| WYNUS | Sales / Invoices | INV0017314 | 8/24/2017 | $ 407.20 | $ 407.20 |
| WYNUS | Sales / Invoices | INV0017315 | 8/24/2017 | $ 7,315.20 | $ 7,315.20 |
| WYNUS | Sales / Invoices | INV0017316 | 8/24/2017 | $ 2,926.08 | $ 2,926.08 |
| WYNUS | Returns | RTN0000330 | 8/24/2017 | $ (4,623.40) | $ (4,623.40) |
| WYNUS | Sales / Invoices | INV0017318 | 8/25/2017 | $ 99,617.52 | $ 99,617.52 |