UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                              Bky. Case No. 17-42726

WYNIT Distribution LLC,                                             Chapter 11

    Debtor.

**NOTICE OF RECLAMATION DEMAND**

PLEASE TAKE NOTICE that Graphic Finishing Partners, LLC, a creditor in this proceeding, by and through its undersigned counsel, hereby files this notice of the delivery of a written demand ("Reclamation Demand"), pursuant to Section 546(c) of Title 11 of the United States Code ("Bankruptcy Code") and applicable non-bankruptcy law, on the above-captioned Debtor to reclaim certain goods.  The goods that serve as the subject of the Reclamation Demand include the goods that were sold in the ordinary course of Graphic Finishing Partners, LLC's business with the Debtor and delivered to and received by the Debtor during the 45 days prior to the filing of the Debtor's bankruptcy case.  Upon information and belief, the Debtor has not paid for these goods and the Debtor was insolvent at the time they received delivery of the goods.  Attached as **Exhibit A** and incorporated herein by reference is the Reclamation Demand that was delivered to the Debtor.

PLEASE TAKE FURTHER NOTICE that the filing of this notice is not intended to constitute an election of remedies or to waive any of Graphic Finishing Partners, LLC's rights under the Bankruptcy Code or applicable non-bankruptcy law. Graphic Finishing Partners, LLC reserves all of its rights and remedies, including, without limitation:  (i) the

3830758v1

right to amend or otherwise modify this notice and/or the Reclamation Demand; and (ii)

to assert an administrative claim pursuant to Section 503 of the Bankruptcy Code.

Dated:  September 28, 2017

MOSS & BARNETT
A Professional Association

By /e/ Sarah E. Doerr
   Sarah E. Doerr, #338679
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
Telephone:  (612) 877-5297
Fax:  (612) 877-5999
E-Mail:  Sarah.Doerr@lawmoss.com
**Attorneys for Graphic Finishing Partners, LLC**



September 27, 2017

***VIA E-MAIL AND MESSENGER***

Phillip J. Ashfeld, Esq.
Edwin H. Caldie, Esq.
Andrew J. Glasnovich, Esq.
Robert T. Kugler, Esq.
Stinson Leonard Street
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Re:   In Re Wynit Distribution LLC Reclamation Demand
      Bky. Case No. 17-42726 (D. Minn.)
      Our File No. 57224.1

Dear Messrs. Ashfeld, Caldie, Glasnovich and Kugler:

Enclosed please find a Reclamation Demand from Graphic Finishing Partners, LLC, made pursuant to 11 U.S.C. § 546(c).

Very truly yours,

**Sarah E. Doerr**
Attorney at Law
P: (612) 877-5297  F: (612) 877-5024
Sarah.Doerr@lawmoss.com

SED/mam
Enclosure
Cc:   Wynit Distribution LLC (Via FedEx)
3828476v1

# EXHIBIT A

## RECLAMATION DEMAND

To: Wynit Distribution LLC, 9700 W. 76th Street, Suite 116, Eden Prairie, MN 55344, c/o Stinson Leonard Street, 150 S 5th St, Suite 2300, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that Graphic Finishing Partners, LLC (the "Reclaiming Creditor"), by its undersigned attorney, hereby serves this Reclamation Demand and demands reclamation and return of the following goods that were delivered to you on credit in the ordinary course of business within forty-five days of the filing of your Chapter 11 bankruptcy petition in the District of Minnesota on September 8, 2017.

### GOODS TO BE RECLAIMED

Any and all of the goods (the "Goods") that were delivered to you between July 25, 2017 and September 7, 2017, including, without limitation, the Goods referred to on the annexed **Exhibit A** which includes the pertinent invoices and a summary thereof.

We hereby demand immediate return of these Goods pursuant to our rights of reclamation under 11 U.S.C. § 546(c) of the United States Bankruptcy Code and § 336.2-702(2) of the applicable Uniform Commercial Code. We also hereby reserve the right to amend and supplement this Reclamation Demand as additional information becomes available.

