# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER |
| | BKY 17-42726 |
| WYNIT Distribution, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC, | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |
| Debtors. | |

## NOTICE OF DEMAND FOR RECLAMATION BY SPHERO, INC.

Sphero, Inc. ("**Sphero**"), by and through its undersigned counsel, hereby files the following *Notice of Demand for Reclamation* (the "**Notice**") and respectfully states as follows:

1. On or about September 8, 2017 (the "**Petition Date**"), Wynit Distribution, LLC and affiliated debtors (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "**Bankruptcy Code**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to 11 U.S.C. § § 1107(a) and 1108. No trustee or examiner has been appointed in these cases.

2. Prior to the Petition Date, Sphero provided and shipped to the Debtors certain goods (the "**Goods**"), which goods were, upon information and belief, received by or on behalf of the Debtors within forty five (45) days of the Petition Date. The Goods were sold to the Debtors in the ordinary course of Sphero's business. Furthermore, upon information and belief, the Debtors were insolvent when the Goods were sold and received.

3. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand for reclamation of goods not later than 45 days after the receipt by the debtor or, if the 45-day period expires after the commencement of the case, not later than 20 days after the date of commencement of the case. 11 U.S.C. §546(c)(1).

4. On September 25, 2017, Sphero sent a written demand to the Debtors via electronic mail and FedEx overnight delivery, return receipt requested, a true and correct copy of which is attached hereto as **Exhibit A** (the "**Reclamation Demand**"). The Reclamation Demand identified the Goods by invoice number and asserted Sphero's rights to, among other things, reclamation of the Goods pursuant to 11 U.S.C. §546(c).

5. Sphero hereby makes demand to the Debtors for reclamation of the Goods pursuant to Uniform Commercial Code §2-207 and 11 U.S.C. §546(c).

6. This Notice constitutes a timely written demand for reclamation upon the Debtors.

**WHEREFORE**, having satisfied the requirements of 11 U.S.C. §546(c), Sphero demands reclamation of its Goods and such other and further relief as this Court deems just and proper.

Dated: September 27, 2017

*/e/ Steven R. Kinsella*
Steven R. Kinsella (#0392289)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
skinsella@fredlaw.com

**ATTORNEYS FOR SPHERO, INC.**

62376656.2

# EXHIBIT A

Via E-mail to AccountsPayable@Wynit.com, FedEx overnight delivery
Return Receipt Requested

September 25, 2017

Wynit Distribution LLC
Attn: Peter A. Richichi, CEO
700 W 76th Street Suite 116
Eden Prairie, MN 55344

**RE:    Reclamation Demand by Sphero, Inc.**

Dear Mr. Richichi,

Sphero, Inc. ("Sphero") hereby demands, pursuant to §2-702 of the Uniform Commercial Code and §546(c)(1) of the United States Bankruptcy Code, the return of all goods received by Wynit Distribution LLC ("Wynit") and any of its divisions, subsidiaries, or affiliates, from Sphero and any of its divisions and subsidiaries, during the applicable periods referred to in the above-cited statutes. This demand specifically includes, but is not limited to, the goods shipped pursuant to the purchase orders and corresponding invoices identified on Exhibit A hereto.

Please contact the undersigned for instructions in connection with the immediate return of the goods.

You are further notified that all goods subject to Sphero's right of reclamation must be protected and segregated by you and must not be used for any purpose whatsoever except those specifically authorized following notice to us, and a hearing, by the United States Bankruptcy Court or other applicable court.

This demand for reclamation is without prejudice to all other rights and remedies available to us, at law or in equity, including but not limited to, our right to an allowed administrative expense claim under §503(b)(9) of the United States Bankruptcy Code for all goods received by Wynit and any of its divisions, subsidiaries, or affiliates within twenty (20) days before the date of commencement of its bankruptcy case.

Sincerely,

SPHERO, INC.

*Stacy Carter* (signature)

