# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under |
| | Bankruptcy Case No. 17-42726 (KHS) |
| | |
| | Chapter 11 |
| | |
| WYNIT DISTRIBUTION, LLC, | Bky. Case No. 17-42726 |
| WD Navarre Distribution, LLC | Bky. Case No. 17-42728 |
| WD Encore Software, LLC | Bky. Case No. 17-42729 |
| WD Navarre Holdings, LLC | Bky. Case No. 17-32864 |
| WD Navarre Digital Services, LLC | Bky. Case No. 17-32865 |
| WYNIT Holdings, Inc. | Bky. Case No. 17-32866 |
| WD Navarre Canada, ULC, | Bky. Case No. 17-32867 |
| | |
| Debtors. | |

## NOTICE OF RECLAMATION DEMAND OF VIDBOX, INC.

PLEASE TAKE NOTICE that on September 28, 2017, VIDBOX, Inc., on behalf of itself and its affiliates, subsidiaries, and divisions ("Vidbox"), delivered a letter to the Debtors and their counsel, asserting reclamation demands pursuant to section 546(c) of the Bankruptcy Code (the "Demand Letter").

PLEASE TAKE FURTHER NOTICE that a copy of the Demand Letter is attached hereto and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that Vidbox reserves all rights under section 503(b)(9) of the Bankruptcy Code, including with respect to any of the goods identified in the Demand Letter that were delivered within 20 days of the petition date.  Vidbox further reserves the right to recover from, or exercise any other remedy against, any Debtor that has possession, custody, or control over the goods, or is responsible for payment with respect to the same.

Vidbox hereby makes written demand to the Debtors for reclamation of the goods that are the subject of the letter and associated documents attached hereto as Exhibit A pursuant to Minn. Stat. § 336.2-702, 11 U.S.C. § 546(c), and other applicable law.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: September 28, 2017         By:  /e/  *Jeffrey D. Klobucar*
                                      Jeffrey D. Klobucar (#0389368)
                                      100 South Fifth Street, Suite 1500
                                      Minneapolis, MN  55402
                                      jklobucar@bassford.com
                                      Telephone: (612) 333-3000
                                      Facsimile: (612) 333-8829

                                      ***Attorneys for VIDBOX, Inc.***

2

# EXHIBIT A

**BASSFORD REMELE**

JEFFREY D. KLOBUCAR
ATTORNEY
Licensed in MN and WI

T  612.376.1639
F  612.746.1239
JKLOBUCAR@BASSFORD.COM

September 28, 2017

*VIA EMAIL AND U.S. MAIL*

WYNIT Distribution, LLC
c/o Robert Kugler, Esq.
Stinson Leonard Street, LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
robert.kugler@stinson.com

WYNIT Distribution, LLC
700 West 76th Street, Suite 116
Eden Prairie, MN 55344

Re:    *In re: WYNIT Distribution, LLC*
        Bky. Case No.: 17-42726
        **Notice of Reclamation**

To whom it may concern:

This firm represents VIDBOX, Inc. ("Vidbox"), a creditor of WYNIT Distribution, LLC and affiliated entities. (the "Debtor").  Vidbox has now learned the Debtor filed a voluntary petition for bankruptcy under Title 11, Chapter 11, of the United States Code (the "Bankruptcy Code") on September 8, 2017.  Vidbox holds certain claims against the Debtor for failure to make payments for goods shipped to the Debtor.

Section 546(c) of the Bankruptcy Code, in conjunction with the applicable state codification of U.C.C. § 2-702(2), permits Vidbox to reclaim the goods it sold to the Debtor and delivered within forty-five days of September 8, 2017.  Certain goods have been shipped to the Debtor within that time period as set forth in the enclosed invoices.[1]  Vidbox hereby makes written demand for return and reclamation of all goods delivered to the Debtor within the forty-five days preceding the commencement of the Debtor's bankruptcy case.

You are further notified that all goods subject to Vidbox's right of reclamation should be protected and segregated by the Debtor and are not to be used for any purpose whatsoever except those purposes specifically authorized following notice and a hearing by the Bankruptcy Court.

---

[1] The invoices attached to Exhibit 1 have been redacted to omit proprietary pricing information.  Unredacted copies of the invoices can be made available to the Debtor upon request.

BASSFORD REMELE

September 28, 2017
Page 2

Further, this demand should not be construed to limit Vidbox's right to recover from or exercise any other remedy against any Debtor that has possession, custody, or control over the goods that are the subject of this demand or is responsible for payment with respect to the same.

