## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under |
| WYNIT DISTRIBUTION, LLC, *et al.*[1]<br>Debtors. | Case No. 17-42726 |
| | Chapter 11 Cases |

## NOTICE OF RECLAMATION DEMAND

PLEASE TAKE NOTICE that on September 22, 2017, FixMeStick Technologies, Inc. (successor-in-interest to Steam Tree Systems, Inc., d/b/a FixMeStick Technologies, Inc.) ("FixMeStick") delivered a letter to the Debtors asserting reclamation demands pursuant to § 2-702 of the Uniform Commercial Code and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that FixMeStick had sold or delivered to the Debtors within forty-five (45) days before the Debtors' bankruptcy filing date of September 8, 2017 (the "Reclamation Demand Letters").

PLEASE TAKE FURTHER NOTICE that a copy[2] of the Reclamation Demand Letter is attached hereto.

PLEASE TAKE FURTHER NOTICE that FixMeStick's demands for reclamation are without prejudice to any other rights and remedies available to FixMeStick, at law or in equity, including but not limited to, FixMeStick's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by the Debtors' within twenty (20) days before the date of commencement of the Debtors' bankruptcy case.  FixMeStick reserves its rights to amend or supplement the demands or make additional demands.

---

[1]  The Debtors in these chapter 11 cases are the following: Wynit Distribution, LLC (Case No. 17-2726), WD Navarre Distribution, LLC (Case No. 17-42728), WD Encore Software, LLC (Case No. 17-42729), WD Navarre Digital Services, LLC (Case No. 17-32865), WD Navarre Holdings, LLC (Case No. 17-32864), Wynit Holdings, Inc. (Case No. 17-32866), WD Navarre Canada, ULC (Case No. 17-32867).

[2]  Sensitive information has been redacted.

Dated:    September 28, 2017

/s/ James M. Jorissen

_____

James M. Jorissen
LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE, LTD.
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: 612-455-5038
jjorissen@losgs.com

*Counsel to FixMeStick Technologies, Inc. (successor-in-interest to Steam Tree Systems, Inc., d/b/a FixMeStick Technologies, Inc.)*

# LEONARD, O'BRIEN
# SPENCER, GALE & SAYRE

Brian F. Leonard
Eldon J. Spencer, Jr.+
Michael R. O'Brien
Edward W. Gale✦†
Grover C. Sayre, III◊+
Thomas R. Haugrud*
Peter M. Rosene£
Joseph J. Deuhs, Jr.
Thomas C. Atmore+⌐
Ernest F. Peake±
Matthew R. Burton◊
James M. Jorissen+
Peter J. Sajevic, III∞
Pamela H. Nissen
Scott S. Payzant∞
Stacey L. Drentlaw§+
Jordan W. Sayre
Patrick J. Lindmark

Andrea M. Hauser□
Michael T. Joliat
Paul M. Shapiro
Erika M. Peterson
Jenny (Chi) Zhang

Thomas W. Newcome
    *(1923 - 2011)*

Thomas W. Newcome III
    *(Retired)*

▪ Also admitted in Arizona
∞ Also admitted in California
□ Also admitted in Illinois
◊ Also admitted in Iowa
§ Also admitted in Montana
± Also admitted in North Dakota
+ Also admitted in Wisconsin
✦ Board Certified Civil Trial Specialist
   *(Minnesota State Bar Association)*
† Board Certified Civil Trial Specialist
   *(National Board of Trial Advocacy)*
* Certified Real Property Law Specialist
   *(Minnesota State Bar Association)*
£ Fellow, American College of Employee
   Benefit Counsel

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet:  *www.losgs.com*

September 22, 2017

WYNIT Distribution, LLC
c/o Robert T. Kugler, Esq.
Stinson Leonard Street, LLP
150 S. 5th Street, Suite 2300
Minneapolis, MN 55402

**VIA CERTIFIED MAIL, FIRST CLASS**
**MAIL AND E-MAIL**
*Robert.kugler@stinson.com*

Re:    WYNIT Distribution, LLC  and Affiliated Debtors, Case No. 17-42726 (D. Minn.)
        Notice and Demand for Reclamation of Goods and Twenty–Day Claim

Dear Mr. Kugler:

Our firm represents the creditor, FixMeStick Technologies, Inc. (successor-in-interest to
SteamTree Systems, Inc. d/b/a FixMeStick Technologies, Inc.).

