## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under |
| WYNIT DISTRIBUTION, LLC, *et al.*[1] <br> Debtors. | Case No. 17-42726 |
| | Chapter 11 Cases |

### NOTICE OF RECLAMATION DEMANDS

PLEASE TAKE NOTICE that on September 25, 2017, Quicken, Inc. ("Quicken") delivered letters to the Debtors asserting reclamation demands pursuant to § 2-702 of the Uniform Commercial Code and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken had sold or delivered to the Debtors within forty-five (45) days before the Debtors' bankruptcy filing date of September 8, 2017 (the "Reclamation Demand Letters").

PLEASE TAKE FURTHER NOTICE that copies[2] of the Reclamation Demand Letters are attached hereto.

PLEASE TAKE FURTHER NOTICE that Quicken's demands for reclamation are without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by the Debtors' within twenty (20) days before the date of commencement of the Debtors' bankruptcy case.  Quicken reserves its rights to amend or supplement the demands or make additional demands.

---

[1]     The Debtors in these chapter 11 cases are the following: Wynit Distribution, LLC (Case No. 17-2726), WD Navarre Distribution, LLC (Case No. 17-42728), WD Encore Software, LLC (Case No. 17-42729), WD Navarre Digital Services, LLC (Case No. 17-32865), WD Navarre Holdings, LLC (Case No. 17-32864), Wynit Holdings, Inc. (Case No. 17-32866), WD Navarre Canada, ULC (Case No. 17-32867).

[2]     Sensitive information has been redacted.

Dated:   September 28, 2017

/s/ James M. Jorissen

_____

James M. Jorissen
LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE, LTD.
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: 612-455-5038
jjorissen@losgs.com

-and-

William P. Weintraub *(pro hac vice)*
Barry Z. Bazian *(pro hac vice)*
GOODWIN PROCTER LLP
New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-813-8800
wweintraub@goodwinlaw.com
bbazian@goodwinlaw.com

*Counsel to Quicken, Inc.*

ACTIVE/92790925.1

# Quicken

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Encore Software, LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Encore Software, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com



3760 Haven Avenue, Menlo Park, CA 94025

<u>Schedule to Reclamation Demand</u>

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▮▮▮ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▮▮▮ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▮▮▮ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▮▮▮ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▮▮▮ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▮▮▮ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▮▮▮ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Canada, ULC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Canada, ULC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:     William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
        Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
        David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

# Quicken®

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $▇▇▇ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $▇▇▇ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $▇▇▇ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $▇▇▇ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $▇▇▇ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $▇▇▇ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $▇▇▇ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $▇▇▇ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $▇▇▇ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com

# Quicken

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Digital Services, LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Digital Services, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc,

