**Linda J Bridges**
703 Kathy Ave
Yerington, NV 89447
775-427-7566

US Bankruptcy Court
301 US Courthouse
300 S. 4th St.
Minneapolis, MN 55415

TO WHOM IT MAY CONCERN:

RE: WYNIT Distribution, LLC Case Number 17-42726-KHS Debtor's EIN 27-5005230
and Navarre, Encore, Holdings, etc,

I am a Creditor on the above-named case. I have moved, and wish to correct my address with this case.

Please correct my address for all notices regarding the WYNIT Bankruptcy case.

The correct address should now be:

Linda Bridges
703 Kathy Ave.
Yerington, NV 89447

The OLD address was:

Linda Bridges
1325 Allen Rd
Fallon, NV 89406-7865

Thank you for your cooperation. Should you have further questions, please call 775/427-7566.

Sincerely,

*Linda J Bridges*
Linda J Bridges

Attach: Copy of Information received from US Bankruptcy Court District of Minnesota
Copy of Mailing Cover page

United States Bankruptcy Court District of Minnesota

| Information to identify the cases: | | |
|---|---|---|
| Debtors | Case Numbers | Debtors' EINs: |
| WYNIT Distribution, LLC | 17-42726-KHS | 27-5005230 |
| WD Navarre Distribution, LLC | 17-42728-KHS | 47-1073459 |
| WD Encore Software, LLC | 17-42729-KHS | 47-1073614 |
| WD Navarre Holdings, LLC | 17-32864-KHS | 47-1088209 |
| WD Navarre Digital Services, LLC | 17-32865-KHS | 47-1088459 |
| WYNIT Holdings, Inc. | 17-32866-KHS | 47-1088298 |
| WD Navarre Canada, ULC | 17-32867-KHS | 98-1204170 |

Date cases filed for chapter 11: 9/8/17

---

SAT-77904 0864-4 pdf016 17-42726
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

I am a creditor in this case — I have moved. Please correct my address for all notices regarding the WYNIT Bankruptcy.

031800 31800 1 AB 0.400 89406 8 4 8403-1-31800

LINDA BRIDGES
1325 ALLEN RD.
FALLON, NV 89406-7865

703 Kathy Ave.
Yerington, NV 89447

Linda J Bridges