UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER BKY 17-42726** |
| WYNIT Distribution, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |
| Debtors. | |
| Nauni Manty, as Chapter 7 Trustee of the Bankruptcy Estate of the above Debtors, | ADV 18-04153 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| I-Blason LLC, | |
| Defendant. | |

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:   The plaintiff shall recover from the defendant $8,472.54, plus costs and disbursements of $350.00.

Dated:  December 21, 2018
At:     Minneapolis, Minnesota

Lori A. Vosejpka
Clerk of Bankruptcy Court

By:  /e/ Lynn M. Hennen
_____
Lynn M. Hennen
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/21/2018*
Lori Vosejpka, Clerk, by LH