UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: **JOINTLY ADMINISTERED UNDER BKY 17-42726**

| | |
|---|---|
| WYNIT Distribution, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |

                    Debtors.
-----------------------------------------------

Nauni Manty, as Chapter 7 Trustee of the Bankruptcy Estate of the above Debtors,    ADV 18-04173

        Plaintiff,

v.    **JUDGMENT**

Summitsoft Corporation,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:   The plaintiff shall recover from the defendant $75,468.42 plus costs and disbursements of $350.00.

Dated: January 15, 2019                Lori A. Vosejpka
At:    Minneapolis, Minnesota          Clerk of Bankruptcy Court

                                       /e/ Lynn M. Hennen
                            By:        _____
                                       Lynn M. Hennen
                                       Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/15/2019
Lori Vosejpka, Clerk, by LH