**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**U.S. COURTHOUSE, SUITE 8W**
**300 SOUTH FOURTH STREET**
**MINNEAPOLIS, MINNESOTA 55415**

**KATHLEEN H. SANBERG**
**JUDGE**

December 21, 2020

Nauni Manty, Esquire
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402

Re:   Wynit Distribution, LLC
      BKY 17-42726

Dear Ms. Manty:

As you are aware, the referral to another judge under Local Rule 9010-2 is discretionary. Because of the time and procedural constraints in this case, the Court denies the request for the appointment of a judge for mediation. The parties, are free, however to hire a private mediator.

Sincerely,

/e/ Kathleen H. Sanberg


Kathleen H. Sanberg

cc:   Eric J. Howe, Esquire