# K&L GATES

January 24, 2024

Denise A. Lentz
Senior Paralegal
denise.lentz@klgates.com

T +1 206 370 5761
F +1 206 623 7022

Clerk's Office
US Bankruptcy Court
200 Warren E. Burger Federal Building
　　and United States Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:　Request for Claimant Address Change/WYNIT Distribution LLC Case #17-42726

Dear Clerk of the Court:

Our office represents Amazon Fulfillment Services, Inc. We are writing to request that you update the mailing address on Claim #162 to our office at:

K&L Gates LLP
Attn: Ruby Nagamine
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Please let us know if you have any questions.

Sincerely,

Denise A. Lentz
Senior Paralegal

DAL

**RECEIVED BY MAIL**

**JAN 29 2024**

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

K&L GATES LLP
925 FOURTH AVENUE  SUITE 2900  SEATTLE  WA 98104-1158
T +1 206 623 7580  F +1 206 623 7022  klgates.com
507376703.1

klgates.com