RECEIVED BY MAIL

AUG 28 2024

TIME: ______
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| WYNIT Distribution LLC et al | § | Case No. 17-42756 |
| | § | |
| Debtor (s) | § | |
| | § | |

**RESPONSE TO MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER TO APPROVE THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF**
**[Related to Doc. No. 1564]**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Cranehill Capital LLC ("Cranehill") files this Response to the Motion of Chapter 7 Trustee for an Order To Approve the Sale Of Certain Assets Of The Debtor's Estate Free and Clear Of Liens, Claims, Interests and Encumbrances ("Response") and respectfully states as follows:

1. On August 20 2024, Nauni Manty, Chapter 7 Trustee ("Trustee"), filed the Motion of Chapter 7 Trustee for Order To approve the Sale of Certain Assets of The Debtor's Estate Free and Clear of Liens, Claims, Interests, And Encumbrances (Doc. No. 1564) ("Sale Motion"), seeking an order authorizing the sale of certain property of the estate consisting of ("")

2. Pursuant to the Sale Motion, the Trustee proposes to sell the to SFLAQ LLC ("SFLAQ") for the amount of $1,200.00

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| WYNIT Distribution LLC et al | § | Case No. 17-42756 |
| | § | |
| Debtor (s) | § | |
| | § | |

**Certificate of Service**

The undersigned hereby certifies that the foregoing document was served on the Trustee via email on August 27 2024.

Nauni Manty
nauni@mantylaw.com

Christopher Camardello
chris@mantylaw.com

Gregory Mullen
Gregory Mullen

CRANEHILL **CAPITAL LLC**
5206 McKinney Ave Suite 204 Dallas Texas 75205
PO Box 25505 Dallas Texas 75225

214.373.1221 office
214.373.3399 fax
gmullen@cranehill.com

August 27, 2024

United States Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: WYNIT Distribution LLC et al. 17-42756

Dear Sir/Madam,

Please file this in the above case. Thanks

If you have any questions, I can be reached at 214.373.1221.

Sincerely,

Gregory Mullen

Greg Mullen
Manager