**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER |
| | BKY 17-42726 |
| | |
| WYNIT DISTRIBUTION, LLC, | BKY 17-42726 |
| WD Navarre Distribution, LLC, | BKY 17-42728 |
| WD Encore Software, LLC, | BKY 17-42729 |
| WD Navarre Holdings, LLC, | BKY 17-32864 |
| WD Navarre Digital Services, LLC, | BKY 17-32865 |
| WYNIT Holdings, Inc., | BKY 17-32866 |
| WD Navarre Canada, ULC, | BKY 17-32867 |
| Debtors. | |

**AMENDED LIMITED NOTICE OF SALE**

On August 29, 2024, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

The trustee has received competing offers for the remnant assets to be sold as set forth in ECF No. 1564. Accordingly, the trustee conducted an informal bidding process. The bidding has ended.

The trustee will sell remnant assets of the debtor to SLFAQ, LLC for the total sum of $5,500.00. The remnant assets include all assets of the debtors continuing into the future, but exclude cash held at the time of the sale in the Trustee's bank accounts for the Debtors; (b) the Purchase Price; and (c) tax refunds received by the trustee prior to the closing of the Debtors' cases.

The trustee believes the sale is in the best interests of the estate. This is the highest offer received for the remnant assets. The remnant assets are sold "as is" without any representations and warranties.

## OBJECTION:      MOTION:    HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court may hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made

or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 150 South Fifth Street, |
| 300 South Fourth Street | 300 South Fourth Street | Suite 3125 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | Minneapolis, MN 55402 |

Dated:  September 12, 2024

By:  _s/ Nauni J. Manty_
  Nauni J. Manty, Trustee (#230352)
  150 South Fifth Street, Suite 3125
  Minneapolis, MN 55402
  (612) 465-0990
  nauni@mantylaw.com