# Expense Worksheet

**Period: 01/22/2018 - 02/05/2025**

**Trustee: Nauni J. Manty**

| | | | |
|---|---|---|---|
| **Case Number:** | 17-42726-MER | **Case Name:** | WYNIT DISTRIBUTION LLC |
| **Case Type:** | Asset | **Judge:** | Michael E. Ridgway |
| **Petition Date:** | 09/08/2017 | **341a Meeting:** | 03/13/2018 2.00 PM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 06/15/2021 | Copies | 81.0 | $ 0.300000 | $24.30 |
| 06/01/2021 | Copies | 48.0 | $ 0.300000 | $14.40 |
| 05/24/2021 | Copies | 123.0 | $ 0.300000 | $36.90 |
| 04/28/2021 | Copies | 72.0 | $ 0.300000 | $21.60 |
| 07/16/2020 | Copies | 6.8 | $ 0.300000 | $2.04 |
| 03/19/2020 | Copies | 16.0 | $ 0.300000 | $4.80 |
| 03/12/2020 | Copies | 8.0 | $ 0.300000 | $2.40 |
| 03/09/2020 | Copies | 28.0 | $ 0.300000 | $8.40 |
| 01/21/2020 | Copies | 140.0 | $ 0.300000 | $42.00 |
| 01/13/2020 | Copies | 90.0 | $ 0.300000 | $27.00 |
| 12/31/2019 | Copies (07/01/19 - 12/31/19) | 112.0 | $ 0.300000 | $33.60 |
| 12/31/2019 | Copies | 2000.0 | $ 0.300000 | $600.00 |
| 09/09/2019 | Copies - Ltrs to the Court with filing fees | 30.0 | $ 0.300000 | $9.00 |
| 06/30/2019 | Copies | 116.0 | $ 0.300000 | $34.80 |
| 06/18/2019 | Copies | 48.0 | $ 0.300000 | $14.40 |
| 06/12/2019 | Copies | 33.0 | $ 0.300000 | $9.90 |
| 05/15/2019 | Copies | 31.0 | $ 0.300000 | $9.30 |
| 05/08/2019 | Copies | 18.0 | $ 0.300000 | $5.40 |
| 04/09/2019 | Copies | 5.0 | $ 0.300000 | $1.50 |
| 03/11/2019 | Copies | 8.0 | $ 0.300000 | $2.40 |
| 12/31/2018 | Ltrs to the Court with filing fees - copies | 7.0 | $ 0.300000 | $2.10 |
| 12/31/2018 | Copies | 2000.0 | $ 0.300000 | $600.00 |

**Total for case 17-42726-MER: $11,372.50**

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| | **Total for category COPY** | **5020.8** | | **$1,506.24** |

**Category:** DIST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/05/2025 | MICR Check printing | 286.0 | $ 0.750000 | $214.50 |
| 10/23/2023 | MICR Interim Dist. | 35.0 | $ 0.750000 | $26.25 |
| 10/07/2021 | MICR Interim Dist. | 45.0 | $ 0.750000 | $33.75 |
| | **Total for category DIST** | **366.0** | | **$274.50** |

**Category:** OTHR

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/05/2025 | Service NFR | 1.0 | $ 2,647.350000 | $2,647.35 |
| 02/05/2024 | Service of Motion to Approve Stipulation re Design Pool Claim by COS.COM-Postage and Printing. | 1.0 | $ 415.590000 | $415.59 |
| 12/20/2023 | UPS check to Shoosmiths | 1.0 | $ 43.630000 | $43.63 |
| 10/23/2023 | Service Interim NFR | 1.0 | $ 2,590.760000 | $2,590.76 |
| 06/21/2022 | Certified copy of Appointment of Trustee | 1.0 | $ 11.000000 | $11.00 |
| 06/07/2022 | Certified copies of order for judgment and judgment | 1.0 | $ 24.500000 | $24.50 |
| 11/19/2021 | Add'l charge Service Interim NFR | 1.0 | $ 849.790000 | $849.79 |
| 10/07/2021 | Estimate for Service Interim NFR | 1.0 | $ 984.000000 | $984.00 |
| 07/01/2021 | Fee - extend forwarding mail | 1.0 | $ 39.950000 | $39.95 |
| 01/26/2021 | 1099 Prep and filing (2020) | 1.0 | $ 4.750000 | $4.75 |
| 08/04/2020 | USPS change of address fee | 1.0 | $ 1.050000 | $1.05 |
| 09/05/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 15.660000 | $15.66 |
| 08/01/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 21.160000 | $21.16 |
| 07/06/2018 | UPS expense for P. Lawton's payment | 1.0 | $ 27.530000 | $27.53 |
| 06/19/2018 | UPS expense for P. Lawton's payment | 1.0 | $ 27.590000 | $27.59 |
| 06/06/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 27.720000 | $27.72 |
| 05/17/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 27.590000 | $27.59 |
| 05/03/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 34.430000 | $34.43 |
| 04/17/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 27.340000 | $27.34 |
| 04/04/2018 | UPS expense for shipping laptop to our office | 1.0 | $ 42.540000 | $42.54 |
| 03/20/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 27.800000 | $27.80 |
| 02/19/2018 | UPS fee for sending payment to Patrick Lawton | 1.0 | $ 48.280000 | $48.28 |
| 02/08/2018 | Service of Notice of Continued Hearing of Motion for Leave to Seek Discovery From Staples Canada, Inc. Pursuant to Fed. R. Bankr. 2004 | 1.0 | $ 158.400000 | $158.40 |

