**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: Wynit Distribution LLC | § | Case No. 17-42726-MER |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Nauni J. Manty, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S Bankruptcy Court - Minneapolis
300 South Fourth St
Minneapolis, MN 55415

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/07/2025 By: /s/ Nauni Manty
Trustee

Nauni J. Manty
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
(612) 465-0990
Nauni@MantyLaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**Minneapolis DIVISION**

In re:Wynit Distribution LLC § Case No. 17-42726-MER
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 31,285,111.39 |
| *and approved disbursements of:* | $ | 28,731,539.42 |
| *leaving a balance on hand of[1]:* | $ | 2,553,571.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 41 | City of El Paso | 0.00 | 0.00 | 0.00 | 0.00 |
| 53 | SHELBY COUNTY TRUSTEE | 21,635.45 | 21,635.45 | 0.00 | 0.00 |
| 57 | SHELBY COUNTY TRUSTEE | 7,803.66 | 7,803.66 | 0.00 | 0.00 |
| 64 | Grayson County, Elizabeth Weller | 1,272.37 | 1,272.37 | 0.00 | 0.00 |
| 65 | City of Frisco, Elizabeth Weller | 55.26 | 55.26 | 0.00 | 0.00 |
| 75 | Williamson County Texas | 16.42 | 16.42 | 0.00 | 0.00 |
| 89 | City of El Paso | 2,899.51 | 2,899.51 | 0.00 | 0.00 |
| 101 | IC REAL TECH INC. | 203,199.70 | 203,199.70 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 127 | DOT PRODUCTS LLC | 23,154.00 | 23,154.00 | 0.00 | 0.00 |
| 143S | SmartBank | 58,435.00 | 58,435.00 | 0.00 | 0.00 |
| 149 | CISCO SYSTEMS CAPITAL CORP | 328,485.12 | 328,485.12 | 0.00 | 0.00 |
| 177 | Collin County Tax Assessor | 672.68 | 672.68 | 0.00 | 0.00 |
| 178 | Collin County Tax Assessor | 494.78 | 494.78 | 0.00 | 0.00 |
| 179 | Collin County Tax Assessor | 404.78 | 404.78 | 0.00 | 0.00 |
| 180 | Collin County Tax Assessor | 467.96 | 467.96 | 0.00 | 0.00 |
| 181 | StrikeForce Technologies, Inc. | 73,327.85 | 73,327.85 | 0.00 | 0.00 |
| 209 | QVC INC | 214,803.14 | 214,803.14 | 0.00 | 0.00 |
| 225 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |
| 242 | DOT PRODUCTS LLC | 23,154.00 | 23,154.00 | 0.00 | 0.00 |
| 254S | Academy, Ltd. dba Academy Sports + Outdoors | 180,408.16 | 180,408.16 | 0.00 | 0.00 |
| 264 | BB&T Bankruptcy | 75,039.88 | 75,039.88 | 0.00 | 0.00 |
| 296S-3 | WINTHROP RESOURCES CORP | 77,160.00 | 77,160.00 | 0.00 | 0.00 |
| 297S-2 | Sterling National Bank | 111,991.00 | 111,991.00 | 0.00 | 0.00 |
| 306S | Wells Fargo Commercial Distribution Finance, LLC | 10,876,385.44 | 10,876,385.44 | 0.00 | 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 309 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 317S | PEIFER SAFE & LOCK LLC | 1,073.93 | 1,073.93 | 0.00 | 0.00 |
| 345 | Jefferson County | 1,492.13 | 1,492.13 | 0.00 | 0.00 |
| 728 6 | HARLINGEN CISD | 205.86 | 205.86 | 0.00 | 0.00 |
| 728 15 | IC REAL TECH INC. | 238,042.44 | 238,042.44 | 0.00 | 0.00 |
| 728 32 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |
| 728 50 | Wells Fargo Bank, National Association, as Agent | 76,742,337.73 | 76,742,337.73 | 0.00 | 0.00 |
| 728 51 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 728 62 | Dallas County | 158.82 | 158.82 | 0.00 | 0.00 |
| 728 63 | Tarrant County | 3,335.48 | 3,335.48 | 0.00 | 0.00 |
| 729 14 | MURTHA CULLINA LLP | 16,737.04 | 16,737.04 | 0.00 | 0.00 |
| 729 15 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |
| 729 16 | HARTER SECREST & EMERY LLP | 86,064.83 | 86,064.83 | 0.00 | 0.00 |
| 729 26 | Wells Fargo Bank, National Association, as Agent | 76,742,337.73 | 76,742,337.73 | 0.00 | 0.00 |
| 729 27 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 864 7 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 864 11 | Wells Fargo Bank, National Association, as Agent | 76,742,337.73 | 76,742,337.73 | 0.00 | 0.00 |
| 864 12 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 865 15 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |
