UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>Wynit Distribution LLC | CASE NO: 17-42726<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 3/7/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/7/2025

/s/ Nauni Manty
Nauni Manty 230352
Chapter 7 Panel Trustee
Manty & Associates, P.A.
150 South Fifth Street Suite 3125
Minneapolis, MN 55402
612 465 0954
sarah@mantylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Wynit Distribution LLC

CASE NO: 17-42726

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 3/7/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/7/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
150 South Fifth Street Suite 3125
Minneapolis, MN 55402

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ALVAREZ & MARSHAL DISPUTES &
INVESTIGATIONS, LLC
ONE E WASHINGTON ST
SUITE 1850
PHOENIX AZ 85004

AMIR GAMLIEL
ON BEHALF OF DEUCE ENTERTAINMENT LLC
PERKINS COIE LLP
1888 CENTURY PARK EAST
STE 1700
LOS ANGELES CA 90067

ANUP SATHY
ON BEHALF OF FITBIT INC
KIRKLAND & ELLIS LLP
300 N LASALLE
CHICAGO IL 60654

APARNA YENAMANDRA
ON BEHALF OF FITBIT INC
KIRKLAND & ELLIS LLP
601 LEXINGTON AVE
NEW YORK NY 10022

BB&T COMMERCIAL EQUIPMENT CAPITAL CORP
100-50-01-51
PO BOX 1847
WILSON NC 27894-1847

BENJAMIN HOCH
ON BEHALF OF NUANCE COMMUNICATIONS INC
WILSON SONSINI GOODRICH & ROSATI
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BERNICE C LEE
ON BEHALF OF OFFICE DEPOT INC
SHRAIBERG LANDAU & PAGE
2385 NW EXECUTIVE CTR DR #300
BOCA RATON FL 33431

BRADLEY S SHRAIBERG
ON BEHALF OF OFFICE DEPOT INC
SHRAIBERG LANDAU & PAGE
2385 NW EXECUTIVE CTR DR #300
BOCA RATON FL 33431

CANADA
CANADA REVENUE AGENCY
275 POPE ROAD
SUMMERSIDE PE C1N 6A2 CANADA

CANON USA INC
ONE CANON PARK
MELVILLE NY 11747

CHERYL CHRISTINE ROUSE
ON BEHALF OF SOCKET CAPITAL,LLC
LAW OFFICES OF ROUSE & BAHLERT
1246 18TH ST
SAN FRANCISCO CA 94107

CITY OF EL PASO
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DON STECKER
711 NAVARRO STREET, STE 300
SAN ANTONIO TX 78205

CITY OF FRISCO
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207

CITY OF GREENVILLE
ATTN: PARKING SERVICES
PO BOX 2207
GREENVILLE SC 29602

CITY OF MARIETTA TAX OFFICE
PO BOX 609
MARIETTA GA 30061

CITY OF RENO
PO BOX 1900
RENO NV 89505

CLAYTON COUNTY TAX ADMINISTRATOR
121 S MCDONOUGH STREET
JONESBORO GA 30236

COBB COUNTY TAX COMMISSION
PO BOX 649
MARIETTA GA 30061-0649

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST.
DENVER CO 80261

COMMISSIONER OF TAXATION AND FINANCE
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON NY 13902-4127

CONWAY MACKENZIE, INC.
401 S. OLD WOODWARD AVE
STE 340
BIRMINGHAM MI 48009

DEBORAH J NEWMAN
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745

DIVISION OF TAXATION
STATE OF RHODE ISLAND
ONE CAPITOL HILL STE 9
PROVIDENCE RI 02908-5811

DIVISION OF TAXATION DEPT # 88
PO BOX 9702
PROVIDENCE RI 02940-9702

DUSTIN PRIEBE
ON BEHALF OF MISCELLANEOUS MANAGED CHAOS, LLC
FOLEY & MANSFIELD PLLP
7887 E BELLEVIEW AVE
#1215
ENGLEWOOD CO 80111

E FRANKLIN CHILDRESS, JR
ON BEHALF OF CREDITOR BLUFF CITY DOCKHOPPER, LLC
165 MADISON AVE
SUITE 2000
MEMPHIS TN 38103

ELGATO SYSTEMS LLC
C/O TERESE A WEST
MOSS & BARNETTE
150 SOUTH FIFTH STREET
SUITE 1200
MINNEAPOLIS MN 55402

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ERIC S CHAFETZ
ON BEHALF OF COMMITTEE OF UNSECURED CREDITORS
LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

ERIK Y PREIS
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745

EVAN J ZUCKER
ON BEHALF OF COREL INC
BLANK ROME LLP
405 LEXINGTON AVE
NEW YORK NY 10174

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE STREET
TALLAHASSEE FL 32399

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0551

CANADA

GOLDMAN SLOAN NASH & HABER LLP
ON BEHALF OF TRUSTEE NAUNI JO MANTY
480 UNIVERSITY AVE #1600
TORONTO ON M5G1V2

GREENBERG TRAURIG
ON BEHALF OF FITBIT INC
90 S 7TH STREET
SUITE 3500
MINNEAPOLIS MN 55401

GREENVILLE COUNTY TAX COLLECTOR
DEPARTMENT 391
PO BOX 100224
COLUMBIA SC 29202-3224

HARRY F SPITZER
27740 QUAIL RIDGE DR
LAMAR CO 81052

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19034
SPRINGFIELD IL 62794-9034

INDIANA DEPARTMENT OF REVENUE
PO BOX 7218
INDIANAPOLIS IN 46207-7218

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS UNIT
PO BOX 7346
PHILADELPHIA PA 19101

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
WELLS FARGO PLACE
30 E 7TH STREET
MAIL STOP 5700
ST. PAUL MN 55101

INTERNATIONAL BUSINESS MACHINES CORP
ATTN MARIE-JOSEE DUBE
275 VIGER EAST
MONTREAL
QC H2X 3R7 CANADA

IOWA DEPARTMENT OF REVENUE
1305 E WALNUT
DES MOINES IA 50319

IOWA INCOME TAX
IOWA DEPT OF REVENUE
PO BOX 9187
DES MOINES IA 50306-9187

IRA L HERMAN
ON BEHALF OF COREL INC
BLANK ROME LLP
405 LEXINGTON AVE
NEW YORK NY 10174

JARRET P HITCHINGS
ON BEHALF OF THE SOFTWARE MACKIEV COMPANY
DUANE MORRIS LLP
222 DELAWARE AVE STE 1600
WILMINGTON DE 19801

JASON ELECTRIC BIKES, LLC
C/O TERESE A WEST
MOSS & BARNETT
150 SOUTH FIFTH STREET
SUITE 1200
MINNEAPOLIS MN 55402

JEFFERSON COUNTY TAX ASSESSOR
COLLECTION
PO BOX 2112
BEAUMONT TX 77704

JEFFREY D PROL
ON BEHALF OF COMMITTEE OF UNSECURED CREDITORS
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

JONATHAN W YOUNG
ON BEHALF OF CONTINENTAL CASUALTY COMPANY
LOCKE LORD LLP
111 S WACKER DR
CHICAGO IL 60606

KASPERSKY LAB INC.
500 UNICORN PARK DRIVE
WOBURN MA 01801

KATHERINE PORTER
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036

KEN ROBERTSON
1877 S MEMPHIS ST
AURORA CO 80017

KENNETH J OTTAVIANO
ON BEHALF OF GBH WYNIT, LLC
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST STE 1900
CHICAGO IL 60661-3693

