MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: WYNIT Distribution LLC
Chapter 7 Case No. 17-42726

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Kristina Schleisman<br>1620 E 78th St<br>Minneapolis, MN 55423 | 136 | 245.38 | 4.30 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | 864 2U | 88.10 | 1.54 |
| Tennessee Department of Revenue<br>TDOR c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 77 | 80.92 | 1.42 |
| State of New York<br>Department of Labor<br>Bldg 12 Room 256<br>Albany, NY12240 | 80 | 109.63 | 1.92 |
| Nuance Communications Inc.<br>One Wayside Road<br>Burlington MA 01803 | 226 | 100.00 | 1.75 |
| Rhode Island Division of Taxation<br>One Capital Hill<br>Providence, RI 02908 | 183 U | 100.00 | 1.75 |
| The Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH 43216 | 865 7U | 50.00 | 0.88 |
| Franchise Tax Board<br>PO Box 2952<br>Bankruptcy section MS A340<br>Sacramento, CA 95812-2952 | 71 | 202.83 | 3.55 |

| | | | |
|---|---|---|---|
| Peifer Safe & Lock LLC<br>3747 Cherry Road<br>Memphis, TN 38118 | 317U | 163.88 | 2.87 |
| Qwest Corp DBA/Century Link QC<br>931 14th St STE 900<br>Denver, CO 80202 | 42 | 46.34 | 0.81 |
| Shred-it USA LLC<br>7734 S 133rd St<br>Omaha, NE 68138 | 273 | 147.19 | 2.58 |
| Level 3 Communications LLC<br>1025 Eldorado Blvd<br>Broomfield, CO 80021 | 866 1 | 183.41 | 3.21 |
| | | | |
| Total | | | 26.58 |

Date: 4/7/2025

s/ Nauni Manty
Trustee