The rights exercised in this Reclamation Demand are in addition to, and are not a waiver of, any right of the Reclaiming Creditor pursuant to 11 U.S.C. §§ 503(b)(9) and 507 and any other section of the United States Bankruptcy Code or the applicable Uniform Commercial Code. The Reclaiming Creditor intends to file any and all of appropriate claims against Wynit Distribution, LLC or its affiliates in bankruptcy to obtain payment for the Goods or their return.

MOSS & BARNETT

Dated: September 27, 2017

By _____
Sarah E. Doerr (MN Bar. No. 338679)
150 S 5th St, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5297
Sarah.Doerr@lawmoss.com

**Attorneys for Graphic Finishing Partners, LLC**

# EXHIBIT A

## SUMMARY OF INVOICES SUBJECT TO RECLAMATION DEMAND OF GRAPHIC FINISHING PARTNERS, LLC
### In re: WYNIT DISTRIBUTION, LLC, *ET AL.*
### Case No. 17-17-42726 (Bankr. D. Minn.)

A summary of the invoices subject to Graphic Finishing Partners' reclamation demand is below.

| Customer | Invoice No. | Invoice Date | Date of Receipt | Location | Total | Invoice Attached |
|---|---|---|---|---|---|---|
| Wynit Distribution, LLC | 1007711 | 8/15/17 | 8/18/17 | Nevada Warehouse | $37,434.00 | Yes |
| Wynit Distribution, LLC | 1007712 | 8/15/17 | 8/15/17 | Tennessee Warehouse | $43,035.45 | Yes |
| | | | | **TOTAL:** | **$80,469.45** | |

3780542v1



**Graphic Finishing Partners, LLC**
P.O. Box 1097
Maryland Heights, MO 63043-9150
(800) 986-2005  FAX (314) 685-1363
sales@gfpartnersllc.com

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/15/17 | 1007711-00 |
| | P.O. NO. | PAGE # |
| | 313222 | 1 |

CUST.#:  1043

BILL TO:
WYNIT
2 W. WASHINGTON STREET
SUITE 500
GREENVILLE, SC 29601

SHIP TO:
WYNIT DISTRIBUTION, LLC
C/O NEVADA DIST. SERVICES
625 WALTHAM WAY SUITE 104
MCCARRAN, NV 89434

| REFERENCE | ORDERED BY |
|---|---|
| | |
| SHIP VIA | |
| Truck-Other | |

| SHIP POINT | SHIPPED | TERMS |
|---|---|---|
| Graphic Finishing Partners LLC | 08/14/17 | Net 30 Days |

sales@gfpartnersllc.com

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | Make checks payable to: Graphic Finishing Partners, LLC P.O. Box 1097 Maryland Heights, MO 63043 | | | | | | |
| | SHIPPED 8/14/17 | | | | | | |
| | UPS FREIGHT PRO# 806175462 | | | | | | |
| 1 | 255-C  255 C 55" COLD LAMINATOR  Serial #: 1703255C022 | 1 | 0 | 1 | each | 2899.00 | 2899.00 |
| 2 | 355-TH  355 TH 55" TOP HEAT LAMINATOR  Serial #: 1704355TH033  1704355TH034  1704355TH035  1706355TH036  1706355TH037 | 5 | 0 | 5 | each | 3515.00 | 17575.00 |
| 3 | 363-TH  363 TH 63" TOP HEAT LAMINATOR  Serial #: 1705363TH070  1705363TH071  1705363TH072 | 3 | 0 | 3 | each | 3955.00 | 11865.00 |
| 4 | 563TH-2  563TH-2 63" TOP HEAT LAMINATOR  Serial #: 1612563TH2200 | 1 | 0 | 1 | each | 5095.00 | 5095.00 |
| 5 | 563-123  563TH MACHINE STAND - Version 2 | 1 | 0 | 1 | each | 0.00 | 0.00 |
| 6 | FC  FREIGHT CHARGE | 1 | 0 | 1 | each | 1500.00 | 1500.00 |
| 7 | FA100  FREIGHT ALLOWANCE 100% | 1- | 0 | 1- | each | 1500.00 | 1500.00 - |
| 7 | Lines Total | | | | | Total  Invoice Total | 37434.00  37434.00 |

Last Page



**Graphic Finishing Partners, LLC**
P.O. Box 1097
Maryland Heights, MO 63043-9150
(800) 986-2005  FAX (314) 685-1363
sales@gfpartnersllc.com