Stacy Carter
General Counsel
Stacy@sphero.com
(720) 532.8045

## Exhibit A
## Sphero Goods Shipped to Wynit Within Forty-Five Days of Wynit's Bankruptcy Petition

| Transaction Type | Date | Document Number | P.O. No. | Sales Order No. | Due Date | Age | Open Balance | Delivery Date | Days Delivered Prior to Wynit Filing |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 8/22/17 | 16914 | 3231789 | | 10/6/17 | -25 | $35,579.28 | 8/31/17 | 8 |
| Invoice | 8/22/17 | 16917 | 3231785 | | 10/6/17 | -25 | $12,937.92 | 8/29/17 | 10 |
| Invoice | 8/22/17 | 16915 | 3231787 | | 10/6/17 | -25 | $24,797.68 | 8/28/17 | 11 |
| Invoice | 8/22/17 | 16919 | 3231784 | | 10/6/17 | -25 | $48,517.20 | 8/28/17 | 11 |
| Invoice | 8/17/17 | 16433 | 3231549 | 19964 | 10/1/17 | -20 | $138,004.48 | 8/25/17 | 14 |
| Invoice | 8/22/17 | 16910 | 3231724 | | 10/6/17 | -25 | $898.48 | 8/25/17 | 14 |
| Invoice | 8/22/17 | 20327 | 3231548 | 19965 | 10/6/17 | -25 | $77,627.52 | 8/25/17 | 14 |
| Invoice | 8/22/17 | 16881 | 3231648 | | 10/6/17 | -25 | $1,796.96 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16883 | 3231647 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16885 | 3231651 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16893 | 3231661 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16896 | 3231663 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16879 | 3231646 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16884 | 3231652 | | 10/6/17 | -25 | $1,796.96 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16895 | 3231695 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16904 | 3231705 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16906 | 3231715 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16908 | 3231717 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16903 | 3231708 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16953 | 323174 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20333 | 3231719 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20383 | 3231692 | 20097 | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20387 | 3231675 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20391 | 3231706 | | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20384 | 3231702 | | 10/6/17 | -25 | $1,796.96 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20382 | 3231616 | | 10/6/17 | -25 | $44,924.00 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20380 | 3231182 | 19660 | 10/6/17 | -25 | $44,924.00 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 20419 | 3230871 | 19446 | 10/6/17 | -23 | $31,446.80 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16894 | 3231691 | 20096 | 10/6/17 | -25 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16916 | 3231725 | | 10/6/17 | -23 | $898.48 | 8/24/17 | 15 |
| Invoice | 8/22/17 | 16878 | 3231614 | | 10/6/17 | -25 | $19,737.00 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16887 | 3231653 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16891 | 3231659 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16898 | 3231693 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16900 | 3231696 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16901 | 3231700 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16880 | 3231649 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16882 | 3231650 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16886 | 3231654 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16888 | 3231658 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16890 | 3231660 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16892 | 3231662 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 8/22/17 | 16897 | 3231697 | | 10/6/17 | -25 | $1,796.96 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16899 | 3231699 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16902 | 3231712 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16912 | 3231790 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16918 | 3231729 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16920 | 3231730 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16922 | 3231732 | | 10/6/17 | -25 | $3,593.92 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16905 | 3231703 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16907 | 3231716 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16909 | 3231720 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16913 | 3231788 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16921 | 3231731 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16951 | 3231701 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16952 | 3231707 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 16954 | 3231786 | | 10/6/17 | -25 | $1,796.96 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20328 | 3231733 | 20159 | 10/6/17 | -25 | $20,665.04 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20329 | 3231734 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20330 | 3231728 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20332 | 3231718 | 20136 | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20381 | 3231644 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20385 | 3231655 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20389 | 3231694 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20386 | 3231704 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20388 | 3231656 | | 10/6/17 | -25 | $898.48 | 8/23/17 | 16 |
| Invoice | 8/22/17 | 20390 | 3231709 | | 10/6/17 | -25 | $1,796.96 | 8/23/17 | 16 |
| Invoice | 8/11/17 | 15083 | 3230881 | | 9/25/17 | -14 | $136,788.00 | 8/21/17 | 18 |
| Invoice | 8/17/17 | 16436 | 3231616 | | 10/1/17 | -20 | $6,977.28 | 8/21/17 | 18 |
| Invoice | 8/17/17 | 16435 | 3231546 | 19967 | 10/1/17 | -20 | $113,206.80 | 8/18/17 | 21 |
| Invoice | 8/17/17 | 16434 | 3231547 | 19966 | 10/1/17 | -20 | $75,471.20 | 8/17/17 | 22 |
| Invoice | 8/9/17 | 15035 | 3231148 | | 9/23/17 | -12 | $15,751.04 | 8/11/17 | 28 |
| Invoice | 8/10/17 | 15050 | 3230768 | | 9/24/17 | -13 | $23.91 | 8/11/17 | 28 |
| Invoice | 7/28/17 | 14962 | 3229966 | 17308 | 9/11/17 | 0 | $33,737.46 | **7/30/17** | 40 |
| Invoice | 7/28/17 | 14822 | 3230118 | 17877 | 9/11/17 | 0 | $224,620.00 | 7/28/17 | 42 |
| Invoice | 8/3/17 | 15034 | 3230118 | 17877 | 9/17/17 | -6 | $202,158.00 | 7/28/17 | 42 |
| Invoice | 7/26/17 | 14810 | 3229966 | 17803 | 9/9/17 | 2 | $46,213.42 | **7/28/17** | 42 |
| Invoice | 7/21/17 | 14811 | 3228425 | | 9/4/17 | 7 | $6,803.52 | 7/27/17 | 43 |
| Invoice | 6/7/17 | 13863 | 3228169 | | 7/22/17 | 51 | $19,974.92 | 7/25/17 | 45 |
| Invoice | 7/20/17 | 14697 | 3228169 | | 9/3/17 | 8 | $4,535.68 | 7/25/17 | 45 |
| Invoice | 7/24/17 | 14809 | 3230489 | | 9/7/17 | 4 | $7,894.80 | 7/25/17 | 45 |
| **Total** | | | | | | | **$1,451,718.15** | | |