Vidbox expressly reserves its rights under Section 503(b)(9) of the Bankruptcy Code to assert an administrative expense claim for the value of any goods delivered to the Debtors within 20 days prior to the petition date.   Additionally, Vidbox asserts that the values demonstrated in the invoices attached hereto are not indicative of the actual value of any goods shipped on consignment, as the parties had agreed to use a $.01 per item valuation for tracking purposes only. *See* Consignment Rider, section 5(a). Vidbox reserves all its rights to assert claims for the actual value of such goods.

Please contact me upon receipt of this letter in order to make arrangements for Vidbox to reclaim its goods.

Respectfully,

Jeffrey D. Klobucar
for
BASSFORD REMELE, A Professional Association

JDK:plc
Enclosures
cc:

**WYNIT.**

USD - Normal

**Vendor:**
VIDBOX INC
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759

**Purchase order**

**PO number/date**

3229899 / 06/30/2017
**Contact person/Telephone**
Catherine Kaboski/864-605-9920

**Your vendor number with us**
4659

Last Date Accepted : 07/07/2017

**Please deliver to:**
WYNIT DISTRIBUTION
4655 E Shelby Dr.
Memphis TN  38118

**Bill to:**
WYNIT DISTRIBUTION, LLC
C/O WD Navarre Distribution LLC,
A WYNIT Company
2 W WASHINGTON STREET, SUITE 500
GREENVILLE, SC 29601

Terms of delivery: DDP Delivery Duties Paid
Terms of payment: Net 60 Days - AP Inv Holdback          Currency USD

ckaboski@wynit.com

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
|------|----------|-------------|-----------|------|------------|-----------|
| 10 | 8108325 | HONESTECH VHS TO DVD 7.0 DELUXE<br>VDD7M | | | | 1709.10 |
| | | | 882960200795 | | WIN XP,VISTA,WIN 7,W | |
| 20 | 8087734 | AUDIO RECORDER 3.0 PLUS W CASSET<br>ARP3M | | | | 517.90 |
| | | | 882960966738 | | WIN XP,VISTA,WIN 7 | |
| 30 | 8121647 | VHSTODVD 8.0 DELUXE<br>VDD8M | | | | 569.70 |
| | | | 882960266883 | | WIN VISTA,WIN 7,WIN | |

**Vendor:**
VIDBOX INC
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759

**PO number/date**
3229899 / 06/30/2017

**Page**
2

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
|------|----------|-------------|-----------|------|------------|-----------|
| 40 | 8022644 | AUDIO RECORDER 2.0 DELUXE | | | | 517.90 |
| | | ARD2M | 882960200405 | | WIN XP,VISTA | |
| 50 | 8116840 | VIDBOX FOR MAC | | | | 569.70 |
| | | VFM1M | 882960266838 | | MAC X,10.5.8 OR LATE | |

Total net value excl. tax    USD    3,884.30

Authorized Signature

_____



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2017 | 170713NWY01 |

**Bill To**

WD Navarre Distribution, LLC
9700 W 76th Street Suite 116
Eden Prairie, MN 55344

**Ship To**

USD - Normal

| P.O. No. | Due Date |
|----------|----------|
| 3229899 | 8/12/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VDD7M-A5 | VHStoDVD 7.0 Deluxe | | | | 1,709.10 |
| ARP3M | Audio Recorder 3.0 Plus | | | | 517.90 |
| VDD8M | VHStoDVD 8.0 Deluxe | | | | 569.70 |
| ARD2M | Audio Recorder 2.0 Deluxe | | | | 517.90 |
| VFM1M | VIDBOX for Mac | | | | 569.70 |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| | |
|---|---|
| **Total** | USD 0.00 |
| **Payments/Credits** | USD 3,884.30 |
| **Balance Due** | USD 3,884.30 |



**Vendor:**
VIDBOX INC
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759

USD - Normal

**Your vendor number with us**
4659

| Purchase order |
| --- |
| **PO number/date** |
| 3230616 / 07/24/2017 |
| **Contact person/Telephone** |
| Catherine Kaboski/864-605-9920 |

Last Date Accepted : 07/31/2017

**Please deliver to:**
WYNIT DISTRIBUTION
4655 E Shelby Dr.
Memphis TN  38118

**Bill to:**
WYNIT DISTRIBUTION, LLC
C/O WD Navarre Distribution LLC,
A WYNIT Company
2 W WASHINGTON STREET, SUITE 500
GREENVILLE, SC 29601