Reclamation Claim

Demand is hereby made upon WYNIT Distribution, LLC and its affiliated debtors, including
WD Navarre Distribution, LLC and WD Navarre Canada, ULC (the "Debtor") under the
Uniform Commercial Code and under 11 U.S.C. §546(c) of the United States Bankruptcy Code
for the return of goods consisting of shipments and deliveries received during the applicable
periods referred to in the above cited section (45 days from the petition date, or from July 25,
2017 to  September 8, 2017), and specifically including, but not limited to goods described in the
attached Schedule A enclosed herewith.

FixMeStick Technologies, Inc. and the Debtor entered into a Master Business Supply Agreement
pursuant to which the Debtor distributed FixMeStick Technologies, Inc.'s products to retailers.
Between July 25, 2017 and the petition date, September 8, 2017, the Debtor and its affiliates
were insolvent within the meaning of 11 U.S.C. §101(32).  In the ordinary course of its business,

{00616652.1 }

September 22, 2017
Page 2

FixMeStick Technologies, Inc. delivered identifiable product to the Debtor, or to its affiliates, including WD Navarre Distribution, LLC and WD Navarre Canada, ULC, for distribution to retailers, with a value of $█████████, between the July 25, 2017 and the petition date, September 8, 2017. On September 8, 2017, Debtor, or its affiliates, including WD Navarre Distribution LLC and WD Navarre Canada, ULC, continued to have possession of FixMeStick Technologies, Inc.'s identifiable product with a value of $█████████

Please contact me for instructions regarding the return of the goods. In the event you are unable to segregate our shipments and affect a return, we hereby demand immediate payment for that product which has been consumed and is covered by our legal rights to reclaim such product, given the Debtor's financial status.

In light of the Debtor's recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation should be protected and segregated and should not be used for any purpose whatsoever except as specifically authorized following a notice and hearing in the Bankruptcy Court.

### Twenty-Day Claim

Demand is hereby made upon WYNIT Distribution, LLC and its affiliated debtors, including WD Navarre Canada, ULC, under 11 U.S.C. §503(b)(9) of the United States Bankruptcy Code for the return of goods consisting of shipments and deliveries received during the applicable periods referred to in the above cited section (20 days from the petition date, or from August 21, 2017 to September 8, 2017), and specifically including, but not limited to goods described in the attached Schedule A enclosed herewith.

In the ordinary course of its business, FixMeStick Technologies, Inc. delivered identifiable product to the Debtor, or to its affiliates, including WD Navarre Canada, ULC, for distribution to retailers, with a value of $█████, between August 21, 2017 and the petition date, September 8, 2017. FixMeStick Technologies, Inc. asserts a twenty-day administrative claim against the Debtor and its affiliates in the amount of $█████ under 11 U.S.C. §503(b)(9).

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By:    James M. Jorissen
       Email: jjorissen@losgs.com
       Andrea M. Hauser
       Email: ahauser@losgs.com

Enclosure
cc:    Martin Algire

{00616652.1 }

# WD Navarre Shipments

## WD Navarre Distribution, LLC - Term Sales

| Order # | Date shipped | Date arrived | Destination | Qty | Product | | | Price/Unit | (before tax) | invoice | Freight Carrier | Tracking # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3229697 | 2017-07-18 | 2017-07-25 | Navarre Memphis Terms | 1200 | 72802818414 | 3 | 3PC/ 1YR | USD | | 4250 | Old Dominion | 24501799704 |
| 3230398 | 2017-07-21 | 2017-07-28 | Navarre Memphis Terms | 1000 | 72802818414 | 3 | 3PC/ 1YR | USD | | 4251 | Old Dominion | 24501757074 |
| 3230660 | 2017-08-08 | 2017-08-14 | Navarre Memphis Terms | 1200 | 72802818414 | 3 | 3PC/ 1YR | USD | | 4252 | Fedex | 740005082553 |
| 3230960 | 2017-08-09 | 2017-08-15 | Navarre Memphis Terms | 1280 | 72802818414 | 3 | 3PC/ 1YR | USD | | 4253 | Fedex | 740005083814 |
| 3231124 | 2017-08-10 | 2017-08-16 | Navarre Memphis Terms | 3/8 | 72802844484 | 1 | 3PC/ 1YR | USD | | 4254 | Fedex | 779909129566 |

## WD Navarre Canada, ULC - Consignment Sales

| Order # | Date shipped | Date arrived | Destination | Qty | Product | | | Price/Unit | (before tax) | invoice | Freight Carrier | Tracking # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3231585 | 2017-08-18 | 2017-08-21 | Navarre Mississauga Consignment | 378 | 72802838208 | 2 | FMS92AFSTD-CO | CAD | | 4227 | Fedex | 770056822162 |

## WD Navarre Distribution, LLC - Consignment Sales

N/A