John Eichhorn, CFO

Cc:     William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

<u>Schedule to Reclamation Demand</u>

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▇▇▇ | 7/27/17 |
|  |  | 170029 | 400 |  |  |
| PO 3230855 | 1386 | 170026 | 570 | $ ▇▇▇ | 8/4/17 |
|  |  | 170029 | 330 |  |  |
|  |  | 170035 | 180 |  |  |
| PO 3230999 | 1387 | 170026 | 450 | $ ▇▇▇ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▇▇▇ | 8/15/17 |
|  |  | 170026 | 590 |  |  |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▇▇▇ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▇▇▇ | 8/18/17 |
|  |  | 170026 | 15 |  |  |
|  |  | 170031 | 1,000 |  |  |
|  |  | 170035 | 250 |  |  |
| PO 3230593* | N/A | 170025 | 350 | $ ▇▇▇ | 7/27/17 |
|  |  | 170055 | 40 |  |  |
| PO 3230856* | N/A | 170025 | 250 | $ ▇▇▇ | 8/8/17 |
|  |  | 170050 | 35 |  |  |
|  |  | 170055 | 70 |  |  |
| PO 3231013* | N/A | 170047 | 50 | $ ▇▇▇ | 8/11/17 |
|  |  | 170050 | 50 |  |  |
|  |  | 170055 | 50 |  |  |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Distribution, LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Distribution, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
    Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
    David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▮▮▮▮ | 7/27/17 |
|  |  | 170029 | 400 |  |  |
| PO 3230855 | 1386 | 170026 | 570 | $ ▮▮▮▮ | 8/4/17 |
|  |  | 170029 | 330 |  |  |
|  |  | 170035 | 180 |  |  |
| PO 3230999 | 1387 | 170026 | 450 | $ ▮▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▮▮▮▮ | 8/15/17 |
|  |  | 170026 | 590 |  |  |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▮▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▮▮▮▮ | 8/18/17 |
|  |  | 170026 | 15 |  |  |
|  |  | 170031 | 1,000 |  |  |
|  |  | 170035 | 250 |  |  |
| PO 3230593* | N/A | 170025 | 350 | $ ▮▮▮▮ | 7/27/17 |
|  |  | 170055 | 40 |  |  |
| PO 3230856* | N/A | 170025 | 250 | $ ▮▮▮▮ | 8/8/17 |
|  |  | 170050 | 35 |  |  |
|  |  | 170055 | 70 |  |  |
| PO 3231013* | N/A | 170047 | 50 | $ ▮▮▮▮ | 8/11/17 |
|  |  | 170050 | 50 |  |  |
|  |  | 170055 | 50 |  |  |

\* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Holdings, LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Holdings, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

\* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com

# Quicken

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WYNIT Distribution LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WYNIT Distribution LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.,

John Eichhorn, CFO

Cc:    William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
       Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
       David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▮▮▮▮ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▮▮▮▮ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▮▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▮▮▮▮ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▮▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▮▮▮▮ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▮▮▮▮ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▮▮▮▮ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▮▮▮▮ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94045

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
Wynit Holdings, LLC
700 W 76th Street, Suite 116
Eden Prairie, MN 55344

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon Wynit Holdings, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:     William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
        Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
        David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

<u>Schedule to Reclamation Demand</u>

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $█████ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $█████ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $█████ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $█████ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $█████ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $█████ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $█████ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $█████ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $█████ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

\* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
Wynit Holdings, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon Wynit Holdings, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    WYNIT Legal Affairs Department
       William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
       Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
       David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com



3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $▮▮▮▮ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $▮▮▮▮ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $▮▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $▮▮▮▮ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $▮▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $▮▮▮▮ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $▮▮▮▮ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $▮▮▮▮ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $▮▮▮▮ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170050 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WYNIT Distribution LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WYNIT Distribution LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    WYNIT Legal Affairs Department
       William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
       Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
       David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

# *Quicken*

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▮▮▮ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▮▮▮ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▮▮▮ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▮▮▮ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▮▮▮ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▮▮▮ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▮▮▮ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Holdings, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Holdings, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:/     WYNIT Legal Affairs Department
William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

<u>Schedule to Reclamation Demand</u>

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▉ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▉ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▉ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▉ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▉ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▉ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▉ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▉ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▉ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to **WYNIT** on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com

**Quicken**

3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Distribution, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Distribution, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    WYNIT Legal Affairs Department
       William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
       Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
       David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com

**Quicken®**

3760 Haven Avenue, Menlo Park, CA 94025

<u>Schedule to Reclamation Demand</u>

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▬▬ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▬▬ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▬▬ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▬▬ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▬▬ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▬▬ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▬▬ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▬▬ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▬▬ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Digital Services, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:    Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Digital Services, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:    WYNIT Legal Affairs Department
       William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
       Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
       David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

# Quicken

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $■■■■ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $■■■■ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $■■■■ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $■■■■ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $■■■■ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $■■■■ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $■■■■ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $■■■■ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $■■■■ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

\* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Navarre Canada, ULC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Navarre Canada, ULC ("WYNIT"), pursuant to § 2-702 of the Uniform
Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that
Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-
five (45) days before WYNIT's bankruptcy filing date of September 8, 2017.  This demand specifically
includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and
segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically
authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available
to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative
expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty
(20) days before the date of commencement of WYNIT's bankruptcy case.  Quicken reserves its rights to
amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related
debtor entities operates under the same trade name of "WYNIT."  Accordingly, out of an abundance of
caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:     WYNIT Legal Affairs Department
        William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
        Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
        David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $▬▬▬ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $▬▬▬ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $▬▬▬ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $▬▬▬ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $▬▬▬ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $▬▬▬ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $▬▬▬ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $▬▬▬ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $▬▬▬ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com



3760 Haven Avenue, Menlo Park, CA 94025

September 25, 2017

Via Email, Fax and Federal Express

Pete Richichi
WD Encore Software, LLC
2 W Washington Street, Suite 500
Greenville, SC 29601

Re:     Reclamation Demand by Quicken, Inc.