**Total for case 17-42726-MER: $11,372.50**

**Category:** OTHR

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/08/2018 | Service of Trustee's Joinder to Objection to Square, Inc.'s Motion for Administrative Expense Claims | 1.0 | $ 157.700000 | $157.70 |
| 01/22/2018 | Service of Notice of Expedited Hearing on Motion for Joint Administration of Bankruptcy Cases | 1.0 | $ 127.280000 | $127.28 |
| | **Total for category OTHR** | **25.0** | | **$8,383.39** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/05/2025 | Postage Dist. | 286.0 | $ 0.730000 | $208.78 |
| 10/23/2023 | Postage Interim Dist. | 35.0 | $ 0.630000 | $22.05 |
| 03/14/2022 | Service postage | 1.0 | $ 1.560000 | $1.56 |
| 10/07/2021 | Postage Interim Dist. | 45.0 | $ 0.580000 | $26.10 |
| 06/15/2021 | Postage | 2.0 | $ 1.400000 | $2.80 |
| 06/15/2021 | Postage | 1.0 | $ 4.370000 | $4.37 |
| 06/01/2021 | Postage | 2.0 | $ 1.800000 | $3.60 |
| 05/24/2021 | Postage | 2.0 | $ 2.600000 | $5.20 |
| 05/24/2021 | Postage | 3.0 | $ 1.200000 | $3.60 |
| 04/28/2021 | Postage | 1.0 | $ 9.940000 | $9.94 |
| 12/31/2019 | Postage for corres. (07/01/19 - 12/31/19) | 18.0 | $ 0.500000 | $9.00 |
| 09/09/2019 | Postage for ltrs to the Court with filing fees in 2019 | 30.0 | $ 0.500000 | $15.00 |
| 05/08/2019 | Postage @ $.50 | 4.0 | $ 0.500000 | $2.00 |
| 01/22/2019 | Postage of mailings to Nevada Dept. of Taxation | 4.0 | $ 0.470000 | $1.88 |
| 12/31/2018 | Postage for ltrs to the Court with filing fees | 7.0 | $ 0.500000 | $3.50 |
| 12/31/2018 | Postage @ $.47 - JJW correspondence | 62.0 | $ 0.470000 | $29.14 |
| 04/04/2018 | Certified mail to Patrick Lawton with payment | 1.0 | $ 5.420000 | $5.42 |
| | **Total for category POST** | **504.0** | | **$353.94** |

**Category:** SUPP

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/05/2025 | Copies for serving Motion for Sage Softward | 65.0 | $ 0.250000 | $16.25 |
| 02/05/2025 | Envelopes Dist. | 286.0 | $ 0.350000 | $100.10 |
| 01/17/2024 | Envelopes for serving Motion for Sage Softward | 5.0 | $ 0.750000 | $3.75 |
| 01/17/2024 | Postage for serving Motion for Sage Softward | 1.0 | $ 6.590000 | $6.59 |
| 12/11/2023 | Copies for serving motion objecting to claims. | 41.0 | $ 0.250000 | $10.25 |
| 12/11/2023 | Envelopes for serving motion objecting to claims. | 11.0 | $ 0.350000 | $3.85 |
| 12/11/2023 | Postage for serving motion objecting to claims. | 7.0 | $ 0.630000 | $4.41 |