| 865 19 | Wells Fargo Bank, National Association, as Agent | 76,742,337.73 | 76,742,337.73 | 0.00 | 0.00 |
| 865 20 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 866 11 | Fitbit, Inc. | 42,279,774.02 | 42,279,774.02 | 0.00 | 0.00 |
| 866 15 | Wells Fargo Bank, National Association, as Agent | 76,742,337.73 | 76,742,337.73 | 0.00 | 0.00 |
| 866 16 | Wells Fargo Bank, National Association, as Agent | 14,734,359.56 | 14,734,359.56 | 0.00 | 0.00 |
| 7287 | City of Harlingen | 121.75 | 121.75 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,553,571.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NAUNI MANTY | 961,411.33 | 881,177.51 | 80,233.82 |
| Trustee, Expenses - NAUNI MANTY | 11,372.50 | 7,592.48 | 3,780.02 |
| Attorney for Trustee Fees - Manty & Associates, P.A. | 1,385,733.00 | 1,381,058.00 | 4,675.00 |
| Attorney for Trustee, Expenses - Manty & Associates, P.A. | 5,418.49 | 5,418.49 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees, United States Trustee | 38,125.27 | 38,125.27 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Shoosmiths LLP | 12,905.33 | 12,905.33 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Bunting, Drayton & Alward LLP | 38,930.00 | 38,930.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Shoosmiths LLP | 395.61 | 395.61 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Bunting, Drayton & Alward LLP | 2,908.25 | 2,908.25 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Alvarez & Marsal Disputes and Investigations, LLC | 219,143.75 | 219,143.75 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Wesler & Associates CPA PC | 52,940.00 | 47,762.50 | 5,177.50 |
| Accountant for Trustee Expenses (Other Firm) - Alvarez & Marsal Disputes and Investigations, LLC | 2,310.39 | 2,310.39 | 0.00 |
| Consultant for Trustee Fees - Patrick Lawton | 303,547.61 | 303,547.61 | 0.00 |
| Consultant for Trustee Expenses - Patrick Lawton | 71.88 | 71.88 | 0.00 |
| Other Professional's Fees - Hidden Assets LLC | 68,142.96 | 68,142.96 | 0.00 |
| Other Professional's Expenses - Wesler & Associates CPA PC | 3,536.78 | 3,228.43 | 308.35 |

Total to be paid for chapter 7 administrative expenses: $ 94,174.69
Remaining balance: $ 2,459,397.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - STINSON LEONARD STREET LLP | 269,319.08 | 269,319.08 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Lamey Law Firm, P.A. | 5,259.50 | 5,259.50 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Goldman Sloan Nash & Haber, LLC | 25,956.23 | 25,956.23 | 0.00 |
| Attorney for D-I-P Expenses (Chapter 11) - Goldman Sloan Nash & Haber, LLP | 0.00 | 0.00 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Firley Moran Freer & Eassa CPA PC | 23,166.75 | 23,166.75 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - Firley, Moran, Freer & Eassa, CPA, P.C. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Lowenstein Sandler LLP | 74,799.22 | 74,799.22 | 0.00 |
| Other Prior Chapter Professional's Fees - Conway MacKenzie, Inc. | 426,431.22 | 426,431.22 | 0.00 |
| Other Prior Chapter Professional's Fees - ASM Capital X, LLC | 60,655.61 | 60,655.61 | 0.00 |
| Other Prior Chapter Professional's Fees - JND Corporate Restructuring | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Stinson Leonard Street LLP | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - SALT PAYROLL CONSULTANTS (ADMINISTRATIVE) | 7,609.44 | 7,609.44 | 0.00 |
| Other Prior Chapter Professional's Fees - Conway MacKenzie, Inc. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Goldman Sloan Nash & Haber, LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Barnes & Thornburg, LLP | 25,065.31 | 25,065.31 | 0.00 |
| Financial Consultant Fees (Chapter 11) - Conway MacKenzie, Inc. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Expenses - JND Corporate Restructuring | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Expenses - Stinson Leonard Street, LLP | 0.00 | 0.00 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional's Expenses - Lowenstein Sandler LLP | 2,123.14 | 2,123.14 | 0.00 |