KENNETH S LEONETTI
ON BEHALF OF HOUGHTON MIFFLIN HARCOURT PUBLISHING CO
FOLEY HOAG LLP
155 SEAPORT BLVD
BOSTON MA 02210

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

KEVIN ZUZOLO
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745

LIFEPRINT PRODUCTS INC
4667 GOLDEN FOOTHILL PARKWAY
SUITE 102
EL DORADO HILLS CA 95762

MA DEPARTMENT OF REVENUE
PO BOX 7057
BOSTON MA 02204-7057

CANADA

MARIO FORTE
480 UNIVERSITY AVENUE
SUITE 1600
TORONTO ONTARIO M5G 1V2 CANADA

MARK MCKANE
ON BEHALF OF FITBIT INC
KIRKLAND & ELLIS LLP
555 CALIFORNIA ST
29TH FLOOR
SAN FRANCISCO CA 94104

MARSHALL TURNER
ON BEHALF OF WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE LLC
HUSCH BLACKWELL LLP
190 CARONDELET PLAZA #600
ST LOUIS MO 63105

MELISSA SIEGEL
ON BEHALF OF NUANCE COMMUNICATIONS INC.
WILSON SONSINI GOODRICH & ROSATI
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019

MICHAEL B KIND
ON BEHALF OF CONTINENTAL CASUALTY
COMPANY
111 S WACKER DR
CHICAGO IL 60606

MICHAEL P ELLIS
ON BEHALF OF FITBIT INC
KIRKLAND & ELLIS LLP
555 CALIFORNIA ST
29TH FLOOR
SAN FRANCISCO CA 94104

MICHAEL R LASTOWSKI
ON BEHALF OF THE SOFTWARE MACKIEV
COMPANY
DUANE MORRIS LLP
222 DELAWARE AVE STE 1600
WILMINGTON DE 19801

MISSOURI DEPARTMENT OF REVENUE
C/O BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475

MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
PO BOX3222
JEFFERSON CITY MO 65105-3400

MITCHELL HURLEY
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036

MN DEPARTMENT OF REVENUE
600 NORTH ROBERT ST.
ST. PAUL MN 55101

MN DEPARTMENT OF REVENUE
COLLECTION ENFORCEMENT
551 BANKRUPTCY SECTION
600 NORTH ROBERT STREET
ST. PAUL MN 55101-2228

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH
C/O DIAMOND MCCARTHY LLP
ATTN ADAM ROSEN
489 5TH AVE, 21ST FLOOR
NEW YORK NY 10017

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY NV 89706

NEW YORK STATE INCOME TAX
NYS ESTIMATED INCOME TAX/PROCESS CTR
PO BOX 4122
BINGHAMTON NY 13902-4122

NEW YORK STATE SALES TAX DIVISION
PO BOX 15168
ALBANY NY 12212-5168

OHIO DEPARTMENT OF TAXATION
PO BOX 16560
COLUMBUS OH 43216-6560

OHIO DEPARTMENT OF TAXATION
PO BOX 181140
COLUMBUS OH 43218-1140

OKLAHOMA TAX COMMISSION
INCOME TAX
PO BOX 26890
OKLAHOMA CITY OK 73126

PAIGE E BARR
ON BEHALF OF GBH WYNIT, LLC
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST STE 1900
CHICAGO IL 60661

PAUL RATELLE
333 SOUTH SEVENTH STREET
SUITE 2600
MINNEAPOLIS MN 55402

PEGGY ANSBRO
6001 SE LANDING WAY #12
STUART FL 34997-1874

POTTER COUNTY TAX ASSESSOR-COLLECTORS
PO BOX 2289
AMARILLO TX 79105-2289

PRIMERA TECHNOLOGY INC
333 SOUTH SEVENTH STREET
SUITE 2600
MINNEAPOLIS MN 55402

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

QUICKEN INC
3760 HAVEN AVENUE
MENLO PARK CA 94025

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITAL HILL
PROVIDENCE RI 02908

RHODE ISLAND DIVISION OF TAXATION
DEPT # 87
PO BOX 9703
PROVIDENCE RI 02940-9703

RICHARD D'AMATO
ON BEHALF OF FITBIT INC
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036

ROBERT D LANTZ
ON BEHALF OF WEBROOT INC
COAN PAYTON & PAYNE LLC
999 18TH ST STE 1500S
DENVER CO 80202

ROBERT PODOLL
ON BEHALF OF MISCELLANEOUS MANAGED CHAOS, LLC
PODOLL & PODOLL, PC
5619 DTC PARKWAY
STE 1100
GREENWOOD VILLAGE CO 80111

ROLAND GARY JONES
ON BEHALF OF CONSOLIDATED SERVICES CONTAINER AND DISPLAY INC
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK NY 10019

SC DEPARTMENT OF REVENUE
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210

SC DEPARTMENT OF REVENUE
TAXABLE EXTENSION
COLUMBIA SC 29214-0036

SHARON Z WEISS
ON BEHALF OF AVANQUEST NORTH AMERICA LLC
BRYAN CAVE LLP
120 BROADWAY
SUITE 300
SANTA MONICA CA 90401-2386

STANLEY H MCGUFFIN
ON BEHALF OF HAYNSWORTH SINKLER BOYD PA
HAYNSWORTH SINKLER BOYD PA
PO BOX 11889
COLUMBIA SC 29211-1889

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257

STATE OF NEW HAMPSHIRE
CORPORATE DIVISION
107 N. MAIN STREET
CONCORD NH 03301-4989

TAYLOR R STONEMAN
ON BEHALF OF FITBIT INC
KIRKLAND & ELLIS LLP
555 CALIFORNIA ST
29TH FLOOR
SAN FRANCISCO CA 94101

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG
500 DEADERICK ST
NASHVILLE TN 37242

TERRI A RUNNING
ON BEHALF OF SPATIAL CORP
MESSERLI & KRAMER PA
100 SOUTH FIFTH STREET
SUITE 1400
MINNEAPOLIS MN 55402

THOMAS HEMMENDINGER
ON BEHALF OF SAGE SOFTWARE, INC.
SAGE SOFTWARE CANADA LTD
BRENNAN RECUPERO CASCIONE SCUNGIO
362 BROADWAY
PROVIDENCE RI 02909

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIVISION
ATTN: MICHAEL WILLEY
PO BOX 20207
NASHVILLE TN 37202-0207

TRANSCEND INFORMATION , INC.
1645 NORTH BRIAN STREET
ORANGE CA 92867

TRAVIS COUNTY TAX OFFICE
PO BOX 149328
AUSTIN TX 78714-9328

WA DEPARTMENT OF REVENUE
PO BOX 47476
OLYMPIA WA 98504-7476

WASHOE COUNTY TREASURER
PO BOX 30039
RENO NV 89520-3039

WEST VIRGINIA STATE TAX DEPARTMENT
PO BOX 3784
CHARLESTON WV 25337-3784

WILLIAM P WEINTRAUB
ON BEHALF OF QUICKEN INC
GOODWIN PROCTOR LLP
620 EIGHTH AVE
NEW YORK NY 10018

WILLIAMSON COUNTY TAX OFFICE
904 SOUTH MAIN
GEORGETOWN TX 78626

OFFICE OF THE U.S. ATTORNEY
600 US COURTHOUSE
300 S FOURTH STREET
MINNEAPOLIS MN 55415

DAVID LENOIR
PO BOX 2751
BALTIMORE MD 21264

OHIO CAT TAX
PO BOX 16158
COLUMBUS OH 43216

MARIETTA GA TAX OFFICES
PO BOX 609
MARIETTA GA 30061

BENTONCOUNTY TAX COLLECTOR
215 E CENTRAL
ROOM 101
BENTONVILLE AR 72712

4WHOLESALE CORP.
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

AAFES
ATTN SADE OLIVER
3911 WALTON WALKER
DALLAS TX 75236-

ABF FREIGHT SYSTEM INC
PO BOX 10048
FORT SMITH AR 72917-0048

ABLENET INC
2625 PATTON ROAD
ROSEVILLE MN 55113-

ACADEMY, LTD. DBA ACADEMY SPORTS
OUTDOORS
1800 N. MASON
KATY TX 77449-

ACAR LEASING LTD
DBA GM FINANCIAL LEASING
PO BOX 183853
ARLINGTON TX 76096-

ACOSTA SALES AND MARKETING
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE FL 32216-0973