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/15/17 | 1007712-00 |
| | P.O. NO. | PAGE # |
| | 313223 | 1 |

CUST.#:  1043

BILL TO: WYNIT
2 W. WASHINGTON STREET
SUITE 500
GREENVILLE, SC 29601

SHIP TO: WYNIT DISTRIBUTION LLC
4550 QUALITY DRIVE SUITE 101
MEMPHIS, TN 38118

| REFERENCE | ORDERED BY |
|---|---|
| | |
| SHIP VIA | |
| Truck-Other | |

| SHIP POINT | SHIPPED | TERMS |
|---|---|---|
| Graphic Finishing Partners LLC | 08/14/17 | Net 30 Days |

sales@gfpartnersllc.com

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | Make checks payable to: Graphic Finishing Partners, LLC P.O. Box 1097 Maryland Heights, MO 63043 | | | | | | |
| | SHIPPED 8/14/17 | | | | | | |
| | MCAIR FREIGHT | | | | | | |
| 1 | 255-C<br>255 C 55" COLD LAMINATOR<br>Serial #: 1703255C023 | 1 | 0 | 1 | each | 2899.00 | 2899.00 |
| 2 | 355-TH<br>355 TH 55" TOP HEAT LAMINATOR<br>Serial #: 1706355TH038    1706355TH039    1706355TH040 | 3 | 0 | 3 | each | 3515.00 | 10545.00 |
| 3 | 363-TH<br>363 TH 63" TOP HEAT LAMINATOR<br>Serial #: 1705363TH073    1705363TH074    1706363TH075    1706363TH076 | 4 | 0 | 4 | each | 3955.00 | 15820.00 |
| 4 | 563TH-2<br>563TH-2 63" TOP HEAT LAMINATOR<br>Serial #: 1612563TH2201   1612563TH2202 | 2 | 0 | 2 | each | 5095.00 | 10190.00 |
| 5 | 563-123<br>563TH MACHINE STAND - Version 2 | 2 | 0 | 2 | each | 0.00 | 0.00 |
| 6 | 563-120<br>500 SERIES REWIND MOTOR | 2 | 0 | 2 | each | 200.00 | 400.00 |
| 7 | 563-121<br>563-2 REWIND TUBE ASSEMBLY | 1 | 0 | 1 | each | 75.00 | 75.00 |
| 8 | KPB-55450<br>KRAFT PAPER 30# BROWN 55 X 450 | 3 | 0 | 3 | each | 61.29 | 183.87 |
| 9 | MAW-51150<br>PSA 2 MIL WHITE MOUNT 51 X 150 | 2 | 0 | 2 | each | 126.29 | 252.58 |
| 10 | TM3-51150<br>PSA 3 MIL TEXTURED UV MATTE 51 X 150 | 30 | 0 | 30 | each | 89.00 | 2670.00 |
| 11 | FC<br>FREIGHT CHARGE | 1 | 0 | 1 | each | 1500.00 | 1500.00 |

Continued



**Graphic Finishing Partners, LLC**
P.O. Box 1097
Maryland Heights, MO 63043-9150
(800) 986-2005  FAX (314) 685-1363
sales@gfpartnersllc.com

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/15/17 | 1007712-00 |
| | P.O. NO. | PAGE # |
| | 313223 | 2 |

CUST.#: 1043

BILL TO: WYNIT
2 W. WASHINGTON STREET
SUITE 500
GREENVILLE, SC 29601

SHIP TO: WYNIT DISTRIBUTION LLC
4550 QUALITY DRIVE SUITE 101
MEMPHIS, TN 38118

| REFERENCE | | ORDERED BY |
|---|---|---|
| | SHIP VIA | |
| Truck-Other | | |
| SHIP POINT | SHIPPED | TERMS |
| Graphic Finishing Partners LLC | 08/14/17 | Net 30 Days |

sales@gfpartnersllc.com

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 12 | FA100 FREIGHT ALLOWANCE 100% | 1- | 0 | 1- | each | 1500.00 | 1500.00 - |
| 12 | Lines Total | | | | | Total | 43035.45 |
| | | | | | | Invoice Total | 43035.45 |

Last Page