Terms of delivery: DDP Delivery Duties Paid
Terms of payment: Net 60 Days - AP Inv Holdback          Currency USD

ckaboski@wynit.com

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | 8121646 | VHSTODVD 8.0 DELUXE | ▓▓▓▓▓ | | | 4822.00 |
| | | VDD8D | 882960668885 | | WIN VISTA,WIN 7,WIN | |
| 20 | 8121647 | VHSTODVD 8.0 DELUXE | ▓▓▓▓▓ | | | 569.70 |
| | | VDD8M | 882960266883 | | WIN VISTA,WIN 7,WIN | |
| 30 | 8087734 | AUDIO RECORDER 3.0 PLUS W CASSET | ▓▓▓▓▓ | | | 517.90 |
| | | ARP3M | 882960966738 | | WIN XP,VISTA,WIN 7 | |

Items are not fulfilled

Total net value excl. tax     USD          5,909.60

Authorized Signature

_____



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/11/2017 | 170811NWY01 |

| Bill To |
|---------|
| WD Navarre Distribution, LLC |
| 9700 W 76th Street Suite 116 |
| Eden Prairie, MN 55344 |

| Ship To |
|---------|
| |

**USD - Normal**

| P.O. No. | Due Date |
|----------|----------|
| 3230616 | 9/10/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VDD8D | VHStoDVD 8.0 Deluxe | ■ | | ■ | 4,822.00 |
| VDD8M | VHStoDVD 8.0 Deluxe | | | | 569.70 |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| Total | USD 0.00 |
|-------|----------|
| **Payments/Credits** | USD 5,391.70 |
| **Balance Due** | USD 5,391.70 |



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2017 | 1707CWNOD01 |

| Bill To | Ship To |
|---|---|
| WD Navarre Distribution, LLC<br>9700 W 76th Street Suite 116<br>Eden Prairie, MN 55344 | |

USD - Consignment.
Consignment sales of July 2017-Office Depot - NDS

| P.O. No. | Due Date |
|---|---|
| Jul2017 OD-NDS | 8/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| ARP2S | Audio Recorder 2.0 Plus<br>Wynit consignment sales of July 2017-Office Depot-NDS-USD | ▮ | | ▮ | 2,462.29 |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| Total | USD 0.00 |
|---|---|
| **Payments/Credits** | USD 2,462.29 |
| **Balance Due** | USD 2,462.29 |



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2017 | 1708CWNOD01 |

| Bill To |
|---|
| WD Navarre Distribution, LLC<br>9700 W 76th Street Suite 116<br>Eden Prairie, MN 55344 |

| Ship To |
|---|
| |

USD - Consignment
Consignment Sales of Aug 2017-Office Depot - NDS

| P.O. No. | Due Date |
|---|---|
| Aug2017 4668-US | 9/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| ARP2S | Audio Recorder 2.0 Plus | ■ | | ■ | 2,867.05 |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| Total | USD 0.00 |
|---|---|
| Payments/Credits | USD 2,867.05 |
| **Balance Due** | USD 2,867.05 |

# WYNIT.

**Vendor:**
VIDBOX INC CONSIGNMENT
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759

<div style="border:1px solid red;color:red">
USD - Consignment
Inventory transferred to Wynit.
</div>

**Your vendor number with us**
4668

| Purchase order |
| --- |
| **PO number/date** |
| 3230829 / 07/31/2017 |
| **Contact person/Telephone** |
| Catherine Kaboski/864-605-9920 |

Last Date Accepted : 08/07/2017

**Please deliver to:**
WYNIT DISTRIBUTION
4550 Quality Drive
Memphis TN  38118

**Bill to:**
WYNIT DISTRIBUTION, LLC
C/O WD Navarre Distribution LLC,
A WYNIT Company
2 W WASHINGTON STREET, SUITE 500
GREENVILLE, SC 29601