Dear Pete:

Demand is hereby made upon WD Encore Software, LLC ("WYNIT"), pursuant to § 2-702 of the Uniform Commercial Code, and/or § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods that Quicken, Inc. ("Quicken") had sold or delivered to WYNIT and that WYNIT had received within forty-five (45) days before WYNIT's bankruptcy filing date of September 8, 2017. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

WYNIT is further notified that all goods subject to Quicken's right of reclamation must be protected and segregated by WYNIT and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

Quicken makes this demand for reclamation without prejudice to any other rights and remedies available to Quicken, at law or in equity, including but not limited to, Quicken's right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by WYNIT within twenty (20) days before the date of commencement of WYNIT's bankruptcy case. Quicken reserves its rights to amend or supplement this demand or make additional demands.

According to certain documents WYNIT has filed with the bankruptcy court, each of WYNIT's related debtor entities operates under the same trade name of "WYNIT." Accordingly, out of an abundance of caution, Quicken is sending this demand to each of WYNIT's related debtor entities.

Very truly yours,
Quicken, Inc.

John Eichhorn, CFO

Cc:     WYNIT Legal Affairs Department
        William P. Weintraub, Esq., Goodwin Procter LLP, wweintraub@goodwinlaw.com
        Robert T. Kugler, Esq., Stinson Leonard Street LLP, robert.kugler@stinson.com
        David B. Kurzweil, Esq., Greenberg Traurig, LLP, kurzweild@gtlaw.com

# Quicken®

3760 Haven Avenue, Menlo Park, CA 94025

Schedule to Reclamation Demand

| WYNIT PO# | Quicken Invoice# | SKU | Total Order Qty | Invoice Amount | Date Delivered |
|---|---|---|---|---|---|
| PO 3230592 | 1306 | 170026 | 200 | $ ▮▮▮ | 7/27/17 |
| | | 170029 | 400 | | |
| PO 3230855 | 1386 | 170026 | 570 | $ ▮▮▮ | 8/4/17 |
| | | 170029 | 330 | | |
| | | 170035 | 180 | | |
| PO 3230999 | 1387 | 170026 | 450 | $ ▮▮▮ | 8/10/17 |
| PO 3231068 | 1423 | 170029 | 340 | $ ▮▮▮ | 8/15/17 |
| | | 170026 | 590 | | |
| PO 3231099 | 1424 | 170031 | 1,000 | $ ▮▮▮ | 8/11/17 |
| PO 3231600 | 1422 | 170029 | 350 | $ ▮▮▮ | 8/18/17 |
| | | 170026 | 15 | | |
| | | 170031 | 1,000 | | |
| | | 170035 | 250 | | |
| PO 3230593* | N/A | 170025 | 350 | $ ▮▮▮ | 7/27/17 |
| | | 170055 | 40 | | |
| PO 3230856* | N/A | 170025 | 250 | $ ▮▮▮ | 8/8/17 |
| | | 170050 | 35 | | |
| | | 170055 | 70 | | |
| PO 3231013* | N/A | 170047 | 50 | $ ▮▮▮ | 8/11/17 |
| | | 170050 | 50 | | |
| | | 170055 | 50 | | |

* Indicates goods that were delivered to WYNIT on a consignment basis (the "Consigned Goods"). Quicken reserves all of its rights and remedies relating to the Consigned Goods, and the inclusion of the Consigned Goods in this demand shall not be construed as an election of remedies.

quicken.com