**Total for case 17-42726-MER: $11,372.50**

**Category: SUPPL**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/11/2023 | Postage for serving motion objecting to claims. | 4.0 | $ 1.500000 | $6.00 |
| 12/11/2023 | Envelopes for serving motion objecting to claims. | 2.0 | $ 0.350000 | $0.70 |
| 12/11/2023 | Copies for serving motion objecting to claims. | 6.0 | $ 0.250000 | $1.50 |
| 12/11/2023 | Postage for serving motion objecting to claims. | 2.0 | $ 0.630000 | $1.26 |
| 12/11/2023 | Envelopes to serve motion objecting to claims. | 3.0 | $ 0.350000 | $1.05 |
| 12/11/2023 | Copies for serving motion objecting to claims. | 15.0 | $ 0.250000 | $3.75 |
| 12/11/2023 | Postage for serving motion for objecting to claims. | 3.0 | $ 0.630000 | $1.89 |
| 12/11/2023 | Envelopes for serving motion objecting to claims. | 2.0 | $ 0.350000 | $0.70 |
| 12/11/2023 | Postage for serving motion objecting to claims. | 2.0 | $ 0.630000 | $1.26 |
| 12/11/2023 | Copies for serving motion objecting to claims. | 8.0 | $ 0.250000 | $2.00 |
| 12/11/2023 | Envelopes for serving motion objecting to claims. | 2.0 | $ 0.350000 | $0.70 |
| 12/11/2023 | Postage for serving motion objecting to claims. | 2.0 | $ 0.630000 | $1.26 |
| 12/11/2023 | Copies for serving motion objecting to claims. | 10.0 | $ 0.250000 | $2.50 |
| 12/07/2023 | Copies for Motion Objecting to Claims | 210.0 | $ 0.250000 | $52.50 |
| 12/07/2023 | Postage for serving motion objecting to claims | 35.0 | $ 0.630000 | $22.05 |
| 12/07/2023 | Postage for serving motion objecting to claims | 1.0 | $ 1.500000 | $1.50 |
| 12/07/2023 | Postage for serving motion objecting to claims | 5.0 | $ 0.870000 | $4.35 |
| 11/20/2023 | Envelopes for mailing objection motion for duplicate claims. | 22.0 | $ 0.750000 | $16.50 |
| 11/20/2023 | Copies for objection motion for duplicate claims. | 317.0 | $ 0.250000 | $79.25 |
| 11/20/2023 | Postage for objection motion for duplicate claims. | 16.0 | $ 1.830000 | $29.28 |
| 11/20/2023 | Postage for objection motion for duplicate claims. | 3.0 | $ 2.070000 | $6.21 |
| 11/20/2023 | Postage for objection motion for duplicate claims. | 3.0 | $ 5.450000 | $16.35 |
| 11/15/2023 | Envelopes for service of Application to close with unadministered asset. | 12.0 | $ 0.350000 | $4.20 |
| 11/15/2023 | Postage for service of Application | 9.0 | $ 0.630000 | $5.67 |
| 11/15/2023 | Postage for service of Application | 3.0 | $ 1.500000 | $4.50 |
| 10/23/2023 | Envelopes Dist. | 35.0 | $ 0.350000 | $12.25 |
| 10/07/2021 | Envelopes interim Dist. | 45.0 | $ 0.350000 | $15.75 |
| 10/07/2021 | MICR check and deposits | 125.0 | $ 0.750000 | $93.75 |
| 06/15/2021 | Envelopes | 3.0 | $ 0.500000 | $1.50 |
| 06/01/2021 | Envelopes | 2.0 | $ 0.500000 | $1.00 |
| 05/24/2021 | Envelopes | 2.0 | $ 0.500000 | $1.00 |
| 05/24/2021 | Envelopes | 3.0 | $ 0.350000 | $1.05 |
| 04/28/2021 | Envelopes | 3.0 | $ 0.500000 | $1.50 |
| 12/31/2019 | Envelopes for corres. (07/01/19 - 12/31/19) | 18.0 | $ 0.350000 | $6.30 |

**Total for case 17-42726-MER: $11,372.50**

**Category: SUPP**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/31/2019 | MICR check and deposit printing | 146.0 | $ 0.750000 | $109.50 |
| 09/09/2019 | Envelopes to the Court with filing fees (01/01/19 - 09/09/19) | 30.0 | $ 0.350000 | $10.50 |
| 05/08/2019 | Envelopes | 4.0 | $ 0.350000 | $1.40 |
| 01/22/2019 | Envelopes | 4.0 | $ 0.350000 | $1.40 |
| 12/31/2018 | Envelopes to the Court with filing fees (for 2018) | 7.0 | $ 0.350000 | $2.45 |
| 12/31/2018 | MICR deposit and check printing | 215.0 | $ 0.750000 | $161.25 |
| 12/31/2018 | Envelopes | 62.0 | $ 0.350000 | $21.70 |
| | **Total for category SUPP** | **1817.0** | | **$854.43** |

**Total for case 17-42726-MER: $11,372.50**

**Grand Total: $11,372.50**