| Prior Chapter Other State or Local Taxes - State of California, BKY Section MS A340 | 11,079.99 | 800.00 | 10,279.99 |
| Prior Chapter Other State or Local Taxes - State of California (ADMINISTRATIVE) | 800.00 | 800.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - OFFICE OF THE ATTORNEY GENERAL (ADMINISTRATIVE) | 9,970.00 | 9,970.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - STATE OF CALIFORNIA (ADMINISTRATIVE) | 800.00 | 800.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - OFFICE OF THE ATTORNEY GENERAL (ADMINISTRATIVE) | 9,970.00 | 9,970.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - OFFICE OF THE ATTORNEY GENERAL (ADMINISTRATIVE) | 9,970.00 | 9,970.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - Texas Comptroller of Public Accounts | 9,970.00 | 9,970.00 | 0.00 |
| Prior Chapter Trade Debt - Innovelis, Inc. | 3,472.00 | 3,472.00 | 0.00 |
| Prior Chapter Trade Debt - Square, Inc. | 74,281.20 | 74,281.20 | 0.00 |
| Prior Chapter Trade Debt - SYMANTEC CORPORATION | 114,575.20 | 114,575.20 | 0.00 |
| Prior Chapter Trade Debt - COMMERCE TECHNOLOGIES INC | 1,192.58 | 0.00 | 1,192.58 |
| Prior Chapter Trade Debt - TECHNICOLOR (ADMINISTRATIVE) | 2,850.00 | 2,850.00 | 0.00 |
| Prior Chapter Trade Debt - Core SWX, LLC | 21,253.16 | 21,253.16 | 0.00 |
| Prior Chapter Trade Debt - Canon U.S.A., Inc. | 32,307.70 | 32,307.70 | 0.00 |
| Prior Chapter Trade Debt - Western Digital Technologies, Inc. | 127,039.00 | 127,039.00 | 0.00 |
| Administrative Rent (post-petition storage fees, leases) - Sterling National Bank (ADMINISTRATIVE) | 454,512.10 | 454,512.10 | 0.00 |
| Administrative Rent (post-petition storage fees, leases) - Winthrop Resources Corp (ADMINISTRATIVE) | 312,622.92 | 312,622.92 | 0.00 |
| Administrative Rent (post-petition storage fees, leases) - First Industrial Trust d/b/a Nation Bank | 15,000.00 | 15,000.00 | 0.00 |
| Prior Chapter Other Operating Expenses - CENTURYLINK COMMUNICATIONS-BKY | 396.16 | 396.16 | 0.00 |
| Prior Chapter Other Operating Expenses - Google LLC (ADMINISTRATIVE) | 43,871.90 | 43,871.90 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses - TYCO INTEGRATED SECURITY LLC | 234.87 | 234.87 | 0.00 |
| Other Prior Chapter Administrative Expenses - COMMERCE TECHNOLOGIES LLC | 1,547.61 | 1,547.61 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 11,472.57 |
| Remaining balance: | $ | 2,447,924.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $102,970.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 76 | South Carolina Department of Revenue | 81.29 | 81.29 | 0.00 |
| 151 -2 | Washington State Department of | 187.04 | 187.04 | 0.00 |
| 160 -2 | BENTON COUNTY TAX COLLECTOR | 628.64 | 628.64 | 0.00 |
| 183P | Rhode Island Division of Taxation | 534.52 | 534.52 | 0.00 |
| 188P | New Hampshire Department of Revenue Administration | 12,370.06 | 12,370.06 | 0.00 |
| 313 | GEOFFREY LEWIS | 0.00 | 0.00 | 0.00 |
| 318P | PETER RICHICHI | 8,118.20 | 8,118.20 | 0.00 |
| 332 -2 | Tennessee Department of Revenue | 27,777.73 | 27,777.73 | 0.00 |
| 346 | New York State Dept of Tax & Finance | 250.00 | 250.00 | 0.00 |
| 347P | Geoffrey Lewis | 12,850.00 | 12,850.00 | 0.00 |
| 728 55 | DOUGHERTY COUNTY TAX DEPARTMENT | 180.80 | 180.80 | 0.00 |
| 728 56 | Eight30 3rd Avenue 3rd Floor - TDOR | 0.00 | 0.00 | 0.00 |
| 728-58-P | Tennessee Department of Revenue | 22,274.57 | 22,274.57 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 729 22P | IOWA DEPARTMENT OF REVENUE | 4,334.40 | 4,334.40 | 0.00 |
| 729 23 | IOWA DEPARTMENT OF REVENUE | 4,730.00 | 4,730.00 | 0.00 |
| 864 2P | FRANCHISE TAX BOARD | 25.99 | 25.99 | 0.00 |
| 865 1 | WA Department of Revenue | 724.62 | 724.62 | 0.00 |
| 865 7P | The Ohio Department of Taxation | 706.60 | 706.60 | 0.00 |