ACTON, INC., ATTN: THUAN TRAN
SALES DIRECT, UNIT C
602 EAST HUNTINGTON DR.
MONROVIA CA 91016-

AF&G COMMODITY SERVICE INC
W9077 SCHUTZ ROAD
LODI WI 53555-

AIMETIS CORP
CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK NY 10005-

CANADA
ALECTRA UTILITIES CORPORATION
2185 DERRY ROAD WEST
MISSISSAUGA ON L5N 7A6

ALLEN WILLIAMS AND HUGHES CO
495 METRO PLACE S
STE 340
DUBLIN OH 43017-

ALLSAFE TECHNOLOGIES INC
290 CREEKSIDE DR
AMHERST NY 14228-

ALPINE BOTTLED WATER AND COFFEE, LLC
ATTN: JENNIFER MEIER
PO BOX 342467
MEMPHIS TN 38184-

AMAZON FULFILLMENT SERVICES INC
C/O BRYAN GLOVER
1111 THIRD AVE, STE 3000
SEATTLE WA 98101-

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ANNETTE RENE REIFMAN
5706 CORSA AVE. #102
WESTLAKE VILLAGE CA 91362-

INTERNATIONAL
ANNEX PRODUCTS PTY LTD
39-41 MOUNT STREET
PRAHRAN, VIC 3181
AUSTRALIA

ANTENNA
219 NORTH 2ND ST SUITE 300
MINNEAPOLIS MN 55401-

ANTHONY KRAFT
12718 DUPONT AVE S.
BURNSVILLE MN 55337-

ANTHONY ROTHMAN
ROTHMAN LAW OFFICE
2300 WESTWOOD BLVD.
LOS ANGELES CA 90064-

APPLIED WIRELESS ID GROUP, INC.
18300 SUTTER
MORGAN HILL CA 95037-2841

ARCCOS GOLF
700 CANAL STREET STE 12B
STAMFORD CT 06902-

ASIAN EXPRESS HOLDINGS LIMITED
C/O FREDRIKSON & BYRON, ATTN S KINSELI
200 S. SIXTH ST., STE 4000
MINNEAPOLIS MN 55402-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ASKNET AG
4804 MISSION STREET, SUITE 208
SAN FRANCISCO CA 94112-

INTERNATIONAL
ATOMOS GLOBAL PTY LTD
29 NOTT STREET
PORT MELBOURNE, VIC 3207
AUSTRALIA

AUDIO TECHNOLOGY OF NY INC
129-31ST ST
BROOKLYN NY 11232-

AVERY DENNISON CORPORATION
FRANTZ WARD LLP ATTN JOHN KOSTEINIK
200 PUBLIC SQUARE SUITE 3000
CLEVELAND OH 44114-

AZIO
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

B&W NORTH AMERICA INC
ATTN: CHRIS TEMPLE
12200 FARMINGTON ROAD
LIVONIA MI 48150-

BABY BANZ INC
SHARI MURPHY
533 SW 150TH RD
CENTERVIEW MO 64019-

BADGER STATE FREIGHT INC.
6137 N. AMERICAN LANE
DEFOREST WI 53532

BARCLAY DAMON LLP
200 DELAWARE AVE STE 1200
BUFFALO NY 14202-

BB&T BANKRUPTCY
100-50-01-51
PO BOX 1847
WILSON NC 27894-1847

BELLABEAT INC
ATTN: ACCOUNTS RECEIVABLE
16 MERCED AVE
SAN FRANCISCO CA 94127-

INTERNATIONAL
BEN VISTA LTD
JANSBINNENSINGEL 26
ARNHEM, 04 6811 AL
NETHERLANDS

BENTON COUNTY TAX COLLECTOR
215 E CENTRAL ROOM 101
BENTONVILLE AR 72712-

BIG FISH GAMES INC.
ATTENTION: LEGAL
333 ELLIOTT AVENUE W. SUITE 200
SEATTLE WA 98119-

BINARYNOW, INC.
505 13TH AVE S
JACKSONVILLE BEACH FL 32250-

BITDEFENDER, INC.
6301 NW 5TH STREET, SUITE 4300
FORT LAUDERDALE FL 33308-

BOKER USA INC.
1550 BALSAM STREET
LAKEWOOD CO 80214-

BRACKETRON INC
ATTN: SCOTT BRACEY AND K DOOLITTLE
5624 LINCOLN DRIVE
EDINA MN 55436-

BRETT KITEI
C/O DISH NETWORK/SLING MEDIA LEGAL
9601 S MERIDIAN BLVD.
ENGELWOOD CO 80112-

BRIAN RAY EALY
223 N MAIN STREET SUITE 169
SIKESTON MO 63801-

BRK BRANDS INC/FIRST ALERT
5558 RELIABLE PKWK
CHICAGO IL 60686-0055

BRYAN PERKINSON
AS LIQUIDATION TRUSTEE
2600 EAGAN WOODS DRIVE, SUITE 400
ST. PAUL MN 55121-

INTERNATIONAL
BSP EUROPE A/S
KAERVEJ 2
HORSHOLM, DENMARK

BUCK KNIVES INC
660 S LOSCHA ST
POST FALLS ID 83854-

CAMERON COUNTY
C/O DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-

CANADA
CANADA REVENUE AGENCY
4695 SHAWINIGAN-SUD BLVD
SHAWINIGAN QC G9P5H9
CANADA

CANON U.S.A., INC.
C/O RUBIN LLP ATTN: PAUL RUBIN, ESQ.
345 - 7TH AVE., 21ST FLOOR
NEW YORK NY 10001-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CAROLE JOHNSON
11340 17TH PLACE NE
ST. MICHAEL MN 55376-

CATHY L SMITH
12838 COUNTY ROAD 60
QUINCY OH 43343-

INTERNATIONAL
CCJK TECHNOLOGIES CO LTD
ROOM 504 UNIV TOWN BUSINESS PARK
SHENZHEN, 190 518055
CHINA

INTERNATIONAL
CCJK TECHNOLOGIES CO., LTD.
RM 504, SANGTAI BUILDING
LISHAN ROAD, XIII
NANSHAN SHENZHEN CN 51800

CDW LLC
ATTN: VIDA KRUG
200 N. MILWAUKEE AVE.
VERNON HILLS IL 60061-

CENTERPOINT ENERGY
PO BOX 4567
HOUSTON TX 77251-

CENTURYLINK COMMUNICATIONS-BKY
220 N 5TH ST
BISMARCK ND 58501-

CHARGEPOINT, INC.
ATTN: JONATHAN KAPLAN, GENERAL COUNSEL
254 E. HACIENDA AVE.
CAMPBELL CA 95008-

CHARLES MILLER
3701 FERGUSON RD.
JOPLIN MO 64804-

INTERNATIONAL
CHESSBASE VERLAGSGESELLSCHAFT MBH
OSTERBEKSTRABE 90A
HAMBURG, GE 22083-

CHRISTOPHER LYON GROTE
4231 BALBOA AVENUE #102
SAN DIEGO CA 92117-

CINDY FARRICKER
15717 451ST AVE SE
NORTH BEND WA 98045-

CISCO SYSTEMS CAPITAL CORP
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-