Terms of delivery: DDP Delivery Duties Paid
Terms of payment: Net 30 Days                    Currency USD

ckaboski@wynit.com, Office Depot POG

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | 8121648 | VIDBOX VIDEO CONVERSION SUITE VCS2S | | | | 35.00 |
| | | | 882960367894 | | WIN VISTA,WIN 7,WIN | |

|  | Total net value excl. tax | USD | 35.00 |
| --- | --- | --- | --- |

Authorized Signature

_____



**Vendor:**
VIDBOX INC CONSIGNMENT
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759
USA

CAD - Consignment

**Your vendor number with us**
4668

| **Purchase order** |
| --- |

**PO number/date**

3231979 / 08/22/2017
**Contact person/Telephone**
Catherine Kaboski/864-605-9920

Our VAT registration no.
8276 86460 RT0001

Last Date Accepted : 08/29/2017

**Please deliver to:**
WD NAVARRE CANADA, ULC
450 EXPORT BLVD UNIT A
MISSISSAUGA ON  L5S 2A4
CANADA

**Bill to:**
WD NAVARRE CANADA, ULC

2 W WASHINGTON STREET, SUITE 500
GREENVILLE, SC 29601

Terms of payment: Net 30 Days                    Currency CAD

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | 8087738 | AUDIO RECORDER 3.0 PLUS WCASS PL ARP3SF | ███████ 882960970735 | | WIN XP,VISTA,WIN 7 | 0.75 |

Total net value excl. tax    CAD         0.75

FROZEN
NOT SHIPPED

Authorized Signature

_____



**Vendor:**
VIDBOX INC
9111 JOLLYVILLE RD STE 285
AUSTIN TX  78759
USA

CAD - Normal

**Your vendor number with us**
4659

| Purchase order | |
|---|---|
| **PO number/date** | |
| 3230617 / 07/24/2017 | |
| **Contact person/Telephone** | |
| Catherine Kaboski/864-605-9920 | |
| | |
| Our VAT registration no. | |
| 8276 86460 RT0001 | |

Last Date Accepted : 07/31/2017

**Please deliver to:**
WD NAVARRE CANADA, ULC
450 EXPORT BLVD UNIT A
MISSISSAUGA ON   L5S 2A4
CANADA

**Bill to:**
WD NAVARRE CANADA, ULC

2 W WASHINGTON STREET, SUITE 500
GREENVILLE, SC 29601

Terms of delivery: DDP Delivery Duties Paid
Terms of payment: Net 60 Days - AP Inv Holdback          Currency CAD

ckaboski@wynit.com

| Line | Material | Description | Order qty | Unit | Price/unit | Net value |
|---|---|---|---|---|---|---|
| 10 | 8114788 | VIDBOX FOR MAC | ▇▇▇▇▇▇▇ | | | 1709.10 |
| | | VFM1MF | 882960269839 | | MAC OS X,10.6 OR LAT | |

Total net value excl. tax    CAD      1,709.10

Authorized Signature



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2017 | 170731NWN01 |

| Bill To |
|---------|
|         |

| Ship To |
|---------|
| WD NAVARRE CANADA, ULC<br>450 EXPORT BLVD UNIT A<br>MISSISSAUGA, ON L5S 2A4<br>CANADA |

CAD- Normal

| P.O. No. | Due Date |
|----------|----------|
| 3230617 | 8/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VFM1MF | VIDBOX for Mac FR/EN | ■ | | ■ | 1,709.10 |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| Total | CAD 0.00 |
|-------|----------|
| **Payments/Credits** | CAD 1,709.10 |
| **Balance Due** | CAD 1,709.10 |



**VIDBOX INC**
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2017 | 1707CWNSC01 |

| Bill To | Ship To |
|---------|---------|
|         |         |

CAD - Consignment
Consignment sales of July 2017-Staple Canada
Invoiced per Wynit Monthly Report

| P.O. No. | Due Date |
|----------|----------|
| Jul2017 SC | 8/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VCP1SF | VIDBOX Video Conversion for PC - Navarre Canada | ▉ | | ▉ | 3,589.11 |
| VDD8SF | VHStoDVD 8.0 Deluxe FR/EN | | | | 911.52 |
| VFM1SF | VIDBOX for Mac FR/EN | | | | 1,424.25 |
| ARP3SF | Audio Recorder 3.0 Plus FR/EN | | | | 2,175.18 |
| Canada Tax | GST for Canadian Consignment Sales 13% | | | | 1,053.01 |
| | Wynit consignment sales of July 2017-Staple Canada-CAD | | | | |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| **Total** | CAD 0.00 |
|-----------|----------|
| **Payments/Credits** | CAD 9,153.07 |
| **Balance Due** | CAD 9,153.07 |