| 865 8 | IL Dept of Revenue Bankruptcy Section | 584.00 | 584.00 | 0.00 |
| 865 11 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 1,709.68 | 1,709.68 | 0.00 |
| 865 12 | Massachusetts Department of Revenue | 302.34 | 302.34 | 0.00 |
| 865 -3 | Tennessee Dept of Revenue | 447.00 | 447.00 | 0.00 |
| 865 4 | NEW YORK STATE DEPT OF TAXATION & FINANCE | 2,549.42 | 2,549.42 | 0.00 |
| 866 -4 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| | UNITED STATES TREASURY | 1,300.03 | 1,300.03 | 0.00 |
| | UNITED STATES TREASURY | 304.04 | 304.04 | 0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 2,447,924.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $139,846,685.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Four Wholesale Corp. | 32,960.00 | 0.00 | 576.94 |
| 2 -2 | Eve Systems LLC | 666,245.83 | 0.00 | 11,662.20 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Impossible America Corp. | 669,788.07 | 0.00 | 11,724.20 |
| 5 | CAROLE JOHNSON | 8,320.00 | 0.00 | 145.64 |
| 6 | Hyperice, Inc. | 137,973.03 | 0.00 | 2,415.13 |
| 7U | TYCO INTEGRATED SECURITY LLC | 747.02 | 0.00 | 13.08 |
| 8 | Optimum Supply Chain Recruiters | 52,000.00 | 0.00 | 910.23 |
| 10 | JK IMAGING LTD | 279,249.21 | 0.00 | 4,888.07 |
| 11 | Euler Hermes N. A. | 59,560.00 | 0.00 | 1,042.56 |
| 13 | Azio | 24,878.36 | 0.00 | 435.48 |
| 14 | ILY Enterprise INC. | 153,792.25 | 0.00 | 2,692.03 |
| 15 -2 | HKECIC | 745,670.56 | 0.00 | 13,052.47 |
| 16 | DESIGN POOL LIMITED | 651,596.22 | 0.00 | 11,405.77 |
| 17 | STEELSERIES APS | 171,213.97 | 0.00 | 2,996.99 |
| 18 | WAHOO FITNESS LLC | 110,521.65 | 0.00 | 1,934.61 |
| 19 | LOGISTIC SOLUTIONS | 962.00 | 0.00 | 16.83 |
| 20 -2 | SC Department of Employment & Workforce | 74,957.34 | 0.00 | 1,312.08 |
| 21-2 | STAFFLINE | 17,578.77 | 0.00 | 307.70 |
| 22 | TOMTOM INCORPORATED | 619,383.65 | 0.00 | 10,841.91 |
| 23 | Jetson Electric Bikes LLC | 713,115.00 | 0.00 | 12,482.61 |
| 24 | Nanogrid Limited Attn: Gimmy Chu | 1,181,019.16 | 0.00 | 20,672.97 |
| 25 | Elmarc B.V. | 399,581.49 | 0.00 | 6,994.41 |
| 26 | S&B PACKAGING, INC. | 9,018.16 | 0.00 | 157.86 |
| 28 | Complete Sourcing Solutions, Inc. C | 15,245.00 | 0.00 | 266.85 |
| 29 | Labworks International Design Limited | 14,211.92 | 0.00 | 248.77 |
| 30 | MATTERHACKERS, INC. | 8,754.00 | 0.00 | 153.23 |
| 33 | YOUR STORY INTERACTIVE SRL | 1,857.42 | 0.00 | 32.51 |
| 34 | LEVEL 3 COMMUNICATIONS, LLC | 822.39 | 0.00 | 14.40 |
| 36 | Euler Hermes N.A. | 577,619.46 | 0.00 | 10,110.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | mophie LLC | 502,130.65 | 0.00 | 8,789.47 |
| 39 -2 | SHAKYA INC | 23,200.00 | 0.00 | 406.10 |
| 40 | Anthony Kraft | 861.50 | 0.00 | 15.08 |
| 42 | QWEST CORP DBA/CENTURY LINK QC | 46.34 | 0.00 | 0.81 |
| 43 | Find Great People | 2,513.20 | 0.00 | 43.99 |
| 44 | JAMES RAZZA | 50,000.00 | 0.00 | 875.22 |
| 45 | Implus Footcare LLC | 14,536.80 | 0.00 | 254.46 |
| 46 -2 | DJI EUROPE B.V. | 13,751,024.70 | 0.00 | 240,702.69 |
| 47 | AF&G Commodity Service Inc | 2,771.62 | 0.00 | 48.52 |
| 48 | BUCK KNIVES INC | 28,748.90 | 0.00 | 503.23 |
| 49 | Acosta Sales and Marketing | 18,166.87 | 0.00 | 318.00 |
| 50 | ChargePoint, Inc. | 25,511.76 | 0.00 | 446.57 |
| 51 | Nokia Health USA Inc. | 7,976.88 | 0.00 | 139.63 |
| 52 | Lori, Inc | 788.50 | 0.00 | 13.80 |
| 54 | Godshall and Godshall Personnel Consultants, Inc. | 3,631.91 | 0.00 | 63.57 |
| 55 | WALTER KIDDE PORTABLE | 59,357.43 | 0.00 | 1,039.01 |
| 56 | HARPERCOLLINS PUBLISHERS LLC | 763.71 | 0.00 | 13.37 |
| 58 | Eight Sleep Inc | 6,976.97 | 0.00 | 122.13 |
| 60 | Living Roofs | 2,900.00 | 0.00 | 50.76 |
| 61 | ENCLAVE WIRELESS AUDIO | 44,250.00 | 0.00 | 774.57 |
| 62 | GRAPHIC FINISHING PARTNERS, LLC | 209,958.58 | 0.00 | 3,675.19 |
| 63 | MATTER & FORM INC | 12,069.32 | 0.00 | 211.27 |
| 66 | National Union Fire Insurance Co of Pittsburgh | 982,095.31 | 0.00 | 17,190.94 |