CITY OF EL PASO
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 NAVARRO ST STE 300
SAN ANTONIO TX 78205-

CITY OF FRISCO, ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2777 N STEMMONS FRWY STE 1000
DALLAS TX 75207-

CITY OF HARLINGEN
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-

CITY WIDE MAINTENANCE OF MINNESOTA
11979 COUNTY ROAD 11, SUITE 250
BURNSVILLE. MN 55337-

CLC ENTERPRISES INC
DBA CLC MIAMI,JEFFREY ELSENBMITH PA
5561 N UNIVERSITY DR ST 103
CORAL SPRINGS FL 33067-

COLLIN COUNTY TAX ASSESSOR
C/O GAY MCCALL ISAACKS & ROBERTS P.C.
777 E. 15TH STREET
PLANO TX 75074-

COMMERCE TECHNOLOGIES INC
255 FULLER ROAD
SUITE 327
ALBANY NY 12203-

COMMERCE TECHNOLOGIES LLC
201 FULLER RD 6TH FLR
ALBANY NY 12203-

COMMERCIAL COLLECTORS INC
PO BOX 337
MONTROSE MN 55363-

COMPLETE SOURCING SOLUTIONS, INC. C
1004 BOSTON NECK ROAD, SUITE 5
NARRAGANSETT RI 02882-

CONTINENTAL CASUALTY CO.CONTINENTAL
INSURANCE CO.
LOCKE LORD LLP,C/O J YOUNG & M KIND
111 SOUTH WACKER DR.
CHICAGO IL 60606-

CONTOUR DESIGN, INC
10 INDUSTRIAL DR., UNIT 1
WINDHAM NH 03087-

CONWAY MACKENZIE, INC.
401 S. OLD WOODWARD AVE. STE 340
BIRMINGHAM MI 48009-

CONWAY MACKENZIE, INC.
1075 PEACHTREE ST., STE. 3675
ATLANTA GA 30309-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CORE SWX, LLC
91 COMMERCIAL ST.
PLAINVIEW NY 11803-

CPP INTERNATIONAL LLC
ATTN: ACCOUNTS RECEIVABLES
PO BOX 60806
CHARLOTTE NC 28260-

CREEDON TECHNOLOGIES
ATTN: WAQAS AHMED
10261 YELLOW CIRCLE DRIVE
MINNETONKA MN 55343-

CULLIGAN OF BROOKLYN PARK
6030 CULLIGAN WAY
MINNETONKA MN 55345-

CYBERLINK.COM CORP.
1073 S. WINCHESTER BLVD.
SAN JOSE CA 95128-

DATALODE, INCORPORATED
763 PENNY ROYAL LANE
SAN RAFAEL CA 94903-

DAYMEN CANADA ACQUISITION ULC
C/O DEVELOPMENT SPECIALISTS, INC.
333 S. GRAND AVE. SUITE 4070
LOS ANGELES CA 90071-

DAYMEN US HOLDINGS, INC.
C/O DEVELOPMENT SPECIALISTS, INC.
333 S. GRAND AVE. SUITE 4070
LOS ANGELES CA 90071-

DE LAGE LANDEN FINANCIAL SERVICES INC.
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087-

INTERNATIONAL
DESIGN POOL LIMITED
ATTN: RECEIVABLE ACCOUNTS
2/F EAST TOWN BUILDING
WANCHAI, 999 HONG KONG

DEUCE ENTERTAINMENT LLC
ATTN: ACCOUNTS RECEIVABLE
1150 S ROBERTSON BLVD
LOS ANGELES CA 90035-

DEVIALET INC
YOSHIE JOHNSON
110 GREENE ST SUITE 502
NEW YORK NY 10012-

DIMEX LLC
69 WESLEY ST UNIT 12
SOUTH HACKENSACK NJ 07666-

INTERNATIONAL
DJI EUROPE B.V.
BIJDORP-OOST 6
2992LA BARENDRECHT NL

DOT PRODUCTS LLC
50 CENTRAL PARK WEST, STE 2A
NEW YORK NY 10023-

DOUGHERTY COUNTY TAX DEPARTMENT
PO BOX 1827
ALBANY GA 31702-1827

DUN & BRADSTREET
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 361345
COLUMBUS OH 43236-

DVO ENTERPRISES, INC.
ATTN: DAN OAKS
620 E. WINDSOR CT
ALPINE UT 84004-

EHANG, INC., CHAPTER 7 DEBTOR, CASE #17
-53120 USBC
MOHAMED POONJA, CHPT 7 TRUSTEE
PO BOX 1510
LOS ALTOS CA 94023-

EIGHT SLEEP INC
146 DUANE ST, SUITE 5A
NEW YORK NY 10013-

ELGATO SYSTEMS LLC
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

ELIZABETH ROBERSON
219 BROOKSIDE LN APT C
WILLOWBROOK IL 60527-

ELMARC B.V.
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

ELMO USA CORPORATION
ATTN: SALLY BLANTHORN, SR CREDIT
ANALYST
1478 OLD COUNTRY ROAD
PLAINVIEW NY 11803-

EMERGE TECHNOLOGIES INC
C/O HEIDI SCHMIDT
955 FREEPORT PKWY SUITE 100
COPPELL TX 75019-

ENCLAVE WIRELESS AUDIO
ATTN: ACCOUNTS RECEIVABLE
121 E. 4TH ST
HINSDALE IL 60521-

ENTRUST DATACARD CORPORATION
1187 PARK PLACE
SHAKOPEE MN 55379-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EREPLACEMENTS LLC
600 E DALLAS RD, STE 200
GRAPEVINE TX 76051-

EULER HERMES N. A.
AGENT FOR MITSUBISHI ELECTRIC
800 RED BROOK BLVD.
OWINGS MILLS MD 21117-

EULER HERMES N.A
AS ASSIGNEE FOR GIINII TECH CORP.
800 RED BROOK BLVD, #400C
OWINGS MILLS MD 21117-

EULER HERMES NORTH AMERICA INS. CO.
AGENT OF NLU PRODUCTS, LLC
800 RED BROOK BLVD.
OWINGS MILLS MD 21117-

EVOLLVE, INC., CHRIS MANDERSON
LKP GLOBAL LAW, LLP
1901 AVENUE OF THE STARS, SUITE 480
LOS ANGELES CA 90067-6006

EVOLUTION SOFTWARE LLC
W300 N3099 MAPLE AVE
PEWAUKEE WI 53072-

CANADA

EXCEL TRANSPORTATION
300 PENDANT DRIVE
MISSISSAUGA ON L5T 2WS
CANADA

FEDEX
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS TN 38116-5017

FIFTYTHREE, INC.
60 HUDSON STREET, SUITE 1810
NEW YORK NY 10013-

FIND GREAT PEOPLE, LLC
15 BRENDAN WAY, STE 140
GREENVILLE SC 29615-

FIRLEY MORAN FREER & EASSA CPA PC
JOSEPH MAHONEY
125 EAST JEFFERSON ST., STE 920
SYRACUSE NY 13202-

FITBIT, INC.
199 FREMONT STREET, 14TH FLOOR
SAN FRANCISCO CA 94105-

FLIR COMMERCIAL SYSTEMS INC.
C/O ANDREW LAYDEN, BAKER & HOSTETLER
200 S ORANGE AVE, SUNTRUST CTR STE 2300
ORLANDO FL 32801-3432

FLIR SYSTEMS INC.
C/O ANDREW V. LAYDEN, ESQ.
200 S. ORANGE AVE,SUNTRUST CTR, STE 2300
ORLANDO FL 32801-3432

FLOIED FIRE EXTINGUISHER
& STEAM CLEANING CO INC
3050 LAMAR AVE
MEMPHIS TN 38114-

FR NATIONAL LIFE, LLC
C/O SARAH E. DOERR
MOSS & BARNETT,150 5TH ST. S. SUITE 1200
MINNEAPOLIS MN 55402-

FRANCHISE TAX BOARD
PO BOX 2952
BANKRUPTCY SECTION MS A340
SACRAMENTO CA 95812-2952

FUSAR TECHNOLOGIES, INC.
385 MONMOUTH STREET, STE 2
JERSEY CITY NJ 07302-

FUTURE MOTION, INC.
HELLMUTH & JOHNSON, PLLC
8050 WEST 78TH STREET
EDINA MN 55439-

G&I VII SOUTHPOINT I & II, LLC
500 N. AKARD ST. STE. 3800
DALLAS TX 75201-

CANADA

G.N. JOHNSTON EQUIPMENT CO LTD
5990 AVEBURY RD
MISSISSAUGA ON
CANADA

GAMEVICE INC.
685 COCHRAN ST, STE 200
SIMI VALLEY CA 93065-

GARMIN USA, INC.
ATTN: LISA D. BRAUCH
1200 E. 151 STREET
OLATHE KS 66062-

GBII CORP.
DBA: COLUMBIA RIVER KNIFE & TOOL
18348 SW 126TH PLACE
TUALATIN OR 97062-

GEOFFREY LEWIS
2 ANGELL ST, UNIT 2
PROVIDENCE RI 02903-

GLOBAL BIZZ FORCE INC.
ATTN: BRUCE CARNES
10531 4S COMMONS DR. SUITE 522
SAN DIEGO CA 92127-

GODSHALL AND GODSHALL PERSONNEL
CONSULTANTS, INC.
P.O. BOX 1984
GREENVILLE SC 29602-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CANADA
GOLDMAN SLOAN NASH & HABER, LLC
480 UNIVERSITY AVENUE, STE 1600
TORONTO, ON M5G 1V2
CANADA