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2017 | 1707CWNBBC1 |

| Bill To | Ship To |
|---------|---------|
| | |

CAD · Consignment
Consignment sales of July 2017-Best Buy Canada
Invoiced per Wynit Monthly Report

| P.O. No. | Due Date |
|----------|----------|
| Jul2017-BBC | 8/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VCS2SF | VIDBOX Video Conversion Suite | ■ | | ■ | 1,679.76 |
| VDD8SF | VHStoDVD 8.0 Deluxe FR/EN | | | | 6,209.73 |
| VFM1SF | VIDBOX for Mac FR/EN | | | | 3,019.41 |
| ARP3SF | Audio Recorder 3.0 Plus FR/EN | | | | 1,812.65 |
| Canada Tax | GST for Canadian Consignment Sales 13% | | | | 1,653.80 |
| | Wynit consignment sales of July 2017-BestBuy Canada-CAD | | | | |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| Total | CAD 0.00 |
|-------|----------|
| Payments/Credits | CAD 14,375.35 |
| **Balance Due** | CAD 14,375.35 |



**VIDBOX INC**
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2017 | 1708CWNSC01 |

| Bill To | Ship To |
|---|---|
| | |

CAD - Consignment
Consignment sales of Aug 2017-Staple Canada
Invoiced per Wynit Monthly Report

| P.O. No. | Due Date |
|---|---|
| Aug2017-4668 CA | 9/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| VCP1SF | VIDBOX Video Conversion for PC - Navarre Canada | ▮ | | ▮ | 797.58 |
| VDD8SF | VHStoDVD 8.0 Deluxe FR/EN | | | | 1,652.13 |
| VFM1SF | VIDBOX for Mac FR/EN | | | | 284.85 |
| ARP3SF | Audio Recorder 3.0 Plus FR/EN | | | | 310.74 |
| Canada Tax | GST for Canadian Consignment Sales 13% | | | | 395.89 |
| | Aug 2017 Wynit Consignment Sale (4668)--Staple Canada | | | | |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| | |
|---|---|
| **Total** | CAD 0.00 |
| **Payments/Credits** | CAD 3,441.19 |
| **Balance Due** | CAD 3,441.19 |



VIDBOX INC
9111 JOLLYVILLE RD SUITE 285
AUSTIN, TX 78759

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2017 | 1708CWNBBC1 |

| Bill To | Ship To |
|---------|---------|
| | |

CAD - Consignment
Consignment sales of Aug 2017-Best Buy Canada
Invoiced per Wynit Monthly Report

| P.O. No. | Due Date |
|----------|----------|
| Aug2017 4668-BBC | 9/30/2017 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| VCS2SF | VIDBOX Video Conversion Suite | ▮ | | ▮ | 1,679.76 |
| VDD8SF | VHStoDVD 8.0 Deluxe FR/EN | | | | 6,095.79 |
| VFM1SF | VIDBOX for Mac FR/EN | | | | 2,164.86 |
| ARP3SF | Audio Recorder 3.0 Plus FR/EN | | | | 1,398.33 |
| Canada Tax | GST for Canadian Consignment Sales 13% | | | | 1,474.04 |
| | Aug 2017 Wynit Consignment Sale-BestBuy Canada | | | | |

Remarks:
Please contact VIDBOX Accounting for any inquiry.
Email: sharon@vidbox.company
Tel: 512-551-1972

| | |
|---|---|
| **Total** | CAD 0.00 |
| **Payments/Credits** | CAD 12,812.78 |
| **Balance Due** | CAD 12,812.78 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

                                 Jointly Administered Under
                                 Bankruptcy Case No. 17-42726 (KHS)

                                 Chapter 11

| | |
|---|---|
| WYNIT DISTRIBUTION, LLC, | Bky. Case No. 17-42726 |
| WD Navarre Distribution, LLC | Bky. Case No. 17-42728 |
| WD Encore Software, LLC | Bky. Case No. 17-42729 |
| WD Navarre Holdings, LLC | Bky. Case No. 17-32864 |
| WD Navarre Digital Services, LLC | Bky. Case No. 17-32865 |
| WYNIT Holdings, Inc. | Bky. Case No. 17-32866 |
| WD Navarre Canada, ULC, | Bky. Case No. 17-32867 |

                  Debtors.

## UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Jeffrey D. Klobucar, an attorney licensed to practice law in this Court, with an office address of 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, declare that on September 28, 2017, I caused the following documents:

-   **NOTICE OF RECLAMATION DEMAND OF VIDBOX, INC.**

to be served and filed electronically with the Clerk of the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all parties registered to receive electronic service.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  September 28, 2017        By: /e/ Jeffrey D. Klobucar
                                        Jeffrey D. Klobucar (MN #0389368)