| 67 | ABLENET INC | 33,154.98 | 0.00 | 580.36 |
| 69 | CPP INTERNATIONAL LLC | 11,253.96 | 0.00 | 196.99 |
| 70 | Zebra Technologies International, LLC | 252,558.42 | 0.00 | 4,420.87 |
| 71 | FRANCHISE TAX BOARD | 202.83 | 0.00 | 3.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 73 | Polar Pro Filters Inc | 52,966.70 | 0.00 | 927.15 |
| 74 | City Wide Maintenance of Minnesota | 1,924.51 | 0.00 | 33.69 |
| 77 | Tennessee Department of Revenue | 80.92 | 0.00 | 1.42 |
| 78 | DEVIALET INC | 1,388,499.52 | 0.00 | 24,304.78 |
| 79 | PHOENIX ENDEAVORS LLC | 2,250.00 | 0.00 | 39.38 |
| 80 | STATE OF NEW YORK | 109.63 | 0.00 | 1.92 |
| 81 | APPLIED WIRELESS ID GROUP, INC. | 14,203.59 | 0.00 | 248.62 |
| 82 | Lexiled Lighting Corp Sengled USA | 320,243.20 | 0.00 | 5,605.65 |
| 83 | ABF FREIGHT SYSTEM INC | 899.57 | 0.00 | 15.75 |
| 84 | GREY DOG SOFTWARE | 3,489.67 | 0.00 | 61.08 |
| 85 | GRID CONNECT INC | 8,586.63 | 0.00 | 150.30 |
| 86 -2 | XRITE INC | 25,839.19 | 0.00 | 452.30 |
| 87 | NATIONAL FAST FREIGHT | 45,813.89 | 0.00 | 801.94 |
| 88 -2 | On Shelf Availability Retail Services | 44,370.44 | 0.00 | 776.68 |
| 90 | NUHEARA LIMITED | 108,856.46 | 0.00 | 1,905.46 |
| 91 | SPIRE INC | 141,975.35 | 0.00 | 2,485.19 |
| 93 -2 | Future Motion, Inc. | 146,790.06 | 0.00 | 2,569.46 |
| 95 | Fedex | 570,511.61 | 0.00 | 9,986.43 |
| 97 | AUDIO TECHNOLOGY OF NY INC | 70,035.60 | 0.00 | 1,225.93 |
| 98 | REPROGRAPHIC SERVICES ASSOC. | 432.00 | 0.00 | 7.56 |
| 99 | BARCLAY DAMON LLP | 4,815.00 | 0.00 | 84.28 |
| 103 | Olympus Corporation of the Americas | 25,039.98 | 0.00 | 438.31 |
| 104 -2 | HID GLOBAL CORPORATION | 3,143,475.61 | 0.00 | 55,024.48 |
| 105 | HORI USA, INC | 134,462.66 | 0.00 | 2,353.68 |
| 106 | AIMETIS CORP | 16,206.63 | 0.00 | 283.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 108 | ANNEX PRODUCTS PTY LTD | 9,846.40 | 0.00 | 172.35 |
| 109 -2 | American Express Travel Related Services Company, Inc | 8,565.55 | 0.00 | 149.93 |
| 110 -2 | American Express Travel Related Services Company, | 43,071.18 | 0.00 | 753.93 |
| 111 -2 | American Express Travel Related Services Company, | 173,014.33 | 0.00 | 3,028.50 |
| 112 | eReplacements LLC | 6,236.25 | 0.00 | 109.16 |
| 114 | UBTECH ROBOTICS CORP | 528,687.55 | 0.00 | 9,254.33 |
| 115 | W W GRAINGER INC | 1,192.53 | 0.00 | 20.87 |
| 116 | GBII Corp. | 943.06 | 0.00 | 16.51 |
| 117 | PCT Brands, LLC. | 19,901.90 | 0.00 | 348.37 |
| 118 | DEUCE ENTERTAINMENT LLC | 81,047.20 | 0.00 | 1,418.68 |
| 119 | National Union Fire Ins Co of Pittsburgh PA | 30,137.02 | 0.00 | 527.53 |
| 120 | Shred-It USA LLC | 1,356.95 | 0.00 | 23.75 |
| 121 | Ogletree Deakins Nash Smoak & Stewart P.C | 8,939.00 | 0.00 | 156.46 |
| 123 | Tangram Factory America, Inc. | 426,650.57 | 0.00 | 7,468.24 |
| 124 | DataLode, Incorporated | 23,019.92 | 0.00 | 402.95 |
| 125 | MASIMO AMERICAS INC | 152,428.61 | 0.00 | 2,668.16 |
| 126 | PRINTCRAFT | 95,109.01 | 0.00 | 1,664.82 |
| 128U-2 | Innovelis, Inc. | 87,123.36 | 0.00 | 1,525.04 |
| 130 | BSP EUROPE A/S | 7,416.00 | 0.00 | 129.81 |
| 131 | Vivotek USA, Inc. | 424,683.50 | 0.00 | 7,433.81 |
| 132 | FUSAR TECHNOLOGIES, INC. | 4,870.80 | 0.00 | 85.26 |
| 133 -2 | Sage Software Inc. | 3,146,899.10 | 0.00 | 55,084.41 |
| 135 | PAPER TRADE NETWORK, LLC | 67,261.24 | 0.00 | 1,177.36 |
| 136 | Kristina Schleisman | 245.38 | 0.00 | 4.30 |
| 137 | Smith Micro Software, Inc. | 979,447.26 | 0.00 | 17,144.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 138 | Brett Kitei | 360,516.50 | 0.00 | 6,310.61 |
| 139 | Alpine Bottled Water and Coffee, LLC | 1,032.54 | 0.00 | 18.07 |
| 140 | IBM CORPORATION | 41,193.15 | 0.00 | 721.06 |
| 141 | SPENCER BOERUP | 83,436.00 | 0.00 | 1,460.49 |
| 142 | Haynsworth Sinkler Boyd, PA | 3,157.00 | 0.00 | 55.26 |
| 143U | SmartBank | 24,121.00 | 0.00 | 422.22 |
| 145 | RANDSTAD CANADA | 8,892.55 | 0.00 | 155.66 |
| 146 | WINTHROP & WEINSTEIN P.A. | 55,434.88 | 0.00 | 970.35 |