GOOGLE INC.
C/O WHITE AND WILLIAMS LLP
7 TIMES SQUARE, SUITE 2900
NEW YORK NY 10036-6524

GOOGLE LLC (ADMINISTRATIVE)
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043-

GRAPHIC FINISHING PARTNERS, LLC
ATTN: MITCH NOBLE
PO BOX 1097
MARYLAND HEIGHT MO 63043-

GRAPHTEC AMERICA, INC.
ATTN: CHUCK REITZELL
17462 ARMSTRONG AVENUE
IRVINE CA 92614-

GRAYSON COUNTY, ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. STEMMONS FRWY. STE 1000
DALLAS TX 75207-

GREENVILLE 1.1 LLC
PO DRWER 2567
GREENVILLE SC 29602-2567

GREY DOG SOFTWARE
2961 E NIGHTHAWK WAY
PHOENIX AZ 85048-

GRID CONNECT INC
1630 W DIEHL RD
NAPERVILLE IL 60563-

GUNNAR OPTIKS LLC
2236 RUTHERFORD RD #123
CARLSBAD CA 92008-

HARLINGEN CISD
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-

HARMAN TECHNOLOGY LIMITED
CULLEN & DYKMAN, ATTN MATTHEW ROSEMAN
100 QUENTIN ROOSEVELT BLVD.
GARDEN CITY NY 11530-

HARPERCOLLINS PUBLISHERS LLC
SUITE 300
53 GLENMAURA NATIONAL BLVD
MOOSIE PA 18507-2132

HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB
ROCHESTER NY 14604-2711

HARTFORD FIRE INSURANCE COMPANY
BKY UNIT NP-E HARTFORD PLAZA
HARTFORD CT 06155-

HASBRO INC
ATTN JIM HANSON
200 NARRAGANSETT PARK DR
PAWTUCKET RI 02862-0200

HAYNSWORTH SINKLER BOYD, PA
C/O STANLEY H. MCGUFFIN, ESQ.
PO BOX 11889
COLUMBIA SC 29211-1889

HCW DISTRIBUTING CORP.
909 MOTOR PARKWAY
HAUPPAUGE NY 11788-5250

HID GLOBAL CORPORATION
ATTN: KELLY JOSEPHSON
611 CENTER RIDGE DR.
AUSTIN TX 78753-

INTERNATIONAL
HK DJI RONIN TECHNOLOGY CO LTD
UNIT 912-916, 9/F BUILDING 16W
SCIENCE PARK WEST AVENUE
PAK SHEK KOK, NT HONG KONG

INTERNATIONAL
HKECIC
2/F., TOWER 1, SOUTH SEAS CENTRE
75 MODY ROAD, TST
HONG KONG

HOMIDO SAS
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

HORI (U.S.A.) INC
ATTN: R MIHARA
525 VAN NESS AVE STE B
TORRANCE CA 90501-

HORI USA, INC
1521 FRANCISCO ST, UNIT B
TORRANCE CA 90501-

HP INC
11307 CHINDEN BLVD MS 314
BOISE ID 83714-

HUMANWARE INC
C/O JEFF PETERSON, GRAY PLANT MOODY
1010 WEST ST. GERMAIN ST, STE 500
ST. CLOUD MN 56301-

HUMANWARE USA INC
PO BOX 71117
CHICAGO IL 60694-

CANADA

HYATT SALES INC
PO BOX 50148
LIGHTHOUSEPOINT FL 33074-

HYPERICE, INC.
ATTN: JIM HEUTHER
15440 LAGUNA CANYON RD.,SUITE 230
IRVINE CA 92618-

IBM CORPORATION
275 VIGER EAST
MONTREAL QC H2X3R7

IC REAL TECH INC.
3050 NORTH ANDREWS AVENUE
EXTENSION
POMPANO BEACH FL 33064-

IK MULTIMEDIA US LLC
ATTN: MARTY DUBOSE
590 SAWGRASS CORPORATE PKWY
SUNRISE FL 33325-

ILY ENTERPRISE INC.
18545 GALE AVE.
CITY OF INDUSTRY CA 91748-

IMAGE RECOGNITION INTEGRATED SYSTEMS
INC.
C/O SALLY DAFLAAR
955 NW 17TH AVE UNIT A
DELFRAY BEACH FL 33445-

IMPLUS FOOTCARE LLC
PO BOX 601469
CHARLOTTE NC 28260-

IMPOSSIBLE AMERICA CORP.
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

INDIVIDUAL SOFTWARE INC
ATTN: ACCOUNTS PAYABLE
2301 ARMSTRONG ST, SUITE 101
LIVERMORE CA 94551-

INDOFF INCORPORATED
ATTN: STEVE DILLAMAN
PO BOX 842808
KANSAS CITY MO 64184-2808

INNOVELIS, INC.
4713 231ST PLACE SE
SAMMAMISH WA 98075-

INSTA-LETTERING MACHINE COMPANY
C/O INSTA GRAPHIC SYSTEMS
13925 E. 166TH STREET
CERRITOS CA 90703-

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNET BRANDS, INC.
INTERNET BRANDS, INC. LEGAL DEPT.
909 N SEPULVEDA BLVD, 11TH FL
EL SEGUNDO CA 90245-

INVOLTA, LLC
460 12TH AVE SE, STE. 100
CEDAR RAPIDS IA 52401-

IOGRAPHER LLC
DAVID BASULTO
2275 HUNTINGTON DR
SAN MARINO CA 91108-

IOGRAPHER LLC
MCGRAIL & BENSINGER LLP
888 C 8TH AVE STE 107
NEW YORK NY 10019-

IOLO TECHNOLOGIES, LLC
LEGAL DEPARTMENT
910 E. HAMILTON AVENUE, SUITE 110
CAMPBELL CA 95008-

IOT GROUP USA LLC
RUTAN & TUCKER, C/O ROGER FRIEDMAN
611 ANTON BLVD, STE 1400
COSTA MESA CA 92626-

IOWA DEPARTMENT OF REVENUE
1305 E WALNUT
DES MOINES IA 50319-

JAMES RAZZA
8501 LONG LEAF TRAIL
LIVERPOOL NY 13090-

JETSON ELECTRIC BIKES LLC
ATTN: AVI UNGER
1 REWE STREET,2ND FLOOR
BROOKLYN NY 11211-

JK IMAGING, LTD
ATTN: MIKE HACKETT
17239 S. MAIN STREET
GARDENA CA 90248-

JND CORPORATE RESTRUCTURING
8269 E 23RD AVE, SUITE 275
DENVER CO 80238-

JOHNSON OUTDOORS INC.
555 MAIN STREET SUITE 238
RACINE WI 53403-

JOYLABZ LLC
WILLIAM J. BARRETT,BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
CHICAGO IL 60606-