| 147 | Dun & Bradstreet | 21,123.00 | 0.00 | 369.73 |
| 148 | De Lage Landen Financial Services Inc. | 4,684.45 | 0.00 | 82.00 |
| 150 | KERI SYSTEMS INC | 42,120.23 | 0.00 | 737.29 |
| 152 | Insta-Lettering Machine Company | 23,672.54 | 0.00 | 414.37 |
| 153 | EULER HERMES NORTH AMERICA INS. CO. | 6,347.96 | 0.00 | 111.12 |
| 154 | Razer USA Ltd. | 754,545.77 | 0.00 | 13,207.83 |
| 155 | Notohio, LLC | 30,007.09 | 0.00 | 525.25 |
| 156 | Notohio, LLC | 8,423.12 | 0.00 | 147.44 |
| 157 | Google Inc. | 18,183.92 | 0.00 | 318.30 |
| 158 | Luminaid Lab LLC | 21,361.25 | 0.00 | 373.91 |
| 159 | IOT Group USA LLC | 190,710.00 | 0.00 | 3,338.25 |
| 161 | William Vermette | 9,122.24 | 0.00 | 159.68 |
| 162 | AMAZON FULFILLMENT SERVICES INC | 1,704,571.66 | 0.00 | 29,837.41 |
| 164 | Image Recognition Integrated Systems Inc. | 287,650.21 | 0.00 | 5,035.13 |
| 165 | Sanford, Subsidiary of Newell Brands, Inc. | 178,477.77 | 0.00 | 3,124.14 |
| 168 | Navy Exchange Service Command | 907.52 | 0.00 | 15.89 |
| 169 | MANFROTTO DISTRIBUTION INC | 284,070.11 | 0.00 | 4,972.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 170 | Sphero Inc. | 3,144,875.42 | 0.00 | 55,048.99 |
| 171 | GUNNAR OPTIKS LLC | 73,696.09 | 0.00 | 1,290.00 |
| 172 | Brian Ray Ealy | 16,000.00 | 0.00 | 280.07 |
| 174 -2 | Avery Dennison Corporation | 674,078.09 | 0.00 | 11,799.30 |
| 175 | RACHIO INC | 721,434.72 | 0.00 | 12,628.24 |
| 176 | VISTEX VIA VITALLINK | 11,000.00 | 0.00 | 192.55 |
| 182 | RELAUNCH AGGREGATOR | 536,346.55 | 0.00 | 9,388.40 |
| 183U | Rhode Island Division of Taxation | 100.00 | 0.00 | 1.75 |
| 184 | Core SWX, LLC | 465,559.00 | 0.00 | 8,149.31 |
| 187 -2 | iolo technologies, LLC | 1,709,417.39 | 0.00 | 29,922.23 |
| 188U | New Hampshire Department of Revenue Administration | 3,201.45 | 0.00 | 56.04 |
| 189 | ATOMOS GLOBAL PTY LTD | 110,918.70 | 0.00 | 1,941.56 |
| 191 -2 | iolo technologies, LLC | 178,361.94 | 0.00 | 3,122.11 |
| 192 | PATRICIA MONICA GAMBURGO | 2,663.59 | 0.00 | 46.62 |
| 193 | Rocket Innovations, Inc | 189,366.65 | 0.00 | 3,314.74 |
| 194 | DIMEX LLC | 1,005.00 | 0.00 | 17.59 |
| 195 | HUMANWARE USA INC | 81,212.47 | 0.00 | 1,421.57 |
| 196 | HUMANWARE INC | 2,698.15 | 0.00 | 47.23 |
| 197 | TILE INC | 614,650.49 | 0.00 | 10,759.05 |
| 199 | MODULAR ROBOTICS | 41,242.04 | 0.00 | 721.91 |
| 200 -2 | STEPHANIE OMAR | 10,903.20 | 0.00 | 190.85 |
| 202 | Yuneec USA, Inc. | 7,342,115.01 | 0.00 | 128,518.92 |
| 203 | American Express Travel Related Services Co, Inc | 25,440.96 | 0.00 | 445.33 |
| 205 | TARGET CORPORATION | 30,377.17 | 0.00 | 531.73 |
| 207 | United Parcel Service, Inc. | 236,065.18 | 0.00 | 4,132.17 |
| 208 | Micron Consumer Products Group Inc | 814,561.20 | 0.00 | 14,258.36 |
| 212 | G&I VII Southpoint I & II, LLC | 647,896.81 | 0.00 | 11,341.01 |
| 213 | QARDIO, INC. | 189,758.97 | 0.00 | 3,321.61 |
| 214 | Square, Inc. | 1,856,608.09 | 0.00 | 32,498.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 215U | Square, Inc. | 283,284.40 | 0.00 | 4,958.70 |
| 216U | SYMANTEC CORPORATION | 8,950,675.60 | 0.00 | 156,675.72 |
| 219 | Kaspersky Lab, Inc. | 3,593,776.77 | 0.00 | 62,906.71 |
| 220 | INDIVIDUAL SOFTWARE INC | 226,454.82 | 0.00 | 3,963.94 |
| 221U | Western Digital Technologies, Inc. | 2,663,711.45 | 0.00 | 46,626.53 |
| 223 | Leech Tishman Fuscaldo & Lampl, LLC | 4,348.28 | 0.00 | 76.11 |
| 224 | William Cave | 325,000.00 | 0.00 | 5,688.91 |
| 226 | NUANCE COMMUNICATIONS, INC. | 100.00 | 0.00 | 1.75 |
| 228 | HK DJI Ronin Technology Co Ltd | 1,296,867.59 | 0.00 | 22,700.82 |
| 229 | B&W NORTH AMERICA INC | 55,683.73 | 0.00 | 974.71 |
| 230 | SCHEELS ALL SPORTS INC | 30,133.02 | 0.00 | 527.46 |
| 231U | COMMERCE TECHNOLOGIES LLC | 2,448.08 | 0.00 | 42.85 |
| 232 | HASBRO INC | 295,207.68 | 0.00 | 5,167.42 |
| 233 | GRAPHTEC AMERICA, INC. | 150,248.12 | 0.00 | 2,630.00 |
| 234 -2 | Cyberlink.com Corp. | 23,642.26 | 0.00 | 413.84 |