KANTO DISTRIBUTION INC
EULER HERMES NA INSURANCE CO
800 RED BROOK BLVD
OWINGS MILLS MD 21117-

KASPERSKY LAB, INC.
500 UNICORN PARK DRIVE
WOBURN MA 01801-

KENT DISPLAYS INC.
343 PORTAGE BLVD
KENT OH 44240-

KERI SYSTEMS INC
ATTN: MIKE BEVAN
2305 BERING DRIVE
SAN JOSE CA 95131-

KRISTINA SCHLEISMAN
1620 EAST 78TH STREET
MINNEAPOLIS MN 55423-

KROY LLC
3830 KELLEY AVE
CLEVELAND OH 44114-

LABWORKS INTERNATIONAL DESIGN LIMITED
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

LAUT USA LLC
672 W 11TH STREET
TRACY CA 95376-

LEECH TISHMAN FUSCALDO & LAMPL, LLC
28TH FLOOR
525 WILLIAM PENN PLACE
PITTSBURGH PA 15219-

LEVEL 3 COMMUNICATIONS, LLC
1025 ELDORADO BLVD
BROOMFIELD CO 80021-

LEXILED LIGHTING CORP SENGLED USA
1075 WINDWARD RDG PKWY, STE 150
ALPHARETTA GA 30005-

INTERNATIONAL
LIGHTWORK DESIGN LTD
HILLSBOROUGH BARRACKS
SHEFFIELD, YS S6 2LR
ENGLAND

LOCKE LORD LLP
C/O JONATHAN W. YOUNG, MICHAEL B. KIND
111 SOUTH WACKER DRIVE
CHICAGO IL 60606-

LOGISTIC SOLUTIONS
1428 MISTY SEA WAY
SAN MARCOS CA 92027-

LORI, INC
4797 ROYAL PALM CIR NE
SAINT PETERSBURG FL 33703-

LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020-

LUMINAID LAB LLC
211 W WACKER, 3RD FLOOR
C/O LEVEL OFFICE
CHICAGO IL 60606-

LUTRON ELECTRONICS CANADA INC.
C/O CST CO. INC
PO BOX 33127
LOUISVILLE KY 40232-

LUTRON ELECTRONICS CO. INC.
C/O CST CO. INC
PO BOX 33127
LOUISVILLE KY 40232-

MALCOLM JONES
220 WEST ELDERS AVENUE
HOLLY SPRINGS MS 38635-

MANFROTTO DISTRIBUTION INC
PO BOX 75042
CHARLOTTE NC 28275-0042

INTERNATIONAL
MARBOTIC
5 BIS CHEMIN JOSET ET ANICE
QUINSAC, 33 33360
FRANCE

MARC WALKOW
45 MURRAY STREET
NEW YORK NY 10007-

MASIMO AMERICAS INC
52 DISCOVERY
IRVINE CA 92618-

MASQUE PUBLISHING INC.
9400 PARK MEADOWS DR
LONE TREE CO 80124-2762

CANADA
MATTER & FORM INC
243 COLLEGE ST, STE. 401
TORONTO ON M5T1RS
CANADA

MATTERHACKERS, INC.
ATTN: MIKE HULSE
27156 BURBANK
FOOTHILL RANCH CA 92610-

MCAFEE, LLC
2821 MISSION COLLEGE BLVD.
SANTA CLARA CA 95054-

MECHANICS LAUNDRY SERVICE INC
3276 DEMOCRAT RD, STE 1
MEMPHIS TN 38118-1565

MICRON CONSUMER PRODUCTS GROUP INC
MICRON CPG C/O RUSSELL INSKEEP
8000 S FEDERAL WAY
BOISE ID 83716-

MIDLAND RADIO CORPORATION
C/O STEPHEN K. DEXTER
1515 WYNKOOP STREET, SUITE 600
DENVER CO 80202-

MILLER CANFIELD PADDOCK 7 STONE
150 W JEFFERSON AVE SUITE 2500
DETROIT MI 48226-

MISSION CABLES, LLC
27337 264TH AVE SE
RAVENSDALE WA 98051-

INTERNATIONAL
MOBEE TECHNOLOGY LIMITED
4304 43/F CHINA RESOURCES BLDG
26 HARBOUR RD
WANCHAI HONG KONG

MODULAR ROBOTICS
ATTN: ACCOUNTS RECEIVABLE
1860 38TH STREET
BOULDER CO 80301-

MODULAR ROBOTICS INCORPORATED
ATTN ERIC SCHWEIKARDT
1860-38TH ST
BOULDER CO 80301-

MONOWEAR INC.
2996 SCOTT BLVD.
SANTA CLARA CA 95054-

MOPHIE LLC
RANDALL HALES
910 WEST LEGACY CENTER WAY, SUITE 500
MIDVALE UT 84047-

MURTHA CULLINA LLP
PO BOX 150435
DEPT. 101011
HARTFORD CT 06115-0435

NAIM AUDIO LIMITED
C/O FREDRIKSON & BRYON, ATTN S KINSELLA
200 S 6TH ST., STE 4000
MINNEAPOLIS MN 55402-

CANADA
NANOGRID LIMITED, ATTN: GIMMY CHU
162 JOHN STREET
TORONTO ON M5V2E5
CANADA

CANADA
NATIONAL FAST FREIGHT
C/O TFI INTERNATIONAL INC.
PO BOX 1108 STATION T
CALGARY AB CANADA

NAVY EXCHANGE SERVICE COMMAND
3280 VIRGINIA BEACH BLVD.
VIRGINIA BEACH VA 23452-

NC INTERACTIVE, LLC
3180 139TH AVE SE, SUITE 100
BELLEVUE WA 98005-

INTERNATIONAL
NERO INC.
RUPPERER STRASSE 1A
76137 KARLSRUHE GERMANY

NEW HAMPSHIRE DEPARTMENT OF REVENUE
ADMINISTRATION
LEGAL BUREAU
P.O. BOX 457
CONCORD NH 03302-0457

NJ DIVISION OF TAXATION
PO BOX 245
255 MARSHALL AVE
TRENTON NJ 08695-0245

NOKIA HEALTH USA INC.
COFACE NORTH AMERICA INSURANCE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

NOMADBRUSH LLC
4207 SE WOODSTOCK BLVD #325
PORTLAND OR 97206-6267

NOTOHIO, LLC
570 DELAWARE AVE
BUFFALO NY 14202-

NOVI SECURITY, INC.
ATTN: TYLER CRAWFORD - CEO
1070 EAST 800 N
OREM UT 84097-

NUANCE COMMUNICATIONS, INC.
ONE WAYSIDE ROAD
BURLINGTON MA 01803-

NUHEARA LIMITED
2612-A EIGHTH STREET
BERKELEY CA 94710-

NYC DEPT OF FINANCE
TAX AUDIT AND ENFORCEMENT DIV.
345 ADAMS ST., 10TH FLOOR
BROOKLYN NY 11201-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