| 235 | NC Interactive, LLC | 317,180.40 | 0.00 | 5,552.04 |
| 236 | DayMen US Holdings, Inc. | 12,128,052.69 | 0.00 | 212,293.63 |
| 237 -2 | DayMen Canada Acquisition ULC | 808,991.20 | 0.00 | 14,160.86 |
| 238 | EMERGE TECHNOLOGIES INC | 32,640.25 | 0.00 | 571.35 |
| 240 | Quigley Law Firm PLLC | 2,137.50 | 0.00 | 37.42 |
| 241 | Nomadbrush LLC | 36,976.99 | 0.00 | 647.26 |
| 243 -2 | WYNIT - Magix Software GmbH | 26,686.50 | 0.00 | 467.13 |
| 244 | TOTAL 3D SOLUTIONS, LLC | 963,987.68 | 0.00 | 16,873.97 |
| 245 | Bitdefender, Inc. | 990,906.02 | 0.00 | 17,345.16 |
| 246 | Thomas Uva | 564,696.24 | 0.00 | 9,884.64 |
| 247 | MCAFEE, LLC | 4,368,449.10 | 0.00 | 76,466.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 249 | Nero Inc. | 5,258,673.74 | 0.00 | 92,049.64 |
| 250 | EVOLUTION SOFTWARE LLC | 29,951.57 | 0.00 | 524.28 |
| 253 | GREENVILLE 1.1 LLC | 1,476,831.02 | 0.00 | 25,850.96 |
| 254U | Academy, Ltd. dba Academy Sports + Outdoors | 69,132.84 | 0.00 | 1,210.13 |
| 255 | FLIR Commercial Systems Inc. | 68,764.24 | 0.00 | 1,203.67 |
| 256 | Canon U.S.A., Inc. | 1,967,359.85 | 0.00 | 34,437.35 |
| 257 | FLIR Systems Inc. | 466,155.01 | 0.00 | 8,159.74 |
| 259 | Entrust Datacard Corporation | 88,099.67 | 0.00 | 1,542.13 |
| 260 | INDOFF INCORPORATED | 3,753.01 | 0.00 | 65.69 |
| 261 | WAL-MART STORES INC | 36,567.45 | 0.00 | 640.09 |
| 263 | TRIPPE MANUFACTURING COMPANY | 17,237.97 | 0.00 | 301.74 |
| 265 -2 | ACAR LEASING LTD | 3,800.35 | 0.00 | 66.52 |
| 267 | DVO ENTERPRISES, INC. | 18,670.00 | 0.00 | 326.81 |
| 268 | PRINTRBOT INC. | 11,820.24 | 0.00 | 206.91 |
| 269 | COMMERCIAL COLLECTORS INC | 1,400.08 | 0.00 | 24.51 |
| 270 | FiftyThree, Inc. | 45,017.15 | 0.00 | 788.00 |
| 272 | G.N. JOHNSTON EQUIPMENT CO LTD | 15,291.34 | 0.00 | 267.66 |
| 273 | Shred-It USA LLC | 147.19 | 0.00 | 2.58 |
| 274 | FLOIED FIRE EXTINGUISHER | 1,701.34 | 0.00 | 29.78 |
| 275 | Wacom Technology Corp | 2,091,144.05 | 0.00 | 36,604.11 |
| 276 | JOHNSON OUTDOORS INC. | 62,232.96 | 0.00 | 1,089.35 |
| 277 | MISSION CABLES, LLC | 69,568.52 | 0.00 | 1,217.75 |
| 280 | ROLI LTD | 422,306.48 | 0.00 | 7,392.20 |
| 281 | Portfolio Collective Business Solutions | 340.00 | 0.00 | 5.95 |
| 283 | Culligan of Brooklyn Park | 978.93 | 0.00 | 17.14 |
| 284 | IK MULTIMEDIA US LLC | 416,322.71 | 0.00 | 7,287.46 |
| 285 | EXCEL TRANSPORTATION | 15,941.00 | 0.00 | 279.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 286 | The Redlin Group, Inc. | 21,584.00 | 0.00 | 377.81 |
| 287 | Monowear Inc. | 46,197.50 | 0.00 | 808.66 |
| 290 | WASTE MANAGEMENT OF MEMPHIS | 3,692.51 | 0.00 | 64.63 |
| 291 | RETRO 1951, INC. | 72,500.00 | 0.00 | 1,269.07 |
| 292 | TRACY MAGNUSON | 306.00 | 0.00 | 5.36 |
| 293 | Solpro, Inc | 50,229.61 | 0.00 | 879.24 |
| 295 | National Union Fire Insurance Co of Pittsburgh | 271,357.11 | 0.00 | 4,749.93 |
| 296U-3 | WINTHROP RESOURCES CORP | 1,866,614.15 | 0.00 | 32,673.86 |
| 297U-2 | Sterling National Bank | 3,426,994.43 | 0.00 | 59,987.29 |
| 298 | American Express Travel Related Services Company, | 544.95 | 0.00 | 9.54 |
| 299 | Primera Technology, Inc. | 62,409.32 | 0.00 | 1,092.43 |
| 302 | MOBEE TECHNOLOGY LIMITED | 11,151.00 | 0.00 | 195.19 |
| 303 | Bracketron Inc | 104,818.00 | 0.00 | 1,834.77 |
| 308 | Wells Fargo Bank, National Association | 14,000,000.00 | 0.00 | 245,060.84 |
| 310 | iOgrapher LLC | 55,484.80 | 0.00 | 971.23 |
| 312 | Contour Design, Inc | 49,383.29 | 0.00 | 864.42 |
| 315 | Involta, LLC | 972.45 | 0.00 | 17.02 |
| 317U | PEIFER SAFE & LOCK LLC | 163.88 | 0.00 | 2.87 |
| 319 | BELLABEAT INC | 170,286.72 | 0.00 | 2,980.76 |
| 337 | ALLSAFE TECHNOLOGIES INC | 6,775.00 | 0.00 | 118.58 |
| 338 | Midland Radio Corporation | 42,000.00 | 0.00 | 735.18 |
| 342 | WEBCO GENERAL PARTNERSHIP | 20,000.00 | 0.00 | 350.09 |
| 344 | Western Digital Technologies, Inc. | 30,000.00 | 0.00 | 525.13 |
| 347U | Geoffrey Lewis | 15,336.40 | 0.00 | 268.45 |