OFFICE OF THE ATTORNEY GENERAL
(ADMINISTRATIVE)
BKY & COLLECTIONS DIVISION MC-008
PO BOX 12548
AUSTIN TX 78711-2548

OGLETREE DEAKINS NASH SMOAK & STEWART
P.C
50 INTERNATIONAL DRIVE, STE 300
GREENVILLE SC 29615-

OLYMPUS CORPORATION OF THE AMERICAS
3500 CORPORATE PARKWAY
CENTER VALLEY PA 18034-

ON SHELF AVAILABILITY RETAIL SERVICES
201 S. 19TH ST. SUITE P
ROGERS AR 72756-

OPTIMUM SUPPLY CHAIN RECRUITERS
DONALD JACOBSON
900C LAKE STREET
RAMSEY NJ 07446-

OVATIVE GROUP LLC
701 WASHINGTON AV NORTH STE 400
MINNEAPOLIS MN 55401-

PAPER TRADE NETWORK, LLC
C/O PETER K. WITTMAN
200 BARR HARBOR DRIVE, SUITE 400
CONSHOHOCK PA 19428-

PARALLELS INC
110 110TH AVE NE STE 410
SEATTLE WA 98004-

CANADA
PATRICIA MONICA GAMBURGO
184-5530 GLEN ERIN DRIVE
MISSISSAUGA, ON L5M 6E8
CANADA

PATRICK LAWTON
226 PETERS GLENN CT.
SIMPSONVILLE SC 29681-

PCT BRANDS, LLC.
C/O SIMON PLC
37000 WOODWARD AVE., SUITE 250
BLOOMFIELD HILLS MI 48304-

PEBBLE TECH LLC
C/O BETH ANN YOUNG, LEVENE NEALE ET AI
10250 CONSTELLATION BLVD
LOS ANGELES CA 90067-

PEIFER SAFE & LOCK LLC
3747 CHERRY ROAD
MEMPHIS TN 38118-

PERRY MORGAN
4489 ROBINSON LOOP EAST
OLIVE BRANCH MS 38654-

PETER RICHICHI
209 N. MAIN ST.
GREENVILLE SC 29601-

PHOENIX ENDEAVORS LLC
100 SOUTH FIFTH STREET
19TH FLOOR
MINNEAPOLIS MN 55402-

PIQ USA INC
C/O PRAMEX
1251 AVE OF THE AMERICA FL3
NEW YORK NY 10020-

POLAR PRO FILTERS, INC.
1987 PLACENTIA AVE.
COSTA MESA CA 92627-

PORTFOLIO COLLECTIVE BUSINESS SOLUTIONS
3620 PELHAM RD. #53
GREENVILLE SC 29615-

PRIMERA TECHNOLOGY, INC.
ATTN RICHARD JENSEN ESQ
333 SOUTH SEVENTH STREET, SUITE 2600
MINNEAPOLIS MN 55402-

PRINTCRAFT
315 FIFTH AVE NW
ST PAUL MN 55112-

PRINTRBOT INC.
1331 AVIATION BLVD, STE 100
LINCOLN CA 95648-

QARDIO, INC.
ATTN: ALEXIS ZERVOGLOS
340 S. LEMON AVE #1104F
WALNUT CA 91789-

QUIGLEY LAW FIRM PLLC
PO BOX 390113
MINNEAPOLIS MN 55439-0113

QVC INC
AMY S KLINE
CENTRE SQUARE WEST 38TH FL
PHILADELPHIA PA 19102-

QWEST CORP DBA/CENTURY LINK QC
931 14TH ST STE 900
DENVER CO 80202-

QWEST CORPORATION DBA/CENTURYLINK QC
CENTURYLINK COMMUNICATIONS LLC-BKY
600 NEW CENTURY PARKWAY
NEW CENTURY KS 66031-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

RACHIO INC
ATTN: ACCOUNTS RECEIVABLE
1321 15TH ST
DENVER CO 80202-

RAIN DESIGN INC.
YVONNE CHOW - MANAGER
1036 ASHBY AVE
BERKELEY CA 94710-

CANADA
RANDSTAD CANADA
3333 COTE-VERTU BLVD #500
SAINT-LAURENT, QC H4R 2N1
CANADA

RAZER USA LTD.
C/O LEGAL DEPT
201 THIRD STREET, SUITE 900
SAN FRANCISCO CA 94103-

RELAUNCH AGGREGATOR
185 MONTECITO AVENUE
SAN RAFAEL CA 94901-

REPROGRAPHIC SERVICES ASSOC.
8778 WOLFF CT., SUITE 102
WESTMINSTER CO 80031-

RETRO 1951, INC.
1306 EXCHANGE DR
RICHARDSON TX 75081-

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITAL HILL
PROVIDENCE RI 02908-

ROCKET INNOVATIONS, INC
C/O CHU, RING & HAZEL, ATTN MAX RIFFIN
241 A STREET, SUITE 300
BOSTON MA 02210-

INTERNATIONAL
ROLI LTD
FAO: ZAIN QAZI
2 GLEBE RD
LONDON UK E8 4BD

S&B PACKAGING, INC.
5015 EAST RAINES ROAD
MEMPHIS TN 38118-

SAGE SOFTWARE CANADA LTD.
PO 17240
MINNEAPOLIS MN 55417-

SAGE SOFTWARE INC.
PO 17240
MINNEAPOLIS MN 55417-

SALT PAYROLL CONSULTANTS
(ADMINISTRATIVE)
111 2ND AVE NE STE 1000
ST PETERSBURG FL 33701-

SANFORD, SUBSIDIARY OF NEWELL BRANDS,
INC.
ATTN: DEB STENBACK
29 E. STEPHENSON ST., 70270
FREEPORT IL 61032-

SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
PO BOX 8597
COLUMBIA SC 29202-

SCHEELS ALL SPORTS INC
ATTN: MICHELLE KILLORAN
4550 15TH AVE S
FARGO ND 58103-

SHAKYA INC
12098 CONCORD DRIVE
EDEN PRARIE MN 55347-

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS TN 38101-

SHRED-IT USA LLC
7734 S 133RD STREET
OMAHA NE 68138-

SKULPT, INC.
ATTN: SKULPT GROUP
#736 757 SE 17TH STREET
FORT LAUDERDALE FL 33316-

SKY PHONE LLC
COFACE NORTH AMERICA INSURNACE COMPANY
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR NJ 08520-

SMARTBANK
C/O MICKLES LAW FIRM
701 MARKET STREET, SUITE 1610
CHATTANOOGA TN 37402-

SMITH MICRO SOFTWARE, INC.
C/O WILLIAM KELLEHER, JR., ESQ.
625 LIBERTY AVE.
PITTSBURGH PA 15222-3152

SOLPRO, INC
PO BOX 8278
MEDFORD OR 97501-

SOUTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 12265
COLUMBIA SC 29211-9979

SPENCER BOERUP
3320 N DEERSPRING CT
TUCSON AZ 85750-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SPHERO INC
ATTN STACY CARTER GNRL COUNSEL
4772 WALNUT ST STE 206
BOULDER CO 80301-

SPHERO INC.
COOLEY LLP ATTN: ROBERT EISENBACH III
101 CALIFORNIA ST, 5TH FLOOR
SAN FRANCISCO CA 94111-

SPIRE INC
2030 HARRISON ST. 2ND FLOOR
SAN FRANCISCO CA 94110-

SQUARE, INC.
1455 MARKET STREET, SUITE 600
SAN FRANCISCO CA 94103-

STAFFLINE
MARTY BARTON
6750 POPLAR AVE SUITE 400
MEMPHIS TN 38138-

STATE OF CALIFORNIA (ADMINISTRATIVE)
BKY SECTION MS A340
FRANCHISE TAX BOARD,PO BOX 2952
SACRAMENTO CA 95812-2952

STATE OF CALIFORNIA, BKY SECTION MS A340
BKY SECTION MS A340 FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

STATE OF FLORIDA - DEPARTMENT OF REVENUE
FREDERICK F. RUDZIK, ESQUIRE
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

STATE OF NEW YORK
DEPT OF LABOR
BLDG 12 ROOM 256
ALBANY NY 12240-

STEELSERIES APS
ATTN: JOHN BERGER
LOCKBOX # 19614
CHICAGO IL 60656-1471

STEPHANIE OMAR
1350 CARLISLE DRIVE
INVERNESS IL 60010-

STERLING NATIONAL BANK
ATTN MICHAEL FISCO, DLA PIPER LLP
IDS CENTER, 80 S 8TH ST, STE 2800
MINNEAPOLIS MN 55114-

STERLING NATIONAL BANK (ADMINISTRATIVE)
500 7TH AVENUE
NEW YORK NY 10018-

STINSON LEONARD STREET LLP
150 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS MN 55402-