| 728 1 | Sky Phone LLC | 375,710.16 | 0.00 | 6,576.56 |
| 728 4 | NOVI SECURITY, INC. | 2,204.58 | 0.00 | 38.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 728 10 | Annette Rene Reifman | 694,221.00 | 0.00 | 12,151.88 |
| 728 11 | Lutron Electronics Co. Inc. | 161,359.82 | 0.00 | 2,824.50 |
| 728 16 | CLC ENTERPRISES INC | 15,400.00 | 0.00 | 269.57 |
| 728 21 | WITTI INC. | 434,022.57 | 0.00 | 7,597.28 |
| 728 25 | EHANG, INC., Chapter 7 Debtor, Case #17-53120 USBC | 1,435,088.25 | 0.00 | 25,120.28 |
| 728 26 | ARCCOS GOLF | 281,597.60 | 0.00 | 4,929.17 |
| 728 30 | MODULAR ROBOTICS INCORPORATED | 3,626.67 | 0.00 | 63.48 |
| 728 33 | SKULPT, INC. | 101,427.00 | 0.00 | 1,775.41 |
| 728 35 | TOTAL 3D SOLUTIONS, LLC | 248,736.31 | 0.00 | 4,353.97 |
| 728 37 | FR National Life, LLC | 219,273.60 | 0.00 | 3,838.24 |
| 728 42 | WAL-MART STORES INC | 3,949,627.86 | 0.00 | 69,135.65 |
| 728 43 | MARC WALKOW | 9,250.00 | 0.00 | 161.92 |
| 728 44 | CENTERPOINT ENERGY | 1,616.05 | 0.00 | 28.29 |
| 728 45 | Polar Pro Filters, Inc. | 25,729.70 | 0.00 | 450.38 |
| 728 46 | Kent Displays Inc. | 2,957.28 | 0.00 | 51.77 |
| 728 48 | LAUT USA LLC | 5,000.55 | 0.00 | 87.53 |
| 728 52 | Yvonne Chow | 41,621.88 | 0.00 | 728.56 |
| 728 -2 | LEVEL 3 COMMUNICATIONS, LLC | 3,377.98 | 0.00 | 59.13 |
| 728 -8 | Kanto Distribution Inc | 19,282.08 | 0.00 | 337.52 |
| 728 47 | MOBEE TECHNOLOGY LTD | 37,765.00 | 0.00 | 661.05 |
| 728-41 | COMMERCE TECHNOLOGIES INC | 14,649.76 | 0.00 | 256.42 |
| 728-59 | RACHIO INC | 18,750.00 | 0.00 | 328.21 |
| 729 1 | ANTENNA | 7,699.25 | 0.00 | 134.77 |
| 729 3 | CHESSBASE VERLAGSGESELLSCHAFT mbH | 5,296.43 | 0.00 | 92.71 |
| 729 9 | Haynsworth Sinkler Boyd, PA | 8,539.19 | 0.00 | 149.47 |
| 729 10 | ALLEN WILLIAMS AND HUGHES CO | 50,509.00 | 0.00 | 884.13 |
| 729 11 | BEN VISTA LTD | 10,397.72 | 0.00 | 182.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 729 12 | UNITED STATES PLAYING CARD COMPANY | 270,686.12 | 0.00 | 4,738.18 |
| 729 21 | OVATIVE GROUP LLC | 8,099.21 | 0.00 | 141.77 |
| 729 22U | IOWA DEPARTMENT OF REVENUE | 430.00 | 0.00 | 7.53 |
| 729 24 | CHRISTOPHER LYON GROTE | 14,789.51 | 0.00 | 258.88 |
| 729 25 | MILLER CANFIELD PADDOCK 7 STONE | 10,615.50 | 0.00 | 185.82 |
| 729-28 | LIGHTWORK DESIGN LTD | 6,164.50 | 0.00 | 107.91 |
| 864 2U | FRANCHISE TAX BOARD | 88.10 | 0.00 | 1.54 |
| 865 7U | The Ohio Department of Taxation | 50.00 | 0.00 | 0.88 |
| 865 13 | IMAGE RECOGNITION INEGRATED SYSTEMS INC | 192,251.49 | 0.00 | 3,365.24 |
| 866 14 | KENU INC | 66,385.01 | 0.00 | 1,162.03 |
| 866 -2 | LEVEL 3 COMMUNICATIONS, LLC | 20,527.30 | 0.00 | 359.32 |
| 866 1 | LEVEL 3 COMMUNICATIONS, LLC | 183.41 | 0.00 | 3.21 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,447,924.71 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $2,920,598.96 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 322 | BABY BANZ INC | 44,768.02 | 0.00 | 0.00 |
| 324 | KROY LLC | 168.86 | 0.00 | 0.00 |
| 326 | Technicolor Home Entertainment Services, Inc. | 48,886.48 | 0.00 | 0.00 |
| 327 | BOKER USA INC. | 10,607.09 | 0.00 | 0.00 |
| 328 | WYNIT - Vogue Strap | 103,000.00 | 0.00 | 0.00 |
| 334 | AAFES | 509,648.15 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 335 | WYNIT Distribution, LLC-1935 | 100.00 | 0.00 | 0.00 |
| 340 | ACTON, INC., Attn: THUAN TRAN | 40,282.42 | 0.00 | 0.00 |
| 343 | Badger State Freight Inc | 2,771.62 | 0.00 | 0.00 |
| 728 53 | WD NAVARRE DISTRIBUTION, LLC | 261,633.60 | 0.00 | 0.00 |
| 728 57 | AAFES ATTN SADE OLIVER | 25,388.46 | 0.00 | 0.00 |
| 728 61 | Masque Publishing Inc | 1,834,536.57 | 0.00 | 0.00 |
| 729 29 | YESMAIL INC | 33,250.00 | 0.00 | 0.00 |
| 866 17 | ULINE SHIPPING SUPPLIES | 5,557.69 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Nauni Manty
Trustee

Nauni J. Manty
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
(612) 465-0990
Nauni@MantyLaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.