STINSON LEONARD STREET, LLP
50 SOUTH SIXTH STREET, STE. 2600
MINNEAPOLIS MN 55402-

STRIKEFORCE TECHNOLOGIES, INC.
C/O BLANK ROME, ATTN: IRA HERMAN & EVAN
THE CHRYSLER BLDG, 405 LEXINGTON AVE.
NEW YORK NY 10174-0208

SYMANTEC CORPORATION
20330 STEVENS CREEK BOULEVARDS
CUPERTINO CA 95014-

TANGRAM FACTORY AMERICA, INC.
C/O FREDRIKSON & BYRON - STEVEN KINSELLA
200 SOUTH SIXTH STREET, SUITE 4000
MINNEAPOLIS MN 55402-

TARGET CORPORATION
7000 TARGET PKWY N NCF-0326
BROOKLYN PARK MN 55445-

TAYTE PRODUCTIONS
PO BOX 50148
LIGHTHOUSE PNT FL 33074-

TECHNICOLOR (ADMINISTRATIVE)
3233 E MISSION OAKS BLVD
CAMARILLO CA 93012-

TECHNICOLOR HOME ENTERTAINMENT SERVICES, INC.
3233 E. MISSION OAKS BLVD.
CAMARILLO CA 93012-

TENNESSEE DEPARTMENT OF REVENUE
TDOR C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

THE REDLIN GROUP, INC.
1769 LEXINGTON AVENUE NORTH, #104
ROSEVILLE MN 55113-

THOMAS UVA
C/O BOND, SCHOENECK & KING, ATTN S TEMES
ONE LINCOLN CENTER
SYRACUSE NY 13202-

TILE INC
ATTN: MATT BROWN
2121 S EL CAMINO REAL STE C100
SAN MATEO CA 94403-

TOMTOM INCORPORATED
ATTN: JAY MELILLO
SUITE 410,2400 DISTRICT AVENUE
BURLINGTON MA 01803-

TOTAL 3D SOLUTIONS, LLC
ATTN: ACCOUNTS RECEIVABLE
140 ENGELWOOD DRIVE, STE H
LAKE ORION MI 48359-

TRACY MAGNUSON
1825 FOUNTAIN LANE NORTH
PLYMOUTH MN 55447-

TRANSCEND INFORMATION INC
ATTN: JULIANA ZENG
10320 LITTLE PATUXENT PKWY STE 808
COLUMBIA MD 21044-

TRIPPE MANUFACTURING COMPANY
ATTN: ANGIE WERMES
1111 WEST 35TH STREET
CHICAGO IL 60609-

TYCO INTEGRATED SECURITY LLC
10405 CROSSPOINT BLVD
INDIANAPOLIS IN 46256-

U.S. CUSTOMS & BORDER PROTECTION
6650 TELECOM DR
SUITE 100
INDIANAPOLIS IN 46278-

U.S. TRUSTEE
300 SOUTH FOURTH STREET, STE 1015
MINNEAPOLIS MN 55415-

UBTECH ROBOTICS CORP
600 WILSHIRE BOULEVARD SUITE 970
LOS ANGELES CA 90017-

UNITED PARCEL SERVICE, INC.
C/O LAWRENCE SCHWAB/KENNETH LAW
633 MENLO AVE., STE 100
MENLO PARK CA 94025-

UNITED STATES PLAYING CARD COMPANY
9999 E 121ST ST
FISHERS IN 46037-9727

VISTEX VIA VITALLINK
VITALLINK
2300 BARRINGTON ROAD, SUITE 700
HOFFMAN ESTATES IL 60169-

VIVIAN J DAWSON
8292 OHIO STREET
DETROIT MI 48204-

VIVOTEK USA, INC.
2050 RINGWOOD AVENUE
SAN JOSE CA 95131-

W W GRAINGER INC
7300 N MELVINA AVE
DEPT MWX22850854894
NILES IL 60714-

WACOM TECHNOLOGY CORP
ATTN: OLE DAME, ACCTS RECEIVABLE
1455 NW IRVING STREET STE 800
PORTLAND OR 97209-

WAHOO FITNESS LLC
ATTN: ACCOUNTS RECEIVABLES
90 WEST WIEUCA ROAD, STE 110
ATLANTA GA 30342-

WAL-MART STORES INC
CHARLES B HENDRICKS
900 JACKSON ST STE 570
DALLAS TX 75202-

WALTER KIDDE PORTABLE
EQUIPMENT INC
1016 CORPORATE PARK DRIVE
MEBANE NC 27302-

WASHINGTON STATE DEPARTMENT OF
LABOR & INDUSTRIES, BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

CANADA
WASTE MANAGEMENT OF CANADA CORP
PO BOX 4205 STATION A
TORONTO, ON M5W 5L4
CANADA

WASTE MANAGEMENT OF MEMPHIS
PO BOX 9001054
LOUISVILLE KY 40290-1054

WD NAVARRE DISTRIBUTION, LLC
9700 WEST 76TH STREET, SUITE 116
EDEN PRAIRIE MN 55344-

WEBCO GENERAL PARTNERSHIP
24600 MILLSTREAM DRIVE
SUITE 300
ALDIE VA 20105

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: DAVID B. KURZWELL
3333 PIEDMONT RD NE STE 2500
ATLANTA GA 30305-

WELLS FARGO BANK, NATIONAL ASSOCIATION,
AS AGENT
1100 ABERNATHY ROAD NE, SUITE 1600
ATLANTA GA 30328-

WELLS FARGO COMMERCIAL DISTRIBUTION
FINANCE, LLC
190 CARONDELET PLAZA, #600
ST. LOUIS MO 63105-

WESTERN DIGITAL TECHNOLOGIES, INC.
FARELLA BRAUN + MARTEL ATTN GARY KAPLA
235 MONTGOMERY ST., 18TH FLOOR
SAN FRANCISCO CA 94104-

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CANADA

WHOOSH! INC., ATTN: KEVIN GABRIEL
185 BRIDGELAND AVE, UNIT 111
TORONTO ON M6A1Y7
CANADA

WILLIAM CAVE
C/O S. TEMES, ESQ., BOND SCHOENECK & KIN
ONE LINCOLN CENTER
SYRACUSE NY 13202-

WILLIAM VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147-

WILLIAMSON COUNTY TEXAS
C/O LEE GORDON
P.O. BOX 1269
ROUND ROCK TX 78680-

WINTHROP & WEINSTEIN P.A.
225 SOUTH 6TH STREET, STE 3500
MINNEAPOLIS MN 55402-4629

WINTHROP RESOURCES CORP
11100 WAYZATA BLVD, STE 800
MINNETONKA MN 55305-

WITTI INC.
1214 W. JON ST.
TORRANCE CA 90502-

WYNIT DISTRIBUTION, LLC
15 BRENDAN WAY, STE 140
GREENVILLE SC 29615-

XL SPECIALTY INSURANCE COMPANY
C/O TIM BRINK, MELTZER PURTILL & STELI
300 S WACKER DR., STE 2300
CHICAGO IL 60606-

XRITE INC
ATTN CREDIT DEPT
4300 44TH ST SE
GRAND RAPIDS MI 49512-

YESMAIL INC
1020 E 1ST STREET
PAPILLION NE 68046-

YI TECHNOLOGIES, INC.
ATTN: DONTAE RAYFORD, SENIOR DIRECTOR
1450 114 SE, SUITE 140
BELLEVUE WA 98007-

INTERNATIONAL

YOUR STORY INTERACTIVE SRL
32 VIILOR STREET
DUBASARII VECHI, 4822
MOLDOVA

YUNEEC USA, INC.
2275 SAMPSON AVE, STE. 200
CORONA CA 92879-

YVONNE CHOW
1036 ASHBY AVE
BERKELEY CA 94710-

ZEBRA TECHNOLOGIES INTERNATIONAL, LLC
3 OVERLOOK PT
LINCOLNSHIRE IL 60069-

ZERO ZERO ROBOTICS INC.
C/O COZEN O'CONNOR
33 S. SIXTH ST., STE 3800
MINNEAPOLIS MN 55402-